# EXHIBIT A

## Proposed Notice Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.* | Case No. 25- 11958 (MG) |
| | (Joint Administration Requested) |
| Debtors in a Foreign Proceeding. | |

## ORDER SCHEDULING RECOGNITION HEARING AND SPECIFYING THE FORM AND MANNER OF SERVICE OF NOTICE

Upon the motion (the "Motion")[2] of Iovate Health Sciences International Inc. as the authorized foreign representative (the "Foreign Representative") of the above-captioned foreign debtors (collectively, the "Debtors"), seeking entry of an order (this "Order"): (a) scheduling a hearing on the relief sought in the Recognition Motion, (b) setting the deadline by which any responses or objections to the Recognition Motion must be received, (c) specifying the form and manner of service of notice of the hearing on the relief sought in the Recognition Motion, and (d) approving the manner of service of any pleadings that the Foreign Representative files in these Chapter 15 Cases; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. §§ 109 and 1501 and the Amended Standing Order; and that this Court may enter a final order consistent with Article III of the United States Constitution; venue being proper before the Court pursuant to 28 U.S.C. § 1410(1) and (3); adequate and sufficient notice of the filing of the Motion having been given by the Foreign Representative; it appearing that no other or further notice

---

[1]    The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

need be provided; it appearing that the relief requested in the Motion is necessary and beneficial

to the Debtors; and no objections or other responses having been filed that have not been

overruled, withdrawn, or otherwise resolved; and after due deliberation and sufficient cause

appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is granted.

2.      A hearing on the relief requested in the Recognition Motion (the

"Recognition Hearing") is scheduled for [_], at _____ __.m. (prevailing Eastern Time), or as

soon thereafter as counsel shall be heard, in Courtroom #__ of the United States Bankruptcy

Court for the Southern District of New York, One Bowling Green, New York, New York

10004.

3.      The form of notice of the Recognition Hearing in substantially the form

attached hereto as **Exhibit 1** (the "Recognition Hearing Notice"), including as modified for

publication, is hereby approved.

4.      The Publication Notice, substantially in the form attached hereto as

**Exhibit 2**, is hereby approved.

5.      Service of the Recognition Hearing Notice in accordance with this Order is

hereby approved as adequate and sufficient notice and service on all interested parties of the

relief requested in the Recognition Motion, the Verified Petitions, the Recognition Hearing,

and all objection deadlines related thereto.

6.      Prior to serving the Recognition Hearing Notice and publishing the

Publication Notice, the Foreign Representative may fill in any missing dates and other

information, correct any typographical errors, conform the provisions thereof to the

provisions of this Order and make such other and further changes as the Foreign Representative deems necessary or appropriate, provided that such changes do not materially abridge the substance of such notices.

7.      All notice requirements specified in section 1514(c) of the Bankruptcy Code, with respect to the service of the Notice Documents, are hereby waived or otherwise deemed inapplicable to these Chapter 15 Cases.

8.      The Foreign Representative shall serve, or cause to be served, the Recognition Hearing Notice by electronic mail to the extent email addresses are available, or by United States or Canadian mail, first-class postage-prepaid, on parties on the Master Service List within three (3) business days following entry of this Order and the Provisional Order, or as soon thereafter as practicable. To the extent email addresses are available, the Foreign Representative shall serve copies of the Notice Documents with the Recognition Hearing Notice by electronic mail on parties on the Master Service List.

9.      Unless otherwise ordered by the Court, the Foreign Representative shall serve, or cause to be served, the Notice Documents and all other papers filed by the Foreign Representative after the date hereof by the Foreign Representative in these Chapter 15 Cases on the Core Notice Parties, including any party requesting to be a Core Notice Party, by electronic mail to the extent email addresses are available, or by United States or Canadian mail, first-class postage-prepaid. To the extent not previously served, in the event any other interested party files a notice of appearance in the Chapter 15 Cases, the Foreign Representative shall serve, or cause to be served, on such party the Recognition Hearing Notice and the proposed Recognition Order (or, to the extent the proposed Recognition Order has previously

3

been entered by this Court, the Recognition Order) within three (3) business days of the filing of such notice of appearance by United States or Canadian mail, first class postage prepaid.

10.    Responses or objections to recognition of the Canadian Proceeding as foreign main proceedings or the Recognition Motion and the relief requested therein must (i) be in  writing; (ii) detail the factual and legal basis for the response or objection; (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules; and (iv) be filed with the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004, and served upon the following counsel to the Foreign Representative so as to be received at least seven (7) days prior to the Recognition Hearing: Pachulski Stang Ziehl & Jones LLP, 1700 Broadway, 36th Floor, New York, New York 10019, Attn: Steven Golden (sgolden@pszjlaw.com), and Jeffrey Dine (jdine@pszjlaw.com), Mary Caloway (mcaloway@pszjlaw.com), and Victoria Newmark (vnewmark@pszjlaw.com).

11.    The Recognition Hearing may be adjourned from time to time without further notice other than a notice of adjournment filed on the docket of these Chapter 15 Cases or an announcement in open court of the adjourned date or dates of such adjourned hearing.

12.    Notwithstanding any applicability of any Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

13.    The Foreign Representative is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

14.     This Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation, interpretation and/or enforcement of this Order.


**IT IS SO ORDERED.**

Dated: September ___, 2025
          New York, New York

_____
                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## Recognition Hearing Notice

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| IOVATE HEALTH SCIENCES<br>INTERNATIONAL INC.,[1] *et al.* | Case No. 25- 11958 (MG) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

### NOTICE OF RECOGNITION HEARING
### ON FOREIGN RECOGNITION PROCEEDINGS

     **PLEASE TAKE NOTICE** that, on September 9, 2025, Iovate Health Sciences International Inc., in its capacity as the authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in respect of that certain insolvency proceeding (together with any successor proceeding, the "Canadian Proceeding") commenced pursuant to section 50.4 of Canada's *Bankruptcy and Insolvency Act* (R.S.C. 1985, c. B-3) (the "BIA"), pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court"), filed, among other things, (a) petitions for recognition (the "Petitions") under chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and (b) a *Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (the "Recognition Motion"), pursuant to sections 1504, 1515, and 1517 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York (the "Court").

     **PLEASE TAKE FURTHER NOTICE** that, among other things, the Debtors seek entry of an order recognizing the Canadian Proceeding as a foreign main proceeding pursuant to section 1517 of title 11 of the Bankruptcy Code and granting certain additional relief pursuant to sections 105(a), 1507, 1510, 1515, and 1521 of the Bankruptcy Code.

     **PLEASE TAKE FURTHER NOTICE** that the Court has scheduled an evidentiary hearing to consider the relief requested in the Recognition Motion (the "Recognition Hearing") for **[●] [a./p.]m. (Eastern Time) on [●], 2025**. The Recognition Hearing will be held before the Honorable Martin Glenn of the United States Bankruptcy Court for the Southern District of New York. The Recognition Hearing will be an evidentiary hearing at which witnesses may testify. Unless otherwise ordered by the Court, parties in interest, their attorneys and witnesses must appear in person for the Recognition Hearing. Appearances must be entered no later than 4:00

---

[1]    The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

p.m. (Eastern Time), the business day before the hearing. The public, including members of the media, may only attend evidentiary hearings in the courthouse, not remotely. This change in practice regarding evidentiary hearings reflects the policies of the Judicial Conference of the United States that became effective on September 22, 2023.

**PLEASE TAKE FURTHER NOTICE** that contemporaneously with filing the petitions for recognition, the Foreign Representative filed the *Motion for Provisional Relief in Aid of Canadian Proceeding Pursuant to Section 1519 of the Bankruptcy Code* [Docket No. ●] (the "Provisional Relief Motion").

**PLEASE TAKE FURTHER NOTICE** that on [●], 2025, the Court entered the *Order Granting Provisional Relief in Aid of Canadian Proceeding Pursuant to Section 1519 of the Bankruptcy Code* [Docket No. ●] (the "Provisional Order"), which granted, on a provisional basis, recognition of the Canadian Proceeding and entry of the Foreign Representative Order in the Canadian Proceeding, which, among other things:

- authorizes the Foreign Representative to operate the Debtors' businesses and administer the Debtors' assets on a provisional basis; and

- imposes a stay preventing parties from taking actions against the Debtors and their assets on a provisional basis.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to recognition of the Canadian Proceedings as a foreign main proceeding, or the Motion for Recognition and the relief requested therein must: (i) be in writing; (ii) detail the factual and legal basis for the response or objection; (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"); and (iv) be filed with the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004, and served upon the following counsel to the Foreign Representative, **so as to be received at least seven (7) days prior to the Recognition Hearing**: Pachulski Stang Ziehl & Jones LLP, 1700 Broadway, 36th Floor, New York, New York 10019, Attn: Steven Golden (sgolden@pszjlaw.com), Jeffrey Dine (jdine@pszjlaw.com), Mary Caloway (mcaloway@pszjlaw.com), and Victoria Newmark (vnewmark@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion for Recognition, the Provisional Relief Motion, the Provisional Relief Order, the proposed order granting final recognition of the Canadian Proceeding, and other documents filed by the Foreign Representative may be obtained by visiting the Court's website at https://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Foreign Representative's United States counsel, Pachulski Stang Ziehl & Jones 1700 Broadway, 36th Floor, New York, New York 10019, by email to Brooke Wilson (bwilson@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that at such hearing the Court may order the scheduling of a case management conference to consider the efficient administration of these Chapter 15 Cases.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Motion for Recognition carefully and discuss it with your attorney, if you have one in connection with these Chapter 15 Cases. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the Foreign Representative, or if you want the Court to consider your views on any matter requested at the Recognition Hearing, then you or your attorney must attend such hearing. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the Foreign Representative and may enter an order granting the relief requested.

Dated: September ___, 2025
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

_____

Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway
Victoria A. Newmark
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Counsel to Foreign Representative*

9

# **EXHIBIT 2**

**Publication Notice**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] | Case No. 25-11958 (MG) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

### NOTICE OF RECOGNITION HEARING
### ON FOREIGN RECOGNITION PROCEEDINGS

**PLEASE TAKE NOTICE** that on September 6, 2025, the above-captioned debtors (collectively, the "Debtors") commenced proceedings (together with any successor proceeding, the "Canadian Proceeding") under section 50.4 of Canada's *Bankruptcy and Insolvency Act* (R.S.C. 1985, c. B-3) (the "BIA") in the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court"). On September 9, 2025, Iovate Health Sciences International Inc., as authorized Foreign Representative (the "Foreign Representative") for the Debtors, filed petitions for relief (the "Petitions") under chapter 15 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern Distrct of New York (the "Court"). Parties can obtain a copy of all documents filed electronically in the Chapter 15 Cases by visiting the Court's website at https://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) and in the Canadian Proceedings by visiting https://www.ksvadvisory.com/experience/case/iovate.

**PLEASE TAKE FURTHER NOTICE THAT** contemporaneously with filing the Petitions, the Foreign Representative filed a motion seeking recognition of the Canadian Proceeding as a foreign main proceedings [Docket No. 4] (the "Recognition Motion").

**PLEASE TAKE FURTHER NOTICE** that on [●], 2025, the Bankruptcy Court entered the *Order Granting Provisional Relief in Aid of Canadian Proceeding Pursuant to Section 1519 of the Bankruptcy Code* [Docket No. ● ], granting provisional, injunctive, and related relief.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing for [  :  ] a.m./p.m. on [___, 2025] to consider approval of the Recognition Motion and related relief on a final basis (the "Recognition Hearing"). At such hearing, the Court may order

---

[1]    The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

11

the scheduling of a case management conference to consider the efficient administration of these Chapter 15 Cases

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Recognition Motion must do so in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Southern District of New York; and such response or objection must be in writing and set forth the basis therefor, which response or objection must be filed with the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004, and served upon the following counsel, **so as to be received at least seven (7) days prior to the Recognition Hearing**: Pachulski Stang Ziehl & Jones LLP, 1700 Broadway, 36th Floor, New York, New York 10019, Attn: Steven Golden (sgolden@pszjlaw.com), and Jeffrey Dine (jdine@pszjlaw.com), Mary Caloway (mcaloway@pszjlaw.com), and Victoria Newmark (vnewmark@pszjlaw.com)

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed and wishing to object to the Recognition Motion must appear at the Recognition Hearing as set forth herein.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than a notice on the docket in these cases or an announcement in open court of the adjourned date or dates of any adjourned hearing.

**PLEASE TAKE FURTHER NOTICE** that all parties wishing to appear at the Recognition Hearing in-person or via Zoom must register using the eCourtAppearances tool found on the court's website at https://www.nysb.uscourts.gov/ecourt-appearances **by no later than 4:00 p.m. (Eastern Time) one business day prior to the Recognition Hearing**. At the same time, you must notify the counsel listed above of your intent to appear remotely at the Recognition Hearing.

**PLEASE TAKE FURTHER NOTICE** that, if no response or objection is timely filed and served as provided above, the Bankruptcy Court may grant the relief requested by the Foreign Representative without further notice or hearing.

Dated: September __, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (*pro hac vice* forthcoming)
Victoria A. Newmark (*pro hac vice* forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700; Facsimile: 212-561-7777

*Attorneys for the Foreign Representative*