Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (*pro hac vice* pending)
Victoria A. Newmark (*pro hac vice* pending)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-11958 (MG) |

**NOTICE OF HEARING AND AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 10, 2025 AT 3:00 P.M. (EASTERN TIME)**

| | |
|---|---|
| Date and Time of Hearing: | **September 10, 2025 at 3:00 p.m. (Eastern Time)** (the "Hearing') before the Honorable Martin Glenn, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, Courtroom 523, One Bowling Green, New York, New York 10004. |
| Location of Hearing: | The Hearing will be a Zoom hearing. It will be conducted "live" via Zoom for Government. All main counsel must be present in the Courtroom, and all other parties may appear by Zoom. See Judge Glenn's chambers page on the Court website for information on how to make an eCourtAppearance and the link to do so: https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. You can also go to: https://ecf.nysb.uscourts.gov/cgibin/nysb |

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

4917-5367-5623.1 42848.00001

Appearances. Participants are required to register their appearance through the "eCourtAppearances" tab on the Court's by **4:00 p.m. (ET) one business day before the Hearing**. The Court will circulate by email a Zoom link to those parties who previously registered for the Hearing through the "eCourtAppearances" tab on the Court's website.

**MATTERS GOING FORWARD**

1. Motion for Order (I) Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code and (II) Authorizing Foreign Representative to File Consolidated Lists of Information Required by Bankruptcy Rule 1007(a)(4), filed September 9, 2025 [Docket No. 3].

    Status: This matter is going forward.

2. Motion for Provisional Relief in Aid of Canadian Proceeding Pursuant to 1519 of the Bankruptcy Code, filed September 9, 2025 [Docket No. 7].

    Related Filings:

    A. Consolidated Verified List Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(4), 1008, and 7007.1 and Local Rule 1007-3, filed September 9, 2025 [Docket No. 2].

    B. Declaration of Wesley Parris in Support of (I) Verified Chapter 15 Petitions, (II) Foreign Representative's Motions for Orders Granting Provisional and Final Relief in Aid of Canadian Proceeding, and (III) Certain Related Relief, filed September 9, 2025 [Docket No. 5].

    C. Declaration of Harvey G. Chaiton in Support of (I) Verified Chapter 15 Petitions, (II) Foreign Representative's Motions for Orders Granting Provisional and Final Relief in Aid of Canadian Proceeding, and (III) Certain Related Relief, filed September 9, 2025 [Docket No. 6].

    Status: This matter is going forward.

3. Foreign Representative's Motion for Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice, filed September 9, 2025 [Docket No. 8].

    Status: This matter is going forward.

4. Foreign Representative's Ex Parte Motion for Entry of Order Shortening the Notice Periods for Emergency Hearings on Motions of Foreign Representative for

(I) Entry of an Order Granting Provisional Relief, (II) Entry of an Order Granting Joint Administration of Chapter 15 Cases and (III) Entry of an Order Scheduling Hearing and Specifying the Form and Manner of Service of Notice, filed September 9, 2025 [Docket No. 9].

Status: This matter is going forward.

Copies of the above-referenced documents and all other documents filed in this case can be accessed from the Court's website, http://ecf.nysb.uscourts.gov (a PACER login and password are required to retrieve documents).

| | |
|---|---|
| Dated: September 9, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Steven W. Golden* |
| | Steven W. Golden |
| | Jeffrey M. Dine |
| | Mary F. Caloway |
| | Victoria A. Newmark |
| | 1700 Broadway, 36th Floor |
| | New York, New York 10019 |
| | Telephone: 212-561-7700 |
| | Facsimile: 212-561-7777 |
| | |
| | *Counsel to the Foreign Representative* |

4917-5367-5623.1 42848.00001