Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (*pro hac vice* pending)
Victoria A. Newmark (*pro hac vice* pending)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.*<br><br>　　　　Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25- 11958 (MG) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

　　　　I, Mary F. Caloway, respectfully request admission, ***pro hac vice*,** before the Honorable Judge Martin Glenn, to represent Iovate Health Sciences International Inc., in its capacity as the authorized foreign representative (the "Foreign Representative") in the above-referenced cases.

　　　　I certify that I am a member in good standing of the bar in the State of Delaware.

　　　　I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

[*Remainder of page intentionally left blank*]

---

[1]　　The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

4929-6083-6455.1 42848.00001

| | |
|---|---|
| Dated: September 9, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Steven W. Golden* |
| | Steven W. Golden |
| | Jeffrey M. Dine |
| | Mary F. Caloway (*pro hac vice* pending) |
| | Victoria A. Newmark (*pro hac vice* pending) |
| | 1700 Broadway, 36th Floor |
| | New York, New York 10019 |
| | Telephone: 212-561-7700 |
| | Facsimile: 212-561-7777 |
| | |
| | *Counsel to the Foreign Representative* |