**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.*<br><br>            Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25- 11958 (MG) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mary F. Caloway to be admitted, *pro hac vice*, to represent Iovate Health Sciences International Inc., in its capacity as the authorized foreign representative (the "Foreign Representative") in the above-referenced cases and upon the movant's certification that the movant is a member in good standing of the bar in the State of Delaware, it is hereby:

**ORDERED**, that Mary F. Caloway, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Foreign Representative, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September __, 2025
New York, New York

                                              /s/ _____
                                              HONORABLE JUDGE MARTIN GLENN
                                              UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).