# First Day Hearing Presentation

## Iovate Health Sciences International Inc., *et al.*

Case No. 25-11958 (MG)

United States Bankruptcy Court for the Southern District of New York

Honorable Martin Glenn

September 10, 2025







# Company Overview

The Iovate Group is an Oakville, Ontario-based diversified health and wellness business that specializes in active nutrition and weight management products.

Founded in 1995 in Ontario, the Iovate Group's products are now distributed in over 90 countries, including major retailers like Walmart, Walgreens, and Sam's Club.

Iovate Group is headquartered in Oakville, Ontario, Canada (its only office), with management working out of Oakville Headquarters.

Most of Iovate Group's operations are conducted through Iovate International.



2

# Corporate Structure



# Capital Structure and Orgain Litigation



| Type of Debt | Security and Priority | Outstanding Amounts |
|---|---|---|
| Secured Credit Facilities | First lien on all assets | USD $115.8 million |
| Orgain Judgment | Unsecured | USD $12.5 million |
| Unsecured Notes | Unsecured | CAD $27.3 million |
| Trade Payables | Unsecured | CAD $33.8 million |

Orgain, Inc. obtained a $12.5 million judgment against Iovate International and Iovate USA in August 2024.

Orgain has sought to enforce judgment in both United States and Canada, including by attempting to garnish receivables from certain of the Debtors' major customers.

On June 27, 2025, Orgain obtained a writ of garnishment against Walmart in Arkansas State Court, which writ the Debtors were unsuccessful in quashing at an August 25 hearing.

On August 27, 2025, the Lenders asserted defaults and delivered notices of intention under section 244 of the BIA.

4

# Canadian Proceeding



- On September 5, 2025, each of the Debtors filed a *Notice of Intention to Make a Proposal* pursuant to section 50.4 of the BIA; the same day, the Debtors obtained *Certificates of Filing* which, pursuant to subsection 69(1) of the BIA, stayed all proceedings against the Debtors.

- KSV Restructuring Inc. has been appointed as the Debtors' Proposal Trustee

- On September 9, the Canadian Court issued the Foreign Representative Order, empowering Iovate International to act as Foreign Representative of the Debtors and asking for this Court's assistance

- The Debtors are working with their major stakeholders on next steps, which may include converting the Canadian Proceeding from an NOI proceeding under the BIA to a proceeding under the CCAA

5

# First Day Pleadings




| | |
|---|---|
| **Joint Administration Motion** | *Docket No. 3* |
| **Provisional Relief Motion** | *Docket No. 7* |
| **Recognition Hearing and Notice Motion** | *Docket No. 8* |
| ➢ Declaration of Wesley Parris | *Docket No. 5* |
| ➢ Declaration of Harvey Chaiton | *Docket No. 6* |

6