UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO.   25-11958 |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC. § | | |
| DEBTOR(S), § | | CHAPTER   15 |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on __10th__ day of __September__ 2025, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

STEVEN WILLIAM GOLDEN
PACHULSKI STANG ZIEHL & JONES LLP
1700 BROADWAY, STE, 36TH FLOOR
NEW YORK, NY 10019

US TRUSTEE (NY)
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY 10004-1408

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
3500 Maple Avenue
Suite 800
DALLAS, TX 75219
Telephone:  (214) 880-0089
Facsimile:  (469) 221-5003
Email:        dallas.bankruptcy@lgbs.com

By: /s/ John K. Turner
John Kendrick Turner
SBN: 00788563 TX

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

ATTORNEYS AT LAW

3500 Maple Avenue
Suite 800
DALLAS, TX 75219

Telephone:  (214) 880-0089

Facsimile:   (469) 221-5003

dallas.bankruptcy@lgbs.com

September 10, 2025

STEVEN WILLIAM GOLDEN

PACHULSKI STANG ZIEHL & JONES LLP

1700 BROADWAY, STE, 36TH FLOOR

NEW YORK, NY 10019


**RE:  25-11958**
**DEBTOR(S):      IOVATE HEALTH SCIENCES INTERNATIONAL INC.**


   Enclosed please find a copy of the Notice of Appearance which has been filed in the above referenced case.

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**

ATTORNEYS AT LAW

3500 Maple Avenue
Suite 800
DALLAS, TX 75219

Telephone: (214) 880-0089
Facsimile: (469) 221-5003
dallas.bankruptcy@lgbs.com

September 10, 2025

US TRUSTEE (NY)
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY 10004-1408


**RE: 25-11958**
**DEBTOR(S):     IOVATE HEALTH SCIENCES INTERNATIONAL INC.**


    Enclosed please find a copy of the Notice of Appearance which has been filed in the above referenced case.