**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25- 11958 (MG)<br><br>(Jointly Administered) |

**NOTICE OF RECOGNITION HEARING**
**ON FOREIGN RECOGNITION PROCEEDINGS**

**PLEASE TAKE NOTICE** that, on September 9, 2025, Iovate Health Sciences International Inc., in its capacity as the authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in respect of that certain insolvency proceeding (together with any successor proceeding, the "Canadian Proceeding") commenced pursuant to section 50.4 of Canada's *Bankruptcy and Insolvency Act* (R.S.C. 1985, c. B-3) (the "BIA"), pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court"), filed, among other things, (a) petitions for recognition (the "Petitions") under chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and (b) a *Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (the "Recognition Motion"), pursuant to sections 1504, 1515, and 1517 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Debtors seek entry of an order recognizing the Canadian Proceeding as a foreign main proceeding pursuant to section 1517 of title 11 of the Bankruptcy Code and granting certain additional relief pursuant to sections 105(a), 1507, 1510, 1515, and 1521 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled an evidentiary hearing to consider the relief requested in the Recognition Motion (the "Recognition Hearing") for **10:00 a.m. (Eastern Time)** on **October 28, 2025**. The Recognition Hearing will be held before the Honorable Martin Glenn of the United States Bankruptcy Court for the Southern District of New York. The Recognition Hearing will be an evidentiary hearing at which witnesses may testify. Unless otherwise ordered by the Court, parties in interest, their attorneys and witnesses must appear in person for the Recognition Hearing. Appearances must be entered

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

no later than 4:00 p.m. (Eastern Time), the business day before the hearing. The public, including members of the media, may only attend evidentiary hearings in the courthouse, not remotely. This change in practice regarding evidentiary hearings reflects the policies of the Judicial Conference of the United States that became effective on September 22, 2023.

**PLEASE TAKE FURTHER NOTICE** that contemporaneously with filing the petitions for recognition, the Foreign Representative filed the *Motion for Provisional Relief in Aid of Canadian Proceeding Pursuant to Section 1519 of the Bankruptcy Code* [Docket No. 7] (the "Provisional Relief Motion").

**PLEASE TAKE FURTHER NOTICE** that on September 10, 2025, the Court entered the *Order Granting Provisional Relief in Aid of Canadian Proceeding Pursuant to Section 1519 of the Bankruptcy Code* [Docket No. 20] (the "Provisional Order"), which granted, on a provisional basis, recognition of the Canadian Proceeding and entry of the Foreign Representative Order in the Canadian Proceeding, which, among other things:

- authorizes the Foreign Representative to operate the Debtors' businesses and administer the Debtors' assets on a provisional basis; and
- imposes a stay preventing parties from taking actions against the Debtors and their assets on a provisional basis.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to recognition of the Canadian Proceedings as a foreign main proceeding, or the Motion for Recognition and the relief requested therein must: (i) be in writing; (ii) detail the factual and legal basis for the response or objection; (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"); and (iv) be filed with the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004, and served upon the following counsel to the Foreign Representative, **so as to be received at least seven (7) days prior to the Recognition Hearing**: Pachulski Stang Ziehl & Jones LLP, 1700 Broadway, 36th Floor, New York, New York 10019, Attn: Steven Golden (sgolden@pszjlaw.com), Jeffrey Dine (jdine@pszjlaw.com), Mary Caloway (mcaloway@pszjlaw.com), and Victoria Newmark (vnewmark@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion for Recognition, the Provisional Relief Motion, the Provisional Relief Order, the proposed order granting final recognition of the Canadian Proceeding, and other documents filed by the Foreign Representative may be obtained by visiting the Court's website at https://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Foreign Representative's United States counsel, Pachulski Stang Ziehl & Jones 1700 Broadway, 36th Floor, New York, New York 10019, by email to Brooke Wilson (bwilson@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that at such hearing the Court may order the scheduling of a case management conference to consider the efficient administration of these Chapter 15 Cases.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected.  You should read the Motion for Recognition carefully and discuss it with your attorney, if you have one in connection with these Chapter 15 Cases.  If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the Foreign Representative, or if you want the Court to consider your views on any matter requested at the Recognition Hearing, then you or your attorney must attend such hearing.  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the Foreign Representative and may enter an order granting the relief requested.

Dated: September 11, 2025
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Steven. W Golden*
Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway
Victoria A. Newmark
1700 Broadway, 36th Floor
New York, New York 10019
Telephone:  212-561-7700
Facsimile:   212-561-7777

*Counsel to Foreign Representative*