Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25- 11958 (MG)<br><br>(Jointly Administered) |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on September 9, 2025, Iovate Health Sciences International Inc., in its capacity as the authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in respect of that certain insolvency proceeding (together with any successor proceeding, the "Canadian Proceeding") commenced pursuant to section 50.4 of Canada's *Bankruptcy and Insolvency Act* (R.S.C. 1985, c. B-3) (the "BIA"), pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court"), filed, among other things, petitions for recognition (the "Petitions") under chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that contemporaneously with filing the Petitions, the Foreign Representative filed the *Motion for Provisional Relief in Aid of Canadian Proceeding Pursuant to Section 1519 of the Bankruptcy Code* [Docket No. 7] (the "Provisional Relief Motion").

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

4938-8393-8152.1 42848.00001                              1

**PLEASE TAKE FURTHER NOTICE** that on September 10, 2025, the Court entered the *Order Granting Provisional Relief in Aid of Canadian Proceeding Pursuant to Section 1519 of the Bankruptcy Code* [Docket No. 20] (the "Provisional Relief Order"), which granted certain relief on a provisional basis.

**PLEASE TAKE FURTHER NOTICE** that the Court will consider extension of the Provisional Relief Order at a hearing on **September 22, 2025 at 2:00 p.m. (ET)** (the "Hearing"). The Hearing will be conducted via Zoom.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to extension of the Provisional Relief Order must be (a) filed with the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004, and (b) served upon the following counsel to the Foreign Representative, **so as to be received at 12:00 pm (ET) at least one (1) day prior to the Hearing**: Pachulski Stang Ziehl & Jones LLP, 1700 Broadway, 36th Floor, New York, New York 10019, Attn: Steven Golden (sgolden@pszjlaw.com), Jeffrey Dine (jdine@pszjlaw.com), Mary Caloway (mcaloway@pszjlaw.com), and Victoria Newmark (vnewmark@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that copies of the Petitions, the Provisional Relief Motion, the Provisional Relief Order, and other documents filed by the Foreign Representative may be obtained by visiting the Court's website at https://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Foreign Representative's United States counsel, Pachulski Stang Ziehl & Jones 1700 Broadway, 36th Floor, New York, New York 10019, by email to Brooke Wilson (bwilson@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the Foreign Representative, or if you want the Court to consider your views on any matter requested at the Hearing, then you or your attorney must attend such hearing. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the Foreign Representative and may enter an order granting the relief requested.

Dated: September 12, 2025
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Steven W. Golden*
Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway
Victoria A. Newmark
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Counsel to Foreign Representative*