## EXHIBIT A

Certificates of Filing

 **Industry Canada**  **Industrie Canada**
Office of the Superintendent  Bureau du surintendant
of Bankruptcy Canada  des faillites Canada

District of:     Ontario
Division No.:   09 - Toronto
Court No.:      31-3268936
Estate No.:     31-3268936

In the Matter of the Notice of Intention to make a proposal of:

**Iovate Health Sciences International Inc.**

Insolvent Person

**KSV RESTRUCTURING INC.**

Licensed Insolvency Trustee

Date of the Notice of Intention:                              September 05, 2025

CERTIFICATE OF FILING OF A NOTICE OF INTENTION TO MAKE A PROPOSAL
Subsection 50.4 (1)

I, the undersigned, Official Receiver in and for this bankruptcy district, do hereby certify that the aforenamed insolvent person filed a Notice of Intention to Make a Proposal under subsection 50.4 (1) of the Bankruptcy and Insolvency Act;

Pursuant to subsection 69. (1) of the Act, all proceedings against the aforenamed insolvent person are stayed as of the date of filing of the Notice of Intention.

Date: September 05, 2025, 14:39

E-File/Dépôt Electronique                                     Official Receiver
151 Yonge Street, 4th Floor, Toronto, Ontario, Canada, M5C2W7, (877)376-9902





| Industry Canada | Industrie Canada |
|---|---|
| Office of the Superintendent of Bankruptcy Canada | Bureau du surintendant des faillites Canada |

District of:     Ontario
Division No.: 09 - Toronto
Court No.:     31-3268942
Estate No.:    31-3268942

In the Matter of the Notice of Intention to make a proposal of:

**Iovate Health Sciences U.S.A., Inc.**

Insolvent Person

**KSV RESTRUCTURING INC.**

Licensed Insolvency Trustee

Date of the Notice of Intention:                                                                                 September 05, 2025

CERTIFICATE OF FILING OF A NOTICE OF INTENTION TO MAKE A PROPOSAL
Subsection 50.4 (1)

I, the undersigned, Official Receiver in and for this bankruptcy district, do hereby certify that the aforenamed insolvent person filed a Notice of Intention to Make a Proposal under subsection 50.4 (1) of the Bankruptcy and Insolvency Act;

Pursuant to subsection 69. (1) of the Act, all proceedings against the aforenamed insolvent person are stayed as of the date of filing of the Notice of Intention.

Date: September 05, 2025, 14:43

E-File/Dépôt Electronique

Official Receiver

151 Yonge Street, 4th Floor, Toronto, Ontario, Canada, M5C2W7, (877)376-9902





| | |
|---|---|
| Industry Canada | Industrie Canada |
| Office of the Superintendent of Bankruptcy Canada | Bureau du surintendant des faillites Canada |

District of:     Ontario
Division No.:  09 - Toronto
Court No.:      31-3268971
Estate No.:     31-3268971

In the Matter of the Notice of Intention to make a proposal of:

**Northern Innovations Holding Corp.**

Insolvent Person

**KSV RESTRUCTURING INC.**

Licensed Insolvency Trustee

---

Date of the Notice of Intention:                                                                September 05, 2025

---

CERTIFICATE OF FILING OF A NOTICE OF INTENTION TO MAKE A PROPOSAL
Subsection 50.4 (1)

I, the undersigned, Official Receiver in and for this bankruptcy district, do hereby certify that the aforenamed insolvent person filed a Notice of Intention to Make a Proposal under subsection 50.4 (1) of the Bankruptcy and Insolvency Act;

Pursuant to subsection 69. (1) of the Act, all proceedings against the aforenamed insolvent person are stayed as of the date of filing of the Notice of Intention.

Date: September 05, 2025, 15:09

E-File/Dépôt Electronique                                                                                                                   Official Receiver
151 Yonge Street, 4th Floor, Toronto, Ontario, Canada, M5C2W7, (877)376-9902

