**EXHIBIT C**

Board Authorizations

**MINUTES OF A MEETING OF THE DIRECTORS**

**OF**

**IOVATE HEALTH SCIENCES INTERNATIONAL INC.**

**(the "Corporation")**

MINUTES of a meeting of the Directors of the Corporation held on the 4th day of September, 2025, at the hour of 12:40 p.m. Eastern Time.

Present:

XIYAO MICHAEL LIU

DI WANG

JIAQI ZHENG

being all of the Directors of the Corporation.

All of the Directors of the Corporation waived by attendance their right to notice of the meeting. No director objected to the transaction of any business.

Upon motion duly made, seconded and carried, XIYAO MICHAEL LIU acted as Chairman and Secretary of the meeting.

All the Directors being present, the Chairman declared the meeting to be regularly constituted.

The Chairman reported that the Corporation was in financial difficulties and was no longer able to meet its obligations generally as they fell due. For this reason, it is in the best interests of the Corporation to commence proceedings (the "**Proposal Proceedings**") under the *Bankruptcy and Insolvency Act* (Canada) (the "**BIA**") and to file a Notice of Intention to Make a Proposal to its creditors under Section 50.4 of the BIA (the "**Notice**") to seek recognition of the Proposal Proceedings under chapter 15 of title 11 of the United States Code (the "**U.S. Bankruptcy Code**").

A motion was duly made, seconded and carried that the Corporation:

1.  prepare and file the Notice together with the required related documentation;

2.  retain KSV Restructuring Inc. to act as Trustee under the Proposal Proceedings; and

3.  take such steps and actions within the Proposal Proceedings as are necessary or desirable to protect and advance the interests of the Corporation and to pursue such court orders, take such other steps and do all such things as may be deemed advisable by any officer or director of the Corporation;

4.  be further authorized to:

    a.  act as the "foreign representative" (as such term is defined in section 101(24) of the U.S. Bankruptcy Code) in respect of the Proposal Proceedings in foreign jurisdictions, including the United States;

    b.  bring a motion before the Court overseeing the Proposal Proceedings (the "**Canadian Court**") seeking an Order of the Canadian Court authorizing the Corporation to act as the "foreign representative" in respect of the Proposal Proceedings; and

    c.  in its capacity as foreign representative, to seek recognition of the Proposal Proceedings under chapter 15 of the Bankruptcy Code (such proceedings, the "**Chapter 15 Proceedings**").

5.  for all the foregoing purposes does hereby authorize the Chief Executive Officer of the Corporation to execute and deliver on behalf of the Corporation all such other documents, agreements and instruments (including, without limitation, all documents, agreements and other instruments as are contemplated by the Notice) (the "**Ancillary**

**Documents**"), and to take all such other action as may from time to time be required or as he may determine is necessary or desirable to give effect to this resolution and to exercise the rights and perform the obligations of the Corporation under the Proposal Proceedings, the Chapter 15 Proceedings, and the Ancillary Documents, such determination to be conclusively evidenced by his execution thereof.

2 directors voted in favor of the motion and 1 abstained. Motion carried.

Upon motion duly made, seconded and carried, the meeting was adjourned.

Signed by:

B59E45057DE6410...
_____
Chairman and Secretary



Certified to be a true copy of the minutes of a meeting of the Directors of held on the 4th day of September, 2025.

Dated: September 4th, 2025

Signed by:

B50E45057DE6410...
_____
Chairman and Secretary

**MINUTES OF A MEETING OF THE DIRECTORS**

**OF**

**IOVATE HEALTH SCIENCES U.S.A. INC.**

**(the "Corporation")**

MINUTES of a meeting of the Directors of the Corporation held on the 4th day of September, 2025, at the hour of 12:40 p.m. Eastern Time.

Present:
  XIYAO MICHAEL LIU

  DI WANG

  JIAQI ZHENG

being all of the Directors of the Corporation.

All of the Directors of the Corporation waived by attendance their right to notice of the meeting. No director objected to the transaction of any business.

Upon motion duly made, seconded and carried, XIYAO MICHAEL LIU acted as Chairman and Secretary of the meeting.

All the Directors being present, the Chairman declared the meeting to be regularly constituted.

The Chairman reported that the Corporation was in financial difficulties and was no longer able to meet its obligations generally as they fell due. For this reason, it is in the best interests of the Corporation to commence proceedings (the "**Proposal Proceedings**") under the *Bankruptcy and Insolvency Act* (Canada) (the "**BIA**") and to file a Notice of Intention to Make a Proposal to its creditors under Section 50.4 of the BIA (the "**Notice**") and to seek recognition of the Proposal Proceedings under chapter 15 of title 11 of the United States Code (the "**U.S. Bankruptcy Code**").

A motion was duly made and seconded that the Corporation:

1.  prepare and file the Notice together with the required related documentation;

2.  retain KSV Restructuring Inc. to act as Trustee under the Proposal Proceedings;

3.  take such steps and actions within the Proposal Proceedings as are necessary or desirable to protect and advance the interests of the Corporation and to pursue such court orders, take such other steps and do all such things as may be deemed advisable by any officer or director of the Corporation;

4.  Iovate Health Sciences International Inc. ("**IHSI**") be further authorized to:

    (a) act as the "foreign representative" (as such term is defined in section 101(24) of title 11 of the U.S. Bankruptcy Code) of the Corporation in respect of the Proposal Proceedings in foreign jurisdictions, including the United States;

    (b) bring a motion before the Court overseeing the Proposal Proceedings (the "**Canadian Court**") seeking an Order of the Canadian Court authorizing IHSI to act as the "foreign representative" of the Corporation in respect of the Proposal Proceedings; and

    (c) in its capacity as foreign representative, to seek recognition of the Proposal Proceedings under chapter 15 of the Bankruptcy Code (such proceedings, the "**Chapter 15 Proceedings**"); and

5.  for all the foregoing purposes does hereby authorize the Chief Executive Officer of the Corporation to execute and deliver on behalf of the Corporation all such other documents, agreements and instruments (including, without limitation, all documents, agreements and other instruments as are contemplated by the Notice) (the "**Ancillary**

**Documents**"), and to take all such other action as may from time to time be required or as he may determine is necessary or desirable to give effect to this resolution and to exercise the rights and perform the obligations of the Corporation under the Proposal Proceedings, the Chapter 15 Proceedings, and the Ancillary Documents, such determination to be conclusively evidenced by his execution thereof.

2 directors voted in favor of the motion and 1 abstained. Motion carried.

Upon motion duly made, seconded and carried, the meeting was adjourned.

Signed by:

_____
Chairman and Secretary

Certified to be a true copy of the minutes of a meeting of the Directors of held on the 4th day of <u>September</u>, 2025.

Dated: <u>September 4th, 2025</u>

Signed by:

_____
Chairman and Secretary

**MINUTES OF A MEETING OF THE DIRECTORS**

**OF**

**NORTHERN INNOVATIONS HOLDING CORP.**

**(the "Corporation")**

MINUTES of a meeting of the Directors of the Corporation held on the 4th day of September, 2025, at the hour of 12:40 p.m. Eastern Time.

Present:
    XIYAO MICHAEL LIU

    DI WANG

    JIAQI ZHENG

being all of the Directors of the Corporation.

All of the Directors of the Corporation waived by attendance their right to notice of the meeting. No director objected to the transaction of any business.

Upon motion duly made, seconded and carried, XIYAO MICHAEL LIU acted as Chairman and Secretary of the meeting.

All the Directors being present, the Chairman declared the meeting to be regularly constituted.

The Chairman reported that the Corporation was in financial difficulties and was no longer able to meet its obligations generally as they fell due.  For this reason, it is in the best interests of the Corporation to commence proceedings (the "**Proposal Proceedings**") under the *Bankruptcy and Insolvency Act* (Canada) (the "**BIA**") and to file a Notice of Intention to Make a Proposal to its creditors under Section 50.4 of the BIA (the "**Notice**") and to seek recognition of the Proposal Proceedings under chapter 15 of title 11 of the United States Code (the "**U.S. Bankruptcy Code**").

A motion was duly made and seconded that the Corporation:

1. prepare and file the Notice together with the required related documentation;

2. retain KSV Restructuring Inc. to act as Trustee under the Proposal Proceedings; and

3. take such steps and actions within the Proposal Proceedings as are necessary or desirable to protect and advance the interests of the Corporation and to pursue such court orders, take such other steps and do all such things as may be deemed advisable by any officer or director of the Corporation;

4. Iovate Health Sciences International Inc. ("**IHSI**") be further authorized to:

    (a) act as the "foreign representative" (as such term is defined in section 101(24) of title 11 of the U.S. Bankruptcy Code) of the Corporation in respect of the Proposal Proceedings in foreign jurisdictions, including the United States;

    (b) bring a motion before the Court overseeing the Proposal Proceedings (the "**Canadian Court**") seeking an Order of the Canadian Court authorizing IHSI to act as the "foreign representative" of the Corporation in respect of the Proposal Proceedings; and

    (c) in its capacity as foreign representative, to seek recognition of the Proposal Proceedings under chapter 15 of the Bankruptcy Code (such proceedings, the "**Chapter 15 Proceedings**"); and

5. for all the foregoing purposes does hereby authorize the Chief Executive Officer of the Corporation to execute and deliver on behalf of the Corporation all such other documents, agreements and instruments (including, without limitation, all documents, agreements and other instruments as are contemplated by the Notice) (the "**Ancillary**

**Documents**"), and to take all such other action as may from time to time be required or as he may determine is necessary or desirable to give effect to this resolution and to exercise the rights and perform the obligations of the Corporation under the Proposal Proceedings, the Chapter 15 Proceedings, and the Ancillary Documents, such determination to be conclusively evidenced by his execution thereof.

2 directors voted in favor of the motion and 1 abstained. Motion carried.

Upon motion duly made, seconded and carried, the meeting was adjourned.

Signed by:

B59E45057DE6410...

Chairman and Secretary

Certified to be a true copy of the minutes of a meeting of the Directors of held on the 4th day of <u>September</u>, 2025.

Dated: <u>September 4th, 2025</u>

Signed by:

B59E45057DE0410...

Chairman and Secretary