Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-11958 (MG)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Steven W. Golden, hereby certify that I caused a copy of the following documents[2] to be served via (i) email on the service lists attached hereto as **Exhibit 1** on the 10th day of September, 2025, and (ii) first class mail on the 11th day of September 2025 on the service list attached as **Exhibit 2**.

> **Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [Dkt. No. 20]**

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the First Day Filings via electronic service.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

[2] All references to "Dkt. No" refer to docket numbers in case no. 25-11958 unless otherwise specified.

| | |
|---|---|
| Dated: September 17, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Steven W. Golden* |
| | Steven W. Golden |
| | Jeffrey M. Dine |
| | Mary F. Caloway (admitted *pro hac vice*) |
| | Victoria A. Newmark (admitted *pro hac vice*) |
| | 1700 Broadway, 36th Floor |
| | New York, New York 10019 |
| | Telephone: 212-561-7700 |
| | Facsimile: 212-561-7777 |
| | |
| | *Counsel to Foreign Representative* |