# **EXHIBIT 2**

| Name | Address1 | Address2 | City | State/Province | ZIP | Country | Email | Attention |
|---|---|---|---|---|---|---|---|---|
| Airlite Plastics Co. | 2860 Bath Pike | | Nazareth | PA | 18064 | USA | | Michael Roderick |
| ANYBILL FINANCE SERVICES, INC | P O BOX 34781 | | BETHESDA | MD | 20827-0781 | USA | | |
| BALCHEM CORPORATION | 52 Sunrise Park Road | | New Hampton | NY | 10958 | USA | | |
| Bio-Cat, Inc. | 9117 Three Notch Road | | Troy | VA | 22974 | USA | | |
| CANADA REVENUE AGENCY | 4695 Shawinigan-Sud Boulevard | | Shawinigan | QC | G9P 5H9 | Canada | | |
| CH ROBINSON WORLDWIDE, INC. | P O BOX 9121 | | MINNEAPOLIS | MN | 55480-9121 | USA | | |
| Christine Aguliar | 3207 Club Rancho Dr | | Palmdale | CA | 93551 | USA | | Christine Aguliar |
| Circana LLC | 203 N. LaSalle St. | Suite 1500 | Chicago | IL | 60601 | USA | | |
| COMPASS LOGISTICS INTERNATIONAL INC | 265 WEST COMMERCIAL AVENUE | | MOONACHIE | NJ | 07004 | USA | | |
| CURRENT TECHNOLOGIES LLC DBA PATTERN CREATORS | 1441 WEST INNOVATION WAY SUITE 500 | | LEHI | UT | 84043 | USA | | |
| DSV AIR & SEA INC | 1300 NORTH ARLINGTON HEIGHTS ROAD | SUITE 150 | ITASCA | IL | 60143 | USA | | |
| ESKO GRAPHICS INC | 8535 Gander Creek Dr | | Miamisburg | OH | 45342 | USA | | |
| EUROFINS BOTANICAL TESTING US INC | 6304 RONALD REAGAN AVENUE | | MADISON | WI | 53704 | USA | | |
| EVER.AG INSIGHTS | 2810 CROSSROADS DRIVE SUITE 3900 | | MADISON | WI | 53718 | USA | | |
| FEDERAL TRADE COMMISSION | 600 Pennsylvania Avenue, NW | | Washington | DC | 20580 | USA | | |
| FOOD AND DRUG ADMINISTRATION | 10903 New Hampshire Ave | | Silver Spring | MD | 20993 | USA | | |
| Giancarlo Stanton | 10900 Wilshire Blvd, Suite 1200 | | Los Angeles | CA | 90024 | USA | | |
| GLEN LAKE ENTERPRISES INC DBA SNELLER CREATIVE PROMOTIONS | 5014 BRITTANY DOWNS DRIVE | | SAINT CHARLES | MO | 63304 | USA | | |
| GOLDEN BRIDGE INTERNATIONAL INC | 733 9TH AVENUE | | CITY OF INDUSTRY | CA | 91745 | USA | | |
| HIGHRADIUS CORPORATION | 2107 CityWest Blvd. | | Houston | TX | 77042 | USA | | |
| INCRENOVO LLC | 730 EAST CARLISLE AVENUE | | WHITEFISH BAY | WI | 53217 | USA | | |
| International Paper Company | 6400 Poplar Avenue | | Memphis | TN | 38197 | USA | | Michael Roderick |
| Iovate Health Sciences International Inc. and Iovate Health Sciences U.S.A. Inc, | 381 North Service Road West | | Oakville | ON | L6M 0H4 | Canada | | |
| J BECKER SOLUTIONS INC DBA JBS INC | 610 CHADDS FORD DRIVE SUITE M23 | | CHADDS FORD | PA | 19317 | USA | | |
| KPMG, LLP | 333 BAY STREET SUITE 4600 | | TORONTO | ON | M5H 2S5 | Canada | | |
| LINA M LOPEZ | 2 CHELSEA AVENUE APARTMENT 204 | | LONG BRANCH | NJ | 07740 | USA | | |
| Listen First Media, LLC | 381 Park Avenue South, Suite 401 | | New York | NY | 10016 | USA | | |
| MNTNS MARKETING INC | 136 GEARY AVENUE | UNIT 109 | TORONTO | ON | M6H 4H1 | Canada | | |
| National Polymers LLC | 9 Guttman Avenue | | Charleroi | PA | 15022 | USA | | Michael Roderick |
| Netrition, Inc. | 25 Corporate Circle, Suite 118 | | Albany | NY | 12203 | USA | | Di Wang |
| Northern Innovations Holding Corp. | 381 North Service Road West | | Oakville | ON | L6M 0H4 | Canada | | |
| PERATON INC | 12975 WORLDGATE DRIVE | | HERNDON | VA | 20170 | USA | | |
| PERPETUA LABS INC | 1801 POERTER STREET SUITE 300 | | BALTIMORE | MD | 21230 | USA | | |
| RBC | 335 8TH AVENUE SOUTHWEST, 5TH FLOOR | | CALGARY | AB | T2P 1C9 | Canada | | |
| Rieke Packaging | 1200 Valley House Drive, Suite 100 | | Rohnert Park | CA | 94928 | USA | | Michael Roderick |
| RITE AID CORPORATION | 200 NEWBERRY COMMONS | | ETTERS | PA | 17319 | USA | | |
| THE BEANSTALK GROUP LLC | 1285 Avenue of the Americas | 5th Floor | New Yok | NY | 10019 | USA | | |
| USA Sports LLC. (aka Muscle Foods USA aka Eurpac Service Incorporated | 40 Danbury Road, Suite 7 | | Wilton | CT | 06897 | USA | | Wade Rohrer |
| USDA AMS DAIRY | 1400 INDEPENDENCE AUENUE SOUTHWEST ACCOUNT 3030396 | | WASHINGTON | DC | 20250 | USA | | |
| VEJO SERVICES LLC | 3009 FOX GLEN COURT | | ST CHARLES | IL | 60174 | USA | | |
| VMI Nutrition, Inc. (aka Genysis) | 391 S. Orange Street | | Salt Lake City | UT | 84116 | USA | | Jeff Reynolds |
| Walgreens-Antuit | 200 Wilmot Road | | DEERFIELD | IL | 60015 | USA | | |
| Iovate Health Sciences U.S.A. Inc. | 1105 North Market St. | Suite 1330 | Wilmington | Delaware | 19801 | USA | | |