Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.*<br><br>                  Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-11958 (MG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

      I, Steven W. Golden, hereby certify that on the 12th day of September 2025, I caused a copy of the following documents[2] to be served via email and first-class mail to the service lists attached hereto as **Exhibit 1** and **Exhibit 2**.

      **Order Scheduling Recognition Hearing and Specifying the Form and Manner of Service of Notice [Dkt. No. 21]**

      **Notice of Recognition Hearing on Foreign Recognition Proceedings [Dkt. No. 22]**

      **Notice of Hearing  [Dkt. No. 24]**

      **Amended Declaration of Wesley Parris in Support of (I) Verified Chapter 15 Petitions, (II) Foreign Representative's Motions for Orders**

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

[2] All references to "Dkt. No" refer to docket numbers in case no. 25-11958 unless otherwise specified.

4927-4309-1049.1 42848.00001

**Granting Provisional and Final Relief in Aid of Canadian Proceeding, and (iii) Certain Related Relief [Dkt. No. 25]**

      In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the First Day Filings via electronic service.

Dated: September 17, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*
Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone:  212-561-7700
Facsimile:   212-561-7777

*Counsel to Foreign Representative*