**EXHIBIT 1**

| Name | Address1 | Address2 | City | State/Province | ZIP | Country | Email | Attention |
|---|---|---|---|---|---|---|---|---|
| 5W Public Relations LLC. | 3 Park Avenue, Floor 19 | | New York | NY | 10016 | USA | rungar@5wpr.com | Robyn Ungar |
| 72andSunny Partners, LLC | 55 Water Street | | Brooklyn | NY | 11201 | USA | brittni.hutchins@72andsunny.com | Brittni Hutchins |
| 84.51 LLC | 100 West Fifth Street | | Cincinnati | OH | 45202 | USA | Chris.Skiba@8451.com | Chris Skiba |
| Abbie Ryan | 116 Victorian Oaks Drive, Durham | | Durham | NC | 27713 | USA | abbiesmith@unc.edu | Abbie Smith-Ryan |
| Abel Albonetti | 3499 Ranch Road 620 S, Apt. M5206 | | Austin | TX | 78733 | USA | abelbodygym@gmail.com | Abel Abonetti |
| Advantage Sales & Marketing LLC d/b/a Edge Marketing | 15310 Barranca Parkway, Suite 100 | | Irvine | CA | 92618 | USA | Victor.Lee@advantagesolutions.net | Victor Lee |
| Advantage Solutions and Eventus Marketing LLC | 4302 JB Hunt Drive, Unit #102 | | Rogers | AR | 72758 | USA | franklin.flurry@advantagesolutions.com | Frank Flurry |
| Agiloft, Inc. | 460 Seaport Court, Suite 200 | | Redwood City | CA | 94063 | USA | gaurav.raina@agiloft.com | Gaurav Raina |
| AIDP, Inc. | 19535 E. Walnut Dr. South | | City of Industry | CA | 91748 | USA | m.thurston@aidp.com | Mark Thurston |
| ALBONETTI, Abel | 16734 Morrison St. | | Lakeway | TX | 78738 | USA | abelbodygym@gmail.com | Abel Abonetti |
| Alessandro Ardenti d/b/a Ardenti Films | 459 Anfield Circle | | Encino | CA | 91436 | USA | alex@alexardenti.com | Alex Ardenti |
| AlzChem LLC | 11390 Old Roswell Road, Suite 124 | | Alpharetta | GA | 30009 | USA | Stefan.schweyer@alzchem.com | Stefan Schweyer |
| Ana Isabel Cozar c/o Espana927 Corp. | 10500 NW 26th St. Suite #A-101 | | Miami | FL | 33172 | USA | anacozar.mgmt@gmail.com | Ana Cozar |
| Anderson Merchandisers, LLC | 5601 Granite Parkway,, Suite 1400 | | Plano | TX | 75024 | USA | Tony.Arnone@amerch.com | Tony Arnone |
| ANYBILL FINANCE SERVICES, INC | P O BOX 34781 | | BETHESDA | MD | 20827-0781 | USA | | |
| APS&EE, LLC | c/o Law Offices of Lucas T. Novak | 8335 Sunset Blvd., Suite 217 | Los Angeles | CA | 90069 | USA | lucas.nvk@gmail.com | Lucas Novak |
| Archrival4Ever, Inc. d/b/a Archrival | 720 O Street Suite A. | | Lincoln | NE | 68508 | USA | kevin.fuller@archrival.com | Kevin Fuller |
| ARNET PHARMACEUTICAL | 2525 DAVIE ROAD SUITE 330 | | DAVIE | FL | 33317 | USA | humaira@arnetusa.com | |
| Atypikal Creative LLC | 2411 W. Walton Street, Suite 2A | | Chicago | IL | 60622 | USA | seth.gable@atypikal.co | Seth Gable |
| Avalara, Inc. | 255 S. King St., Suite 1800 | | Seattle | WA | 98104 | USA | samuel.lucero@avalara.com | Samuel Lucero |
| BAKERY BARN, INC | 111 Terence Drive | | Pittsburgh | PA | 15236 | USA | mike@contempinc.com | Mike Okun |
| Barstool Sports | 15 W 27th St. | | New York | NY | 10001 | USA | walsh@barstoolsports.com | Terrence Walsh |
| Bazaarvoice, Inc. | 3900 N. Capital of Texas Highway, Suite 300 | | Austin | TX | 78746 | USA | Lloyd.martinson@bazaarvoice.com | Lloyd Martinson |
| Bianca Perella | 616 Gulf Road | | Cohoes | NY | 12047 | USA | bianca@beyondbodyfitness.com | Bianca Perella |
| BioCell Technology, LLC | 20 Truman Street, Suite 105 | | Irvine | CA | 92620 | USA | suhail@biocelltechnology.com | Suhail Ishaq |
| BIOHM Health LLC | 737 Bolivar Road, Suite 200 | | Cleveland | OH | 44115 | USA | afif@biohmhealth.com | Afif Ghannoum |
| Blue Sky Forever | c/o Seven Hills LLP | | | | | | kimberly@sevenhillsllp.com | Kimberly Gates Johnson |
| BOND, SCHOENECK & KING, PLLC | One Lincoln Center | | Syracuse | NY | 13202 | USA | dpautz@bsk.com | DANIEL PAUTZ |
| Boomerang Commerce, Inc. d/b/a CommerceIQ | 2100 Geng Road, Suite 210 | | Palo Alto | CA | 94303 | USA | tim.t@commerceiq.ai | Tim Tulloch |
| BOTTOMLINE TECHNOLOGIES DE INC | 325 CORPORATE DRIVE | | PORTSMOUTH | NH | 03801 | USA | customer.remit@bottomline.com | |
| Bursor & Fisher, P.A. Attorney Escrow | 170 West 72nd Street | | New York | NY | 10023 | USA | ltfisher@bursor.com | L. Timothy Fisher |
| C T Corporation System | 111 Eight Avenue, 13th Floor | | New York | NY | 10011 | USA | scot.ferraro@wolterskluwer.com | Scot Ferraro |
| CAPSTONE NUTRITION LLC | 900 SOUTH DEPOT DRIVE | | OGDEN | UT | 84404 | USA | accountsreceivable@capstonenutrition.com | |
| Catalent Pharma Solutions, LLC | 14 Schoolhouse Road | | Somerset | NJ | 08873 | USA | thomas.hall@catalent.com | Thomas Hall |
| Catalina Marketing Corporation | 200 Carillon Pkwy | | St. Petersburg | FL | 33716 | USA | ryan.pierce@catalina.com | Ryan Pierce |
| CATALYST NUTRACEUTICALS LLC | 1720 PEACHTREE INDUSTRIAL BLVD SUITE A | | BUFORD | GA | 30518 | USA | ar@catalystnutra.com | |
| CB Neptune Holdings, LLC | 205 N Michigan Avenue, 44th Floor | | Chicago | IL | 60601 | USA | kmctigue@neptuneretailsolutions.com | Katherine McTigue |
| CH ROBINSON WORLDWIDE, INC. | P O BOX 9121 | | MINNEAPOLIS | MN | 55480-9121 | USA | centralofficear@chrobinson.com; carey.dunmore@chrobinson.com; | |
| CH ROBINSON WORLDWIDE, INC. | 14701 CHARLSON ROAD | | EDEN PRAIRIE | MN | 55347 | USA | centralofficear@chrobinson.com; carey.dunmore@chrobinson.com; | |
| Chaitons LLP | 5000 Yonge Street | 10th Floor | Toronto | Ontatio | M2N 7E9 | Canada | harvey@chaitons.com | |
| Chemi Nutra Inc. | 11100 Metric Blvd, 200D | | Austin | TX | 78758 | USA | denise@cheminutra.com | Chase Hagerman |
| CHIEF MEDIA LLC | 875 SIXTH AVENUE SUITE 1100 | | NEW YORK | NY | 10001 | USA | jmctigue@chiefmedia.com | |
| CHOATE, HALL & STEWART LLP | TWO INTERNATIONAL PLACE | | BOSTON | MA | 02110-4104 | USA | credit@choate.com | |
| Clear Channel Outdoor Holdings | 4830 North Loop 1604 West, Suite 111 | | San Antonio | TX | 78249 | USA | seanweymouth@clearchannel.com | Sean Weymouth |
| ClearSale LLC | 7300 Biscayne Boulevard, Suite 200 | | Miami | FL | 33130 | USA | sonja.mason@clear.sale | Sonja Mason |
| Cleo Communications US, LLC | 4949 Harrison Avenue, Suite 200 | | Rockford | IL | 61108 | USA | csmith@cleo.com | Connor Smith |
| Cleveland Research Company LLC | 1375 East 9th Street, Suite 2700 | | Cleveland | OH | 44114 | USA | khutchins@cleveland-research.com | Kim Hutchins |
| Columbia Casualty Co. | 151 N. Franklin Street | | Chicago | IL | 60606 | USA | shelley.almeida@marsh.ca | Shelley Almeida |
| COMMAND NUTRITIONAL LLC | 10 WASHINGTON AVENUE | | FAIRFIELD | NJ | 07004 | USA | ccoutinho@commandnutritionals.com | |
| Commission Junction LLC | 530 E. Montecito St. | | Santa Barbara | CA | 93103 | USA | robert.jones@cj.com | Robert Jones |
| Compound Solutions, Inc. | 1930 Palomar Point Way, Suite 105 | | Carlsbad | CA | 92008 | USA | ksickinger@compoundsolutions.com | Kimberly Sickinger |
| Convera Canada ULC. | 7979 E tufts Avenue, Suite 400 | | Denver | CO | 80237 | USA | chrihop@convera.com | Chris Hopkins |
| Crossmark, Inc. | 1921 State Highway 121 | | Lewisville | TX | 75056 | USA | jennifer.maynard@productconnections.com | Jennifer Maynard |
| Cubico LLC | 433 Broadway | | New York | NY | 10013 | USA | unknown@cubico.com | Unknown Unknown |
| D.B. Miller, Inc. | 9333 Brown Line, STE B | | Austin | TX | 78754 | USA | david@dbmbev.com | David Britain |
| d9 Designs Inc. | 53 Main Street, suite 206 | | Concord | MA | 01742 | USA | brad.sippy@d9designs.com | Brad Sippy |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | 3500 Maple Avenue, Suite 800 | Dallas | TX | 75219 | USA | dallas.bankruptcy@lgbs.com | |
| DEZAN, Gabriela Camargo Cardoso | | | | | | USA | ravi@musclepronutrition.com | Ravi Rohra |
| Dozerox LLC | 6069 South Fort Apache Rd, #120 | | Las Vegas | NV | 89148 | USA | david@ccivegas.com | David Stockhamer |
| Dr. Lawrence J Cheskin | 400 University Drive | | Fairfax | VA | 22030 | USA | lcheskin@gmu.edu | Lawrence Cheskin |
| Dwardly Edouard | 401 Dover Street | | Seaford | DE | 19973 | USA | john.sprague@lenus.io | John Sprague |
| Eagan US Holdco, LLC | 675 Third Ave., 10th Floor | | New York | NY | 10017 | USA | AR@elite.com | Account Receivable |
| Edward L. Manchur | c/o Gerald D. D'Avolio, Jr., Esq. | P.O. Box 637 | DRACUT | MA | 01826 | USA | Davoliolaw@gmail.com | |
| Emburse, Inc. | 320 Cumberland Avenue | | Portland | ME | 04101 | USA | jennifer.nelson@emburse.com | Jennifer Nelson |
| Euler Hermes North America Insurance Company | 800 Red Brook Boulevard | | Owings Mills | MD | 21117 | USA | simona.kos@eulerhermes.com | Simona Kos |
| Everett Sports Marketing LLC | 801 Buncombe Street | | Greenville | SC | 26901 | USA | jeff@thisisesm.com | Jeff Hoffman |
| Evergreen Partners, LLC d/b/a Evergreen Trading | 99 Hudson St, 14th Floor | | New York | NY | 10013 | USA | gzellner@evergreentrading.com | Brett Perrine |
| Everyday Collective LLC d/b/a PATH Talent | 9445 SW 72nd Ct | | Pinecrest | FL | 33156 | USA | matt@pathtalent.co | Matt Hillman |
| Ezra Limited Holdings, LLC | 220 Paseo de Granada | | Redondo Beach | CA | 90277 | USA | darin@powerbrands.us | Darin Ezra |
| Faith Business Management Corporation | 13809 Research Blvd, Suite 635 | | Austin | TX | 78750 | USA | jnamee@ndirsales.com | Joe Namee |
| Falcon.io US, Inc. | 200 Vesey Street, 19th fl. | | New York | NY | 10281 | USA | sebastiaan.zand@brandwatch.com | Sebastiaan Zand |
| FITNESS INFORMANT LLC | 11526 BRAYBURN TRAIL | | DAYTON | MN | 55369 | USA | ryan@fitnessinformant.com | |
| Fitzloff and Formidable Creative LLC d/b/a Opinionated | 116 NE 6th Avenue, Suite 300 | | Portland | OR | 97232 | USA | trish.adams@opinionatedgroup.com | Trish Adams |
| FLORES, Raul San Roman | c/o Raymex Distribution | | | | | USA | ravi@musclepronutrition.com | Ravi Rohra |
| FLORIDA SUPPLEMENT LLC | 10301 COMMERCE PARKWAY | | MIRAMAR | FL | 33025 | USA | vanessam@floridasupplement.com | |
| FOLIO3 SOFTWARE INC | 160 BOVET ROAD SUITE 101 C O K CHAO C G UHLENBERG LLP | | SAN MATEO | CA | 94402 | USA | financedesk@folio3.com | |
| Freeosk, Inc. | 200 South Wacker Drive, Suite 975 | | Chicago | IL | 60606 | USA | sarah.prendergast@thefreeosk.com | Sarah Prendergast |
| Frontify Inc | 625 Broadway, Floor 12 | | New York | NY | 10012 | USA | paige.kenley@frontify.com | Paige Kenley |
| Fulfillment Plus, Inc. | 889 Waverly Avenue | | Holtsville | NY | 11742 | USA | jakki.buonaiuto@fulfillmentplusny.com | Jakki Buonaiuto |
| FYF-SML, LLC | 217 Centre Street, #309 | | New York | NY | 10013 | USA | trisha.larocchia@vesta-go.com | Trisha Larocchia |
| GE Nutrients, Inc | 3300 Bee Caves Road #650-1291 | | AUSTIN | TX | 78746 | USA | molly@gencorpacific.com | Molly Joo |
| GEHL FOODS LLC | 15970 WEST MAIN STREET UNIT N116 | | GERMANTOWN | WI | 53022 | USA | ar@gehlfoods.com | |
| GEHL FOODS, LLC | c/o Winston & Strawn LLP | 2121 N. Pearl St., 9th Floor | Dallas | TX | 75201 | USA | mbjohnson@winston.com; tdngyuen@winston.com; opotoskaya@winston.com | Brett Johnson; Thanh D. Ngyuen, Olga Potoskaya |
| GEHL FOODS, LLC | W185 N11300 Main Street., PO Box 1004 | | Germantown | WI | 53022 | USA | help@gehlfoods.com | Samantha Wallgren |
| Gelita USA Inc. (aka Gelita North America) | 2445 Port Neal Industrial Road | | Sergeant Bluff | IA | 51054 | USA | jeremey.kaufmann@gelita.com | Jeremey Kaufmann |
| GEMINI PHARMACEUTICALS | 87 MODULAR AVENUE | | COMMACK | NY | 11725 | USA | accountsreceivable@geminipharm.com | |
| Geometry Global LLC d/b/a VMLY&R Commerce | 3 Columbus Circle | | New York | NY | 10019 | USA | John.Garcia@vmlyrcommerce.com | John Garcia |
| GEORGE URBAN ASSOCIATES LLC | 2721 Transit Road, Suite 114 | | Elma | NY | 14059 | USA | oliver.herzfeld@beanstalk.com | Oliver Herzfeld |
| GINTZLER GRAPHICS INC | 100 LAWRENCE BELL DRIVE | | WILLIAMSVILLE | NY | 14221 | USA | gintzlerny.arinvoices@gintzler.com | |
| Glanbia Nutritionals, Inc. | 5951 McKee Road, Suite 201 | | Madison | WI | 53719 | USA | jerry@glanbia.com | Jerry O'Dea |
| Glen Lake Enterprises, Inc. d/b/a Sneller Creative Promotions | 5014 Brittany Downs Drive | | Saint Charles | MO | 63304 | USA | jeff@snellercreative.com | Jeff Snell |
| GLOBAL WIDGET LLC | 8419 SUNSTATE STREET | | TAMPA | FL | 33634 | USA | accounting@globalwidget.com | |
| GOATED LIFESTYLE LLC | 10306 RIVER ROAD | | HURON | OH | 44839 | USA | sammy@goatedlifestyle.com | |
| GoCARD LLC dba Go Gorilla Media | 1080 Bergen Street • Suite 288 | | Brooklyn | NY | 11216 | USA | alan@gogorillamedia.com | Alan Wolan |
| Golden Mile Sales Associates, Inc. | 225 Worcester Road | | Framingham | MA | 01701 | USA | ravi@musclepronutrition.com | Ravi Rohra |
| Good Karma Broadcasting, LLC | 720 E Capitol Drive | | Milwaukee | WI | 53212 | USA | sprince@goodkarmabrands.com | Stephanie Prince |
| Google LLC | | | | | | | theresa.l@google.com; collections-ca@google.com | |
| gr0.com LLC | 12511 Beatrice St | | Los Angeles | CA | 90094 | USA | jz@gr0.com | Jon Zacharias |
| GRADY HUNT PLLC | 2525 PONCE DE LEON BOULEVARD SUITE 300 | | CORAL GABLES | FL | 33134 | USA | cgrady@gradyhunt.com | |
| GroundTruth | 5417 West Pinnacle Pointe Drive, Suite 400 | | Rogers | AR | 72758 | USA | melanie.kegley@groundtruth.com | Melanie Kegley |
| GUARDIAN | P.O BOX 824404 | | PHILADELPHIA | PA | 19181 | USA | Cru@glic.com | |
| Hawke Media, LLC | 1714 16th Street | | Santa Monica | CA | 90404 | USA | ralph@hawkemedia.com | Ralph Cartwright |
| Hays U.S. Corporation | 4350 West Cypress Street, Suite 1000 | | Tampa | FL | 33607 | USA | Kevin.Slocum@hays.com | Kevin Slocum |
| HealthReel Inc. | 1301 Aliceanna St Unit 2001 | | Baltimore | MD | 21231 | USA | femi@healthrel.com | Femi Ayanbadejo |
| Hilmar Ingredients (Hilmar Cheese Company, INC.) | 8901 North Lander Ave,PO Box 910 | | Hilmar | CA | 95324 | USA | tpallios@hilmaringredients.com | Tony Pallios |

| Name | Address 1 | Address 2 | City | State | Zip | Country | Email | Contact |
|---|---|---|---|---|---|---|---|---|
| Hoboken Girl Limited Liability Company | 800 Jackson Street, #809 | | Hoboken | NJ | 07030 | USA | jennifer@hobokengirl.com | Jennifer Casson Tripucka |
| Homes For Our Troops, Inc. | 6 Main Street | | Taunton | MA | 02780 | USA | tbc@gmail.com | Josh Orbach |
| HSBC Bank USA N.A. | 1 Embarcadero Center | 34th Floor | SAN FRANCISCO | CA | 94111 | | chen.x.zou@us.hsbc.com | Chen Zou |
| HVL LLC d/b/a Atrium Innovations | 600 Boyce Road | | Pittsburgh | PA | 15205 | USA | awasson@atrium-innovations.com | Anthony M. Wasson |
| ibotta, Inc. | 1801 California Street, Suite 400 | | Denver | CO | 80202 | USA | prachi.parmar@ibotta.com | Prachi Parmar |
| IDR Marketing Partners LLC, dba Brandshare | 60 Madison Ave 8th Floor | | New York | NY | 10010 | USA | AGinnane@brandshare.us | Alexandria Ginnane |
| iLevel Brands Inc. | 7600 Newshall Lane | | Austin | TX | 78746 | USA | ginger@ilevelbrands.com | Ginger Molthen |
| Infor (US) LLC | 1349 West Peachtree Street NW, Suite 1850 | | Atlanta | GA | 30309 | USA | Benjamin.williams@infor.com | Benjamin Williams |
| Information Resources Inc (CVS) | 150 North Clinton Street | | Chicago | IL | 60661 | USA | gloria.graham@iriworldwide.com | Gloria Graham |
| Information Resources, Inc. aka Symphony IRI Group Inc. | 203 North LaSalle Street, Suite 1500 | | Chicago | IL | 60601 | USA | Alex.Trigolos@IRIworldwide.com | Alex Trigolos |
| Ingenious Ingredients, LP | 7700 Windrose Avenue G300 | | Plano | TX | 75024 | USA | shawn@ingeniousingredients.com | Shawn Wells |
| Inmar Brand Solutions, Inc. | 635 Vine Street | | Winston-Salem | NC | 27101 | USA | john.helmle@inmar.com | John Helmle |
| INMAR BRANDS SOLUTIONS | 635 VINE STREET | | WINSTON SALEM | NC | 27101 | USA | arps@Inmar.com | |
| INNOVATIVE SCIENCE SOLUTIONS, INC | 67 East Park Place, Suite 600 | | Morristown | NJ | 07960 | USA | Steven.Weisman@Lumanity.com | Steven Weisman |
| Intercare Holdings Inc. | 6020 West Oaks Blvd, Suite 100 | | Rocklin | CA | 95765 | USA | aevans@intercareins.com | Amy Evans |
| InterHealth Nutraceuticals Incorporated | 5451 Industrial Way | | Benicia | CA | 94510 | USA | MHlucero@interhealthusa.com | Mary Helen Lucero |
| INW PRO-FORM LABORATORIES | 5001 INDUSTRIAL WAY | | BENICIA | CA | 94510 | USA | billing@proformlabs.com | |
| ION LABS INC | 8031 114TH AVENUE SUITE 4000 | | LARGO | FL | 33773 | USA | accountsreceivable@ionlabs.com | |
| ironSource USA Inc. | 30 Third Street | | San Francisco | CA | 94103 | USA | jessica.tawn@is.com | Jessica Tawn |
| IVO AI INC | 200 PINE STREET SUITE 200 | | SAN FRANCISCO | CA | 94104 | USA | accounts@ivo.ai | |
| JERRY K. BECK LTD. | 29527 Bruce Drive | | Willowick | Oh | 44095 | USA | jerrybeckasylum@yahoo.com | Jerry Beck |
| Jessie Godderz | 3524 Kerry Drive | | Louisville | KY | 40218 | USA | jessie.godderz@yahoo.com | Jessie Godderz |
| JOHN GALT SOLUTIONS INC. | 505 NORTH LAKE SHORE DRIVE #1912 | | CHICAGO | IL | 60611 | USA | bookkeeper@johngalt.com | |
| Joshua Manoi | 4970 Kester Ave., #8 | | Sherman Oaks | Ca | 91403 | USA | zwick@physicalmanagement.com | Louis Zwick |
| Julianne Barbas | 4070 Nord Hwy, #297 | | Chico | CA | 95973 | USA | julesjetsets@gmail.com | Julianne Barbas |
| JuliusWorks, Inc. | 114 West 26th Street, Floor 5 | | New York | NY | 10001 | USA | accounting@juliusworks.com | Karin Swanson |
| Jupiter Island LLC | 12021 Valleyheart Drive, Apt 102 | | Studio City | CA | 91604 | USA | nzmiller@gmail.com | Nick Z Miller |
| Kandji | 2811 Ponce de Leon Blvd, Suite PH1 | | Coral Gables | FL | 33134 | USA | richard.adams@kandji.io | Richard Adams |
| Kasama Brand c/o Charles C. Weller | 11412 Corley Court | | San Diego | CA | 92126 | USA | legal@cweller.com | Charles C. Weller |
| Keen Decision Systems, Inc. | 700 Park Offices Dr, Suite 150 | | Research Triangle Park | NC | 27713 | USA | ellen.grantham@keends.com | Ellen Grantham |
| KELLEY DRYE & WARREN LLP | 3 WORLD TRADE CENTER | 175 GREENWICH STREET | NEW YORK | NY | 10007 | USA | wolivares@kelleydrye.com | |
| Kemin Foods, L.C. | 1900 Scott Avenue | | Des Moines | IA | 50317 | USA | Ruedi.Duss@dsm.com | Ruedi Duss |
| Kenan Eames R. Saldivar | PO Box 723 Lake Oswego | | Portland | OR | 97034 | USA | kenansaldivar@gmail.com | Kenan Saldivar Eames |
| KENCO LOGISTIC SERVICES LLC | 2001 RIVERSIDE DRIVE | | CHATTANOOGA | TN | 37406 | USA | remittances@kencogroup.com | |
| Kenco Logistic Services, LLC | 2001 Riverside Drive | | Chattanooga | TN | 37406 | USA | david.hauptman@kencogroup.com | David Hauptman |
| Kenco Transportation Management LLC | 2001 Riverside Drive | | Chattanooga | TN | 37406 | USA | Mike.Pallo@kencogroup.com | Mike Pallo |
| Kerry Inc. | 3400 Millington Road | | Beloit | WI | 53511 | USA | john.quilter@kerry.com | John Quilter |
| Klik Media LLC | 4445 Corporation Ln Ste 264 | | Virginia Beach | VA | 23462 | USA | jdressing@klik.media | James Dressing |
| KPMG LLP | P O BOX 120608 DEPARTMENT 0608 | | DALLAS | TX | 75312-0608 | USA | us-bkrdasc-ar@kpmg.com | |
| KSV Restructuring, Inc. | 220 Bay Street | 13th Floor, PO Box 20 | Toronto | Ontario | M5J2W4 | | ngoldstein@ksvadvisory.com | |
| Lake Forest Bank and Trust Company N.A. dba First Insurance Funding | | | | | | | roetha.burgess@firstinsurancefunding.com | |
| Latham & Watkins LLP | 555 Eleventh Street, N.W., Suite 1000 | | Washington | DC | 20004 | USA | marsha.mcgraw@catalina.com | Marsha McGraw |
| LGC Science, Inc. | 1745 Alysheba Way, Suite 160 | | Lexington | KY | 40509 | USA | jon.yeung@lgcgroup.com | Jon Yeung |
| Lipari Foods Inc. | 26661 Bunert Rd | | Warren | MI | 48089 | USA | unknown@liparifoods.com | James Lipari |
| LONZA GREENWOOD LLC | 535 North Emerald Road | | Greenwood | SC | 29646 | USA | tyler.white@lonza.com | Tyler White |
| LUCAS KAELIN | 880 WEST EULESS BOULEVARD APARTMENT 6307 | | EULESS | TX | 76040 | USA | lucas@getbig973.com | |
| Luke A. Lazenby dba Forged By Fire Digital Marketing | 17343 SW 19th Street | | Miramar | FL | 33029 | USA | luke@forgedbyfiredigital.com | Luke Lazenby |
| LUMANITY CLINICAL AND REGULAGTORY INC | 67 East Park Place, Suite 600 | | Morristown | NJ | 07960 | USA | steven.weisman@lumanity.com | Steven M Weisman PhD |
| Margo Chase Design, Inc. | 99 Pasadena Avenue, Suite 9 | | South Pasadena | CA | 91030 | USA | tanner@chasedesigngroup.com | John Tanner |
| MARKET PERFORMANCE GROUP LLC | P O BOX 1007 | | PRIINCETON JUNCTION | NJ | 08550 | USA | jason.reiser@mpgllc.com | Jason Reiser |
| Matter Communications, Inc. | 50 Water Street, The Tannery, Mill #3 | | Newburyport | MA | 01950 | USA | emallett@matternow.com | Erica Mallett |
| Maureen Blanquisco | 4337 Marina City Drive, Unit 641 | | Marina del Rey | CA | 90292 | USA | xo.maureenblanquisco@gmail.com | Maureen Blanquisco |
| MAXX MGMT | 650 Terrace Ave. | | Hasbrouck Heights | NJ | 07604 | USA | maxx@maxxmgmt.co | Maxx Lepselter |
| Media Link, LLC | 1155 6th Avenue, 8th Floor | | New York | NY | 10036 | USA | Kyle.McWhirter@spotlightecommerce.com | Kyle McWhirter |
| MediaMath, Inc. | 4 World Trade Center, 150 Greenwich Street | | New York | NY | 10007 | USA | lmainiero@mediamath.com | Lynette Mainiero |
| Meta Platforms, Inc. | 1601 Willow Rd | | Menlo Park | CA | 94025 | USA | ar@meta.com | |
| Metabolic Technologies, Inc. | 2711 South Loop Drive, Suite 4400 | | Ames | AI | 50010 | USA | baier@mtibiotech.com | Roberto Fajardo |
| Michael Dean Fitness LLC | 1286 Avenue A | | Manahawkin | NJ | 08050 | USA | michaeldeanj@gmail.com | Michael Johnson |
| Michael Schwartz | 30 Pin Oak Circle | | Stamford | CT | 06903 | USA | Ringsidemd@aol.com | Michael Schwartz |
| Mid America Marketing Inc. | 9675 Hamilton Road, Suite 400 | | Eden Prairie | MN | 55344 | USA | robert@midamericamarketinginc.com | Robert Norton |
| MID-ATLANTIC PACKAGING SPECIALTIES LLC | 436 STUMP ROAD | | MONTGOMERYVILLE | PA | 18936 | USA | whrabina@teamtrg.com | |
| MILK SPECIALTIES GLOBAL | 7500 FLYING CLOUD DRIVE SUITE 500 | | EDEN PRAIRIE | MN | 55344 | USA | tperry@milkspecialties.com; ar@milkspecialties.com | |
| Millticket, LLC | 32818 Watercrest Circle | | Fulshear | TX | 77441 | USA | polo@hsg.agency | Napoleon Kerber |
| MindMate, Inc. dba Citruslabs | 1639 11th Street, Suite B-208 | | Santa Monica | CA | 90404 | USA | susanne@citruslabs.com | Susanne Mitschke |
| Morgan Stanley Private Wealth Management | 225 Asylum Street, 14th Floor | | Hartford | CT | 06103 | USA | danny.parenteau@morganstanleypwm.com | Danny Parenteau |
| MORRISON & FOERSTER LLP | 425 MARKET STREET | | SAN FRANCISCO | CA | 94105 | USA | WTarantino@mofo.com | Tarantino William |
| Myla Worldwide, Inc. | 36 Mossy Creek Court | | Pittsboro | NC | 27312 | USA | mylaworldwide@gmail.com | Mark Newberry |
| National Association of Chain Drug Stores, Inc. | 1776 Wilson Blvd, Suite 200 | | Arlington | VA | 22209 | USA | aklapmust@nacds.org | Andrew Klapmust |
| Natreon, Inc. | 2-D Janine Place | | New Brunswick | NJ | 08901 | USA | Bruce.Brown@natreoninc.com | Bruce Brown |
| NELLSON NUTRACEUTICALS LLC | 5115 EAST LA PALMA AVENUE | | ANAHEIM | CA | 92807 | USA | ar@nellsonllc.com | |
| NeuIntel, LLC (d/b/a/ PriceSpider) | 20 Pacifica, Suite 1000 | | Irvine | CA | 92618 | USA | kimberly.rimel@pricespider.com | Kimberly Rimel |
| NIGHT MEDIA INC DBA NIGHT INC | 3402 PICO BOULEVARD SUITE 215 | | SANTA MONICA | CA | 90405 | USA | andrew.oblinger@night.co | |
| NSF INTERNATIONAL | 789 N. Dixboro Road | | Ann Arbor | MI | 48105 | USA | rrhodes@nsf.org | Robert Rhodes |
| NSR LLC (DBA Customer Sense Consulting | 134 N Fullerton Ave | | Montclair | NJ | 07042 | USA | nicole@customersenseconsulting.com | Nicole Rubin |
| NuLiv Science | 1050 W Central Ave | | Brea | CA | 92821 | USA | luis@nulivusa.com | Luis Gonzalez |
| Nutrablend Foods | 1105 North Market Street, Suite 1330 | | Wilmington | DE | 19801 | USA | fs-investigations@amazon.com | Michael L. |
| Nutrition 21, LLC | 1 Manhattanville Road | | Purchase | NY | 10577 | USA | tspear@nutrition21.com | Todd Spear |
| Octagon Inc. | 290 Harbor Drive | | Stamford | CT | 06902 | USA | Matthew.Chelap@Octagon.com | Matthew Chelap |
| Office of the United States Trustee - NY | Alexander Hamilton Custom House | One Bowling Green, Room 534 | New York | New York | 10004 | USA | Andrea.B.Schwartz@usdoj.gov | |
| Olympia Productions, LLC | 2025 South Airport Blvd, | | Chandler | AZ | 85286 | USA | tboustani@mrolympia.com | Talin Boustani |
| OMNIANTE ENTERPRISES LLC d/b/a DigiShopGirl Media | 4616 25th Ave NE #151 | | Seattle | WA | 98105 | USA | katya@digishopgirl.com | Katya Constantine |
| OneTrust LLC | 1200 Abernathy Road NE, Suite 300 | | Atlanta | GA | 30328 | USA | abonner@onetrust.com | Amanda (Bonner) Redfearn |
| Online ADA | 207 E 5th Ave Ste 240 | | Eugene | OR | 97401 | USA | zack@onlineada.com | Zack Poelwijk |
| OPTION MODEL MANAGEMENT INC | 4815 SOUTH MACADAM AVENUE | | PORTLAND | OR | 97239 | USA | jim@theoptionagency.com | |
| ORGAIN, INC. | c/o Schweet Linde & Rosenblum, PLLC | 575 South Michigan St. | Seattle | WA | 98108 | USA | jacobr@schweetlaw.com | Jacob D. Rosenblum |
| ORGAIN, INC. | C/O THORPE NORTH & WESTERN LLP | 8180 South 700 East, Suite 350 | Sandy | UT | 84070 | USA | dejonge@tnw.com mark.bettilyon@tnw.com hansen@tnw.com | Mark Bettilyon Peter M. de Jonge Jed H. Hansen |
| ORGAIN, INC. | Venable LLP | 2049 Century Park East, Suite 2300 | Los Angeles | CA | 90067 | USA | dssilverman@venable.com | Daniel S. Silverman |
| ORGAIN, INC. | c/o Nixon, Light & Breeze, PLLC | 10201 W. Markham, Suite 108 | Little Rock | AR | 72205 | USA | john@nixonandlight.com | John B. Buzbee |
| ORGAIN, INC. | C/O Davies Ward Phillips & Vineberg LLP | 155 Wellington Street West | TORONTO | ON | M5V 3J7 | Canada | nmacparland@dwpv.com | |
| ORGAIN, INC. | c/o Faegre Drinker Biddle and Reath LLP | 222 Delaware Ave., Suite 1410 | Wilmington | DE | 19801 | | ryan.messina@faegredrinker.com brett.fallon@faegredrinker.com | Ryan M. Messina Brett D. Fallon |
| ORGAIN, INC. | c/o Schweet Linde & Rosenblum, PLLC | 575 South Michigan St. | Seattle | WA | 98108 | USA | jacobr@schweetlaw.com | |
| ORGAIN, INC. | C/O THORPE NORTH & WESTERN LLP | 8180 South 700 East, Suite 350 | Sandy | UT | 84070 | USA | dejonge@tnw.com mark.bettilyon@tnw.com hansen@tnw.com | |
| ORGAIN, INC. | Venable LLP | 2049 Century Park East, Suite 2300 | Los Angeles | CA | 90067 | USA | dssilverman@venable.com | |
| ORGAIN, INC. | c/o Nixon, Light & Breeze, PLLC | 10201 W. Markham, Suite 108 | Little Rock | AR | 72205 | USA | john@nixonandlight.com | |
| ORGAIN, INC. | C/O Davies Ward Phillips & Vineberg LLP | 155 Wellington Street West | TORONTO | ON | M5V 3J7 | Canada | nmacparland@dwpv.com | |
| ORGAIN, INC. | c/o Faegre Drinker Biddle and Reath LLP | 222 Delaware Ave., Suite 1410 | Wilmington | DE | 19801 | USA | ryan.messina@faegredrinker.com; brett.fallon@faegredrinker.com | |
| Osler, Hoskin & Harcourt LLP | First Canadian Place | 100 King St W #6200 | Toronto | Ontario | M5X 1B8 | Canada | mwasserman@osler.com | |
| Outfront Media | 40 Water Street, Lower Mezz | | Boston | MA | 02109 | USA | matthew.borges@outfront.com | Matthew Borges |
| P.L. Thomas & Co. Inc. d/b/a PLT Health Solutions Inc. | 119 Headquarters Plaza | | Morristown | NJ | 07960 | USA | mark@plthealth.com | Mark Stephens |
| Paleo Foundation | 11350 Weeks Bay Road | | Foley | AL | 36535 | USA | jonathand@paleofoundation.org | Jonathan Pendergrass |
| Paradox Retail LLC | 2225 S Belleview Rd, suite 102 | | Rogers | AR | 72758 | USA | awelch@paradoxretail.com | Amanda Welch |
| PATTERN INC | 1441 WEST INNOVATION WAY SUITE 500 | | LEHI | UT | 84043 | USA | accounting@pattern.com | |
| PBP Advisors LLC | 9 High Bridge Road | | Sandy Hook | CT | 06482 | USA | oliver.herzfeld@beanstalk.com | Oliver Herzfeld |

| Name | Address 1 | Address 2 | City | State | Zip | Country | Email | Contact |
|---|---|---|---|---|---|---|---|---|
| PHENIX LABELS | 11610 SOUTH ALDEN | | OLATHE | KS | 66062 | USA | sdonahoo@Phenixlabel.com | |
| Phynova Group Ltd. | Office 3, Magenta Storage, 2 Brookhill Way | | Banbury | | OX16 3ED | United Kingdom | kthomson@phynova.com | Keith Thomson |
| Plasma Nutrition Inc. | 1209 Orange Street | | Wilmington | DE | 19801 | USA | chris@becomeio.com | Chris Flynn Rozanski |
| Pleasant Oak Productions LLC | 240 Kent Ave, Suite K 1/4 | | Brooklyn | NY | 11249 | USA | jon@thecortizos.com | Jonathan Cortizo |
| Power Brands Consulting, LLC | c/o Goe Forsythe & Hodges LLP | 17701 Cowan, Building D, Suite 210 | IRVINE | CA | 92614 | USA | rbello@goeforlaw.com; mforsythe@goeforlaw.com | Reem J. Bello; Marc C. Forsythe |
| PRICEPLOW LLC | 1063 S Memorial Dr. | Ste D. #110 | Tulsa | OK | 74133 | USA | mike@priceplow.com | Mike Roberto |
| PRINOVA NUTRITION LLC | 285 EAST FULLERTON AVENUE | | CAROL STREAM | IL | 60188 | USA | credit@prinovausa.com | |
| Pro-Form Manufacturing LLC | 5001 Industrial Way | | Benicia | CA | 95410 | USA | msnead@inwmfg.com | Matt Snead |
| PROPHARMA GROUP HOLDINGS LLC | 107 WEST HARGETT STREET | | RALEIGH | NC | 27601 | USA | ar@propharmagroup.com | |
| PROSAR - Product Safety Call Centre (aka Propharma) | 2635 University Avenue West | | St. Paul | MN | 55114 | USA | joe.biehl@propharmagroup.com | Joe Biehl |
| ProTec Laboratory | 4300 FM 2225 | | Quitman | TX | 75783 | USA | sailr@proteclab.com | Sail Ricks |
| PUSH Models, LLC. | 406 S Price Rd. | | Tempe | AZ | 85288 | USA | amg@thepushagency.com | Aby Mendez-Gorospe |
| Questel.Orbit, Inc. (aka Orbit.com) | 2331 Mill Road – Suite 600 | | Alexandria | VA | 22314 | USA | acamilo@questel.com | Andy Camilo |
| Radius Packaging Inc | 2160 south 170th St. | | New Berlin | WI | 53151 | USA | jkitowski@radiuspkg.com | Jason Kitowski |
| Raenah Hawkins | 252 Honeyville Road | | Stanley | VA | 22851 | USA | raenah.hawkins@iovate.com | Raenah Hawkins |
| Raindrop Agency, Inc. | 8276 Ronson Road | | San Diego | CA | 92111 | USA | donovan.m@raindrop.agency | Donovan Moore |
| Rapid P&P LLC d/b/a Rapid Prototypes | 2910 S Walton Blvd, Suite 8 | | Bentonville | AR | 72712 | USA | kyle@rapid-prototypes.com | Kyle Jack |
| Replenium, Inc. | 568 1st Ave South #600 | | Seattle | WA | 98104 | USA | marcia@replenium.com | Marcia Webb |
| Resolute Innovation Inc. | 1177 Avenue of the Americas, Floor 5 | | New York | NY | 10036 | USA | bnurthen@researchsolutions.com | Bill Nurthen |
| Richard Goodman | 178 Clifton Ave | | West Hartford | CT | 06107 | USA | rlgood178@gmail.com | Richard Goodman |
| RJW LOGISTICS GROUP INC | 11240 KATHERINES XING SUITE 400 | | WOODRIDGE | IL | 60517 | USA | achremit@rjwgroup.com; cody.wahl@rjwgroup.com | Cody Wahl |
| ROBINSON PHARMA INC | 2811 SOUTH HARBOR BOULEVARD | | SANTA ANA | CA | 92704 | USA | mindyvo@rpi.inc | |
| Rochem International Inc. | 45 Rasons Ct. | | Hauppauge | NY | 11788 | USA | rhibbard@rochemintl.com | Ryan Hibbard |
| RocketAir LLC | 289 Wahackme Rd. | | New Canaan | CT | 06840 | USA | taylor@rocketair.com | Taylor Rosenbauer |
| ROLAND KIRAKOSYAN | c/o Malk & Pogo | 1241 S. Glendale Ave, Suite 204 | Glendale | CA | 91205 | USA | valter@malkpogolaw.com | Valter Malkhasyan |
| ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | C/O MILBANK LLP | 55 HUDSON YARDS | NEW YORK | NY | 10001 | USA | alees@milbank.com | Alexander Lees |
| ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | C/O MILBANK LLP | 55 HUDSON YARDS | NEW YORK | NY | 10001 | USA | alees@milbank.com | Alexander Lees |
| Sabinsa Corporation | 20 Lake Drive | | East Windsor | NJ | 08520 | USA | nida@sabinsa.com | Nida Saleem |
| Salsify | 101 Federal Street, Suite 2600 | | Boston | MA | 02110 | USA | ndemos@salsify.com | Nick Demos |
| SANA SOFTWARE USA INC DBA SANA COMMERCE USA INC | 228 EAST 45TH STREET | | NEW YORK | NY | 10017 | USA | receivables-sana@sana-commerce.com | |
| Santa Cruz Nutritionals | 2200 Delaware Ave | | Santa Cruz | CA | 95060 | USA | ESkaria@scnutr.com | Emil Skaria |
| Schism Bioworks LLC | 1199 S Federal Hwy, Suite 289 | | Boca Raton | FL | 33432 | USA | sebastian@schismbioworks.com | Sebastian Balcombe |
| Schoeneck Containers, Inc. | 2160 S. 170th St. | | New Berlin | WI | 53151 | USA | Jkitowski@schoeneck.com | Jason Kitowski |
| SCHWARZ PARTNERS PACKAGING LLC DBA SPA LLC | 401 MILFORD PARKWAY | | MILFORD | OH | 45150 | USA | accounting@softpack.com | |
| Sedgwick | 8909 Purdue Rd | | Indianapolis | IN | 46268 | USA | Matt.Walker@Sedgwick.com | Matt Walker |
| SEDGWICK CLAIMS MANAGEMENT SERVICES INC | 8125 SEDGWICK WAY | | MEMPHIS | TN | 38125 | USA | cashapps-es@sedgwick.com | |
| Select Management Group, llc | 345 North Maple Drive, Suite 230 | | Beverly Hills | CA | 90210 | USA | amy@select.co | Amy Neben |
| Sezzle, Inc. | 251 N 1st Ave | | Minneapolis | MN | 55401 | USA | ryan.boonstra@sezzle.com | Ryan Boonstra |
| SHANGHAI CCLG SUPPLY CHAIN MANAGEMENT CO.,LTD. | No.990 Dalian Rd,Bld 10,Apt 1603, Shanghai China | | Shanghai | | | China | roger_zhu@cclgchina.com | Roger Zhu |
| Sheex Inc. | 9 E. Stow Road Ste E | | Marlton | NJ | 08053 | USA | lthomas@sheex.com | Linda Thomas |
| SHULTS LAW FIRM LLP | 200 WEST CAPITOL AVENUE SUITE 1600 | | LITTLE ROCK | AR | 72201 | USA | bbuckley@shultslaw.com | |
| Signifyd, Inc. | 99 Almaden Blvd, Floor 4 | | San Jose | CA | 95113 | USA | michael.su@signifyd.com | Michael Su |
| SK GLOBAL SOFTWARE LLC | 940 GEMINI STREET SUITE 200 | | HOUSTON | TX | 77058 | USA | remitax@sksoft.com | |
| Smith Arnold Partners, LLC | 3 Landmark Square | | Stamford | CT | 06901 | USA | stacys@smitharnold.com | Stacy Spyropoulos |
| Social Expansion, LLC DBA TalentPop | 1954 Placentia Ave Suite #208 | | Costa Mesa | CA | 92627 | USA | justin@talentpop.co | Justin Ngo |
| SOURCE ONE PACKAGING LLC | 20 COMMERCE DRIVE | | HAUPPAUGE | NY | 11788 | USA | accountsreceivable@snb.com; gl@sourceonepackagingllc.com | |
| SPECIALTY NUTRITION CONSULTING INC | 2741 MARINA CIRCLE | | LIGHTHOUSE POINT | FL | 33064 | USA | greg@greghorn.com | |
| Specnova LLC. | 3700 Airport Boulevard, Suite 401 | | Boca Raton | FL | 33431 | USA | sebastian@specnova.com | Sebastian Balcombe |
| Sphere Digital Recruitment Inc | 85 Broad St | | New York | NY | 10004 | USA | matheus@spheredigitalrecruitment.com | Matheus Maier |
| SPINS LLC | 222 WEST HUBBARD STREET SUITE 300 | | CHICAGO | IL | 60654 | USA | mlansville@spins.com | Maddi Lansville |
| Spotlight | 1155 6th Avenue, 8th Floor | | New York | NY | 10036 | USA | maria.leinbach@spotlightecommerce.com | Maria Leinbach |
| SpotX, Inc. | 8181 Arista Place, Suite 400 | | Broomfield | CO | 80021 | USA | sjacobs@spotx.tv | Shira Jacobs |
| STAT RECOVERY SERVICES LLC | 809 SOUTHWEST I STREET SUITE 5 | | BENTONVILLE | AR | 72712 | USA | amy@statrecovery.com | |
| Statista Inc. | 55 Broad St, 30th Floor | | New York | NY | 10004 | USA | marsha.mcgraw@catalina.com | Marsha McGraw |
| Surys Inc | 20 Nutmeg Drive | | Trumbull | CT | 06611 | USA | mike@contempinc.com | Mike Okun |
| Suzy Inc | 228 Park Ave South, PMB 85529 | | New York | NY | 10003 | USA | timk@suzy.com; laurenl@suzy.com | Tim Kunkel; Lauren Lanzi |
| SwitchDigital Pty Ltd | 13-15 Wentworth Avenue, Level 2, Suite 6 | | Sydney | NSW | 2010 | Australia | lee.stephens@switchdigital.net.au | Lee Stephens |
| Talent Resources | | | | | | | matt@talentresources.com | |
| Teall Properties Group (TPG) | P.O. Box 21528 | | Winston-Salem | NC | 27101 | USA | james.companion@teallpropertiesgroup.com | James Companion |
| TEAM DIRECT MANAGEMENT LLC | 5509 WEST PINNACLE POINT DRIVE SUITE 100 | | ROGERS | AR | 72758 | USA | gary@teamdirectmgmt.com | Gary Alecusan |
| The Acheson Group | 13983 Ridge Loop Rd | | Bigfork | MT | 59911 | USA | Cameron.Prince@AchesonGroup.com | Cameron Prince |
| The Brand Partners, LLC | 141 Sevilla Avenue | | Coral Gables | FL | 33134 | USA | tim@thebrandpartners.net | Tim Linehan |
| The Center for Applied Health Sciences | 6570 Seville Dr, 2nd Floor | | Canfield | OH | 44406 | USA | TZ@appliedhealthsciences.org | Tim Ziegenfuss |
| The Consolidated Content Company, Inc | 30 Broad Street, FL48 | | New York | NY | 10004 | USA | ray@consolidated.nyc | Ray Rainville |
| THE MOSCOE GROUP INC | 10900 WAYZATA BOULEVARD SUITE 600 | | MINNETONKA | MN | 55305 | USA | michelle.collier@moscoe.com | Michelle Collier |
| The Team Companies, LLC | 901 W. Alameda Avenue, Suite 100 | | Burbank | CA | 91506 | USA | amoreno@theteamcompanies.com | Alex Moreno |
| ThermoLife International LLC | 1334 E Chandler Blvd, #5-D76 | | Phoenix | AZ | 85048 | USA | ron@thermolife.com | Ron Kramer |
| Thrive Magazine | 3262 Westheimer Rd Suite #519 | | Houston | TX | 77098 | USA | plantbased@mythrivemag.com | Anna Cohen |
| TLC Marketing Worldwide | 60 Hudson Street, Suite 1809 | | New York | NY | 10013 | USA | paul.debonis@tlcmarketing.com | Paul De Bonis |
| Tops Software Corporation | 1301 Central Expy South, Street 200 | | Allen | TX | 75013 | USA | trey.carson@topseng.com | Trey Carson |
| Total Benefit Solutions (TBS) formerly Aetna | 155 108th Ave NE #800 | | Bellevue | WA | 98004 | USA | globalrenewals@tbsmga.com; billing@tbsmga.com | |
| Tremont Poole | 191-16 McLaughlin Ave. | | Hollis | NY | 11423 | USA | tremont.a.poole@gmail.com | Tremont Poole |
| Trevor Funseth | 308 33rd Ave NE | | Great Falls | MT | 59404 | USA | tpfunseth@gmail.com | Trevor Funseth |
| TSI USA LLC | 135 WEST MAIN STREET SUITE B | | MISSOULA | MT | 59802 | USA | accounting@us.tsigroupltd.com | |
| UL Verification Services Inc | 85 John Road | | Canton | MA | 02021 | USA | ttbt@ul.com | Linda Prengaman |
| UNITED HEALTHCARE INSURANCE COMPANY | DEPARTMENT CH 10151 | | PALATINE | IL | 60055 | USA | clientserviceoperations@uhc.com | |
| United Parcel Service Inc. (UPS) | 55 Glenlake Parkway N.E. | | Sandy Springs | FGA | 30328 | USA | tburgio@ups.com | Tom Burgio |
| UPS SUPPLY CHAIN SOLUTIONS, INC | 28013 NETWORK PLACE | | CHICAGO | IL | 60673-1280 | USA | paymentremit@ups.com | |
| VALENTINE ENTERPRISES INC. | 1291 PROGRESS CENTER AVENUE | | LAWRENCEVILLE | GA | 30043 | USA | accounts.receivable@veiusa.com; jadkins@veiusa.com | |
| VANTAGE NUTRITION LLC | 4 HILLMAN DRIVE SUITE 190 | | CHADDS FORD | PA | 19317 | USA | Brett.dubose@acg-world.com | Brett DuBose |
| VDF FutureCeuticals, Inc. | 300 West 6th Street | | Momence | IL | 60954 | USA | jhunter@futureceuticals.com | John M. Hunter |
| VENDO LLC | 11601 WILSHIRE BOULEVARD SUITE 1818 | | LOS ANGELES | CA | 90025 | USA | darren@vendocommerce.com | Darren Saul |
| Vincent Barr & Company, LLC | 456 Grand Street, Apt 5K | | Brooklyn | NY | 11211 | USA | vincent@yesoperator.com | Vincent Barr |
| Vireo Systems Inc. | 305 Williams Avenue | | Madison | TN | 37115 | USA | markf@vireosystems.com | Mark C Faulkner |
| Vitaquest International LLC (aka GSN or Garden State Nutritionals) | 8 Henderson Drive | | West Caldwell | NJ | 07006 | USA | cmooney@vitaquest.com | David Illingworth |
| Wal-Mart | | | | | | | vendorgarnTPS@walmart.com | |
| Wal-Mart, Inc. | c/o Kutak Rock LLP | 1277 E. Joyce Blvd., Suite 300 | Fayetteville | AR | 72703-5585 | USA | caleb.sugg@kutakrock.com. | Caleb Sugg |
| Wasserman Media Group, LLC and Wasserman Events LLC | 10960 Wilshire Blvd, Suite 2200 | | Los Angeles | CA | 90024 | USA | asnyder@teamwass.com | Alex Snyder |
| Webcollage, Inc. | 6665 Delmar Blvd., Suite 3000 | | Saint Louis | MO | 63130 | USA | ben.collins@webcollage.com | Ben Collins |
| Welch Retail Consulting LLC | 226 S. 1st Street | | Rogers | AR | 72756 | USA | awelch@welchretailconsultingllc.com | Amanda Welch |
| WHEN Justice | c/o Soteria Law | | | | | | jackie@soterialaw.com | Jacqueline Biner |
| William A Wallace, LLC | 1433 Southeast 3rd Street | | Pompano Beach | FL | 33060 | USA | williamwallacephd@gmail.com | William Wallace |
| Wodika Devine Inc. | 25625 Southfield Road | | Southfield | MI | 48075 | USA | dana@wodika.com | Dana Wodika |
| WOLF GREENFIELD & SACKS P C | 600 ATLANTIC AVENUE | | BOSTON | MA | 02210 | USA | dougwolf@wolfgreenfield.com; AR@wolfgreenfield.com | |
| Worldwide Media Service Group, Inc., A360 LLC | 4 NY Plaza-2nd Floor | | New York | NY | 10004 | USA | cirace@a360media.com | Caitlin Irace |
| WP ENGINE | 504 LAVACA STREET | | AUSTIN | TX | 78701 | USA | ar@wpengine.com | |
| Xiwang Foodstuffs (Qingdao) Co., Ltd and XW Foodstuffs Co., Ltd | c/o Bennett Jones LLP, 100 King St W Suite 3400 | | Toronto | ON | M5X 1A4 | Canada | ZweigS@bennettjones.com | Sean Zweig |
| Zeta Sourcing Inc. | 1968 S. Coast Hwy #2485 | | Laguna Beach | CA | 92651 | USA | info@zetasc.com | Kimberly Ngo |