# AFFIDAVIT

**STATE OF NEW JERSEY** )
) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Keith Oechsner, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

1   insertion(s) on the following date(s):

SEP-16-2025;

ADVERTISER: IOVATE HEALTH SCIENCES INTERNATIONAL INC.;

and that the foregoing statements are true and correct to the best of my knowledge.

_Keith Oechsner_

Sworn to before me this
16   day of   September   2025

_[signature]_

Notary Public



IAN C. MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES
07/18/2028
STATE OF NEW JERSEY