Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25- 11958 (MG)<br><br>(Jointly Administered) |

**NOTICE OF CANCELLATION OF PROVISIONAL RELIEF HEARING**
**SCHEDULED FOR SEPTEMBER 22, 2025**

**PLEASE TAKE NOTICE** that, on September 9, 2025, Iovate Health Sciences International Inc., in its capacity as the authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in respect of that certain insolvency proceeding (together with any successor proceeding, the "Canadian Proceeding") commenced pursuant to section 50.4 of Canada's *Bankruptcy and Insolvency Act* (R.S.C. 1985, c. B-3) (the "BIA"), pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court"), filed, among other things, petitions for recognition (the "Petitions") under chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that contemporaneously with filing the Petitions, the Foreign Representative filed the *Motion for Provisional Relief in Aid of Canadian Proceeding Pursuant to Section 1519 of the Bankruptcy Code* [Docket No. 7] (the "Provisional Relief

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

4923-0137-6618.1 42848.00001                                      1

Motion").

**PLEASE TAKE FURTHER NOTICE** that on September 10, 2025, the Court entered the *Order Granting Provisional Relief in Aid of Canadian Proceeding Pursuant to Section 1519 of the Bankruptcy Code* [Docket No. 20] (the "Provisional Relief Order"), which granted certain relief on a provisional basis.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Provisional Relief Order, the Bankruptcy Court scheduled a continued hearing on the Provisional Relief Motion on September 22, 2025 at 2:00 p.m. (ET) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that no objections to the Provisional Relief Motion were filed or otherwise received by the Foreign Representative and, in accordance with the Court's instructions, the Hearing scheduled on September 22, 2025 at 2:00 p.m. (ET) has been **CANCELLED.**

Dated: September 19, 2025
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Steven W. Golden*
Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone:  212-561-7700
Facsimile:   212-561-7777

*Counsel to Foreign Representative*