**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL, INC.,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-11958 (MG)<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Steven J. Solomon, to be admitted, *pro hac vice*, to represent Kenco Logistic Services, LLC ("Kenco") in its capacity as creditor in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida, it is hereby:

**ORDERED**, that Steven J. Solomon, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent Kenco, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 24, 2025
New York, New York

      /s/Martin Glenn      
THE HONORABLE JUDGE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).