**LOWENSTEIN SANDLER LLP**
Eric S. Chafetz
Kelly E. Moynihan
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: echafetz@lowenstein.com
       kmoynihan@lowenstein.com

-and-

**GRAY ROBINSON LLP**
Steven J. Solomon (*pro hac vice* admission pending)
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
Email: steven.solomon@gray-robinson.com

*Counsel to Kenco Logistic Services, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL, INC.,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-11958 (MG)<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

I, Diane C. Claussen, pursuant to 28 U.S.C. § 1746, certify as follows:

1.  I am a paralegal employed by the law firm of Lowenstein Sandler LLP, counsel to Kenco Logistic Services, LLC in the above-referenced chapter 15 cases.

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

2. On September 23, 2025, I caused the following documents to be electronically filed with the Court, using the Court's electronic filing system and served via the court's CM/ECF system on the parties that have consented to electronic service of all filings:

- *Ex Parte Motion of Kenco Logistic Services, LLC For Entry of an Order Pursuant to Bankruptcy Code Sections 105(A) and 107, Bankruptcy Rule 9018, and Local Rule 9018-1 Authorizing Kenco Logistic Services, LLC to File Under Seal Portions of its Motion for Relief from the Automatic Stay or in the Alternative for Adequate Protection of its Secured Claim and Related Motion to Shorten Notice* [Dkt. No. 34];

- *Emergency Motion for Relief from the Automatic Stay or in the Alternative for Adequate Protection of its Secured Claim* [Dkt. No. 35]; and

- *Ex Parte Motion For Entry of an Order Shortening Notice With Respect to Kenco Logistic Services, LLC's Emergency Motion for Relief from the Automatic Stay or in the Alternative for Adequate Protection of its Secured Claim* [Dkt. No. 36].

3. Also on September 23, 2025, I sent (i) a "Chambers Copy" of the foregoing documents to the chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 523, New York, New York 10004-1408 via email; and (ii) copies to the Office of the United States Trustee for the Southern District of New York, Attn: Andrea Schwartz, Esq. (andrea.b.schwartz@usdoj.gov) and Debtors' counsel, Steven Golden, Esq. (sgolden@pszjlaw.com) via email.

4. Finally, on September 24, 2025, I sent copies of the foregoing documents to the Honorable Martin Glenn and to the Clerk of the United States Bankruptcy Court for the Southern District of New York via hand delivery.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: September 26, 2025              */s/ Diane C. Claussen*
                                        Diane C. Claussen