UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:

IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.*,

            Debtors in a Foreign Proceeding.

------------------------------------------------------------------x

Chapter 15

Case No. 25-11958 (MG)

(Jointly Administered)

# NOTICE OF RECLAMATION DEMAND

**PLEASE TAKE NOTICE** that on September 26, 2025, Milk Specialties Company a/k/a Actus Nutrition served a written demand for reclamation of goods pursuant to 11 U.S.C. § 546(c) upon Debtors Iovate Health Sciences International, Inc., Iovate Health Sciences U.S.A. Inc., and Northern Innovations Holding Corp. by email and Federal Express to its counsel of record. Attached hereto as **Exhibit A** is a copy of the written demand.

Dated: New York, New York
       September 29, 2025

                               **TARTER KRINSKY & DROGIN LLP**
                               *Co-Counsel for Milk Specialties Company a/k/a Actus Nutrition*

                              By: */s/ Robert A. Wolf*
                                  Robert A. Wolf, Esq.
                                  1350 Broadway, 11th Fl.
                                  New York, NY 10018
                                  Phone: (212) 216-8000
                                  Email: rwolf@tarterkrinsky.com

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

094530\1\180145239.v1

2

**WINTHROP & WEINSTINE, P.A.**
*Co- Counsel for Milk Specialties Company*
*a/k/a Actus Nutrition*
William J. Schumacher, Esq. (MN #0397267)
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Phone: (612) 604-6478
Facsimile: (612) 604-6800
Email: wschumacher@winthrop.com

# EXHIBIT A



September 26, 2025

William J. Schumacher
wschumacher@winthrop.com

**VIA FEDERAL EXPRESS AND EMAIL**

Iovate Health Sciences International, Inc.,
Iovate Health Sciences U.S.A. Inc., and
Northern Innovations Holding Corp.
381 North Service Road West
Oakville, Ontario, Canada L6M 0H4

Pachulski Stang Ziehl & Jones LLP
c/o Steven Golden
Jeffrey M. Dine
1700 Broadway, 36th Floor
New York, New York 10019
sgolden@pszjlaw.com
jdine@pszjlaw.com

Re:  *Iovate Health Sciences International Inc., et al*.
     United States Bankruptcy Court, Southern District of New York
     Jointly Administered under Bankr. Case No. 25-11958

## RECLAMATION DEMAND UNDER 11 U.S.C. § 546(c)

To Whom It May Concern:

This law firm represents Milk Specialties Company d/b/a Actus Nutrition ("**Milk Specialties**"), which supplied goods valued at $2,518,003.84 to Iovate Health Sciences International Inc., *et al*. (the "**Debtor**") within the 45-day period prior to the commencement of the Debtor's bankruptcy case (the "**Reclamation Period**"). Milk Specialties hereby asserts its written demand of reclamation pursuant to section 2-702 of the Uniform Commercial Code, and 11 U.S.C. § 546(c) (the "**Reclamation Demand**") as follows:

Iovate Health Sciences International Inc., et al.
September 26, 2025
Page 2

| Invoice # | PO Reference | Invoice Date | AR Due Date | Total |
|---|---|---|---|---|
| 0642553 | June Interest | 7/7/2025 | 8/21/2025 | **$3,042.27** |
| 0645001 | PBO1014232 | 7/24/2025 | 9/7/2025 | **$86,638.70** |
| 0645002 | PBO1014231 | 7/24/2025 | 9/7/2025 | **$75,988.26** |
| 0645446 | PBO1014230 | 7/28/2025 | 9/11/2025 | **$81,537.72** |
| 0646146 | PBO1014185 | 8/1/2025 | 9/15/2025 | **$113,376.20** |
| 0646147 | PBO1014184 | 8/1/2025 | 9/15/2025 | **$257,523.20** |
| 0646184 | PBO1014338 | 8/1/2025 | 9/15/2025 | **$69,791.40** |
| 0646224 | PBO1014140 | 8/2/2025 | 9/16/2025 | **$112,672.00** |
| 0646228 | PBO1014141 | 8/4/2025 | 9/18/2025 | **$64,990.00** |
| 0646264 | PBO1014318 | 8/4/2025 | 9/18/2025 | **$391,691.70** |
| 0646960 | PBO1014318 | 8/8/2025 | 9/22/2025 | **$2,388.00** |
| 0646961 | PBO1014232 | 8/8/2025 | 9/22/2025 | **$2,601.60** |
| 0646962 | PBO1014128 | 8/8/2025 | 9/22/2025 | **$4,756.80** |
| 0646963 | PBO1013977 | 8/8/2025 | 9/22/2025 | **$2,203.20** |
| 0647081 | POI0014588 | 8/8/2025 | 9/22/2025 | **$113,870.60** |
| 0647083 | POI0014588 | 8/8/2025 | 9/22/2025 | **$7,997.56** |
| 0647161 | PBO1014317 | 8/11/2025 | 9/25/2025 | **$435,004.08** |
| 0647839 | July Interest | 8/14/2025 | 8/14/2025 | **$3,015.35** |
| 0647882 | PBO1014820 | 8/14/2025 | 9/28/2025 | **$2,452.80** |
| 0648479 | PBO1014187 | 8/19/2025 | 10/3/2025 | **$88,147.44** |
| 0648963 | POI0014713 | 8/22/2025 | 10/6/2025 | **$381,554.88** |
| 0649633 | PBO1014081 | 8/28/2025 | 10/12/2025 | **$11,851.14** |
| 0649825 | PBO1014336 | 8/29/2025 | 10/13/2025 | **$104,434.00** |
| 0650179 | PBO1014337 | 9/3/2025 | 10/18/2025 | **$70,807.68** |
| 0650472 | Aug Interest Charges | 9/4/2025 | 10/19/2025 | **$7,491.08** |
| 0652571 | 26424 | 9/19/2025 | 9/19/2025 | **$22,176.18** |
| **TOTAL:** | | | | **$2,518,003.84** |

Iovate Health Sciences International Inc., et al.
September 26, 2025
Page 3

Please be advised that pursuant to section 2-702 of the Uniform Commercial Code, and 11 U.S.C. § 546(c), you are hereby notified that Milk Specialties reclaims all of the goods (the "**Goods**") described in the invoices referenced above that were delivered to the Debtor within the Reclamation Period. If you need copies of the invoices referenced in the chart, above, please contact me. In the interim, please segregate the Goods and provide us with written confirmation that the Goods are on the Debtors' premises.

Milk Specialties reserves the right to further amend or supplement this Reclamation Demand, including providing additional evidence in support or submitting additional notices of claims. Milk Specialties reserves all other claims at law or in equity, including but not limited to its rights to an allowed administrative claim pursuant to section 503(b)(9) of the Bankruptcy Code for all Goods received by the Debtor within twenty days before the commencement of the Debtor's case, Milk Specialties' rights under sections 503(b)(1)(A), 362(b)(3), 546(b)(1)(B), and 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code, its contracts, applicable law, and any order of the Bankruptcy Court.

Please contact me if you have any questions or would like to discuss resolution of the above Reclamation Demand.

Very truly yours,

**WINTHROP & WEINSTINE, P.A.**

*William Schumacher*

William J. Schumacher

cc:   Milk Specialties Company (via email)
      KSV Advisory, Inc.
            c/o Osler, Hoskin & Harcourt LLP,
            Attn. Michael De Lellis (via email)