**LOWENSTEIN SANDLER LLP**
Eric S. Chafetz
Kelly E. Moynihan
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: echafetz@lowenstein.com
            kmoynihan@lowenstein.com

-and-

**GRAY ROBINSON LLP**
Steven J. Solomon (*pro hac vice* admission pending)
333 S.E. 2nd Avenue
Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
Email: steven.solomon@gray-robinson.com

*Counsel to Kenco Logistic Services, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC., *et al.*, | Case No. 25-11958 (MG) |
| Debtors in a Foreign Proceeding.[1] | (Jointly Administered) |

## NOTICE OF MOTION

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtors' United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A., Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909) (collectively, the "Debtors").

**PLEASE TAKE NOTICE THAT** on October 1, 2025, Kenco Logistic Services, LLC ("Kenco"), filed the *Motion for Relief from the Automatic Stay or in the Alternative for Adequate Protection of its Secured Claim* [Dkt. No. 40] (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT**, responses or objections to the Motion and the relief requested therein must: (i) be in writing; (ii) detail the factual and legal basis for the response or objection; (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"); and (iv) be filed with the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004 (with a courtesy copy delivered to the Chambers of the Honorable Martin Glenn), and served upon the following counsel to Kenco, (i) Lowenstein Sandler LLP, c/o Eric S. Chafetz, Esq. (echafetz@lowenstein.com) and Kelly E. Moynihan, Esq. (kmoynihan@lowenstein.com), 1251 Avenue of the Americas, 17th Floor, New York, New York 10020; and (ii) Gray Robinson LLP, Attn: Steven J. Solomon, Esq. (steven.solomon@gray-robinson.com), 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131, **on or before October 15, 2025 at 4:00 p.m. (prevailing Eastern Time)**.


**PLEASE TAKE FURTHER NOTICE THAT** reply papers, if any, must be filed within seven (7) days after service of any responses or objections.

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written objection to the relief requested in the Motion, the Bankruptcy Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the relief requested in the Motion without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the

Bankruptcy Court will determine whether a hearing is necessary and will advise the moving and

objecting parties of any hearing date to the extent scheduled.


Dated:  October 1, 2025                    **LOWENSTEIN SANDLER LLP**

                                           By: */s/ Eric S. Chafetz*
                                           Eric S. Chafetz, Esq.
                                           Kelly E. Moynihan, Esq.
                                           1251 Avenue of the Americas
                                           New York, New York 10020
                                           Telephone: (212) 262-6700
                                           Facsimile: (212) 262-7402
                                           Email: echafetz@lowenstein.com
                                           Email: kmoynihan@lowenstein.com

                                           –and–

                                           GRAY ROBINSON LLP
                                           Steven J. Solomon (admitted *pro hac vice*)
                                           333 S.E. 2nd Avenue, Suite 3200
                                           Miami, Florida 33131
                                           Telephone:  (305) 416-6880
                                           Email: steven.solomon@gray-robinson.com

                                           *Counsel to Kenco Logistic Services, LLC*