Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.* | Case No. 25-11958 (MG) |
| | (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |

**DECLARATION OF STEVEN W. GOLDEN
IN SUPPORT OF MOTION FOR (I) RECOGNITION OF FOREIGN
MAIN PROCEEDING, (II) RECOGNITION OF FOREIGN REPRESENTATIVE,
AND (III) RELATED RELIEF UNDER CHAPTER 15 OF THE BANKRUPTCY CODE**

I, Steven W. Golden, to the best of my information and belief, state as follows:

1.  I am a partner of Pachulski Stang Ziehl & Jones LLP, counsel to Iovate Health Sciences International Inc., the authorized foreign representative (the "Foreign Representative") of the above-captioned chapter 15 debtors (the "Debtors"), in respect of that certain insolvency proceeding (the "Canadian Proceeding") commenced pursuant to section 50.4 of Canada's *Bankruptcy and Insolvency Act* (R.S.C. 1985, c. B-3) (the "BIA"), pending before the Ontario

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

4922-9373-3231.1 42848.00001

Superior Court of Justice (Commercial List) (the "Canadian Court"), and as such, I am fully familiar with the facts and circumstances set forth herein.

2.      I submit this declaration in support of the *Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [Docket No. 4] (the "Recognition Motion"). Capitalized terms used but not defined herein are intended to have the meanings ascribed to them in the *Supplemental Brief in Support of Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative and (III) Related Relief Under Chapter 15 of the Bankruptcy Code*, filed contemporaneously herewith.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the *Notice of Filing of Foreign Judgment* filed in the Arkansas proceeding on April 29, 2025.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the Writ of Garnishment filed in the Arkansas Proceeding.

5.      Attached hereto as **Exhibits C-1** through **C-4** are true and correct copies of the Motion to Quash, the Motion to Quash Brief, the Gooding Affidavit, and the Mistry Affidavit, respectively, each as filed in the Arkansas Proceeding.

6.      Attached hereto as **Exhibits D-1** and **D-2** are true and correct copies of the Motion to Intervene and the Motion to Intervene Brief, respectively, each as filed in the Arkansas Proceeding.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the Intervention Response filed in the Arkansas Proceeding.

8.      Attached hereto as **Exhibit F** is a true and correct copy of the Intervention Reply filed in the Arkansas Proceeding.

9. Attached hereto as **Exhibits G-1** and **G-2** are true and correct copies of the Orgain MTQ Objection and Orgain MTQ Objection Brief, respectively, each as filed in the Arkansas Proceeding.

10. Attached hereto as **Exhibit H** is a true and correct copy of the Iovate Reply filed in the Arkansas Proceeding.

11. Attached hereto as **Exhibits I-1** and **I-2** are true and correct copies of the RBC Reply and the O'Coin Affidavit (except for Exhibit B thereto, which is a copy of Amending Agreement No. 10), respectively, each as filed in the Arkansas Proceeding.

12. Attached hereto as **Exhibit J** is a true and correct copy of the Order Denying MTQ filed in the Arkansas Proceeding.

13. Attached hereto as **Exhibit K** is a true and correct copy of the Walmart Answer filed in the Arkansas Proceeding.

14. Attached hereto as **Exhibit L** is a true and correct copy of the Walmart ROG Answer filed in the Arkansas Proceeding.

15. Attached hereto as **Exhibit M** is a true and correct copy of the Closing Order filed in the Arkansas Proceeding.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: October 7, 2025
      Wilmington, DE

*/s/ Steven W. Golden*
Steven W. Golden