**<u>EXHIBIT A</u>**

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Apr-29  15:46:37
04CV-25-1607
C19WD05 : 2 Pages

**IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS**
**CIVIL DIVISION**

**ORGAIN, INC.**           **PLAINTIFF**

**VS.**           **CASE NO. 04CV-25-1607**

**IOVATE HEALTH SCIENCES INTERNATIONAL, INC. and**
**IOVATE HEALTH SCIENCES INTERNATIONAL U.S.A., INC.**     **DEFENDANTS**

**NOTICE OF FILING OF FOREIGN JUDGMENT**

To Judgement Debtors:

| | |
|---|---|
| Iovate Health Sciences International, Inc. | Iovate Health Sciences International U.S.A., Inc. |
| 381 North Service Road West | The Corporation Trust Company |
| Oakville, Ontario L6M OH4, Canada | 1209 Orange Street |
| | Wilmington, Delaware 19801 |

    In accordance with Act 501 of 1989 you are hereby notified that a Foreign Judgment was filed in the Benton County Circuit Court on April 29, 2025.  You have been named as the Judgment Debtor in this action.  Other parties of record are as follows:

| | |
|---|---|
| Judgment Creditor: | Orgain, Inc. |
| Address: | 16851 Hale Avenue |
| | Irvine, California 92606 |
| | |
| Judgment Creditor's Attorney: | John B. Buzbee |
| | Attorney at Law Bar # 08045 |
| | 10201 W. Markham, Suite 108 |
| | Little Rock, Arkansas 72205 |
| | (501)376-3600 Telephone |
| | |
| Balance of Judgment: | $12,500,000.00 |

    This judgment has the same effect as a judgment of the Benton County Circuit Court.  It can be enforced by writ of execution or other process ten (10) days from its filing.

Notice issued this day: April 29, 2025

COUNSEL FOR ORGAIN, INC.:

/s/ John B. Buzbee
John B. Buzbee (Ark. Bar 08045)
NIXON, LIGHT & BUZBEE, PLLC
10201 W. Markham, Suite 108
Little Rock, Arkansas 72205
john@nixonandlight.com

*This communication is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you, within 30 days after receipt of this document, dispute the validity of the debt, or any portion thereof, this firm will assume that the debt is valid. If you notify me in writing within the above 30 day period, that the debt, or any portion thereof, is disputed, I will obtain verification of the debt or a copy of a judgment against you, and a copy of such verification or judgment will be mailed to you by this firm. If you so request within the above 30 day period, this firm will inform you of the identity of the original creditor, if different from the current creditor.*

*The law does not require me to wait until the end of the thirty (30) day period before suing you to collect the debt. If, however, you request proof of the debt or the name and address of the original creditor within the thirty (30) day period which begins with your receipt of this letter, the law requires me to suspend my efforts (through litigation or otherwise) to collect the debt until I mail the requested information to you.*

*This advice pertains to your dealings with me as a debt collector. It does not affect your dealings with the Court, and in particular it does not change the time at which you must answer the Complaint. The Summons is a command from the Court, not from me, and you must follow its instructions even if you dispute the validity or amount of the debt. The advice in this letter also does not affect my relations with the Court. As a lawyer, I must file papers in the suit according to the Court's rules and the Judge's instructions. Also, if this is a commercial debt as opposed to a consumer debt i.e., not incurred for personal, family or household purposes, the above paragraphs are inapplicable.*