**EXHIBIT B**

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Jun-27  08:43:01
04CV-25-1607
C19WD05 : 4 Pages

## IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS

| | |
|---|---|
| **WRIT OF GARNISHMENT** | **CASE NUMBER:** <u>04CV-25-1607</u> |
| **PLAINTIFF:** ORGAIN, INC. | **DEFENDANTS:** IOVATE HEALTH SCIENCES INTERNATIONAL, INC. and IOVATE HEALTH SCIENCES INTERNATIONAL U.S.A., INC. |
| **ATTORNEY:** John B. Buzbee | **GARNISHEE:** Walmart, Inc. |
| **ADDRESS:** 10201 W. Markham, Ste. 108  Little Rock, Arkansas 72205 | **SERVE:** CT Corporation System  **ADDRESS:** 320 S. Izard Street  Little Rock, Arkansas 72201 |
| **TELEPHONE:** (501) 376-3600 | |

### EXPLANATION

| | | | |
|---|---|---|---|
| **DATE OF JUDGMENT:** | November 17, 2024 | **ACCRUED COURT COSTS:** | $0.00 |
| **BALANCE OF JUDGMENT:** | $12,500,000.00 | **SERVICE FEE FOR WRIT:** | $0.00 |
| **ATTORNEY'S FEES:** | $0.00 | **FILING FEE FOR WRIT:** | $0.00 |
| **INTEREST TO DATE:** | 10% per annum | **TOTAL:** | $12,500,000.00 |

### CERTIFICATE

I certify that, in accordance with Ark. Code Ann. 16-110-402, a copy of this Writ of garnishment, which contains a Notice to Defendant, will be mailed by first class mail to the judgment debtor at the following residence address of the judgment debtor the same day as this Writ, containing a Notice to Defendant, is served on the garnishee, that if the letter is returned "Undeliverable" by the Post Office, or the residence address of the judgment debtor is not discoverable, after a diligent search, a copy of this Writ, containing a Notice to Defendant, will be sent by first class mail to the judgment debtor at his place of employment, and that if garnishments are filed on this debt more than (12) months after the original garnishment, a Notice to Defendant will be mailed to the judgment debtor annually.  This is an attempt to collect a debt, and any information obtained will be used for that purpose.

| | | | |
|---|---|---|---|
| **Defendant's Name:** | <u>Iovate Health Sciences International Inc. and Iovate Health Sciences International U.S.A., Inc.</u> | **Attorney:** | <u>/s/ John B. Buzbee</u> |
| **Defendant's Address:** | <u>The Corporation Trust Co. 1209 Orange Street Wilmington, Delaware 19801</u> | **Date of Mailing:** | <u>06/27/2025</u> |

### NOTICE TO THE GARNISHEE

A judgment has been obtained in the captioned Court against the Judgment Debtors listed in this Writ and remains unsatisfied.  The Plaintiff believes that you are indebted to the Defendant, or have in your possession goods, chattels, moneys, credits, or effects belonging to the Defendant.

You are directed to prepare a written answer, under oath, and to file this answer in the appropriate Circuit Clerk's office within thirty (30) days from the date in which you are served with this Writ.  The written answer should contain a statement of what goods, chattels, moneys, credits, or effects you may have in your possession belonging to the Defendant.  In addition, you are required to answer any further interrogatories that may be asked of you.

Do not pay money to the Clerk.  You should hold the money until a Court order directs you to release the money.  You will then pay it to the plaintiff's attorney or agent.

### NOTICE TO NON-EMPLOYER GARNISHEE

**Failure to answer this Writ within thirty [30] days, or failure or refusal to answer the interrogatories attached hereto after having been duly served with a writ of garnishment, the court, upon motion of the plaintiff, may issue a notice to the garnishee, requiring him or her to appear personally at a hearing not later than ten (10) days after receipt of said notice or at such other later date as the court may fix and answer the allegations and interrogatories of the plaintiff. Service of the notice may be made either by the clerk, or by the plaintiff, by any method prescribed by Arkansas Rules of Civil Procedure for service of notice.**

**The court, after hearing and reviewing the evidence and testimony of both parties, may then render judgment against the garnishee in such amount, if any, as the court finds the garnishee held at the time of service of the writ of garnishment, of any goods, chattels, wages, credits and effects belonging to the defendant, not otherwise exempt under state or federal law; together with attorney's fees and such other reasonable expenses incurred by the plaintiff, as the court may deem appropriate under the facts and circumstances.**

### NOTICE TO EMPLOYER GARNISHEE:

**FAILURE TO ANSWER THIS WRIT WITHIN THIRTY (30) DAYS, OR FAILURE OR REFUSAL TO ANSWER THE INTERROGATORIES ATTACHED HERETO MAY RESULT IN THE COURT ENTERING A JUDGMENT AGAINST YOU AND YOU BECOMING PERSONALLY LIABLE FOR THE AMOUNT OF THE NON-EXEMPT WAGES OWED THE DEBTOR-EMPLOYEE ON THE DATE YOU WERE SERVED THIS WRIT, AS PROVIDED BY ARKANSAS CODE ANNOTATED  16-110-407.**

(a) Upon the garnishment of salaries, wages, or other compensation due from the employer garnishee, the employee garnishee shall hold, to the extent of the amount due upon the judgment and costs, subject to the order of the court, any nonexempt wages due or which subsequently becomes due.  The judgment or balance due thereon is a lien on salaries, wages, or other compensation due at the time of the service of the execution, or as set out in subsection (b).

(b) The lien provided for in subsection (a) of this section shall continue as to subsequent earnings until the total amount due upon the judgment and costs is paid or satisfied.  The lien on subsequent earnings shall terminate sooner if the employment relationship is terminated or if the underlying judgment is vacated or modified.

(c) The amount of wages available for withholding for this judgment and costs is subject to certain prior claims.  Under Arkansas law, income withholding for child support has a priority over all other legal processes.  Under federal law, the total amount to be withheld cannot exceed the maximum amount allowed under 303 (b).

All provisions of this act of general and permanent nature are amendatory to the Arkansas code of 1987 Annotated and the Arkansas Code Revision Commission shall incorporate the same in the Code.

### NOTICE TO DEFENDANT OF YOUR RIGHT TO KEEP WAGES, MONEY,  AND OTHER PROPERTY

   **The Writ of Garnishment delivered to you with this Notice means that wages, money or other property belonging to you has been garnished in order to pay a court judgment against you.  HOWEVER, YOU MAY BE ABLE TO KEEP YOUR MONEY OR PROPERTY FROM BEING TAKEN, SO READ THIS NOTICE CAREFULLY.**

   **State and Federal laws say that certain money and property may not be taken to pay certain types of court judgments.  Such money or property is said to be "exempt" from garnishment.  For example, under the Arkansas Constitution and State law, you will be able to claim <u>as exempt</u> all or part of your wages or other personal property.  As another example, under Federal law the following are also exempt from garnishment; Social Security, SSI, Veteran's benefits, Temporary Assistance for Needy Families, unemployment compensation, worker's compensation.**

   **You have a right to ask for a court hearing to claim these or other exemptions.  Such request must be made in writing.  If you need legal assistance to help you try to save your wages or property from being garnished, you should see a lawyer.  If you can't afford a private lawyer, contact your local bar association or ask the clerk's office about any Legal Service programs in your area.**



| | |
|---|---|
| **Case Title:** | ORGAIN INC V IOVATE HEALTH SCIENCES INTERNATIONAL |
| **Case Number:** | 04CV-25-1607 |
| **Type:** | WRIT OF GARNISHMENT ISSUED WITH FEE |

So Ordered



Electronically signed by KMMILLION on 2025-06-27     page 4 of 4