**EXHIBIT C-1**

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Aug-12 10:14:03
04CV-25-1607
C19WD05 : 3 Pages

IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
FIFTH DIVISION

**ORGAIN, INC.**                                                                 **PLAINTIFF**

v.                    No. 04CV-25-1607

**IOVATE HEALTH SCIENCES INTERNATIONAL,
INC.; and IOVATE HEALTH SCIENCES
INTERNATIONAL U.S.A., INC.**                             **DEFENDANTS**

## DEFENDANTS' EMERGENCY MOTION TO QUASH THE WRIT OF GARNISHMENT DIRECTED TO WALMART INC.

Defendants Iovate Health Sciences International, Inc., and Iovate Health Sciences International U.S.A., Inc.[1] (collectively, "Iovate"), move the Court, on an emergency basis, to quash the writ of garnishment (the "Writ") issued in this case and directed to Walmart Inc. ("Walmart"). In support of its motion, Iovate states that:

1. Plaintiff Orgain, Inc. ("Orgain"), brought this action to enforce a judgment it obtained against Iovate in the United States District Court for the Central District of California.

2. Orgain requested issuance of the Writ to attach accounts receivable due to Iovate from Walmart.

3. The Writ should be quashed for two independent reasons.

4. First, Orgain failed to follow the required statutory prerequisites before issuing the Writ. In particular, it did not comply with Ark. Code Ann. § 16-66-114 because it failed to obtain a writ of fieri facias—*i.e.*, a writ of execution—before issuing the Writ.

5. Second, the accounts receivable due to Iovate from Walmart are not subject to garnishment by Orgain due to the prior, perfected, presently executable, and therefore superior

---

[1] Orgain incorrectly identifies Iovate Health Sciences U.S.A., Inc. as Iovate Health Sciences International U.S.A., Inc.

interest of Iovate's secured lenders. Orgain has actual notice of the secured lenders' prior, perfected lien, including from a cease-and-desist letter the secured lenders sent to Orgain on May 1, 2025. In light of that knowledge, the Writ is an improper effort to harm Iovate's business rather than actually collect on the judgment.

6. Iovate submits this as an emergency motion—and therefore requests that the Court expedite the time allowed for Orgain to respond to the motion and for the motion to be decided—because Iovate will suffer immediate, irreparable harm from a suspension of payments from Walmart, as directed by the Writ. Walmart is a major customer of Iovate, and Iovate relies on payments from Walmart to operate its business and to make payments to its lenders. Suspension of payments from Walmart would effectively shut down Iovate.

7. The United States District Court for the Central District of California has already held that Iovate would suffer irreparable harm if its accounts receivable, including those from Walmart, were improperly attached or suspended to enforce Orgain's judgment. Because this issue has been decided in Iovate's favor, Orgain is precluded from arguing that Iovate will not suffer irreparable harm if its accounts receivable from Walmart are attached or suspended.

8. In support of this motion, Iovate submits (i) the affidavit of Douglas R. Gooding, counsel to Iovate, with accompanying exhibits and (ii) the declaration of Tanya Mistry, an executive at Iovate.

9. Iovate submits a brief in support of this motion.

10. Iovate submits a proposed order with this motion.

WHEREFORE, Iovate prays that the Court grant this emergency motion to quash the writ of garnishment directed to Walmart Inc. and grant defendants all other proper relief.

2

Dated: August 12, 2025

                                        Respectfully submitted,

/s/ Peter Shults
Peter Shults (Ark. Bar No. 2019021)
Amanda G. Orcutt (Ark. Bar No. 2019102)
Steven Shults (Ark. Bar No. 78139)
SHULTS LAW FIRM LLP
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201-3621
(501) 375-2301
pshults@shultslaw.com
aorcutt@shultslaw.com
sshults@shultslaw.com

*-and-*

Douglas R. Gooding (*pro hac vice forthcoming*)
Derek H. Farquhar (*pro hac vice forthcoming*)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02210
(617) 248-5000
dgooding@choate.com
dfarquhar@choate.com

**CERTIFICATE OF SERVICE**

    I certify that I filed the foregoing motion and accompanying brief, affidavit with exhibits, declaration, and proposed order with the Clerk of the Benton County Circuit Court using the electronic filing system, which shall send notification to all counsel of record.

                                        /s/ Peter Shults
                                        Peter Shults

3