**<u>EXHIBIT C-3</u>**

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Aug-12  10:14:03
04CV-25-1607
C19WD05 : 5 Pages

## IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
## FIFTH DIVISION

**ORGAIN, INC.**                                                    **PLAINTIFF**

v.                        **No. 04CV-25-1607**

**IOVATE HEALTH SCIENCES INTERNATIONAL,**
**INC.; and IOVATE HEALTH SCIENCES**
**INTERNATIONAL U.S.A., INC.**                           **DEFENDANTS**

### AFFIDAVIT OF DOUGLAS R. GOODING IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION TO QUASH THE WRIT OF GARNISHMENT DIRECTED TO WALMART INC.

COMMONWEALTH OF MASSACHUSETTS    )
SUFFOLK COUNTY                                    )

Douglas R. Gooding, being duly sworn, deposes and says:

1. I am over 18 years of age, of sound mind and otherwise competent to make this Affidavit. The evidence set out in this Affidavit is based on my personal knowledge.

2. I am an attorney admitted to practice in the Commonwealth of Massachusetts (BBO# 558976), I represent Defendants Iovate Health Sciences International, Inc. ("Iovate Canada") and Iovate Health Sciences U.S.A. Inc. ("Iovate USA," and, together with Iovate Canada, "Iovate") in this action (*pro hac vice* forthcoming) and related matters, and I submit this Affidavit in support of Defendants' Emergency Motion to Quash the Writ of Garnishment Directed to Walmart Inc.

3. Plaintiff Orgain, Inc. ("Orgain") and Iovate are competitors. This case arises from a case brought by Orgain against Iovate in the United States District Court for the Central District of California, *Orgain, Inc. v. Northern Innovations Holding Corp. et al.*, No. 8-18-cv-01253-JLS-ADS (C.D. Cal.), which resulted in a judgment against Iovate for infringing Orgain's trade dress on certain products.

4. Following entry of the Amended Judgment, Orgain attempted to levy on Iovate accounts receivable from certain customers, including Walmart Inc. ("Walmart"), pursuant to a writ of

execution issued by the Central District of California. In response to receiving a notice of levy, Walmart froze payments to Iovate until it received a court order or joint instruction.

5.  On behalf of Iovate, I informed counsel for Orgain that the accounts receivable from Walmart were collateral for Iovate's secured lenders, who had a prior, perfected, first-priority lien, and thus not subject to execution by Orgain. I provided Orgain's counsel of documentation confirming that prior, perfected, first-priority lien on April 18, 2025. That documentation included the following Exhibits 1 and 2.

6.  Attached hereto as Exhibit 1 is a true and correct copy of the UCC Financing Statement and subsequent amendments filed by Iovate's secured lenders with the Delaware Secretary of State.

7.  Attached hereto as Exhibit 2 is a true and correct copy of the UCC Financing Statement and subsequent amendments filed by Iovate's secured lenders with the Washington, D.C., Recorder of Deeds.

8.  I requested that Orgain recall the levies issued to Walmart and others, but Orgain refused. On April 23, 2025, Iovate moved on an emergency basis to quash those levies. That motion was granted and the levies were vacated and quashed on April 28, 2025.

9.  Attached hereto as Exhibit 3 is a true and correct copy of the Order Granting Defendants' *Ex Parte* Application to Vacate and Quash Notices of Levy (Dkt. 543) in *Orgain, Inc. v. Northern Innovations Holding Corp. et al.*, No. 8-18-cv-01253-JLS-ADS (C.D. Cal. April 28, 2025).

10. Orgain has sought to register and enforce the Central District of California judgment in other jurisdictions. Orgain registered the judgment in Washington state court and, on April 25, 2025, issued writs of garnishment to various Amazon entities. Orgain served the writs on Amazon by May 9.

11. On May 1, 2025, after the writs to Amazon issued but before they were served, Royal Bank of Canada, as administrative agent for Iovate's secured lenders, sent Orgain a letter, a true and correct copy of which is attached hereto as Exhibit 4, which stated, in relevant part:

> The Agent [i.e., Royal Bank of Canada] hereby demands that Orgain immediately cease all judgment enforcement efforts that interfere with the Agent's and the Lenders' rights with respect to Iovate, its subsidiaries, and their assets. The Agent, on behalf of the Lenders, holds a prior perfected lien on substantially all of Iovate's, and its material subsidiaries', assets (the "Collateral") to secure approximately U.S. $147 million in principal amount of loans under the Credit Agreement. The Collateral includes, without limitation, accounts receivable and their proceeds, including amounts owed to Iovate or its subsidiaries by Walmart Inc. and others. The Agent's and the Lenders' rights with respect to the Collateral are therefore senior to any rights Orgain may have as a later-in-time judgment creditor. By seeking to redirect payments from Iovate's and its subsidiaries' account debtors to itself, Orgain is attempting to improperly interfere with the Agent's and the Lenders' rights under the Credit Agreement and to the Collateral. Orgain has no entitlement to any payment out of the Collateral until the obligations under the Credit Agreement and the related loan documents have been satisfied in full.

12. On May 12, 2025, Iovate's Washington counsel provided Orgain's Washington counsel with the same documents evidencing Iovate's lenders prior, perfected, first-priority lien in Iovate's accounts receivable that I had previously provided to Orgain's counsel on April 18. The next day, May 13, Orgain released the writs to Amazon and agreed to a "standstill" while the parties negotiated.

13. On June 27, 2025, without prior notice and while I understood negotiations to be ongoing, Orgain issued the writ of garnishment to Walmart in this action (the "Writ"). I met virtually with counsel for Orgain on July 1, 2025, and communicated a settlement counteroffer from Iovate. Counsel for Orgain agreed not to serve the Writ while the parties are engaged in discussions.

14. On July 31, 2025, I met virtually with counsel for Orgain, who communicated a settlement counteroffer from Orgain, with a response deadline of August 18, 2025, and agreed to standstill and not take any enforcement action while the proposal was open.

15. Notwithstanding the parties ongoing negotiations, on July 14, 2025, Orgain registered the judgment in Delaware state court. On August 4, 2025, Royal Bank of Canada, as administrative agent for Iovate's secured lenders, sent Orgain's Delaware counsel a letter, a true and correct copy of which is attached hereto as Exhibit 5, which stated, in relevant part:

> As the Agent's counsel explained in a letter sent May 1, 2025, attached hereto as Exhibit A, the Agent, on behalf of the Lenders, holds a prior perfected lien on substantially all of Iovate's, and its material subsidiaries', assets (the "Collateral") to secure approximately U.S. $147 million in principal amount of loans under the Credit Agreement. Indeed, that security interest was perfected as early as December 2016—years before Orgain's judgment lien—including through the filing of UCC-1 financing statements in Delaware, attached hereto as Exhibit B. The Agent's and the Lenders' rights with respect to the Collateral are senior to any rights Orgain may have as a later-in-time judgment creditor. Orgain has no entitlement to any payment out of the Collateral until the obligations under the Credit Agreement and the related loan documents have been satisfied in full.

> If Orgain attempts to enforce the judgment against Iovate in Delaware, or elsewhere, it would impair the Agent's rights with respect to the Collateral. If Orgain comes into possession of any portion of the Collateral, the Agent hereby demands that Orgain immediately turn that property over to the Agent, in accordance with its superior rights. If Orgain does not do so, or if Orgain otherwise causes unjustified injury to any of Iovate's senior creditors, or to Iovate or its subsidiaries, then the Agent may be left with no choice but to bring legal action against Orgain, including claims sounding in conversion.

16. On July 30, 2025, counsel for Walmart sent an email to counsel for Orgain and Iovate advising that Walmart was in receipt of a notice of levy dated April 25, 2025 from the United States District Court for the Central District of California (the "Notice of Levy") and asking counsel to confirm the Notice of Levy had been vacated by that court's April 28 order (Ex. 3).

17. It is my understanding that Walmart suspended payments to Iovate in response to the Notice of Levy.

18. Counsel for Iovate confirmed to Walmart that the Notice of Levy had been vacated and quashed. On Thursday, August 7, 2025, counsel for Orgain wrote that they would

respond on Monday, August 11, 2025. In response, I emailed Orgain's counsel that same

day, writing:

> Walmart apparently has put a hold on payments to Iovate because of this writ.
> Monday is not going to work. If the writ was issued in error which appears to the
> case, please have somebody in your office (some of whom are copied) take
> appropriate steps to immediately confirm that the writ was issued in error.

I explained that if Orgain did not provide confirmation by the next morning, Iovate would

seek expedited relief, including attorney's fees and other appropriate sanctions, in the

Central District of California.

19. On August 8, 2025, Orgain confirmed to Walmart's counsel that the Notice of Levy had

    been vacated and quashed by the Central District of California's April 28 order.

20. When Iovate asked Walmart that same day to confirm that the payment hold would be

    lifted, Walmart's counsel informed Iovate that Orgain had sent the Writ to Walmart's

    counsel at or about the same time they confirmed the Notice of Levy was vacated.

21. Orgain attempted to serve the Writ on Walmart on August 8, 2025.

Douglas R. Gooding

Sworn to before me this 12
day of August, 2025

Notary Public

JACQUELINE SANTIAGO
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
August 22, 2025

5

Exhibit C-3
ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Aug-12  10:14:03
04CV-25-1607
C19WD05 : 7 Pages

# Exhibit 1

# CAPITOL SERVICES

| | |
|---|---|
| **Date** | 12/23/2024 |
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 11/22/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES U.S.A. INC. |
| **Jurisdiction:** | Secretary of State, DE |
| **Index Searched:** | Certified UCC/Federal Lien |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/16/2016 | 20167832585 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON CA |
| 06/28/2021 | 20215018867 | Continuation | |
| 04/24/2024 | 20242713582 | Amendment | |

SEE ATTACHED CERTIFIED OR OTHER SEARCH PERFORMED BY FILING OFFICE.

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.**  ★ PO Box 1831  ★  Austin, TX 78767  ★  (800) 345-4647



9-15090253R

Page: 1 of 1

# Delaware

*The First State*

*Page 1*

*CERTIFICATE*

*SEARCHED DECEMBER 16, 2024 AT 1:16 P.M.*
*FOR DEBTOR, IOVATE HEALTH SCIENCES U.S.A. INC.*

*1 OF 1          FINANCING STATEMENT          20167832585*

*EXPIRATION DATE: 12/16/2026*

*DEBTOR:          IOVATE HEALTH SCIENCES U.S.A. INC.*

*381 NORTH SERVICE ROAD WEST          ADDED     12-16-16*

*OAKVILLE, ON CA L6MOH4*

*SECURED:         HSBC BANK CANADA, AS ADMINISTRATIVE AGENT*

*70 YORK STREET          ADDED     12-16-16*

*TORONTO, ON CA M5J1S9          REMOVED 04-24-24*

*SECURED:         ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT*

*36 YORK MILLS ROAD          ADDED     04-24-24*

*TORONTO, ON,  CA M2P0A4*


*F I L I N G   H I S T O R Y*

*20167832585     FILED 12-16-16   AT 5:40 P.M.   FINANCING STATEMENT*

*20215018867     FILED 06-28-21   AT 1:44 P.M.   CONTINUATION*

*20242713582     FILED 04-24-24   AT 9:52 A.M.   AMENDMENT*



Jeffrey W. Bullock, Secretary of State

20259875386-UCC11
SR# 20244503086

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 205142207
Date: 12-16-24



# Delaware

*Page 2*

### The First State

*E N D   O F   F I L I N G   H I S T O R Y*

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, IOVATE HEALTH SCIENCES U.S.A. INC. AS OF NOVEMBER 22, 2024 AT 11:59 P.M.*



Jeffrey W. Bullock, Secretary of State

███████████
███████████
███████████

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
DIANA FELIPE                    (212) 530-5000

B. E-MAIL CONTACT AT FILER (optional)
dfelipe@milbank.com

Delaware Department of State
U.C.C. Filing Section
Filed: 05:40 PM 12/16/2016
U.C.C. Initial Filing No: 2016 7832585
Service Request No: 20167131053

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY  10005-1413

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Iovate Health Sciences U.S.A. Inc. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | ON | L6M OH4 | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 70 York Street | Toronto | ON | M5J 1S9 | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: DE - Secretary of State

F#550910
A#766321

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 01:44 PM 06/28/2021**
**U.C.C. Initial Filing No: 2016 7832585**
**Amendment No: 2021 5018867**
**Service Request No:   20212566759**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
20167832585 filed with DE SOS on 12/16/2019

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial):  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                                  AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record      ☐ CHANGE name and/or address: Complete      ☐ ADD name: Complete item      ☐ DELETE name: Give record name
                                                                item 6a or 6b; and item 7a or 7b and item 7c      7a or 7b, and item 7c      to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☐ **COLLATERAL CHANGE:**  Also check one of these four boxes:   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with NY SOS          Debtor: Iovate Health Sciences U.S.A. Inc.

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
KEYLA CORTINAS 800-345-4647

**B. E-MAIL CONTACT AT FILER (optional)**
KCORTINAS@CAPITOLSERVICES.COM

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

CAPITOL SERVICES, INC.

PO BOX 1831

AUSTIN, TX 78767

US

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 09:52 AM 04/24/2024**
**U.C.C. Initial Filing No: 2016 7832585**
**Amendment No: 2024 2713582**
**Service Request No:   20241617015**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| **1a.** INITIAL FINANCING STATEMENT FILE NUMBER | **1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| 20167832585 | (or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                          **AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☑ Secured Party of record    ☑ CHANGE name and/or address: Complete item 6a or 6b, and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:**   Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 36 YORK MILLS ROAD | TORONTO, ON | | M2P 0A4 | CA |

**8.** ☐ **COLLATERAL CHANGE:**  Also check one of these four boxes:  ☐ ADD collateral    ☐ DELETE collateral    ☐ RESTATE covered collateral    ☐ ASSIGN collateral

Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a **DEBTOR**, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
DEBTOR: IOVATE HEALTH SCIENCES U.S.A. INC. - DE - STATE

International Association of Commercial Administrators

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Exhibit C-3
ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Aug-12  10:14:03
04CV-25-1607
C19WD05 : 8 Pages

# Exhibit

# CAPITOL SERVICES

|  |  |
|---|---|
|  | 12/23/2024 |
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 12/18/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Recorder of Deeds, DC |
| **Index Searched:** | UCC/UCCFixture/Federal & State Liens/Judgment Lien |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/19/2016 | 2016131317 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 06/28/2021 | 2021087272 | Continuation | |
| 04/24/2024 | 2024037825 | Amendment | |

FILINGS THAT MAY AMEND, TERMINATE, OR OTHERWISE AFFECT A FIXTURE FILING BUT THAT ARE NOT ON THE STANDARD UCC FINANCING STATEMENT FORM OR CLEARLY INDEXED AS A FIXTURE FILING MAY NOT BE INCLUDED IN THIS REPORT. A MORTGAGE, DEED OF TRUST, OR OTHER REAL ESTATE DOCUMENT THAT MAY BE EFFECTIVE AS A FIXTURE FILING, WHETHER OR NOT IT CONTAINS A FINANCING STATEMENT, MAY NOT BE INCLUDED IN THIS REPORT, UNLESS SUCH FILING IS INDEXED SOLELY OR INDEPENDENTLY AS A FIXTURE.

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090255T

Page: 1 of 1

**Doc #: 2016131317**
12/19/2016 12:26 PM

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
DIANA FELIPE                    (212) 530-5000

B. E-MAIL CONTACT AT FILER (optional)
dfelipe@milbank.com            426469 001C

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

NDG
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, ILLINOIS 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 381 North Service Road West | Oakville | ON | L6M OH4 | | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME OF ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 70 York Street | Toronto | ON | M5J 1S9 | | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien  ☐ Non-UCC Filing | |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: DC - District of Columbia

F#550907
A#766318

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)       International Association of Commercial Administrators (IACA)

```
Doc #: 2016131317
Filed & Recorded
12/19/2016 12:26 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES        $25.00
   SURCHARGE             $6.50
TOTAL:                   $31.50
```

Doc #: 2021087272
06/28/2021 12:58 PM

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

882391 009

B. E-MAIL CONTACT AT FILER (optional)

LHB

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
2016131317 filed with DC Recorder of Deeds on 12/19/2016

1.b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial):  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                                                  SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☐ COLLATERAL CHANGE:  Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | |

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

10. OPTIONAL FILER REFERENCE DATA:
File with DC Recorder of Deeds    Debtor: Iovate Health Sciences International Inc.

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

```
Doc #: 2021087272
Filed & Recorded
06/28/2021 12:58 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES          $25.00
    SURCHARGE             $6.50
TOTAL:                    $31.50
```

Doc #: 20240037825
04/24/2024 10:48 AM

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

1458762

Return Acknowledgement to:
Capitol Services, Inc.
PO Box 1831
Austin, TX 78767
800.345.4647

CAPITOL SERVICES

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2016131317 Filed On 12/19/2016

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party(y)(ies) authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in item 8 and describe the affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** **PARTY INFORMATION CHANGE:**

Check one of these two boxes:  This Change affects ☐ Debtor or ☒ Secured Party of record

AND Check one of these three boxes to: ☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6.** CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
**6a. ORGANIZATION'S NAME** HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

OR **6b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**7.** CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
**7a. ORGANIZATION'S NAME** ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT

OR **7b. INDIVIDUAL'S SURNAME**

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**7c. MAILING ADDRESS** 36 YORK MILLS ROAD | **CITY** TORONTO, ON | STATE | **POSTAL CODE** M2P 0A4 | **COUNTRY** CAN

**8.** COLLATERAL CHANGE: Check only one box: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN* collateral
Indicate collateral: *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

**9.** NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
**9a. ORGANIZATION'S NAME** HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

OR **9b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**10.** OPTIONAL FILER REFERENCE DATA:
Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC.  - DC - District of Columbia

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)

**Doc #: 2024037825**
**Filed & Recorded**
**04/24/2024 10:48 AM**
**IDA WILLIAMS**
**RECORDER OF DEEDS**
**WASH DC RECORDER OF DEEDS**
  **RECORDING FEES**          $25.00
  **SURCHARGE**              $6.50
**TOTAL:**                  $31.50

Exhibit C-3
ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Aug-12  10:14:03
04CV-25-1607
C19WD05 : 6 Pages

# Exhibit

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: 8:18-cv-01253-JLS-ADS                    Date: April 28, 2025

Title: Orgain, Inc. v. Northern Innovations Holding Corp. et al

---

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

    Kelly Davis                                           N/A
    Deputy Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
    Not Present                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO VACATE AND QUASH NOTICES OF LEVY (Doc. 536)**

Before the Court is an *ex parte* application filed by Defendants Iovate Health Sciences International, Inc. and Iovate Health Sciences International U.S.A., Inc. (collectively "Defendants"). (App., Doc. 536; Mem., Doc. 537.) Defendants seek an order vacating and quashing notices of levy that Plaintiff Orgain, Inc. issued and served via mail on (i) Walmart Inc., on March 18, 2025; (ii) GNC Holdings LLC, on April 7, 2025; and (iii) Franchise Group, Inc., on April 7, 2025. (Mem. at 2.) Plaintiff timely opposed.[1] (Opp., Doc. 542.) Having considered the parties' filings, and for the following reasons, the Court GRANTS Defendants' *ex parte* application.

---

[1] Plaintiff initially filed a request to extend the time to file a response to Defendants' *ex parte* application; however, Plaintiff later filed a timely, ten-page Opposition. (Request, Doc. 540; Opp.) To the extent Plaintiff requests "additional time to fully develop its arguments" and "permission to withdraw" its Opposition, (Opp. at 2), the Court concludes that such relief is not warranted. Plaintiff, as the party that issued the notices of levy that are the subject of the instant application, should have been prepared to defend the legality of those notices. Moreover, the Blackford Declaration reflects that the parties met and conferred regarding the substance of the *ex parte* application on April 18, 2025, meaning that Plaintiff had sufficient time—*i.e.*, at least six days—to prepare its Opposition. (Blackford Decl. ¶ 2, Doc. 538.) The Court therefore DENIES Plaintiff's request for an extension (Doc. 540).

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:18-cv-01253-JLS-ADS                    Date: April 28, 2025

Title:  Orgain, Inc. v. Northern Innovations Holding Corp. et al

To justify *ex parte* relief, the moving party must show that it "will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures[,]" and that it is "without fault in creating the crisis that requires *ex parte* relief[.]"  *Mission Power Engineering Co. v. Continental Cas. Co.*, 883 F.Supp. 488, 492 (C.D. Cal. 1995).

Applying this standard here, Defendants have shown that they are entitled to *ex parte* relief.  Defendants assert that the notices of levy issued by Plaintiff are improper and have already disrupted Defendants' relationships with customers such as Walmart, GNC, and Franchise Group.  (Mem. at 9.)  For example, Defendants represent that "Walmart has refused" to make nearly 15 million dollars in outstanding payments owed to Defendants "until a court order resolves the propriety of the levy."  (Mem. at 2, 9; *see also* Mistry Decl. ¶¶ 4–6.)  Without these payments, Defendants will suffer irreparable harm to their ability to continue normal business operations and service their senior secured debt.  (*Id.*)  Further, Defendants are without fault in creating the crisis that requires *ex parte* relief, as the instant application arises from notices of levy that Plaintiff issued and has refused to withdraw.  The Court thus turns to the merits of Defendants' application.

District courts have inherent authority to vacate and quash defective levies.  *See Hilao v. Estate of Marcos*, 95 F.3d 848, at *854 (9th Cir. 1996) ("[T]he district court … should have granted the Banks' motions to vacate and quash the levies"); *see also Villas at Corte Bella v. Westpark Corte Bella Cmty. Ass'n*, 2021 WL 3560936, at *7 (Cal. App. Aug. 12, 2021) ("The court's inherent equitable power over its process gives it authority, on motion, to recall and/or quash a writ of execution improperly or inadvertently issued; or to vacate an execution levy.") (emphasis omitted).  Federal Rule of Civil Procedure 69(a), which governs writs of execution, provides that "[t]he procedure on execution— and in proceedings supplementary to and in aid of judgment or execution—must accord

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:18-cv-01253-JLS-ADS                    Date: April 28, 2025
Title:  Orgain, Inc. v. Northern Innovations Holding Corp. et al
═══════════════════════════════════════════════════════════════════

with the procedure of the state where the court is located, but a federal statute governs to
the extent it applies."  Fed. R. Civ. P. 69(a)(1).

Defendants argue—and the Court agrees—that the notices of levy issued by
Plaintiff are defective in at least two respects.  (Mem. at 6–10.)

*First*, the notices improperly attempt to levy property that is outside of the Court's
jurisdiction.  The notices seek "all monies due and owing" to Defendants by Walmart,
GNC, and Franchise Group.  (Exs. A–C to Blackford Decl.)  In other words, the notices
attempt to levy accounts receivable.  *See Pacific Decision Sciences Corp. v. Superior Ct.*,
121 Cal. App. 4th 1100, 1107 (2004) ("An account receivable is 'a right to payment of a
monetary obligation' that is not evidenced by chattel paper or an instrument.") (citing
Cal. U. Com. Code § 9102(a)(2)).  Under California law, the location of accounts
receivable for purposes of executing a judgment is the location of the debtors.  *See
Peterson v. Islamic Republic of Iran*, 627 F.3d 1117, 1131 (9th Cir. 2010) ("the location
of a right to payment … is the location of the debtor"); *see also Pacific Decision Sciences
Corp.*, 121 Cal. App. 4th at 1108 ("When … the issue, as in this case, involves
jurisdiction to compel the obligor to pay one claimant and not a competing claimant, 'the
debt or claim is usually regarded as having a situs in any state in which personal
jurisdiction of the debtor can be obtained.'") (emphasis omitted).

Plaintiff has not established that the Court has personal jurisdiction over the
debtors at issue here—that is, Walmart, GNC, and Franchise Group.  Defendants
represent—and Plaintiff does not dispute—that none of these debtors are incorporated in
or have a principal place of business in California.  (Mem. at 5–6.)  And Plaintiff has not
provided enough facts from which the Court could conclude that Walmart, GNC, or
Franchise Group has sufficient contacts with California to support the exercise of specific
personal jurisdiction.  For a court to exercise specific personal jurisdiction, "there must
be 'an affiliation between the forum and the underlying controversy, principally [an]

_____

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:18-cv-01253-JLS-ADS                      Date: April 28, 2025
Title:  Orgain, Inc. v. Northern Innovations Holding Corp. et al

activity or an occurrence that takes place in the forum State and is therefore subject to the State's regulation.'" *Bristol-Myers Squibb Co. v. Superior Ct. of Cal.*, 582 U.S. 255, 262 (2017).  This inquiry is "fact-intensive." *Herbal Brands, Inc. v. Photoplaza, Inc.*, 72 F. 4th 1085, 1096 (9th Cir. 2023).  Here, however, Plaintiff argues only that Walmart is a "national chain" that sells some of Defendants' products in California.  (Opp. at 4.) Plaintiff has failed to show how these California contacts are sufficiently connected to the outstanding payments that Walmart owes to Defendants, which Defendants assert are to be remitted to Defendants' bank account in New York.  (Mistry Decl. ¶¶ 2–3.)  Thus, the notices issued by Plaintiff improperly attempt to levy property over which the Court lacks jurisdiction. *See Pacific Decision Sciences Corp.*, 121 Cal. App. 4th at 1108–09.

        *Second*, the notices are defective because they were improperly served by mail. As noted, Rule 69(a) provides that the procedure for service of notices of levy "must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." Fed. R. Civ. P. 69(a)(1).  California law provides that, "to levy upon an account receivable or general intangible, the levying officer shall *personally serve* a copy of the writ of execution and a notice of levy on the account debtor." Cal. Civ. P. Code § 700.170(a) (emphasis added).  "California's requirements for service of a notice of levy … are not preempted by, but instead supplement, Rule 4.1." *See Hilao v. Estate of Marcos*, 95 F.3d 848, 853 (9th Cir. 1996) (reasoning that, while Rule 4.1 provides for certain service requirements applicable to notices of levy, Rule 4.1 "does not specify the manner in which service shall be made (*e.g.*, personally, by mail, etc.) or upon whom service shall be made").  As Plaintiff did not personally serve the notices of levy on Walmart, GNC, or Franchise Group, Plaintiff's service of these notices was defective under California law.[2]

---

[2] Because Plaintiff's service of the notices of levy was defective, the Court rejects Plaintiff's argument that Walmart, GNC, and Franchise Group "waived any objection to personal jurisdiction" by not contesting the propriety of the levies in court.  (Opp. at 4.)

---

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:18-cv-01253-JLS-ADS                    Date: April 28, 2025

Title: Orgain, Inc. v. Northern Innovations Holding Corp. et al

For the above reasons, Defendants' *ex parte* application is GRANTED.
Accordingly, the notices of levy that Plaintiff improperly served on Walmart, GNC, and
Franchise Group are VACATED and QUASHED.

Initials of Deputy Clerk: kd

---

Exhibit C-3
ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Aug-12  10:14:03
04CV-25-1607
C19WD05 : 3 Pages

# Exhibit



# Milbank

**ALEXANDER B. LEES**
*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: 212.530.5161
alees@milbank.com | milbank.com

May 1, 2025

**By Email**
Mark Bettilyon
Peter M. de Jonge
Jed H. Hansen
Thorpe North & Western LLP
8180 South 700 East, Suite 350
Sandy, UT 84070
dejonge@tnw.com
mark.bettilyon@tnw.com
hansen@tnw.com


Daniel S. Silverman
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
dssilverman@venable.com

Re: Iovate Health Sciences International Inc. and Iovate Health Sciences International U.S.A. Inc.

Counsel:

We write as counsel to Royal Bank of Canada, in its capacity as administrative agent (the "**Agent**") under an Amended and Restated Credit Agreement dated June 30, 2021 (as amended, supplemented, amended and restated, or otherwise modified from time to time, the "**Credit Agreement**"), between, among others, Iovate Health Sciences International Inc. ("**Iovate**") as borrower and the lenders party thereto (the "**Lenders**"). The Agent has become aware that Orgain, Inc. ("**Orgain**") has obtained a judgment against Iovate in the action captioned *Orgain, Inc. v. Iovate Health Sciences International, Inc.* in the United States District Court of the Central District of California, and that it has sought to enforce the judgment by sending notices of levy to account debtors of Iovate, such as Walmart Inc., GNC, and the Franchise Group, and Iovate's subsidiaries, including Iovate Health Sciences International U.S.A. Inc. The Agent understands that as a result of an April 29, 2025, court order, such notices of levy have been vacated and quashed.

The Agent hereby demands that Orgain immediately cease all judgment enforcement efforts that interfere with the Agent's and the Lenders' rights with respect to Iovate, its subsidiaries, and their assets. The Agent, on behalf of the Lenders, holds a prior perfected lien on substantially all of Iovate's, and its material subsidiaries', assets (the "**Collateral**") to secure approximately U.S. $147 million in principal amount of loans under the Credit Agreement.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

The Collateral includes, without limitation, accounts receivable and their proceeds, including amounts owed to Iovate or its subsidiaries by Walmart Inc. and others. The Agent's and the Lenders' rights with respect to the Collateral are therefore senior to any rights Orgain may have as a later-in-time judgment creditor. By seeking to redirect payments from Iovate's and its subsidiaries' account debtors to itself, Orgain is attempting to improperly interfere with the Agent's and the Lenders' rights under the Credit Agreement and to the Collateral. Orgain has no entitlement to any payment out of the Collateral until the obligations under the Credit Agreement and the related loan documents have been satisfied in full.

If Orgain comes into possession of any portion of the Collateral, whether as a result of future notices of levy or otherwise, the Agent hereby demands that Orgain immediately turn that property over to the Agent, in accordance with its superior rights. If Orgain does not do so, or if it otherwise causes unjustified injury to any of Iovate's senior creditors, or to Iovate or its subsidiaries, then the Agent may be left with no choice but to bring legal action, including claims sounding in conversion.

The Agent reserves all rights. Please be governed accordingly.

Sincerely,

*/s/ Alexander B. Lees*
Alexander B. Lees

cc:
Iovate Health Sciences International, Inc.
Iovate Health Sciences International U.S.A. Inc.

c/o Stanley Panikowski
stanley.panikowski@us.dlapiper.com
DLA Piper
4365 Executive Drive Suite 1100
San Diego, CA 92121

c/o Timothy Blackford
tim@behmerblackford.com
Behmer and Blackford LLP
12526 High Bluff Drive Suite 300
San Diego, CA 92130

c/o Eric Friedman
eric.friedman@mcmillan.ca
McMillan LLP
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario

Exhibit C-3
ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Aug-12  10:14:03
04CV-25-1607
C19WD05 : 13 Pages

# Exhibit 5



Troutman Pepper Locke LLP
Hercules Plaza, 1313 N. Market Street, Suite 1000
Wilmington, DE 19801

troutman.com

**James H. S. Levine**
D 302.777.6536
James.levine@troutman.com

August 4, 2025

Brett Fallon
Ryan Messina
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
brett.fallon@faegredrinker.com
ryan.messina@faegredrinker.com

Mark Bettilyon
Peter M. de Jonge
Jed H. Hansen
Thorpe North & Western LLP
8180 South 700 East, Suite 350
Sandy, UT 84070
dejonge@tnw.com
mark.bettilyon@tnw.com
hansen@tnw.com

**Re: Iovate Health Sciences International Inc. and Iovate Health Sciences International U.S.A. Inc.**

Counsel:

We write as counsel to Royal Bank of Canada, in its capacity as administrative agent (the "Agent") under an Amended and Restated Credit Agreement dated June 30, 2021 (as amended, supplemented, amended and restated, or otherwise modified from time to time, the "Credit Agreement"), between, among others, Iovate Health Sciences International Inc. ("Iovate") as borrower and the lenders party thereto (the "Lenders"). The Agent is aware that Orgain, Inc. ("Orgain") obtained a judgment against Iovate in the action captioned Orgain, Inc. v. Iovate Health Sciences International, Inc. in the United States District Court for the Central District of California. The Agent has become aware that Orgain recently registered that judgment in the Superior Court of the State of Delaware (C.A. No. N25J-01854).

As the Agent's counsel explained in a letter sent May 1, 2025, attached hereto as Exhibit A, the Agent, on behalf of the Lenders, holds a prior perfected lien on substantially all of Iovate's, and its material subsidiaries', assets (the "Collateral") to secure approximately U.S. $147 million in

troutman
pepper locke

principal amount of loans under the Credit Agreement. Indeed, that security interest was perfected as early as December 2016—years before Orgain's judgment lien—including through the filing of UCC-1 financing statements in Delaware, attached hereto as Exhibit B. The Agent's and the Lenders' rights with respect to the Collateral are senior to any rights Orgain may have as a later-in-time judgment creditor. Orgain has no entitlement to any payment out of the Collateral until the obligations under the Credit Agreement and the related loan documents have been satisfied in full.

If Orgain attempts to enforce the judgment against Iovate in Delaware, or elsewhere, it would impair the Agent's rights with respect to the Collateral. If Orgain comes into possession of any portion of the Collateral, the Agent hereby demands that Orgain immediately turn that property over to the Agent, in accordance with its superior rights. If Orgain does not do so, or if Orgain otherwise causes unjustified injury to any of Iovate's senior creditors, or to Iovate or its subsidiaries, then the Agent may be left with no choice but to bring legal action against Orgain, including claims sounding in conversion.

The Agent reserves all rights. Please be governed accordingly.

James H. S. Levine

# EXHIBIT A



# Milbank

**ALEXANDER B. LEES**

*Partner*

55 Hudson Yards | New York, NY 10001-2163
T: 212.530.5161
alees@milbank.com | milbank.com

May 1, 2025

**By Email**

Mark Bettilyon
Peter M. de Jonge
Jed H. Hansen
Thorpe North & Western LLP
8180 South 700 East, Suite 350
Sandy, UT 84070
dejonge@tnw.com
mark.bettilyon@tnw.com
hansen@tnw.com

Daniel S. Silverman
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
dssilverman@venable.com

Re: Iovate Health Sciences International Inc. and Iovate Health Sciences International U.S.A. Inc.

Counsel:

We write as counsel to Royal Bank of Canada, in its capacity as administrative agent (the "**Agent**") under an Amended and Restated Credit Agreement dated June 30, 2021 (as amended, supplemented, amended and restated, or otherwise modified from time to time, the "**Credit Agreement**"), between, among others, Iovate Health Sciences International Inc. ("**Iovate**") as borrower and the lenders party thereto (the "**Lenders**"). The Agent has become aware that Orgain, Inc. ("**Orgain**") has obtained a judgment against Iovate in the action captioned *Orgain, Inc. v. Iovate Health Sciences International, Inc.* in the United States District Court of the Central District of California, and that it has sought to enforce the judgment by sending notices of levy to account debtors of Iovate, such as Walmart Inc., GNC, and the Franchise Group, and Iovate's subsidiaries, including Iovate Health Sciences International U.S.A. Inc. The Agent understands that as a result of an April 29, 2025, court order, such notices of levy have been vacated and quashed.

The Agent hereby demands that Orgain immediately cease all judgment enforcement efforts that interfere with the Agent's and the Lenders' rights with respect to Iovate, its subsidiaries, and their assets. The Agent, on behalf of the Lenders, holds a prior perfected lien on substantially all of Iovate's, and its material subsidiaries', assets (the "**Collateral**") to secure approximately U.S. $147 million in principal amount of loans under the Credit Agreement.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

The Collateral includes, without limitation, accounts receivable and their proceeds, including amounts owed to Iovate or its subsidiaries by Walmart Inc. and others. The Agent's and the Lenders' rights with respect to the Collateral are therefore senior to any rights Orgain may have as a later-in-time judgment creditor. By seeking to redirect payments from Iovate's and its subsidiaries' account debtors to itself, Orgain is attempting to improperly interfere with the Agent's and the Lenders' rights under the Credit Agreement and to the Collateral. Orgain has no entitlement to any payment out of the Collateral until the obligations under the Credit Agreement and the related loan documents have been satisfied in full.

If Orgain comes into possession of any portion of the Collateral, whether as a result of future notices of levy or otherwise, the Agent hereby demands that Orgain immediately turn that property over to the Agent, in accordance with its superior rights. If Orgain does not do so, or if it otherwise causes unjustified injury to any of Iovate's senior creditors, or to Iovate or its subsidiaries, then the Agent may be left with no choice but to bring legal action, including claims sounding in conversion.

The Agent reserves all rights. Please be governed accordingly.

Sincerely,

*/s/ Alexander B. Lees*
Alexander B. Lees

cc:
Iovate Health Sciences International, Inc.
Iovate Health Sciences International U.S.A. Inc.

c/o Stanley Panikowski
stanley.panikowski@us.dlapiper.com
DLA Piper
4365 Executive Drive Suite 1100
San Diego, CA 92121

c/o Timothy Blackford
tim@behmerblackford.com
Behmer and Blackford LLP
12526 High Bluff Drive Suite 300
San Diego, CA 92130

c/o Eric Friedman
eric.friedman@mcmillan.ca
McMillan LLP
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario

# EXHIBIT B

# CAPITOL SERVICES

|  |  |
|---|---|
| | 12/23/2024 |
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 11/22/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES U.S.A. INC. |
| **Jurisdiction:** | Secretary of State, DE |
| **Index Searched:** | Certified UCC/Federal Lien |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/16/2016 | 20167832585 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON CA |
| 06/28/2021 | 20215018867 | Continuation | |
| 04/24/2024 | 20242713582 | Amendment | |

SEE ATTACHED CERTIFIED OR OTHER SEARCH PERFORMED BY FILING OFFICE.

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.**  ★ PO Box 1831  ★ Austin, TX 78767  ★ (800) 345-4647



9-15090253R

# Delaware

*Page 1*

## The First State

*CERTIFICATE*

*SEARCHED DECEMBER 16, 2024 AT 1:16 P.M.
FOR DEBTOR, IOVATE HEALTH SCIENCES U.S.A. INC.*

| | | |
|---|---|---|
| *1 OF 1* | *FINANCING STATEMENT* | *20167832585* |

*EXPIRATION DATE: 12/16/2026*

*DEBTOR:        IOVATE HEALTH SCIENCES U.S.A. INC.*

*381 NORTH SERVICE ROAD WEST            ADDED    12-16-16*

*OAKVILLE, ON CA L6MOH4*

*SECURED:        HSBC BANK CANADA, AS ADMINISTRATIVE AGENT*

*70 YORK STREET                        ADDED    12-16-16*

*TORONTO, ON CA M5J1S9                  REMOVED 04-24-24*

*SECURED:        ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT*

*36 YORK MILLS ROAD                     ADDED    04-24-24*

*TORONTO, ON,  CA M2P0A4*

### F I L I N G   H I S T O R Y

*20167832585    FILED 12-16-16   AT 5:40 P.M.    FINANCING STATEMENT*

*20215018867    FILED 06-28-21   AT 1:44 P.M.    CONTINUATION*

*20242713582    FILED 04-24-24   AT 9:52 A.M.    AMENDMENT*



Jeffrey W. Bullock, Secretary of State

20259875386-UCC11
SR# 20244503086

Authentication: 205142207
Date: 12-16-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware

### The First State

**E N D   O F   F I L I N G   H I S T O R Y**

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY
INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, IOVATE
HEALTH SCIENCES U.S.A. INC. AS OF NOVEMBER 22, 2024 AT 11:59 P.M.*



Jeffrey W. Bullock, Secretary of State

████████████
████████████
████████████

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
|---|---|
| DIANA FELIPE | (212) 530-5000 |

B. E-MAIL CONTACT AT FILER (optional)
dfelipe@milbank.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

⌐ Milbank, Tweed, Hadley & McCloy LLP  ⌐
28 Liberty Street
New York, NY  10005-1413
⌐                                      ⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 05:40 PM 12/16/2016
U.C.C. Initial Filing No: 2016 7832585

Service Request No: 20167131053

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Iovate Health Sciences U.S.A. Inc. | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 381 North Service Road West | Oakville | ON | L6M OH4 | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 70 York Street | Toronto | ON | M5J 1S9 | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: DE - Secretary of State

F#550910
A#766321

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

---

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 01:44 PM 06/28/2021**
**U.C.C. Initial Filing No: 2016 7832585**
**Amendment No: 2021 5018867**
**Service Request No:   20212566759**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20167832585 filed with DE SOS on 12/16/2019

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:       AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| | | | | |
|---|---|---|---|---|
| OR | 6a. ORGANIZATION'S NAME | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| OR | 7a. ORGANIZATION'S NAME | | | |
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**8.** ☐ **COLLATERAL CHANGE:**  Also check one of these four boxes:   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | | | | |
|---|---|---|---|---|
| OR | 9a. ORGANIZATION'S NAME  HSBC Bank Canada, as Administrative Agent | | | |
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
File with NY SOS           Debtor: Iovate Health Sciences U.S.A. Inc.

International Association of Commercial Administrators (IACA)
**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
KEYLA CORTINAS 800-345-4647

**B. E-MAIL CONTACT AT FILER (optional)**
KCORTINAS@CAPITOLSERVICES.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

CAPITOL SERVICES, INC.

PO BOX 1831

AUSTIN, TX 78767

US

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 09:52 AM 04/24/2024**
**U.C.C. Initial Filing No: 2016 7832585**
**Amendment No: 2024 2713582**
**Service Request No:   20241617015**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20167832585

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                                    AND   Check one of these three boxes to:

This Change affects ☐ Debtor or ☑ Secured Party of record    ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| | |
|---|---|
| 6a. ORGANIZATION'S NAME | |
| HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | |

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME |
|---|
| ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT |

| 7b. INDIVIDUAL'S SURNAME |
|---|
| |

| INDIVIDUAL'S FIRST PERSONAL NAME |
|---|
| |

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|
| | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 36 YORK MILLS ROAD | TORONTO, ON | | M2P 0A4 | CA |

**8.** ☐ **COLLATERAL CHANGE:**  Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a **DEBTOR**, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME |
|---|
| HSBC BANK CANADA, AS ADMINISTRATIVE AGENT |

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA:**
DEBTOR: IOVATE HEALTH SCIENCES U.S.A. INC. - DE - STATE

International Association of Commercial Administrators

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)**