**<u>EXHIBIT D-1</u>**

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Aug-13  10:13:42
04CV-25-1607
C19WD05 : 271 Pages

## IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
## CIVIL DIVISION

**ORGAIN, INC.**                                                                    **PLAINTIFF**

**VS.**                                    **CASE NO. 04CV-25-1607**

**IOVATE HEALTH SCIENCES INTERNATIONAL,**
**INC. AND IOVATE HEALTH SCIENCES INTERNATIONAL**
**U.S.A., INC.**                                                                    **DEFENDANTS**

### ROYAL BANK OF CANADA'S
### MOTION TO INTERVENE

In accordance with Arkansas Rules of Civil Procedure Rule 24, non-party Royal

Bank of Canada ("RBC" or the "Agent"), seeks to intervene in this action for the

purpose of moving to quash the writ of garnishment filed by Orgain, Inc. ("Orgain")

in respect of payments owed by Walmart, Inc. ("Walmart") to Iovate Health Sciences

International Inc. and Iovate Health Sciences International U.S.A. Inc. (together

with their affiliates, subsidiaries, successors, and assigns "Iovate"). In support of this

motion to intervene, RBC states as follows:

1.      On November 17, 2024, Orgain obtained a judgment against Iovate in

the action captioned *Orgain, Inc. v. Iovate Health Sciences International, Inc.*, 8:18-

cv-01253-JLS-ADS, in the United States District Court of the Central District of

California (the "California Action"). Orgain then sought to enforce that judgment by

sending notices of levy to some of Iovate's wholesale customers—each an account

debtor of Iovate. Iovate successfully moved to quash the notices of levy in California for the same or similar reasons that will be articulated in this case.

2.      On April 29, 2025, Orgain filed this case in order to register the judgment against Iovate in Arkansas.

3.      On June 27, 2025, a writ of garnishment directed to Walmart was issued by the clerk of this Court.

4.      RBC is an administrative agent for a group of lenders of Iovate, and in that capacity, RBC holds a prior perfected lien on all of Iovate's assets. Walmart is a client to Iovate. RBC seeks intervention in this case to prevent Orgain, a junior creditor of Iovate, from interfering with RBC's superior rights in the accounts receivable from Walmart.

5.      Under Arkansas Rule of Civil Procedure 24, intervention as of right is appropriate "when the applicant claims an interest relating to the property or transaction which is the subject of the action and he is so situated that the disposition of the action may as a practical matter impair or impede his ability to protect that interest, unless the applicant's interest is adequately represented by existing parties." RBC seeks to intervene as of right.

6.      Alternatively, at a minimum, permissive intervention should be granted. The Court has discretion to grant permissive intervention where "an applicant's claim or defense and the main action have a question of law or fact in common," so long as intervention will not cause undue prejudice or delay. Ark. R. Civ. P. 24(b)(2).

2

7.     The Court should allow RBC to intervene in this case because it has a senior interest in the accounts receivable and it needs to protect that interest.

8.     This motion is supported by the declaration attached as Exhibit 1 and by a contemporaneously filed brief in support.

9.     Pursuant to Rule 24 of the Arkansas Rules of Civil Procedure, the pleadings upon which intervention is sought are attached as Exhibit 2.

WHEREFORE, Royal Bank of Canada requests that the Court grant its motion to intervene and award all other relief to which it is entitled.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: abaker@wlj.com; jfair@wlj.com

By  /s/ Jacob P. Fair
     Adrienne L. Baker (2007159)
     Jacob P. Fair (2015167)

*Attorneys for Royal Bank of Canada*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, I electronically filed the foregoing w ith the Clerk of the Court using the Arkansas Judiciary Electronic Filing System, w hich shall send notification of such filing to the attorneys of record in this case.

/s/ Jacob P. Fair
Jacob P. Fair

3

**IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS**
**CIVIL DIVISION**

**ORGAIN, INC.**                                                    **PLAINTIFF**
**VS.**                                  **CASE NO. 04CV-25-1607**

**IOVATE HEALTH SCIENCES**                          **DEFENDANTS**
**INTERNATIONAL, INC. and**
**IOVATE HEALTH SCIENCES**
**INTERNATIONAL U.S.A., INC.**


**DECLARATION OF ANDREW O'COIN**

I, Andrew O'Coin, hereby declare as follows:

1.  I make this declaration in support Royal Bank of Canada's Motion to Intervene
    and in support of Royal Bank Of Canada's Objection and Motion to Quash Writ
    of Garnishment, filed concurrently with this declaration.

2.  I am the Senior Director of Special Loans & Advisory Services of the Royal
    Bank of Canada ("RBC").

3.  On November 22, 2016, Iovate Health Sciences International Inc. and Iovate
    Health Sciences International U.S.A. Inc. (together with their affiliates,
    subsidiaries, successors, and assigns "Iovate") entered into a Credit Agreement
    ("Credit Agreement").

4.  From time to time, the Credit Agreement was amended.

5.  On February 28, 2025, RBC entered into the Amending Agreement No. 10 of
    the Credit Agreement ("Operative Amending Agreement") as the
    administrative agent for the lenders (the "Lenders") to the Credit Agreement.

**EXHIBIT 1**

6.    Attached hereto as Exhibit A is a true and correct copy of the Operative Amending Agreement.

7.    On December 21, 2016, HSBC Bank Canada as the predecessor administrative agent, along with the Lenders and Iovate under the Credit Agreement, entered into the General Security Agreement ("Security Agreement").

8.    Attached hereto as Exhibit B is a true and correct copy of the Security Agreement.

9.    In accordance with the Security Agreement, the administrative agent was granted a security interest in substantially all of Iovate's assets (the "Collateral").

10.   The administrative agent caused UCC-1 financing statements to be filed in several jurisdictions on or about December 19, 2016, designating that "All assets" of Iovate were secured. Such UCC-1 financing statements were filed in, among other places, New York, Pennsylvania, Texas, California, Florida, New Jersey, Ohio, Delaware, Wisconsin, and the District of Columbia.

11.   Each of the foregoing identified UCC-1 financing statements was continued in June 2021.

12.   Attached hereto as Exhibit C are true and correct copies of the foregoing identified UCC-1 financing statements.

13.   On March 28, 2024, HSBC Holdings sold HSBC Bank Canada to RBC, such that RBC and HSBC Bank Canada amalgamated.

14. As a result of the amalgamation consummated on March 28, 2024, RBC became the administrative agent to the Lenders under the Credit Agreement and Security Agreement, succeeding HSBC Bank Canada.

15. Each of the administrative agent's UCC-1 financing statements referred to above were amended in April 2024 to reflect the change in the administrative agent's name, following the HSBC amalgamation with RBC, to ensure that the correct entity is recorded as the registered holder of the security interest in the Collateral as administrative agent.

16. No later than July 8, 2024, Iovate defaulted under the terms of the Credit Agreement, having failed to comply with at least three provisions therein.

17. On May 1, 2025, counsel for RBC sent a letter notifying Orgain of its perfected lien on Iovate's assets.

18. Attached hereto as Exhibit D is a true and correct copy of the correspondence from counsel to RBC sent to counsel to Orgain on May 1, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

    Dated: August 12, 2025
    Toronto, Ontario

/s/ *Andrew O'Coin*
Andrew O'Coin

# Exhibit A

Execution Version

## **AMENDING AGREEMENT NO. 10**

**THIS AMENDING AGREEMENT NO. 10** (this "**Amending Agreement**") is made as of February 28, 2025 between the parties to the Credit Agreement (as hereinafter defined).

**WHEREAS:**

A.      Reference is made to the amended and restated credit agreement dated as of June 30, 2021 between, *inter alios*, Iovate Health Sciences International Inc., as borrower (the "**Borrower**"), HSBC Bank Canada, as administrative agent (the "**Administrative Agent**"), and the financial institutions party thereto, as lenders, as amended by amending agreement no.1 dated as of March 31, 2022, by amending agreement no. 2 dated as of April 14, 2022, by amending agreement no. 3 dated as of December 30, 2022 , amending agreement no.4 dated as of March 7, 2024, amending agreement no. 5 dated as of March 28, 2024, amending agreement no. 6 dated April 30, 2024, the Forbearance Agreement (as hereinafter defined), amending agreement no. 7 dated November 14, 2024, amending agreement no. 8 dated December 24, 2024 and amending agreement no. 9 dated January 31, 2025 (collectively, the "**Credit Agreement**").

B.      Further reference is made to the forbearance agreement dated as of September 24, 2024 between, inter alios, the Borrower, the Administrative Agent, and the financial institutions party thereto as, as lenders, as amended by amending agreement no. 7 dated November 14, 2024, as amended by amending agreement no 8. dated December 24, 2024 and amended by amending agreement no 9. dated January 31, 2025 (collectively, the "**Forbearance Agreement**").

C.      In respect of the Orgain Judgement, a writ of execution was filed on February 6, 2025 with the United States Court for the Central District of California in violation of Section 7.1(s) (the "**New Event of Default**").

D.      The Borrower has requested certain amendments to the Forbearance Agreement, and the Credit Agreement and the Lenders have agreed to same in accordance with the terms and conditions hereof.

**NOW THEREFORE THIS AGREEMENT WITNESSES** that, in consideration of the mutual covenants and agreements contained in this Amending Agreement and for other good and valuable consideration, the receipt and sufficiency of which are acknowledged, the parties hereto agree as follows:

### **ARTICLE 1**
### **INTERPRETATION**

**1.1      One Amending Agreement**. This Amending Agreement amends the Credit Agreement and the Forbearance Agreement. This Amending Agreement and the Credit Agreement shall be read, interpreted, construed and have effect as, and shall constitute, one agreement with the same effect as if the amendments made by this Amending Agreement had been contained in the Credit Agreement as of the date of this Amending Agreement.  This Amending Agreement and the Forbearance Agreement shall be read, interpreted, construed and have effect as, and shall constitute, one agreement with the same effect as if the amendments made by this Amending

Agreement had been contained in the Forbearance Agreement as of the date of this Amending Agreement.

**1.2      Defined Terms**. In this Amending Agreement, unless something in the subject matter or context is inconsistent:

(a)      terms defined in the description of the parties or in the recitals have the respective meanings given to them in the description or recitals, as applicable; and

(b)      all other capitalized terms have the respective meanings given to them in the Credit Agreement as amended by Article 2 of this Amending Agreement (collectively, the "**Amended Credit Agreement**").

**1.3      Headings**. The headings of the Articles and Sections of this Amending Agreement are inserted for convenience of reference only and shall not affect the construction or interpretation of this Amending Agreement.

**1.4      References**. All references to Articles, Sections, Exhibits and Schedules, unless otherwise specified, are to Articles, Sections, Exhibits and Schedules of the Credit Agreement.

## ARTICLE 2
## AMENDMENTS TO THE CREDIT AGREEMENT

**2.1      Consolidated Credit Agreement.**      Subject to the terms and conditions contained in this Amending Agreement, the Credit Agreement is amended to delete the stricken text (indicated textually in the same manner as the following example: ~~stricken text~~) and to add the underlined text (indicated textually in the same manner as in the following example: <u>underlined text</u>) as set forth on the pages of the Credit Agreement and all schedules thereto, attached to this Amending Agreement as Annex A.

## ARTICLE 3
## AMENDMENTS TO THE FORBEARANCE AGREEMENT

**3.1      Existing Events of Default**.      The definition of "Existing Events of Default" shall be amended to include the New Event of Default.

**3.2      Forbearance Period**.      Recital C of the Forbearance Agreement is amended by replacing "February 14, 2025" with "January 2, 2026".

**3.3      Consent to Subject Payments**. Section 2.16 of the Forbearance Agreement is amended by deleting (i) "; and" at the end of clause (b), and (ii) clause (c) in its entirety.

## ARTICLE 4
## REPRESENTATIONS AND WARRANTIES

**4.1      Confirmation of Representations**. The Borrower represents and warrants that, as at the date of this Amending Agreement and assuming that the amendments made to the Credit Agreement and the Forbearance Agreement by this Amending Agreement have become effective:

(a)     this Amending Agreement and the Confirmation appended hereto has been duly authorized, executed and delivered by each of the signatory Credit Parties;

(b)     each of the Credit Agreement and the Forbearance Agreement, each as amended hereby, constitutes a legal, valid and binding obligation of the Borrower, enforceable against it in accordance with its terms, subject to applicable bankruptcy, insolvency, reorganization, moratorium or other laws affecting creditor's rights generally and subject to general principles of equity, regardless of whether considered in a proceeding in equity or at law;

(c)     no Termination Event (as defined in the Forbearance Agreement, as amended by Article 3 of this Amending Agreement (collectively, the "**Amended Forbearance Agreement**")) has occurred;

(d)     notwithstanding that Sections 5.1(12)(a) and 5.1(12)(c) (as such Sections existed on September 24, 2024) have been amended, the Existing Events of Default (as defined in the Amended Forbearance Agreement) other than that described in clause (iii) of recital B to the Forbearance Agreement have occurred and are continuing; and

(e)     the representations and warranties contained in Article 4 (other than those that are made with respect to a specific date) are true and correct as if made on the date hereof.

## ARTICLE 5
## CONDITIONS

**5.1     Conditions Precedent**. The amendments set out in Article 2 and Article 3 shall become effective if and only if there is receipt by the Administrative Agent of:

(a)     a counterpart of this Amending Agreement executed by the Borrower, the Administrative Agent and the Lenders;

(b)     a counterpart of the Confirmation appended to this Amending Agreement, executed by each Guarantor;

(c)     authorizing resolutions of the board of directors of the Borrower approving this Amending Agreement, together with an officer's certificate from a senior officer of the Borrower;

(d)     a favourable written opinion of counsel to the Borrower acceptable to the Administrative Agent with respect to the Borrower and this Amending Agreement, together with supporting materials consistent with those previously delivered under the Credit Agreement;

(e)     the Perfection Certificate (as defined in the Amended Credit Agreement) with respect to each Credit Party;

(f)     updated financial forecast for the Fiscal Year ending December 31, 2025 for Holdco on a Consolidated basis (setting out all assumptions and including an income statement, balance sheet and cash flow statement) evidencing compliance with the financial covenants set out in Sections 5.1(12) and 5.1(14) as at such date, in form satisfactory to the Lenders;

(g)     payment of an amendment fee to the Administrative Agent (for the pro rata account of each Lender) equal to        basis points upon the aggregate Commitments of the Lenders as of the date hereof (the "**Amendment Fee**"); and

(h)     payment (or the arrangement for payment satisfactory to the payee) of all reasonable and documented legal fees of the Administrative Agent invoiced to date by its counsel (the "**Legal Fees**" and, together with the Amendment Fee, the "**Fees**").

If such conditions precedent are met, then the effective date of the amendments set out in Article 2 will be as of the date of this Amending Agreement.

**5.2     Payment.**  The Administrative Agent may debit any U.S. Dollar (or in the case of the Legal Fees, Canadian Dollar) operating account maintained by the Administrative Agent in the name of the Borrower in an aggregate amount equal to the sum of the Fees in order to effect the payment thereof; provided that the Borrowers shall have been provided the invoice related to the Fees no less than two Business Days (or such shorter time period as agreed by the Borrower) prior to such debiting and a Responsible Officer of the Borrower has consented in writing to such debiting (which written consent may be by electronic communication).

## ARTICLE 6
## GENERAL

**6.1     Confirmation**. Except as specifically stated herein, the Credit Agreement, the Forbearance Agreement and the other Loan Documents shall continue in full force and effect in accordance with the provisions thereof. In particular, but without limitation:

(a)     the Security Documents and the Liens granted thereunder continue in full force and effect in accordance with their terms notwithstanding this Amending Agreement and the amendments to the Credit Agreement and the Forbearance Agreement effected hereby; and

(b)     the secured liabilities described in the Security Documents include indebtedness, liabilities and obligations arising under or in relation to the Amended Credit Agreement and the Amended Forbearance Agreement, and the Liens granted thereunder extend thereto.

All Secured Liabilities under the Credit Agreement shall be continuing with only the terms thereof being modified as provided in this Amending Agreement, and this Amending Agreement shall not evidence or result in a novation of such Secured Liabilities.

**6.2** **Reservation of Rights**. Except as expressly set forth herein, this Amending Agreement shall not by implication or otherwise limit, impair, constitute a waiver of, or otherwise affect the rights and remedies of Lenders or Administrative Agent under the Credit Agreement, the Forbearance Agreement or any other Loan Document. Nothing herein shall be deemed to entitle any Credit Party to a consent to, or a waiver, amendment, modification or other change of, any of the terms, conditions, obligations, covenants or agreements contained in the Credit Agreement, the Forbearance Agreement or any other Loan Document in similar or different circumstances. For the avoidance of doubt, nothing herein shall constitute a consent to, or waiver of, the Existing Events of Default.

**6.3** **Interpretation**. All references to the "this Agreement", the "Forbearance Agreement" or the "Credit Agreement" and all similar references in any of the other Loan Documents shall hereafter include, mean and be a reference to the Amended Forbearance Agreement or Amended Credit Agreement, as applicable, without any requirement to amend such Loan Documents. This Amending Agreement shall constitute a "Loan Document" under, and as defined in, the Credit Agreement.

**6.4** **Binding Nature**. This Amending Agreement shall enure to the benefit of and be binding upon the Borrower, the Administrative Agent and the Lenders and their respective successors and permitted assigns.

**6.5** **Severability**. Any provision of this Amending Agreement which is prohibited or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective to the extent of such prohibition or unenforceability and shall be severed from the balance of this Amending Agreement, all without affecting the remaining provisions of this Amending Agreement or affecting the validity or enforceability of such provision in any other jurisdiction.

**6.6** **Conflicts**. If, after the date of this Amending Agreement, any provision of this Amending Agreement is inconsistent with any provision of the Credit Agreement or the Forbearance Agreement, the relevant provision of this Amending Agreement shall prevail.

**6.7** **Governing Law**. This Amending Agreement will be governed by and construed in accordance with the laws of the Province of Ontario and the federal laws of Canada applicable therein.

**6.8** **Counterpart and Facsimile**. This Amending Agreement may be executed in any number of counterparts and by different parties hereto in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same instrument. Delivery of an executed counterpart of a signature page of this Amending Agreement by telecopy, emailed pdf. or any other electronic means that reproduces an image of the actual executed signature page shall be effective as delivery of a manually executed counterpart of this Amending Agreement.

[signatures on the following pages]

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**ROYAL BANK OF CANADA**, as
Administrative Agent

By: _____

Name: Sabrina Wang

Title: Deal Manager

By: _____

Name:

Title:

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**ROYAL BANK OF CANADA**, as Lender

By: _Andrew O'Coin_

Name: Andrew O'Coin
Title: Senior Director


By: _____
Name:
Title:

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**THE TORONTO-DOMINION BANK**, as
Lender

By: _____

Name: Daryl Coelho
Title: Director

By: *Fola Akinsanya*

Name: Fola Akinsanya
Title: Associate Director

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**BANK OF CHINA (CANADA)**, as Lender

By: _____

Name:  XU YANG

Title:  Head of Corporation Banking Department

By: _____

Name:

Title:

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**BANK OF MONTREAL**, as Lender

By: _____

Name: Shehryar Syed
Title: Director, SAMU National Accounts


By: _____

Name:

Title:

S-6

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**NATIONAL BANK OF CANADA**, as
Lender

By: _Sonia de Lorenzi_
Name: Sonia de Lorenzi
Title: Senior Manager

By: _____
Name: Caroline Podsiadlo
Title: Senior Director

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**CANADIAN WESTERN BANK**, as
Lender

By: Sonia de Lorenzi

Name: Sonia de Lorenzi

Title: Senior Manager

By:

Name: Caroline Podsiadlo

Title: Senior Director

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**THE BANK OF NOVA SCOTIA**, as
Lender

By: _____

Name: Nick Stewart
Title: Director, Special Accounts Management

By: _____ *Neel Chopra* _____

Name: Neel Chopra
Title: Director, Special Accounts Management

S-9

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**IOVATE HEALTH SCIENCES
INTERNATIONAL INC.**

By: _____
Name: Qi Wang
Title: Director

By: _____
Name: Xiyao Michael Liu
Title: Director

## CONFIRMATION

Each undersigned Guarantor acknowledges and irrevocably consents to the terms of the Amending Agreement. Each undersigned Guarantor further represents, warrants, and confirms to the Administrative Agent for the benefit of each Secured Party that:

(a)     guarantees and indemnities granted under the Loan Documents continue in full force and effect in accordance with their terms notwithstanding the Amending Agreement and the amendments to the Credit Agreement and the Forbearance Agreement effected thereby;

(b)     such guarantees and indemnities extend to the indebtedness, liabilities and obligations of the Borrower under the Amended Credit Agreement and the Amended Forbearance Agreement;

(c)     the Security Documents and the Liens granted thereunder continue in full force and effect in accordance with their terms notwithstanding the Amending Agreement and the amendments to the Credit Agreement and the Forbearance Agreement effected thereby;

(d)     the secured liabilities described in the Security Documents include indebtedness, liabilities and obligations arising under or in relation to the Amended Credit Agreement and the Amended Forbearance Agreement, and the Liens granted thereunder extend thereto; and

(e)     all references to the "this Agreement", the "Forbearance Agreement" or the "Credit Agreement" and all similar references in any of the other Loan Documents shall hereafter mean and be a reference to the Amended Forbearance Agreement or the Amended Credit Agreement, as applicable, without any requirement to amend such Loan Documents.

[signatures on the next following pages]

*Iovate Amending Agreement No. 10*

IN WITNESS WHEREOF the undersigned has caused this Confirmation to be duly executed as of the date set out on the first page of the Amending Agreement.

XIWANG IOVATE HOLDINGS COMPANY LIMITED

By: _____

Name: Di Wang
Title: Director

By: _____

Name: Xiyao Michael Liu
Title: Director

IN WITNESS WHEREOF the undersigned has caused this Confirmation to be duly executed as of the date set out on the first page of the Amending Agreement.

IOVATE HEALTH SCIENCES
INTERNATIONAL INC.

By: _____
Name: Di Wang
Title: Director

By: _____
Name: Xiyao Michael Liu
Title: Director

**IN WITNESS WHEREOF** the undersigned has caused this Confirmation to be duly executed as of the date set out on the first page of the Amending Agreement.

**IOVATE HEALTH SCIENCES U.S.A. INC.**

By: _____

Name: Di Wang
Title: Director

By: _____

Name: Xiyao Michael Liu
Title: Director

IN WITNESS WHEREOF the undersigned has caused this Confirmation to be duly executed as of the date set out on the first page of the Amending Agreement.

NORTHERN INNOVATIONS HOLDING CORP.

By: _____
Name: Di Wang
Title: Director

By: _____
Name: Xiyao Michael Liu
Title: Director

**IN WITNESS WHEREOF** the undersigned has caused this Confirmation to be duly executed as of the date set out on the first page of the Amending Agreement.

**IOVATE HEALTH SCIENCES AUSTRALIA PTY LTD**

By: _____
Name: Xiyao Michael Liu
Title: Director

By: _____
Name: Tanya Mistry
Title: Director

# Exhibit B

*Execution Version*

## GENERAL SECURITY AGREEMENT

This General Security Agreement is made as of December 21, 2016.

**TO**:  Name:        HSBC BANK CANADA, as administrative agent
  Address:     70 York Street, Toronto, ON M5J 1S9
  Attention:   Agency Administrator
  Facsimile:   647-788-2185
  E-mail:      cacmbagency2@hsbc.ca

**RECITALS:**

A.      Xiwang Iovate Health Science International Inc. and Iovate Health Sciences International Inc., as borrowers, the financial institutions and other parties thereto from time to time, as lenders, HSBC Bank Canada, as administrative agent, and HSBC Bank Canada and The Toronto-Dominion Bank, as joint lead arrangers and joint bookrunners, are *inter alios* party to a credit agreement dated as of November 22, 2016 (as amended, supplemented, restated or replaced from time to time, the "**Credit Agreement**").

B.      To secure the payment and performance of its Secured Liabilities, each Debtor has agreed to grant to the Agent (for its own benefit and for the benefit of the other Secured Parties) the Security Interests with respect to its Collateral in accordance with the terms of this Agreement.

For good and valuable consideration, the receipt and adequacy of which are acknowledged by each Debtor, each Debtor severally (and not jointly or jointly and severally) agrees with and in favour of the Agent (for its own benefit and for the benefit of the other Secured Parties) as follows:

1.      **Definitions**.  In this Agreement capitalized terms used but not otherwise defined in this Agreement shall have the meanings given to them in the Credit Agreement, and the following terms have the following meanings:

"**Accessions**", "**Account**", "**Chattel Paper**", "**Certificated Security**", "**Consumer Goods**", "**Document of Title**", "**Equipment**", "**Futures Account**", "**Futures Contract**", "**Futures Intermediary**", "**Goods**", "**Instrument**", "**Intangible**", "**Inventory**", "**Investment Property**", "**Money**", "**Proceeds**", "**Securities Account**", "**Securities Intermediary**" "**Security**", "**Security Certificate**", "**Security Entitlement**", and "**Uncertificated Security**" have the meanings given to them in the PPSA.

"**Agent**" means HSBC Bank Canada, in its capacity as administrative agent for the lenders under the Credit Agreement, or any successor administrative agent appointed pursuant to the Credit Agreement.

"**Agreement**" means this agreement, including the exhibits and recitals to this agreement, the Supplements and the Schedules, as it or they may be amended, supplemented, restated or replaced from time to time, and the expressions "hereof", "herein", "hereto", "hereunder", "hereby" and similar expressions refer to this Agreement and not to any particular section or other portion of this Agreement.

"**Books and Records**" means, with respect to any Debtor, all books, records, files, papers, disks, documents and other repositories of data recording in any form or medium, evidencing or relating to the Personal Property of such Debtor which are at any time owned by such Debtor or to which such Debtor (or any Person on such Debtor's behalf) has access.

"**Collateral**" means, with respect to any Debtor, all of the present and future:

<ol type="a">
<li>undertaking;</li>

<li>Personal Property (other than Excluded CFC Securities but including any Personal Property that may be described in any Schedule to this Agreement or any schedules, documents or listings that such Debtor may from time to time provide to the Agent in connection with this Agreement); and</li>

<li>real property (including any real property that may be described in any Schedule to this Agreement or any schedules, documents or listings that such Debtor may from time to time provide to the Agent in connection with this Agreement and including all fixtures, improvements, buildings and other structures placed, installed or erected from time to time on any such real property),</li>
</ol>

of such Debtor, including Books and Records, Contracts, Intellectual Property Rights and Permits, and including all such property in which such Debtor now or in the future has any right, title or interest whatsoever, whether owned, leased, licensed, possessed or otherwise held by such Debtor, and all Proceeds of any of the foregoing, wherever located.

"**Contracts**" means, with respect to any Debtor, all contracts and agreements to which such Debtor is at any time a party or pursuant to which such Debtor has at any time acquired rights, and includes (i) all rights of such Debtor to receive money due and to become due to it in connection with a contract or agreement, (ii) all rights of such Debtor to damages arising out of, or for breach or default with respect to, a contract or agreement, and (iii) all rights of such Debtor to perform and exercise all remedies in connection with a contract or agreement.

"**Control Person**" means a "control person", as such term is defined under applicable Canadian securities laws.

"**Credit Agreement**" has the meaning set out in the recitals hereto.

"**Debtors**" means the Persons delivering a signature page to this Agreement and any other Person which hereafter delivers a Supplement, and "**Debtor**" means any one of them.

"**Excluded CFC Securities**" means, at any time with respect to any Pledged CFC Issuer, those Issuer Voting Securities of such Pledged CFC Issuer representing in excess of 65% of the total combined voting power of each class of its Issuer Voting Securities at such time.

"**Event of Default**" means any "Event of Default" as defined in the Credit Agreement.

"**Exhibits**" means the exhibits to this Agreement.

*Iovate GSA*

"**Intellectual Property Rights**" means, with respect to any Debtor, all industrial and intellectual property rights of such Debtor or in which such Debtor has any right, title or interest, including copyrights, patents, inventions (whether or not patented), trade-marks, get-up and trade dress, industrial designs, integrated circuit topographies, plant breeders' rights, know how and trade secrets, registrations and applications for registration for any such industrial and intellectual property rights, and all Contracts related to any such industrial and intellectual property rights.

"**Issuer**" has the meaning given to that term in the STA.

"**Issuer Voting Securities**" means, at any time, Securities or Securities Entitlements of an Issuer entitled, at such time, to vote for the election of directors of such Issuer.

"**Organizational Documents**" means, with respect to any Person, such Person's articles or other charter documents, by-laws, unanimous shareholder agreement, partnership agreement or trust agreement, as applicable, and any and all other similar agreements, documents and instruments relative to such Person.

"**Permits**" means, with respect to any Debtor, all permits, licences, waivers, exemptions, consents, certificates, authorizations, approvals, franchises, rights-of-way, easements and entitlements that such Debtor has, requires or is required to have, to own, possess or operate any of its property or to operate and carry on any part of its business.

"**Personal Property**" means personal property and includes Accounts, Chattel Paper, Documents of Title, Equipment, Goods, Instruments, Intangibles, Inventory, Investment Property and Money.

"**Pledged Certificated Securities**" means, with respect to any Debtor, any and all Collateral of such Debtor that is a Certificated Security.

"**Pledged CFC Issuer**" means, at any time, any Pledged Issuer with respect to any Debtor which is at such time a CFC or a CFC Holdco of such Debtor.

"**Pledged Futures Contracts**" means, with respect to any Debtor, any and all Collateral of such Debtor that is a Futures Contract.

"**Pledged Futures Accounts**" means, with respect to any Debtor, any and all Collateral of such Debtor that is a Futures Account.

"**Pledged Futures Intermediary**" means, at any time, any Person which is at such time is a Futures Intermediary at which a Pledged Futures Account is maintained.

"**Pledged Futures Intermediary's Jurisdiction**" means, with respect to any Pledged Futures Intermediary, its jurisdiction as determined under section 7.1(4) of the PPSA.

"**Pledged Issuer**" means, with respect to any Debtor at any time, any Person which is an Issuer of, or with respect to, any Pledged Shares of such Debtor at such time.

*Iovate GSA*

"**Pledged Issuer's Jurisdiction**" means, with respect to any Pledged Issuer, its jurisdiction as determined under section 44 of the STA.

"**Pledged Securities**" means, with respect to any Debtor, any and all Collateral of such Debtor that is a Security.

"**Pledged Securities Accounts**" means, with respect to any Debtor, any and all Collateral of such Debtor that is a Securities Account.

"**Pledged Securities Intermediary**" means, at any time, any Person which is at such time a Securities Intermediary at which a Pledged Securities Account is maintained.

"**Pledged Securities Intermediary's Jurisdiction**" means, with respect to any Pledged Securities Intermediary, its jurisdiction as determined under section 45(2) of the STA.

"**Pledged Security Certificates**" means, with respect to any Debtor, any and all Security Certificates of such Debtor representing the Pledged Certificated Securities.

"**Pledged Security Entitlements**" means, with respect to any Debtor, any and all Collateral of such Debtor that is a Security Entitlement.

"**Pledged Shares**" means, with respect to any Debtor, all Pledged Securities and Pledged Security Entitlements of such Debtor.

"**Pledged Uncertificated Securities**" means, with respect to any Debtor, any and all Collateral of such Debtor that is an Uncertificated Security.

"**PPSA**" means the *Personal Property Security Act* of the Province referred to in the "Governing Law" section of this Agreement, as such legislation may be amended, renamed or replaced from time to time, and includes all regulations from time to time made under such legislation.

"**Receiver**" means an interim receiver, a receiver, a manager or a receiver and manager.

"**Reporting Pledged Issuer**" means a Pledged Issuer that is a "reporting issuer", as such term is defined under applicable Canadian securities laws.

"**Secured Liabilities**" means, with respect to any Debtor, all present and future indebtedness, liabilities and obligations of any and every kind, nature and description (whether direct or indirect, joint or several, absolute or contingent, matured or unmatured) of such Debtor to the Secured Parties (or any of them) under, in connection with or with respect to the Transaction Documents (including Secured Cash Management Obligations and Secured Hedge Obligations), and any unpaid balance thereof.   Notwithstanding the foregoing or anything else in any Transaction Document, Excluded Swap Obligations of a Guarantor shall not constitute Secured Liabilities for the purposes of this Agreement with respect to such Guarantor.

"**Secured Parties**" means, collectively, the Agent, the Secured Cash Management Provider, the Secured Hedge Counterparties, and the Lenders, and "**Secured Party**" means any one of them.

*Iovate GSA*

"**Schedules**" means the schedules to this Agreement.

"**Security Interests**" means, with respect to any Debtor, the Liens created by such Debtor in favour of the Agent (for its own benefit and for the benefit of the other Secured Parties) under this Agreement.

"**STA**" means the *Securities Transfer Act* of the Province referred to in the "Governing Law" section of this Agreement, as such legislation may be amended, renamed or replaced from time to time, and includes all regulations from time to time made under such legislation.

"**Subsidiary**" means, with respect to any Person (the "**parent**") at any date, any other Person (a) of which securities or other ownership interests representing more than 50% of the equity or more than 50% of the ordinary voting power or, in the case of a partnership, more than 50% of the general partnership interests are, as of such date, owned, controlled or held, or (b) that is, as of such date, otherwise Controlled, by the parent or one or more Subsidiaries of the parent or by the parent and one or more Subsidiaries of the parent.

"**Supplement**" has the meaning given to that term in Section 35.

"**ULC**" means an Issuer that is an unlimited company, unlimited liability corporation or unlimited liability company.

"**ULC Laws**" means the *Companies Act* (Nova Scotia), the *Business Corporations Act* (Alberta), the *Business Corporations Act* (British Columbia) and any other present or future Laws governing ULCs.

"**ULC Shares**" means shares or other equity interests in the capital stock of a ULC.

"**Voting or Equity Securities**" means (a) any "security" (as defined under applicable Canadian securities laws), other than a bond, debenture, note or similar instrument representing indebtedness (whether secured or unsecured), of an issuer carrying a voting right either under all circumstances or under some circumstances that have occurred and are continuing or (b) a security of an issuer that carries a residual right to participate in the earnings of the issuer and, on liquidation or winding up of the issuer, in its assets.

2.      **Grant of Security Interests**.   As general and continuing collateral security for the due payment and performance of its Secured Liabilities, each Debtor pledges, mortgages, charges and assigns (by way of security) to the Agent (for its own benefit and for the benefit of the other Secured Parties), and grants to the Agent (for its own benefit and for the benefit of the other Secured Parties) a security interest in, the Collateral of such Debtor.

3.      **Limitations on Grant of Security Interests**.   If the grant of the Security Interests (i) with respect to any Contract, Intellectual Property Right or Permit under Section 2 would result in the termination or breach of or requires any consent not obtained under such Contract, Intellectual Property Right or Permit, or is otherwise prohibited or ineffective (whether by the terms thereof or under applicable Law), or (ii) with respect to any United States "intent-to-use" trademark applications for which the grant of the Security Interest would impair the validity or

*Iovate GSA*

enforceability of such "intent-to-use" trademark application, then such Contract, Intellectual Property Right, or Permit or trademark application shall not be subject to the Security Interests but shall be held in trust by the applicable Debtor for the benefit of the Agent (for its own benefit and for the benefit of the other Secured Parties) and, on the exercise by the Agent of any of its rights or remedies under this Agreement following an Event of Default shall be assigned by such Debtor as directed by the Agent; provided that: (a) the Security Interests of such Debtor shall attach to such Contract, Intellectual Property Right or Permit, or applicable portion thereof, immediately at such time as the condition causing such termination or breach is remedied, and (b) if a term in a Contract that prohibits or restricts the grant of the Security Interests in the whole of an Account or Chattel Paper forming part of the Collateral is unenforceable against the Agent under applicable Law, then the exclusion from the Security Interests set out above shall not apply to such Account or Chattel Paper. In addition, the Security Interests do not attach to Consumer Goods or extend to the last day of the term of any lease or agreement for lease of real property. Such last day shall be held by the applicable Debtor in trust for the Agent (for its own benefit and for the benefit of the other Secured Parties) and, on the exercise by the Agent of any of its rights or remedies under this Agreement following an Event of Default, shall be assigned by such Debtor as directed by the Agent. For greater certainty, no Intellectual Property Right in any trade-mark, get-up or trade dress is presently assigned to the Agent by sole virtue of the grant of the Security Interests contained in Section 2.

4.    **Attachment; No Obligation to Advance**.   Each Debtor confirms that value has been given by the Secured Parties to such Debtor, that such Debtor has rights in its Collateral existing at the date of this Agreement or the date of any Supplement, as applicable, and that such Debtor and the Agent have not agreed to postpone the time for attachment of the Security Interests to any of the Collateral of such Debtor. The Security Interests with respect to the Collateral of each Debtor created by this Agreement shall have effect and be deemed to be effective whether or not the Secured Liabilities of such Debtor or any part thereof are owing or in existence before or after or upon the date of this Agreement or the date of any Supplement, as applicable. Neither the execution and delivery of this Agreement or any Supplement nor the provision of any financial accommodation by any Secured Party shall oblige any Secured Party to make any financial accommodation or further financial accommodation available to any Debtor or any other Person.

5.    **Representations and Warranties**.   Each Debtor represents and warrants to the Agent (for its own benefit and for the benefit of the other Secured Parties) that, as of the date of this Agreement or the date of any Supplement, as applicable:

     (a)    <u>Debtor Information</u>.   All of the information set out in the Schedules and Supplements, as applicable, with respect to such Debtor is accurate and complete.

     (b)    <u>Consents and Transfer Restrictions</u>.

          (i)    Except for any consent that has been obtained and is in full force and effect, no consent of any Person (including any counterparty with respect to any Contract, any account debtor with respect to any Account, or any Governmental Authority with respect to any Permit) is required, or is

*Iovate GSA*

purported to be required, for the execution, delivery, performance and enforcement of this Agreement (this representation being given without reference to the exclusions contained in Section 3). For the purposes of complying with any transfer restrictions contained in the Organizational Documents of any Pledged Issuer, such Debtor hereby irrevocably consents to any transfer of such Debtor's Pledged Securities of such Pledged Issuer.

(ii)  (A) No order ceasing or suspending trading in, or prohibiting the transfer of the Pledged Shares has been issued and no proceedings for this purpose have been instituted, nor does such Debtor have any reason to believe that any such proceedings are pending, contemplated or threatened and (B) the Pledged Shares are not subject to any escrow or other agreement, arrangement, commitment or understanding, prohibiting the transfer of the Pledged Shares, including pursuant to applicable Canadian securities laws or the rules, regulations or policies of any marketplace on which the Pledged Shares are listed, posted or traded.

(c)  <u>No Consumer Goods</u>.  Such Debtor does not own any Consumer Goods which are material in value or which are material to the business, operations, property, condition or prospects (financial or otherwise) of such Debtor.

(d)  <u>Intellectual Property Rights</u>.  All registrations and applications for registration pertaining to any Intellectual Property Rights of owned by such Debtor, all other material Intellectual Property Rights of such Debtor, and the nature of such Debtor's right, title or interest therein, are described in the Schedules and Supplements as applicable, with respect to such Debtor.  Each material registration or application of Intellectual Property Rights owned by such Debtor is valid, subsisting, unexpired, enforceable, and has not been abandoned, and to such Debtor's knowledge, is valid and enforceable.  In the case of copyright works of such Debtor, such Debtor has obtained full and irrevocable waivers of all moral rights or similar rights pertaining to such works.  Except as set out in the Schedules and Supplements, as applicable, none of the Intellectual Property Rights owned by such Debtor have been licensed or franchised by such Debtor to any Person on an exclusive basis or, to the best of such Debtor's knowledge, infringed or otherwise misused by any Person in any material respect.  Except as set out in the Schedules and Supplements, as applicable, to such Debtor's knowledge, the exercise of any Intellectual Property Right of such Debtor, or any licensee or franchisee thereof, has not infringed or otherwise misused any intellectual property right of any other Person in any material respect, and such Debtor has not received and is not aware of any written claim of such infringement or other misuse that has not since been resolved.

(e)  <u>Partnerships, Limited Liability Companies</u>.  The terms of any interest in a partnership or limited liability company that is Collateral of such Debtor expressly provide that such interest is a "security" for the purposes of the STA.

*Iovate GSA*

(f)     Due Authorization.   The Pledged Securities of such Debtor have been duly authorized and validly issued and are fully paid and non-assessable.

(g)     Warrants, Options, etc.   There are no outstanding warrants, options or other rights to purchase, or other agreements outstanding with respect to, or property that is now or hereafter convertible into, or that requires the issuance or sale of, any Pledged Shares of such Debtor.

(h)     No Required Disposition.   There is no existing agreement, option, right or privilege capable of becoming an agreement or option pursuant to which such Debtor would be required to sell, redeem or otherwise dispose of any Pledged Shares of such Debtor or under which any Pledged Issuer has any obligation to issue any Securities of such Pledged Issuer to any Person.

(i)     Securities Laws.   Such Debtor is not a Control Person with respect to any Pledged Issuer and the Pledged Shares issued by a Reporting Pledged Issuer do not comprise Voting or Equity Securities of any class (or securities convertible into Voting or Equity Securities of any class) constituting ten per cent or more of the outstanding securities of that class.

6.     **Survival of Representations and Warranties**.   All representations and warranties made by each Debtor in this Agreement (a) are material, (b) shall be considered to have been relied on by the Secured Parties, and (c) shall survive the execution and delivery of this Agreement and any Supplement or any investigation made at any time by or on behalf of any Secured Party and any disposition or payment of the Secured Liabilities until the Lender Termination Date.

7.     **Covenants**.   Each Debtor covenants and agrees with the Agent (for its own benefit and for the benefit of the other Secured Parties) that:

(a)     Further Documentation.   Such Debtor shall from time to time, at the expense of such Debtor, promptly and duly authorize, execute and deliver such further instruments and documents, and take such further action, as the Agent may request, acting reasonably, for the purpose of obtaining or preserving the full benefits of, and the rights and powers granted by, this Agreement (including the filing of any financing statements or financing change statements under any applicable legislation with respect to the Security Interests).   Such Debtor acknowledges that this Agreement has been prepared based on the existing Laws in the Province referred to in the "Governing Law" section of this Agreement and that a change in such Laws, or the Laws of other jurisdictions, may require the execution and delivery of different forms of security documentation. Accordingly, such Debtor agrees that the Agent shall have the right to require that this Agreement be amended, supplemented, restated or replaced, and that such Debtor shall immediately on request by the Agent authorize, execute and deliver any such amendment, supplement, restatement or replacement (i) to reflect any changes in such Laws, whether arising as a result of statutory amendments, court decisions or otherwise, (ii) to facilitate the creation and registration of appropriate

security in all appropriate jurisdictions, or (iii) if such Debtor merges or amalgamates with any other Person or enters into any corporate reorganization, in each case in order to confer on the Agent Liens similar to, and having the same effect as, the Security Interests.

(b)     Maintenance of Records.  Such Debtor shall keep and maintain accurate and complete records of the Collateral of such Debtor, including a record of all payments received and all credits granted with respect to the Accounts and Contracts of such Debtor.  At the written request of the Agent, such Debtor shall mark any Collateral of such Debtor specified by the Agent to evidence the existence of the Security Interests.

(c)     Further Identification of Collateral.  Such Debtor shall promptly furnish to the Agent such statements and schedules further identifying and describing the Collateral of such Debtor, and such other reports in connection with the Collateral of such Debtor, as the Agent may from time to time reasonably request, including an updated list of any motor vehicles or other "serial number" goods owned by such Debtor and classified as Equipment, including vehicle identification numbers, having a Fair Market Value exceeding U.S.$100,000.

(d)     Instruments; Documents of Title; Chattel Paper.  Promptly upon request from time to time by the Agent, such Debtor shall deliver to the Agent, endorsed and/or accompanied by such instruments of assignment and transfer in such form and substance as the Agent may reasonably request, any and all Instruments, Documents of Title and Chattel Paper of such Debtor having a Fair Market Value exceeding U.S. $1,000,000 included in or relating to the Collateral of such Debtor as the Agent may specify in its request.

(e)     Pledged Certificated Securities.  Such Debtor shall deliver to the Agent any and all Pledged Security Certificates of such Debtor and other materials as may be required from time to time to provide the Agent with control over all Pledged Certificated Securities of such Debtor in the manner provided under section 23 of the STA.  At the request of the Agent, such Debtor shall cause all Pledged Security Certificates of such Debtor to be registered in the name of the Agent or its nominee.

(f)     Pledged Uncertificated Securities.  Such Debtor shall deliver to the Agent any and all such documents, agreements and other materials as may be required from time to time to provide the Agent with control over all Pledged Uncertificated Securities of such Debtor in the manner provided under section 24 of the STA.  For the purposes of section 27(1) of the STA, this Agreement shall constitute the Debtor's irrevocable consent to entry by a Pledged Issuer into an agreement of the kind referred to in clause 24(1)(b) of the STA.

(g)     Pledged Security Entitlements.  Such Debtor shall deliver to the Agent any and all such documents, agreements and other materials as may be required from time to

time to provide the Agent with control over all Pledged Security Entitlements of such Debtor in the manner provided under section 25 or 26 of the STA.

(h)     Pledged Futures Contracts.  Such Debtor shall deliver to the Agent any and all such documents, agreements and other materials as may be required from time to time to provide the Agent with control over all Pledged Futures Contracts of such Debtor in the manner provided under subsection 1(2) of the PPSA.

(i)     Partnerships, Limited Liability Companies.  Such Debtor shall ensure that the terms of any interest in a partnership or limited liability company that is Collateral of such Debtor shall expressly provide that such interest is a "security" for the purposes of the STA.

(j)     Transfer Restrictions.  If the constating documents of any Pledged Issuer (other than a ULC) restrict the transfer of the Securities of such Pledged Issuer, then such Debtor shall deliver to the Agent a certified copy of a resolution of the directors, shareholders, unitholders or partners of such Pledged Issuer, as applicable, consenting to the transfer(s) contemplated by this Agreement, including any prospective transfer of the Collateral of such Debtor by the Agent upon a realization on the Security Interests.

(k)     Notices.  Such Debtor shall advise the Agent promptly, in reasonable detail, of:

(i)     (upon knowledge by such Debtor thereof) any change to a Pledged Securities Intermediary's Jurisdiction, Pledged Issuer's Jurisdiction or Pledged Future Intermediary's Jurisdiction;

(ii)     any change in the location of the jurisdiction of incorporation or amalgamation, chief executive office or domicile of such Debtor;

(iii)     any change in the name of such Debtor;

(iv)     any additional jurisdiction in which such Debtor has tangible Personal Property;

(v)     any acquisition of any Intellectual Property Rights which are the subject of a registration or application with any governmental intellectual property or other governing body or registry, or which are material to such Debtor's business (it being understood that such notification shall be concurrent with the delivery of the next Compliance Certificate after the acquisition of such Intellectual Property);

(vi)     any acquisition of any Instrument, Document of Title or Chattel Paper having a Fair Market Value exceeding U.S. $1,000,000;

(vii)   the Debtor becoming (or if the Debtor could reasonably be determined to have become) a Control Person with respect to any Reporting Pledged Issuer;

(viii)  the issuance of any order ceasing or suspending trading in, or prohibiting the transfer of any Pledged Shares or the institution of proceedings for such purpose, or if such Debtor has any reason to believe that any such proceedings are pending, contemplated or threatened; or

(ix)    any occurrence of any event, claim or occurrence that could reasonably be expected to have a material adverse effect on the value of the Collateral of such Debtor or on the Security Interests.

Such Debtor shall not effect or permit any of the changes referred to in clauses (ii) through (viii) above unless all filings have been made and all other actions taken that are required in order for the Agent to continue at all times following such change to have a valid and perfected first priority Security Interest with respect to all of the Collateral of such Debtor.

8.      **Voting Rights**.  Unless an Event of Default has occurred and is continuing, each Debtor shall be entitled to exercise all voting power from time to time exercisable with respect to the Pledged Shares of such Debtor and give consents, waivers and ratifications with respect thereto; provided, however, that no vote shall be cast or consent, waiver or ratification given or action taken which would be, or would have a reasonable likelihood of being, prejudicial to the interests of the Secured Parties or which would have the effect of reducing the value of the Collateral of such Debtor as security for the Secured Liabilities of such Debtor or imposing any restriction on the transferability of any of the Collateral of such Debtor.  Unless an Event of Default has occurred and is continuing, the Agent shall, from time to time at the request and expense of the applicable Debtor, execute or cause to be executed, with respect to all Pledged Securities of such Debtor that are registered in the name of the Agent or its nominee, valid proxies appointing such Debtor as its (or its nominee's) proxy to attend, vote and act for and on behalf of the Agent or such nominee, as the case may be, at any and all meetings of the applicable Pledged Issuer's shareholders or debt holders, all Pledged Securities that are registered in the name of the Agent or such nominee, as the case may be, and to execute and deliver, consent to or approve or disapprove of or withhold consent to any resolutions in writing of shareholders or debt holders of the applicable Pledged Issuer for and on behalf of the Agent or such nominee, as the case may be.  Immediately upon the occurrence and during the continuance of any Event of Default, all such rights of the applicable Debtor to vote and give consents, waivers and ratifications shall cease and the Agent or its nominee shall be entitled to exercise all such voting rights and to give all such consents, waivers and ratifications.

9.      **Dividends; Interest**.  Unless an Event of Default has occurred and is continuing, each Debtor shall be entitled to receive any and all cash dividends, interest, principal payments and other forms of cash distribution on the Pledged Shares of such Debtor which it is otherwise entitled to receive, but any and all stock and/or liquidating dividends, distributions of property, returns of capital or other distributions made on or with respect to the Pledged Shares of such Debtor, whether resulting from a subdivision, combination or reclassification of the outstanding

22976971.15                                                              *Iovate GSA*

capital stock of any Pledged Issuer of such Debtor or received in exchange for such Pledged Shares or any part thereof or as a result of any amalgamation, merger, consolidation, acquisition or other exchange of property to which any Pledged Issuer of such Debtor may be a party or otherwise, and any and all cash and other property received in exchange for any Pledged Shares of such Debtor shall be and become part of the Collateral of such Debtor subject to the Security Interests and with respect to any Security Certificates, if received by such Debtor, shall forthwith be delivered to the Agent or its nominee (accompanied, if appropriate, by proper instruments of assignment and/or stock powers of attorney executed by such Debtor in accordance with the Agent's instructions) to be held subject to the terms of this Agreement; and if any of the Pledged Security Certificates have been registered in the name of the Agent or its nominee, the Agent shall execute and deliver (or cause to be executed and delivered) to such Debtor all such dividend orders and other instruments as such Debtor may request for the purpose of enabling such Debtor to receive the dividends, distributions or other payments which such Debtor is authorized to receive and retain pursuant to this Section. If an Event of Default has occurred and is continuing, all rights of such Debtor pursuant to this Section shall cease and the Agent shall have the sole and exclusive right and authority to receive and retain the cash dividends, interest, principal payments and other forms of cash distribution which such Debtor would otherwise be authorized to retain pursuant to this Section. Any money and other property paid over to or received by the Agent pursuant to the provisions of this Section shall be retained by the Agent as additional Collateral hereunder and be applied in accordance with the provisions of this Agreement.

10.     **Rights on Event of Default**.  If an Event of Default has occurred and is continuing, then and in every such case the Security Interests of each Debtor shall become enforceable and the Agent, in addition to any rights now or hereafter existing under applicable Law may, personally or by agent, at such time or times as the Agent in its discretion may determine, do any one or more of the following:

(a)     Rights under PPSA, etc.  Exercise against any or all Debtors all of the rights and remedies granted to secured parties under the PPSA and any other applicable statute, or otherwise available to the Agent by contract, at law or in equity.

(b)     Demand Possession.  Demand possession of any or all of the Collateral of any or all Debtors, in which event each such Debtor shall, at the expense of such Debtor, immediately cause the Collateral of such Debtor designated by the Agent to be assembled and made available and/or delivered to the Agent at any place designated by the Agent.

(c)     Take Possession.  Enter on any premises where any Collateral of any or all Debtors is located and take possession of, disable or remove such Collateral.

(d)     Deal with Collateral.  Hold, store and keep idle, or operate, lease or otherwise use or permit the use of, any or all of the Collateral of any or all Debtors for such time and on such terms as the Agent may determine, and demand, collect and retain all earnings and other sums due or to become due from any Person with respect to any of the Collateral of any or all Debtors.

(e) <u>Carry on Business</u>.  Carry on, or concur in the carrying on of, any or all of the business or undertaking of any or all Debtors and enter on, occupy and use (without charge by such Debtor) any of the premises, buildings, plant and undertaking of, or occupied or used by, any or all Debtors.

(f) <u>Enforce Collateral</u>.  Seize, collect, receive, enforce or otherwise deal with any Collateral of any or all Debtors in such manner, on such terms and conditions and at such times as the Agent deems advisable.

(g) <u>Dispose of Collateral</u>.  Realize on any or all of the Collateral of any or all Debtors and sell, lease, assign, give options to purchase, or otherwise dispose of and deliver any or all of the Collateral of any or all Debtors (or contract to do any of the above), in one or more parcels at any public or private sale, at any exchange, broker's board or office of the Agent or elsewhere, with or without advertising or other formality, except as required by applicable Law, on such terms and conditions as the Agent may deem advisable and at such prices as it may deem best, for cash or on credit or for future delivery.

(h) <u>Court-Approved Disposition of Collateral</u>.  Obtain from any court of competent jurisdiction an order for the sale or foreclosure of any or all of the Collateral of any or all Debtors.

(i) <u>Purchase by Agent</u>.  At any public sale, and to the extent permitted by Law on any private sale, bid for and purchase any or all of the Collateral of any or all Debtors offered for sale and, upon compliance with the terms of such sale, hold, retain, sell or otherwise dispose of such Collateral without any further accountability to any Debtor or any other Person with respect to such holding, retention, sale or other disposition, except as required by Law.  In any such sale to the Agent, the Agent may, for the purpose of making payment for all or any part of the Collateral of any Debtor so purchased, use any claim for any or all of the Secured Liabilities of such Debtor then due and payable to it as a credit against the purchase price.

(j) <u>Collect Accounts</u>.  Notify (whether in its own name or in the name of any Debtor) the account debtors under any Accounts of any or all Debtors of the assignment of such Accounts to the Agent and direct such account debtors to make payment of all amounts due or to become due to any or all Debtors with respect to such Accounts directly to the Agent and, upon such notification and at the expense of any such Debtor, enforce collection of any such Accounts, and adjust, settle or compromise the amount or payment of such Accounts, in such manner and to such extent as the Agent deems appropriate in the circumstances.

(k) <u>Transfer of Collateral</u>.  Transfer any Collateral of any or all Debtors that is Pledged Shares into the name of the Agent or its nominee.

(l) <u>Voting</u>.  Vote any or all of the Pledged Shares of any or all Debtors (whether or not transferred to the Agent or its nominee) and give or withhold all consents,

22976971.15                                                              *Iovate GSA*

waivers and ratifications with respect thereto and otherwise act with respect thereto as though it were the outright owner thereof.

(m)     Exercise Other Rights.  Exercise any and all rights, privileges, entitlements and options pertaining to any Collateral of any or all Debtors that is Pledged Shares as if the Agent were the absolute owner of such Pledged Shares.

(n)     Dealing with Contracts and Permits.  Deal with any and all Contracts and Permits of any or all Debtors to the same extent as any such Debtor might (including the enforcement, realization, sale, assignment, transfer, and requirement for continued performance), all on such terms and conditions and at such time or times as may seem advisable to the Agent.

(o)     Payment of Liabilities.  Pay any liability secured by any Lien against any Collateral of any or all Debtors.  Each such Debtor shall immediately on demand reimburse the Agent for all such payments and, until paid, any such reimbursement obligation shall form part of the Secured Liabilities of such Debtor and shall be secured by the Security Interests of such Debtor.

(p)     Borrow and Grant Liens.  Borrow money for the maintenance, preservation or protection of any Collateral of any or all Debtors or for carrying on any of the business or undertaking of any or all Debtors and grant Liens on any Collateral of any or all Debtors (in priority to the Security Interests of any or all Debtors or otherwise) as security for the money so borrowed.  Each such Debtor shall immediately on demand reimburse the Agent for all such borrowings and, until paid, any such reimbursement obligations shall form part of the Secured Liabilities of such Debtor and shall be secured by the Security Interests of such Debtor.

(q)     Appoint Receiver.  Appoint by instrument in writing one or more Receivers of any or all Debtors or any or all of the Collateral of any or all Debtors with such rights, powers and authority (including any or all of the rights, powers and authority of the Agent under this Agreement) as may be provided for in the instrument of appointment or any supplemental instrument, and remove and replace any such Receiver from time to time.  To the extent permitted by applicable Law, any Receiver appointed by the Agent shall (for purposes relating to responsibility for the Receiver's acts or omissions) be considered to be the agent of any such Debtor and not of the Agent or any of the other Secured Parties.

(r)     Court-Appointed Receiver.  Obtain from any court of competent jurisdiction an order for the appointment of a Receiver of any or all Debtors or of any or all of the Collateral of any or all Debtors.

(s)     Consultants.  Require any or all Debtors to engage a consultant of the Agent's choice, or engage a consultant on its own behalf, such consultant to receive the full cooperation and support of each such Debtor and its agents and employees,

including unrestricted access to the premises of each such Debtor and the Books and Records of each such Debtor; all reasonable fees and expenses of such consultant shall be for the account of each such Debtor and each such Debtor hereby authorizes any such consultant to report directly to the Agent and to disclose to the Agent any and all information obtained in the course of such consultant's employment.

The Agent may exercise any or all of the foregoing rights and remedies without demand of performance or other demand, presentment, protest, advertisement or notice of any kind (except as required by applicable Law) to or on any Debtor or any other Person, and each Debtor hereby waives each such demand, presentment, protest, advertisement and notice to the extent permitted by applicable Law.  None of the above rights or remedies shall be exclusive of or dependent on or merge in any other right or remedy, and one or more of such rights and remedies may be exercised independently or in combination from time to time.  Each Debtor acknowledges and agrees that any action taken by the Agent hereunder following the occurrence and during the continuance of an Event of Default shall not be rendered invalid or ineffective as a result of the curing of the Event of Default on which such action was based.

11.      **Realization Standards**.  To the extent that applicable Law imposes duties on the Agent to exercise remedies in a commercially reasonable manner and without prejudice to the ability of the Agent to dispose of the Collateral in any such manner, each Debtor acknowledges and agrees that it is not commercially unreasonable for the Agent to (or not to) (a) incur expenses reasonably deemed significant by the Agent to prepare the Collateral of such Debtor for disposition or otherwise to complete raw material or work in process into finished goods or other finished products for disposition, (b) fail to obtain third party consents for access to the Collateral of such Debtor to be disposed of, (c) fail to exercise collection remedies against account debtors or other Persons obligated on the Collateral of such Debtor or to remove Liens against the Collateral of such Debtor, (d) exercise collection remedies against account debtors and other Persons obligated on the Collateral of such Debtor directly or through the use of collection agencies and other collection specialists, (e) dispose of Collateral of such Debtor by way of public auction, public tender or private contract, with or without advertising and without any other formality, (f) contact other Persons, whether or not in the same business of such Debtor, for expressions of interest in acquiring all or any portion of the Collateral of such Debtor, (g) hire one or more professional auctioneers to assist in the disposition of the Collateral of such Debtor, whether or not such Collateral is of a specialized nature or an upset or reserve bid or price is established, (h) dispose of the Collateral of such Debtor by utilizing internet sites that provide for the auction of assets of the types included in such Collateral or that have the reasonable capacity of doing so, or that match buyers and sellers of assets, (i) dispose of assets in wholesale rather than retail markets, (j) disclaim disposition warranties, such as title, possession or quiet enjoyment, (k) purchase insurance or credit enhancements to insure the Agent against risks of loss, collection or disposition of the Collateral of such Debtor or to provide to the Agent a guaranteed return from the collection or disposition of such Collateral, (l) to the extent deemed appropriate by the Agent, obtain the services of other brokers, investment bankers, consultants and other professionals to assist the Agent in the collection or disposition of any of the Collateral of such Debtor, (m) dispose of Collateral of such Debtor in whole or in part, and (n) dispose of

*Iovate GSA*

Collateral of such Debtor to a customer of the Agent, and (o) establish an upset or reserve bid price with respect to Collateral of such Debtor.

12.     **Grant of Licence**.   For the purpose of enabling the Agent to exercise its rights and remedies under this Agreement when the Agent is entitled to exercise such rights and remedies, and at no other time and for no other purpose, each Debtor grants to the Agent an irrevocable (for clarity, only during the time the Agent is entitled to exercise its rights and remedies under this Agreement), non-exclusive licence (exercisable without payment of royalty or other compensation to such Debtor) to use, license or sublicence any or all of the Intellectual Property Rights of such Debtor, including in such licence reasonable access to all media in which any of the licensed items may be recorded or stored and to all computer programs used for the compilation or printout of the same, in each case, subject to any Grantor's security policies and obligations of confidentiality; provided, however, that nothing in this Section 12 shall require a Debtor to grant any license that is prohibited by any applicable Law, statute or regulation or is prohibited by, or constitutes a breach or default under or results in the termination of or gives rise to any right of acceleration, modification or cancellation under any contract, license, agreement, instrument or other document evidencing, giving rise to a right to use or therefore granted with respect to such property.  For any trade-marks, get up and trade dress and other business indicia, such licence includes an obligation on the part of the Agent to maintain the standards of quality maintained by such Debtor.  For copyright works, such licence shall include the benefit of any waivers of moral rights and similar rights available to such Debtor.

13.     **Securities Laws**.   The Agent is authorized, in connection with any offer or sale of any Pledged Shares of any Debtor, to comply with any limitation or restriction as it may be advised by counsel is necessary to comply with applicable Law, including compliance with procedures that may restrict the number of prospective bidders and purchasers, requiring that prospective bidders and purchasers have certain qualifications, and restricting prospective bidders and purchasers to Persons who will represent and agree that they are purchasing for their own account or investment and not with a view to the distribution or resale of such Securities.  In addition to and without limiting Section 11, each Debtor further agrees that compliance with any such limitation or restriction shall not result in a sale being considered or deemed not to have been made in a commercially reasonable manner, and the Agent shall not be liable or accountable to such Debtor for any discount allowed by reason of the fact that such Pledged Shares are sold in compliance with any such limitation or restriction.  If the Agent chooses to exercise its right to sell any or all Pledged Shares of any Debtor, upon written request, such Debtor shall cause each applicable Pledged Issuer to furnish to the Agent all such information as the Agent may request in order to determine the number of shares and other instruments included in the Collateral of such Debtor which may be sold by the Agent in exempt transactions under any Laws governing securities, and the rules and regulations of any applicable securities regulatory body thereunder, as the same are from time to time in effect.

14.     **ULC Shares**.  Each Debtor acknowledges that certain of the Collateral of such Debtor may now or in the future consist of ULC Shares, and that it is the intention of the Agent and each Debtor that neither the Agent nor any other Secured Party should under any circumstances prior to realization thereon be held to be a "member" or a "shareholder", as applicable, of a ULC for the purposes of any ULC Laws.  Therefore, notwithstanding any provisions to the contrary

contained in this Agreement, the Credit Agreement or any other Transaction Document, where a Debtor is the registered owner of ULC Shares which are Collateral of such Debtor, such Debtor shall remain the sole registered owner of such ULC Shares until such time as such ULC Shares are effectively transferred into the name of the Agent, any other Secured Party, or any other Person on the books and records of the applicable ULC. Accordingly, each Debtor shall be entitled to receive and retain for its own account any dividend on or other distribution, if any, with respect to such ULC Shares (except for any dividend or distribution comprised of Pledged Security Certificates of such Debtor, which shall be delivered to the Agent to hold hereunder) and shall have the right to vote such ULC Shares and to control the direction, management and policies of the applicable ULC to the same extent as such Debtor would if such ULC Shares were not pledged to the Agent pursuant hereto. Nothing in this Agreement, the Credit Agreement or any other Transaction Document is intended to, and nothing in this Agreement, the Credit Agreement or any other Transaction Document shall, constitute the Agent, any other Secured Party, or any other Person other than the applicable Debtor, a member or shareholder of a ULC for the purposes of any ULC Laws (whether listed or unlisted, registered or beneficial), until such time as notice is given to such Debtor and further steps are taken pursuant hereto or thereto so as to register the Agent, any other Secured Party, or such other Person, as specified in such notice, as the holder of the ULC Shares. To the extent any provision hereof would have the effect of constituting the Agent or any other Secured Party as a member or a shareholder, as applicable, of any ULC prior to such time, such provision shall be severed herefrom and shall be ineffective with respect to ULC Shares which are Collateral of any Debtor without otherwise invalidating or rendering unenforceable this Agreement or invalidating or rendering unenforceable such provision insofar as it relates to Collateral of any Debtor which is not ULC Shares. Except upon the exercise of rights of the Agent to sell, transfer or otherwise dispose of ULC Shares in accordance with this Agreement, each Debtor shall not cause or permit, or enable a Pledged Issuer that is a ULC to cause or permit, the Agent or any other Secured Party to: (a) be registered as a shareholder or member of such Pledged Issuer; (b) have any notation entered in their favour in the share register of such Pledged Issuer; (c) be held out as shareholders or members of such Pledged Issuer; (d) receive, directly or indirectly, any dividends, property or other distributions from such Pledged Issuer by reason of the Agent holding the Security Interests over the ULC Shares; or (e) act as a shareholder of such Pledged Issuer, or exercise any rights of a shareholder including the right to attend a meeting of shareholders of such Pledged Issuer or to vote its ULC Shares.

15.     **Application of Proceeds**.  All Proceeds of Collateral of any Debtor received by the Agent or a Receiver shall be applied as set out in the Credit Agreement.

16.     **Continuing Liability of Debtor**.  Each Debtor shall remain liable for any Secured Liabilities of such Debtor that are outstanding following realization of all or any part of the Collateral of such Debtor and the application of the Proceeds thereof.

17.     **Agent's Appointment as Attorney-in-Fact**.  Effective upon the occurrence and during the continuance of an Event of Default, each Debtor constitutes and appoints the Agent and any officer or agent of the Agent, with full power of substitution, as such Debtor's true and lawful attorney-in-fact with full power and authority in the place of such Debtor and in the name of such Debtor or in its own name, from time to time in the Agent's discretion, to take any and all

*Iovate GSA*

appropriate action and to execute any and all documents and instruments as, in the opinion of such attorney, may be necessary or desirable to accomplish the purposes of this Agreement. Without limiting the effect of this Section, each Debtor grants the Agent an irrevocable proxy to vote the Pledged Shares of such Debtor and to exercise all other rights, powers, privileges and remedies to which a holder thereof would be entitled (including giving or withholding written consents of shareholders, calling special meetings of shareholders and voting at such meetings), which proxy shall be effective, automatically and without the necessity of any action (including any transfer of any Pledged Shares of such Debtor on the books and records of a Pledged Issuer or Pledged Securities Intermediary, as applicable), upon the occurrence of an Event of Default. These powers are coupled with an interest and are irrevocable until the Lender Termination Date. Nothing in this Section affects the right of the Agent as secured party or any other Person on the Agent's behalf, to sign and file or deliver (as applicable) all such financing statements, financing change statements, notices, verification statements and other documents relating to the Collateral and this Agreement as the Agent or such other Person considers appropriate. Each Debtor hereby ratifies and confirms, and agrees to ratify and confirm, whatever lawful acts the Agent or any of the Agent's sub-agents, nominees or attorneys do or purport to do in exercise of the power of attorney granted to the Agent pursuant to this Section.

18.     **Performance by Agent of Debtor's Obligations**.   If any Debtor fails to perform or comply with any of the obligations of such Debtor under this Agreement, the Agent may, but need not, perform or otherwise cause the performance or compliance of such obligation, provided that such performance or compliance shall not constitute a waiver, remedy or satisfaction of such failure. The expenses of the Agent incurred in connection with any such performance or compliance shall be payable by such Debtor to the Agent immediately on demand, and until paid, any such expenses shall form part of the Secured Liabilities of such Debtor and shall be secured by the Security Interests of such Debtor.

19.     **Severability**.   Any provision of this Agreement that is prohibited or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective to the extent of such prohibition or unenforceability and shall be severed from the balance of this Agreement, all without affecting the remaining provisions of this Agreement or affecting the validity or enforceability of such provision in any other jurisdiction.

20.     **Rights of Agent; Limitations on Agent's Obligations**.

(a)     Limitations on Liability of Secured Parties.   Neither the Agent nor any other Secured Party shall be liable to any Debtor or any other Person for any failure or delay in exercising any of the rights of such Debtor under this Agreement (including any failure to take possession of, collect, sell, lease or otherwise dispose of any Collateral of such Debtor, or to preserve rights against prior parties). Neither the Agent, any other Secured Party, a Receiver, nor any agent thereof (including, in Alberta or British Columbia, any sheriff) is required to take, or shall have any liability for any failure to take or delay in taking, any steps necessary or advisable to preserve rights against other Persons under any Collateral of any Debtor in its possession. Neither the Agent, any other Secured Party, any Receiver, nor any agent thereof shall be liable for any, and each Debtor

*Iovate GSA*

shall bear the full risk of all, loss or damage to any and all of the Collateral of such Debtor (including any Collateral of such Debtor in the possession of the Agent, any other Secured Party, any Receiver, or any agent thereof) caused for any reason other than the gross negligence or wilful misconduct of the Agent, such other Secured Party, such Receiver or such agent thereof (or their respective officers, employees or representatives).

(b)     <u>Debtors Remain Liable under Accounts and Contracts</u>.   Notwithstanding any provision of this Agreement, each Debtor shall remain liable under each of the documents giving rise to the Accounts of such Debtor and under each of the Contracts of such Debtor to observe and perform all the conditions and obligations to be observed and performed by such Debtor thereunder, all in accordance with the terms of each such document and Contract.   Neither the Agent nor any other Secured Party shall have any obligation or liability under any Account of any Debtor (or any document giving rise thereto) or Contract of any Debtor by reason of or arising out of this Agreement or the receipt by the Agent of any payment relating to such Account or Contract pursuant hereto, and in particular (but without limitation), neither the Agent nor any other Secured Party shall be obligated in any manner to perform any of the obligations of any Debtor under or pursuant to any Account of such Debtor (or any document giving rise thereto) or under or pursuant to any Contract of such Debtor, to make any payment, to make any inquiry as to the nature or the sufficiency of any payment received by it or as to the sufficiency of any performance by any party under any Account of such Debtor (or any document giving rise thereto) or under any Contract of such Debtor, to present or file any claim, to take any action to enforce any performance or to collect the payment of any amounts which may have been assigned to it or to which it may be entitled at any time.

(c)     <u>Collections on Accounts and Contracts</u>.   Each Debtor shall be authorized to, at any time that an Event of Default is not continuing, collect the Accounts of such Debtor and payments under the Contracts of such Debtor in the normal course of the business of such Debtor and for the purpose of carrying on the same.   If required by the Agent at any time, any payments of Accounts of such Debtor or under Contracts of such Debtor, when collected by such Debtor, shall be forthwith (and, in any event, within two Business Days) deposited by such Debtor in the exact form received, duly endorsed by such Debtor to the Agent if required, in a special collateral account maintained by the Agent, and until so deposited, will be held by such Debtor in trust for the Agent, segregated from the other funds of such Debtor.   All such amounts while held by the Agent (or by such Debtor in trust for the Agent) and all income with respect thereto shall continue to be collateral security for the Secured Liabilities and shall not constitute payment thereof until applied as hereinafter provided.   If an Event of Default has occurred and is continuing, the Agent may apply all or any part of the amounts on deposit with respect to such Debtor in said special collateral account on account of the Secured Liabilities of such Debtor in such order as the Agent may elect.   At the Agent's request, such Debtor shall deliver to the Agent any documents evidencing

and relating to the agreements and transactions which gave rise to the Accounts and the Contracts of such Debtor, including all original orders, invoices and shipping receipts.

(d)     Use of Agents.   The Agent may perform any of its rights or duties under this Agreement by or through agents and is entitled to retain counsel and to act in reliance on the advice of such counsel concerning all matters pertaining to its rights and duties under this Agreement.

21.     **Dealings by Agent**.  The Agent shall not be obliged to exhaust its recourse against any Debtor or any other Person or against any other security it may hold with respect to the Secured Liabilities of such Debtor or any part thereof before realizing upon or otherwise dealing with the Collateral of such Debtor in such manner as the Agent may consider desirable.  The Agent and the other Secured Parties may grant extensions of time and other indulgences, take and give up security, accept compositions, grant releases and discharges and otherwise deal with any Debtor and any other Person, and with any or all of the Collateral of any Debtor, and with other security and sureties, as they may see fit, all without prejudice to the Secured Liabilities of any Debtor or to the rights and remedies of the Agent under this Agreement.  The powers conferred on the Agent under this Agreement are solely to protect the interests of the Agent in the Collateral of each Debtor and shall not impose any duty upon the Agent to exercise any such powers.

22.     **Communication**.  Any notice or other communication required or permitted to be given under this Agreement shall be made in accordance with the terms of the Credit Agreement.

23.     **Release of Information**.  Each Debtor authorizes the Agent to provide a copy of this Agreement and such other information as may be requested of the Agent (i) to the extent necessary to enforce the Agent's rights, remedies and entitlements under this Agreement, (ii) to any assignee or prospective assignee of all or any part of its Secured Liabilities, and (iii) as required by applicable Law.

24.     **Expenses; Indemnity; Waiver**.

(a)     The Debtors shall pay (i) all reasonable and documented out-of-pocket expenses incurred by the Secured Parties, including the reasonable and documented fees, charges and disbursements of one primary counsel for the Secured Parties and all applicable taxes, in connection with the preparation and administration of this Agreement, (ii) all reasonable and documented out-of-pocket expenses incurred by the Secured Parties, including the reasonable and documented fees, charges and disbursements of one primary counsel for the Secured Parties and applicable taxes, in connection with any amendments, modifications or waivers of the provisions hereof, and (iii) all out-of-pocket expenses incurred by the Secured Parties, including the fees, charges and disbursements of any counsel for the Secured Parties and all applicable taxes, in connection with the assessment, enforcement or protection of their rights in connection with this Agreement, including its rights under this Section, including all such out-of-pocket expenses incurred during any workout, restructuring or negotiations with respect to the

*Iovate GSA*

Loans of such Debtor, in each case to the extent the Borrowers would be required to do so pursuant to Section 9.3(1) of the Credit Agreement.

(b)    Each Debtor shall indemnify, in to the extent the Borrowers would be required to do so pursuant to Section 9.3(1) of the Credit Agreement, the Secured Parties against, and hold the Secured Parties harmless from, any and all losses, claims, cost recovery actions, damages, expenses and liabilities of whatsoever nature or kind and all reasonable out-of-pocket expenses and all applicable taxes to which any Secured Party may become subject arising out of or in connection with (i) the execution or delivery of this Agreement and the performance by such Debtor of its obligations hereunder, (ii) any actual or prospective claim, litigation, investigation or proceeding relating to this Agreement or the Secured Liabilities of such Debtor, whether based on contract, tort or any other theory and regardless of whether any Secured Party is a party thereto, (iii) any other aspect of this Agreement, or (iv) the enforcement of the Secured Parties' rights hereunder and any related investigation, defence, preparation of defence, litigation and enquiries; provided that such indemnity shall not, as to any Secured Party, be available to the extent such losses, claims, damages, liabilities or related expenses (x) are determined by a court of competent jurisdiction by final and nonappealable judgment to have resulted from the gross negligence (it being acknowledged that ordinary negligence does not necessarily constitute gross negligence) or wilful misconduct of or material breach of this Agreement by such Secured Party, (y) result from a claim brought by any Group Party for a material breach of such Secured Party's obligations under this Agreement if such Group Party has obtained a final and nonappealable judgment by a court of competent jurisdiction in such Group Party's favor on such claim or (z) result from a proceeding that does not involve an act or omission by a Borrower or any of its Affiliates and that is brought by a Secured Party (or a Related Party thereto) against any other Secured Party (or a Related Party thereto) (other than a proceeding that is brought against the Agent or an Arranger in its capacity as such).

(c)    No claim may be made by any Debtor, any Secured Party or any other Person against any party hereto on any theory of liability, for special, indirect, consequential or punitive damages (as opposed to direct or actual damages) arising out of, or in connection with, or as a result of, this Agreement, or any act, omission or event occurring in connection applicable law all such claims, whether or not accrued and whether or not known or suspected to exist in its favour.

(d)    All amounts due under this Section shall be payable to the Agent for the benefit of the applicable Secured Parties not later than 10 Business Days after written demand therefor.

(e)    The indemnifications set out in this Section shall survive the Lender Termination Date and the release or extinguishment of the Security Interests.

25.     **Release of Debtor**.  On the Lender Termination Date, each Debtor shall be released from the Liens created hereunder, and this Agreement and all obligations of the Debtors under this Agreement shall terminate, all without delivery of any instrument or performance of any act by any Person. Upon the written request of any Debtor given at any time on or after the Lender Termination Date, or as permitted pursuant to the Credit Agreement, the Agent shall at the expense of such Debtor, execute and deliver to such Debtor such releases and discharges as such Debtor may reasonably request.

26.     **Additional Security**.  This Agreement is in addition to, and not in substitution of, any and all other security previously or concurrently delivered by any Debtor or any other Person to any Secured Party, all of which other security shall remain in full force and effect.

27.     **Alteration or Waiver**.  None of the terms or provisions of this Agreement may be waived, amended, supplemented or otherwise modified except by a written instrument executed by the Agent.  The Secured Parties shall not, by any act or delay, be deemed to have waived any right or remedy hereunder or to have acquiesced in any Event of Default or in any breach of any of the terms and conditions hereof.  No failure to exercise, nor any delay in exercising, on the part of any Secured Party, any right, power or privilege hereunder shall operate as a waiver thereof.  No single or partial exercise of any right, power or privilege hereunder shall preclude any other or further exercise thereof or the exercise of any other right, power or privilege.  A waiver by any Secured Party of any right or remedy hereunder on any one occasion shall not be construed as a bar to any right or remedy which the Agent would otherwise have on any future occasion.  Neither the taking of any judgment nor the exercise of any power of seizure or sale shall extinguish the liability of any Debtor to pay the Secured Liabilities of such Debtor, nor shall the same operate as a merger of any covenant contained in this Agreement or of any other liability, nor shall the acceptance of any payment or other security constitute or create any novation.

28.     **Environmental Indemnity**.  Each Debtor shall indemnify the Secured Parties and hold the Secured Parties harmless against and from all losses, costs, damages and expenses which any Secured Party may sustain, incur or be or become liable at any time whatsoever for by reason of or arising in connection with any Environmental Liability to the extent the Borrowers would be required to do so pursuant to Section 9.3(2) of the Credit Agreement.  This indemnification shall survive the Lender Termination Date.

29.     **Amalgamation**.  If any Debtor is a corporation, such Debtor acknowledges that if it amalgamates or merges with any other corporation or corporations, then (i) the Collateral and the Security Interests of such Debtor shall extend to and include all the property and assets of the amalgamated corporation and to any property or assets of the amalgamated corporation thereafter owned or acquired, (ii) the term "Debtor", where used in this Agreement, shall extend to and include the amalgamated corporation, and (iii) the term "Secured Liabilities", where used in this Agreement, shall extend to and include the Secured Liabilities of the amalgamated corporation.

30.     **Governing Law; Attornment**.  This Agreement shall be governed by and construed in accordance with the Laws of the Province of Ontario.  Without prejudice to the ability of the Agent to enforce this Agreement in any other proper jurisdiction, each Debtor irrevocably

submits and attorns to the non-exclusive jurisdiction of the courts of such province. To the extent permitted by applicable Law, each Debtor irrevocably waives any objection (including any claim of inconvenient forum) that it may now or hereafter have to the venue of any legal proceeding arising out of or relating to this Agreement in the courts of such Province.

31.     **Interpretation**. The definitions of terms herein shall apply equally to the singular and plural forms of the terms defined. Whenever the context may require, any pronoun shall include the corresponding masculine, feminine and neuter forms. The words "include", "includes" and "including" shall be deemed to be followed by the phrase "without limitation". The word "or" is disjunctive; the word "and" is conjunctive. The word "shall" is mandatory; the word "may" is permissive. Unless the context requires otherwise (a) any definition of or reference to any agreement, instrument or other document herein shall be construed as referring to such agreement, instrument or other document as from time to time amended, supplemented or otherwise modified (subject to any restrictions on such amendments, supplements or modifications set out herein), (b) any reference herein to any statute or any section thereof shall, unless otherwise expressly stated, be deemed to be a reference to such statute or section as amended, restated or re-enacted from time to time, (c) any reference herein to any Person shall be construed to include such Person's successors and permitted assigns, (d) the words "herein", "hereof" and "hereunder", and words of similar import, shall be construed to refer to this Agreement in its entirety and not to any particular provision hereof, and (e) all references herein to Sections and Schedules shall be construed to refer to Sections and Schedules to, this Agreement, Section headings are for convenience of reference only, are not part of this Agreement and shall not affect the construction of, or be taken into consideration in interpreting, this Agreement. Any reference in this Agreement to a Permitted Lien is not intended to subordinate or postpone, and shall not be interpreted as subordinating or postponing, or as any agreement to subordinate or postpone, any Security Interest to any Permitted Lien.   In accordance with the *Property Law Act* (British Columbia), the doctrine of consolidation applies to this Agreement.

32.     **Paramountcy.** In the event of any conflict or inconsistency between the provisions of this Agreement and the provisions of the Credit Agreement then, notwithstanding anything contained in this Agreement, the provisions contained in the Credit Agreement shall prevail to the extent of such conflict or inconsistency and the provisions of this Agreement shall be deemed to be amended to the extent necessary to eliminate such conflict or inconsistency, it being understood that the purpose of this Agreement is to add to, and not detract from, the rights granted to the Agent (for its own benefit and for the benefit of the other Secured Parties) under the Credit Agreement. If any act or omission of any or all Debtors is expressly permitted under the Credit Agreement but is expressly prohibited under this Agreement, such act or omission shall be permitted. If any act or omission is expressly prohibited under this Agreement, but the Credit Agreement does not expressly permit such act or omission, or if any act is expressly required to be performed under this Agreement but the Credit Agreement does not expressly relieve any or all Debtors from such performance, such circumstance shall not constitute a conflict or inconsistency between the applicable provisions of this Agreement and the provisions of the Credit Agreement.

33.     **Successors and Assigns**.  This Agreement shall enure to the benefit of, and be binding on, each Debtor and its successors and permitted assigns, and shall enure to the benefit of, and be binding on, the Agent and its successors and assigns.  No Debtor may assign this Agreement, or any of its rights or obligations under this Agreement.  The Agent may assign this Agreement and any of  its rights and obligations hereunder to any Person that replaces it in its capacity as such.  If any Debtor or the Agent is an individual, then the term "Debtor" or "Agent", as applicable, shall also include his or her heirs, administrators and executors.

34.     **Additional Debtors**.  Additional Persons may from time to time after the date of this Agreement become Debtors under this Agreement by executing and delivering to the Agent a supplemental agreement (together with all schedules thereto, a "**Supplement**") to this Agreement, in substantially the form attached hereto as Exhibit A.  Effective from and after the date of the execution and delivery by any Person to the Agent of a Supplement:

(a)     such Person shall be, and shall be deemed for all purposes to be, a Debtor under this Agreement with the same force and effect, and subject to the same agreements, representations, indemnities, liabilities, obligations and Security Interests, as if such Person had been an original signatory to this Agreement as a Debtor; and

(b)     all Collateral of such Person shall be subject to the Security Interest from such Person as security for the due payment and performance of the "Liabilities" of such Person in accordance with the provisions of this Agreement.

The execution and delivery of a Supplement by any additional Person shall not require the consent of any Debtor and all of the Secured Liabilities of each Debtor and the Security Interests granted thereby shall remain in full force and effect, notwithstanding the addition of any new Debtor to this Agreement.

35.     **Acknowledgment of Receipt/Waiver**.    Each Debtor acknowledges receipt of an executed copy of this Agreement and, to the extent permitted by applicable Law, waives the right to receive a copy of any financing statement or financing change statement registered in connection with this Agreement or any verification statement issued with respect to any such financing statement or financing change statement.

36.     **Enforcement by Agent**.  This Agreement and the Security Interests may be enforced only by the action of the Agent acting on behalf of the Secured Parties and no other Secured Party shall have any rights individually to enforce or seek to enforce this Agreement or any of the Security Interests, it being understood and agreed that such rights and remedies may be exercised by the Agent for the benefit of the Secured Parties upon the terms of this Agreement.

37.     **Electronic Signature and Counterparts**.  Delivery of an executed signature page to this Agreement by any Debtor by facsimile or other electronic form of transmission shall be as effective as delivery by such Debtor of a manually executed copy of this Agreement by such Debtor.  This Agreement may be executed in counterparts (and by different parties hereto on

*Iovate GSA*

different counterparts), each of which shall constitute an original, but all of which when taken together shall constitute a single contract.

*[signatures on the next following pages]*

S-1

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

XIWANG IOVATE HEALTH SCIENCE
INTERNATIONAL INC.

By: _____

Name:  Di Wang
Title:   Director

S-2

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

**IOVATE HEALTH SCIENCES
INTERNATIONAL INC.**

By: _____

Name:  Norm Vanderee
Title:    Chief Financial Officer

S-3

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

**KERR INVESTMENT HOLDING CORP.**

By: _____

Name:  Norm Vanderee
Title:    Chief Financial Officer

S-4

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

**OLD IOVATE INTERNATIONAL INC.**

By: _____

Name:   Norm Vanderee
Title:    Chief Financial Officer

S-5

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

**IOVATE HEALTH SCIENCES U.S.A. INC.**

By: _____

Name:  Norm Vanderee

Title:   Chief Financial Officer

S-6

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

**OLD NORTHERN INNOVATIONS CORP.**

By: _____

Name:   Norm Vanderee
Title:    Chief Financial Officer

S-7

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

**LAKESIDE INNOVATIONS HOLDING CORP.**

By: _____

Name:  Norm Vanderee

Title:  Chief Financial Officer

S-8

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

**NORTHERN INNOVATIONS HOLDING CORP.**

By: _____

Name: Norm Vanderee

Title: Chief Financial Officer

# Exhibit C



| | |
|---|---|
| | 12/23/2024 |
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 12/10/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Secretary of State, CA |
| **Index Searched:** | Certified UCC/Federal & State Liens/Judgment Lien |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/16/2016 | 167561893197 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 06/28/2021 | U210061381323 | Continuation | |
| 04/24/2024 | U240035957838 | Amendment | |

SEE ATTACHED CERTIFIED OR OTHER SEARCH PERFORMED BY FILING OFFICE.

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090260P



# Secretary of State

**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

NO SUBMITTER
NO CITY

Request Date:         12/18/2024 6:34 AM
Information
Request No.:          U240096663030
Certification No.:         276244534

## LIEN SEARCH CERTIFICATE

The search results herein reflect only the specific information requested. The results of this Debtor search will not reflect variances of this name. If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted. The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

### Search Criteria:

Debtor Organization: IOVATE HEALTH SCIENCES INTERNATIONAL INC.
Request Type: Lien Information Request (UCC 11)
All Records On File (Lapsed and Unlapsed), List Only

| Lien Listing | | |
|---|---|---|

| **Lien File No.: 167561893197** | **Filed: 12/16/2016 03:15 PM** | **Lapse: 12/16/2026 11:59 PM** |
|---|---|---|
| Lien Type:    Financing Statement | | |

Debtor(s):       IOVATE HEALTH SCIENCES INTERNATIONAL INC., 381 NORTH SERVICE ROAD WEST CAN

Secured Party(s): HSBC BANK CANADA, AS ADMINISTRATIVE AGENT, 70 YORK STREET CAN
ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT, 36 YORK MILLS ROAD TORONTO, ON, M2P 0A4 CANADA

**Amendment - Continuation**
Amendment No.: U210061381323          Filed: 06/28/2021 05:00 PM
**Amendment - Change Secured Party (1)**
Amendment No.: U240035957838          Filed: 04/24/2024 06:53 AM

Certification No.:  276244534
Page Count:  2

I, Shirley N. Weber, Ph.D., Secretary of State, do hereby certify that the above listing is a record of all
presently active financing statements, tax liens, attachment liens and judgment liens, including any change
documents relating to them, which name the referenced debtor, subject to any above-stated search qualifiers
and are on file in my office as of **12/10/2024 11:59 PM**.



**IN WITNESS WHEREOF**, I execute this
certificate and affix the Great Seal of the
State of California on December 18, 2024.

**Secretary of State**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

16-7561893197

12/16/2016 15:15

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

58800280004    UCC 1 FILING

A. NAME & PHONE OF CONTACT AT FILER (optional)
DIANA FELIPE                                    (212) 530-5000

B. E-MAIL CONTACT AT FILER (optional)
dfelipe@milbank.com

C. SEND ACKNOWLEDGMENT TO:    (Name and Address)

***PLEASE RETURN TO***
CSC
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833
Acct. #10011306

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | |

| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 381 North Service Road West | Oakville | ON | L6M OH4 | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | |

| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 70 York Street | Toronto | ON | M5J 1S9 | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:                    6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: CA - Secretary of State                    426469 001 orz        F#550883
                                                                              A#766290

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

B0406-2722  06/28/2021 5:00 PM Received by California Secretary of State

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS

| For Office Use Only |
|---|
| **-FILED-** |
| File #: U210061381323 |
| Date Filed: 6/28/2021 |

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

***PLEASE RETURN TO***
*CSC*
*2710 Gateway Oaks Drive, Suite 150N*
*Sacramento, CA 95833*
*Acct. #10011306*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
16-7561893197 filed with CA SOS on 12/16/2016

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:              AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record      ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME

OR | 7b. INDIVIDUAL'S SURNAME |
| INDIVIDUAL'S FIRST PERSONAL NAME |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME
HSBC Bank Canada, as Administrative Agent

OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with CA SOS          Debtor: Iovate Health Sciences International Inc.                              882391-5 kpf

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

 

U240035957838

B2683-5268 04/24/2024 6:54 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: U240035957838

Date Filed: 4/24/2024

| Submitter Information: | |
|---|---|
| Contact Name | KEYLA CORTINAS |
| Organization Name | CAPITOL SERVICES, INC. |
| Phone Number | 800-345-4647 |
| Email Address | kcortinas@capitolservices.com |
| Address | PO BOX 1831 AUSTIN, TX 78767 |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | 167561893197 |
| Date Filed | 12/16/2016 |
| Amendment Action | Secured Party Amendment |
| Secured Party Action | Edit Secured Party |

Edit Secured Party:

| Secured Party Name | Mailing Address |
|---|---|
| Changed From:<br>HSBC BANK CANADA, AS ADMINISTRATIVE AGENT<br>Changed To:<br>ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | Changed From:<br>CAN<br>70 YORK STREET<br>TORONTO, ON M5J1S9<br><br>Changed To:<br>CANADA<br>36 YORK MILLS ROAD<br>TORONTO, ON, M2P 0A4<br>, |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name          HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

Optional Filer Reference Information:
Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - CA - STATE

**CAPITOL SERVICES**

12/23/2024
**Reference:** 00022043/000960
**Copies Requested:** All Copies Excluding Lapsed Filings
**Copy Cost Limit:** $100.00

**Searched Through:** 11/22/2024
**Subject:** IOVATE HEALTH SCIENCES U.S.A. INC.
**Jurisdiction:** Secretary of State, DE
**Index Searched:** Certified UCC/Federal Lien

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/16/2016 | 20167832585 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON CA |
| 06/28/2021 | 20215018867 | Continuation | |
| 04/24/2024 | 20242713582 | Amendment | |

SEE ATTACHED CERTIFIED OR OTHER SEARCH PERFORMED BY FILING OFFICE.

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090253R



# Delaware

*Page 1*

### The First State

*CERTIFICATE*

SEARCHED DECEMBER 16, 2024 AT 1:16 P.M.
FOR DEBTOR, IOVATE HEALTH SCIENCES U.S.A. INC.

| 1 OF 1 | *FINANCING STATEMENT* | *20167832585* |

EXPIRATION DATE: 12/16/2026
DEBTOR:      IOVATE HEALTH SCIENCES U.S.A. INC.

381 NORTH SERVICE ROAD WEST        ADDED    12-16-16

OAKVILLE, ON CA L6MOH4

SECURED:   HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

70 YORK STREET                     ADDED    12-16-16

TORONTO, ON CA M5J1S9              REMOVED 04-24-24

SECURED:   ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT

36 YORK MILLS ROAD                 ADDED    04-24-24

TORONTO, ON,  CA M2P0A4


*F I L I N G   H I S T O R Y*

20167832585    FILED 12-16-16    AT 5:40 P.M.    FINANCING STATEMENT

20215018867    FILED 06-28-21    AT 1:44 P.M.    CONTINUATION

20242713582    FILED 04-24-24    AT 9:52 A.M.    AMENDMENT



Jeffrey W. Bullock, Secretary of State



# Delaware

*Page 2*

The First State

*E N D   O F   F I L I N G   H I S T O R Y*

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY
INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, IOVATE
HEALTH SCIENCES U.S.A. INC. AS OF NOVEMBER 22, 2024 AT 11:59 P.M.*



Jeffrey W. Bullock, Secretary of State

20259875386-UCC11
SR# 20244503086

Authentication: 205142207
Date: 12-16-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
DIANA FELIPE                                    (212) 530-5000

**B. E-MAIL CONTACT AT FILER (optional)**
dfelipe@milbank.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

⌐ Milbank, Tweed, Hadley & McCloy LLP    ⌐
28 Liberty Street
New York, NY  10005-1413

L                                        ⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 05:40 PM 12/16/2016
U.C.C. Initial Filing No: 2016 7832585

Service Request No:  20167131053

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME Iovate Health Sciences U.S.A. Inc. | | | | | |
|---|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS 381 North Service Road West | CITY Oakville | STATE ON | POSTAL CODE L6M OH4 | | COUNTRY CAN |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME HSBC Bank Canada, as Administrative Agent | | | | | |
|---|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS 70 York Street | CITY Toronto | STATE ON | POSTAL CODE M5J 1S9 | | COUNTRY CAN |

4. **COLLATERAL:** This financing statement covers the following collateral:
All Assets.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: | |
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien   ☐ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor | | | |
| 8. OPTIONAL FILER REFERENCE DATA: Filed with: DE - Secretary of State | | F#550910 A#766321 | |

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**Delaware Department of State
U.C.C. Filing Section
Filed: 01:44 PM 06/28/2021
U.C.C. Initial Filing No: 2016 7832585
Amendment No: 2021 5018867
Service Request No:  20212566759**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| 20167832585 filed with DE SOS on 12/16/2019 | (or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:     AND  Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record  ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c  ☐ ADD name: Complete item 7a or 7b, and item 7c  ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☐ **COLLATERAL CHANGE:**  Also check one of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | |
| OR  9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with NY SOS          Debtor: Iovate Health Sciences U.S.A. Inc.

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
KEYLA CORTINAS 800-345-4647

**B. E-MAIL CONTACT AT FILER (optional)**
KCORTINAS@CAPITOLSERVICES.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

CAPITOL SERVICES, INC.

PO BOX 1831

AUSTIN, TX 78767

US

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 09:52 AM 04/24/2024**
**U.C.C. Initial Filing No: 2016 7832585**
**Amendment No: 2024 2713582**
**Service Request No:  20241617015**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER<br>20167832585 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]<br>(or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|

**2. ☐ TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3. ☐ ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4. ☐ CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5. ✔ PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☐ Debtor or ✔ Secured Party of record

AND Check one of these three boxes to:

✔ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c

☐ ADD name: Complete item 7a or 7b, and item 7c

☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME<br>HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

OR

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME<br>ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

OR

| 7c. MAILING ADDRESS<br>36 YORK MILLS ROAD | CITY<br>TORONTO, ON | STATE | POSTAL CODE<br>M2P 0A4 | COUNTRY<br>CA |
|---|---|---|---|---|

**8. ☐ COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a **DEBTOR,** check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME<br>HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | | |
|---|---|---|---|
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

OR

**10. OPTIONAL FILER REFERENCE DATA:**
DEBTOR: IOVATE HEALTH SCIENCES U.S.A. INC. - DE - STATE

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# CAPITOL SERVICES

|  |  |
| --- | --- |
|  | 12/23/2024 |
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
| --- | --- |
| **Searched Through:** | 12/18/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Recorder of Deeds, DC |
| **Index Searched:** | UCC/UCCFixture/Federal & State Liens/Judgment Lien |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
| --- | --- | --- | --- |
| 12/19/2016 | 2016131317 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 06/28/2021 | 2021087272 | Continuation | |
| 04/24/2024 | 2024037825 | Amendment | |

FILINGS THAT MAY AMEND, TERMINATE, OR OTHERWISE AFFECT A FIXTURE FILING BUT THAT ARE NOT ON THE STANDARD UCC FINANCING STATEMENT FORM OR CLEARLY INDEXED AS A FIXTURE FILING MAY NOT BE INCLUDED IN THIS REPORT. A MORTGAGE, DEED OF TRUST, OR OTHER REAL ESTATE DOCUMENT THAT MAY BE EFFECTIVE AS A FIXTURE FILING, WHETHER OR NOT IT CONTAINS A FINANCING STATEMENT, MAY NOT BE INCLUDED IN THIS REPORT, UNLESS SUCH FILING IS INDEXED SOLELY OR INDEPENDENTLY AS A FIXTURE.

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090255T

Doc #: 2016131317
12/19/2016 12:26 PM

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| DIANA FELIPE                          (212) 530-5000 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| dfelipe@milbank.com          426469 001C |

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

```
              NDG
  CORPORATION SERVICE COMPANY
  801 ADLAI STEVENSON DRIVE
  SPRINGFIELD, ILLINOIS 62703
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 381 North Service Road West | Oakville | ON | L6M OH4 | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 70 York Street | Toronto | ON | M5J 1S9 | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien    ☐ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor |
|---|

| 8. OPTIONAL FILER REFERENCE DATA: | F#550907 |
|---|---|
| Filed with: DC - District of Columbia | A#766318 |

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

Doc #: 2016131317
Filed & Recorded
12/19/2016 12:26 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES       $25.00
    SURCHARGE        $6.50
TOTAL:           $31.50

Doc #: 2021087272
06/28/2021 12:58 PM

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | 882391 009 |
|---|---|
| B. E-MAIL CONTACT AT FILER (optional) | LHB |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐ ¬
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703
∟ ⌐

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER 2016131317 filed with DC Recorder of Deeds on 12/19/2016 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:                AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| OR | 9a. ORGANIZATION'S NAME HSBC Bank Canada, as Administrative Agent | | | |
|---|---|---|---|---|
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with DC Recorder of Deeds    Debtor: Iovate Health Sciences International Inc.

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Doc #: 2021087272
Filed & Recorded
06/28/2021 12:58 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
RECORDING FEES          $25.00
SURCHARGE               $6.50
TOTAL:                  $31.50

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

1458762

Return Acknowledgement to:

Capitol Services, Inc.
PO Box 1831
Austin, TX 78767
800.345.4647

**CAPITOL SERVICES**

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2016131317 Filed On 12/19/2016

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Part(y)(ies) authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in Item 8 and describe the affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** **PARTY INFORMATION CHANGE:**

Check one of these two boxes:    AND  Check one of these three boxes to:

This Change affects ☐ Debtor or ☒ Secured Party of record  ☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c  ☐ ADD name: Complete item 7a or 7b, and item 7c  ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6.** **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

**6a. ORGANIZATION'S NAME** HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

OR

**6b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**7.** **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**7a. ORGANIZATION'S NAME** ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT

OR

**7b. INDIVIDUAL'S SURNAME**

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | **SUFFIX**

**7c. MAILING ADDRESS** 36 YORK MILLS ROAD | **CITY** TORONTO, ON | **STATE** | **POSTAL CODE** M2P 0A4 | **COUNTRY** CAN

**8.** **COLLATERAL CHANGE:** Check only one box: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN* collateral

Indicate collateral:   *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

**9.** **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

**9a. ORGANIZATION'S NAME** HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

OR

**9b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**10. OPTIONAL FILER REFERENCE DATA:**
Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC.  - DC - District of Columbia

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)

Doc #: 2024037825
Filed & Recorded
04/24/2024 10:48 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES      $25.00
   SURCHARGE       $6.50
TOTAL:          $31.50



25-11958-mg    Doc 45-7    Filed 10/07/25    Entered 10/07/25 15:22:55    Exhibit D-1

12/23/2024
**Reference:**            00022043/000960
**Copies Requested:**    All Copies Excluding Lapsed Filings
**Copy Cost Limit:**     $100.00

| | |
|---|---|
| **Searched Through:** | 12/13/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Secured Transaction Registry, FL |
| **Index Searched:** | UCC |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|-----------|--------|----------------|---------------|
| 12/19/2016 | 201609728694 | Financing Statement | ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 06/28/2021 | 20210755917X | Continuation | |
| 04/24/2024 | 202401096416 | Amendment | |

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090259X

Page: 1 of 1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>DIANA FELIPE | (212) 530-5000 |
| B. E-MAIL CONTACT AT FILER (optional)<br>dfelipe@milbank.com | |

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY  10005-1413

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
**2016 Dec 19 10:56 AM**

****** **201609728694** ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME<br>Iovate Health Sciences International Inc. | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS<br>381 North Service Road West | CITY<br>Oakville | STATE<br>ON | POSTAL CODE<br>L6M OH4 | COUNTRY<br>CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME<br>HSBC Bank Canada, as Administrative Agent | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS<br>70 York Street | CITY<br>Toronto | STATE<br>ON | POSTAL CODE<br>M5J 1S9 | COUNTRY<br>CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

Florida Documentary Stamp Tax is not required.

| | |
|---|---|
| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
| 6a. Check only if applicable and check only one box:<br>☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box:<br>☐ Agricultural Lien  ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor | |
| 8. OPTIONAL FILER REFERENCE DATA:<br>Filed with: FL - Central Filing Office    426469-1 | F#550878<br>A#766285 |

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS**

FLORIDA SECURED TRANSACTION REGISTRY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

FILED

2021 Jun 28 04:30 PM

****** 20210755917X ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
201609728694 filed with FL Central Filing Office on 12/19/2016

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                                    AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with FL Central Filing Office          Debtor: Iovate Health Sciences International Inc.          882391 002

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT **AMENDMENT**
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT SUBMITTER** (optional) | FLORIDA SECURED TRANSACTION REGISTRY |
| **B. E-MAIL CONTACT AT SUBMITTER** (optional) | **FILED** |
| **C. SEND ACKNOWLEDGMENT TO:** (Name and Address)  1458762 | 2024 Apr 24 02:49 PM |
| Return Acknowledgement to: Capitol Services Inc. PO Box 1831 Austin, TX 78767 800-345-4647  CAPITOL SERVICES | ****** 202401096416 ****** |
| **SEE BELOW FOR SECURED PARTY CONTACT INFORMATION** | **THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY** |

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**201609728694  Filed On 12/19/2016**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party(y)(ies) authorizing this Termination Statement

3. ☐ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in Item 8 and describe the affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. **PARTY INFORMATION CHANGE:**

Check one of these two boxes:        **AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☒ Secured Party of record    ☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME **HSBC BANK CANADA, AS ADMINISTRATIVE AGENT**

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME **ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT**

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 7c. MAILING ADDRESS **36 YORK MILLS ROAD** | CITY **TORONTO, ON** | STATE | POSTAL CODE **M2P 0A4** | COUNTRY **CAN** |

8. **COLLATERAL CHANGE:** Check only one box: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN* collateral

Indicate collateral:    *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME **HSBC BANK CANADA, AS ADMINISTRATIVE AGENT**

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
**Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - FL - STATE**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)



194 Washington Ave.
Suite 310
Albany, NY 12210
P: 800-828-0938
F: 866-621-3526

**cogencyglobal.com**

2/26/2025

James T. Gaskill
Milbank LLP

Reference:  36930.09300

We have conducted Post Filing Search regarding the following:

**Debtor**: IOVATE HEALTH SCIENCES INTERNATIONAL INC.

**Filing Office**: Secretary of State, IL

**Thru Date**: 2/12/2024 thru 2/20/2025

**Results**: 1 Financing Statement

**Total Copies**: 1

Prepared by:  jczajkowski        Email:  jczajkowski@cogencyglobal.com

Reasonable care is exercised in the completion of service requests. Please confirm the accuracy of the name(s) noted above. The categorization of filings is provided for your convenience and should not be relied upon as legal service. Cogency Global Inc. ("We") assumes no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, accuracy, completeness, legal effect or priority of any matter shown herein. We make no representation, warranty or guarantee as to the information contained in public records. This report reflects information we received from public records in response to your request. Responsibility for the accuracy and completeness of any public record rests with the filing officer.

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

2025 FEB 13  PM 3: 15

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**FILED**

FEB 13 2025

ALEXI GIANNOULIAS
SECRETARY OF STATE

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

31514770

Milbank LLP, 55 Hudson Yards
New York, NY 10001/Attn: AIP UCC Committee

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 381 North Service Road West | Oakville | AO | L6M 0H4 | | CA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Royal Bank of Canada, as Administrative Agent | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 36 York Mills Road | Toronto | AO | M2P 0A4 | | CA |

4. COLLATERAL: This financing statement covers the following collateral:

All assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:                                                           6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):    ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
To be filed with the Illinois Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)



194 Washington Ave.
Suite 310
Albany, NY 12210
P: 800-828-0938
F: 866-621-3526

**cogencyglobal.com**

2/26/2025

James T. Gaskill
Milbank LLP

Reference: 36930.09300

We have conducted Post Filing Search regarding the following:

**Debtor**: IOVATE HEALTH SCIENCES INTERNATIONAL INC.

**Filing Office**: Secretary of State, IN

**Thru Date**: 2/12/2024 thru 2/23/2025

**Results**: 1 Financing Statement

**Total Copies**: 1

Prepared by: jczajkowski        Email: jczajkowski@cogencyglobal.com

Reasonable care is exercised in the completion of service requests. Please confirm the accuracy of the name(s) noted above. The categorization of filings is provided for your convenience and should not be relied upon as legal service. Cogency Global Inc. ("We") assumes no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, accuracy, completeness, legal effect or priority of any matter shown herein. We make no representation, warranty or guarantee as to the information contained in public records. This report reflects information we received from public records in response to your request. Responsibility for the accuracy and completeness of any public record rests with the filing officer.



Indiana Secretary of State

**PROCESSING DATE:**    02/26/2025
**ORDER NUMBER:**    202502263609575

# UCC SEARCH CERTIFICATE

## INFORMATION REQUEST OPTIONS

Search Certificate-Copies

Lapsed and Unlapsed Records

## COPY FILTER OPTIONS

Copies Limited By:

City and State: Not Requested
From Date: Not Requested
Secured Party: Not Requested

## DEBTOR SEARCH CRITERIA

**ORGANIZATION NAME:** IOVATE HEALTH SCIENCES INTERNATIONAL INC.

## SEARCH RESULTS

| | |
|---|---|
| Number of Liens: | 1 |
| Number of Pages in the Search Certificate: | 2 |
| Number of Images: | 2 |

## SEARCH RESULT BEGINS ON PAGE TWO (2).



Indiana Secretary of State

**PROCESSING DATE:**   02/26/2025
**ORDER NUMBER:**   202502263609575

## SEARCH RESULTS

**DEBTOR NAME:**

Iovate Health Sciences International Inc.          381 North Service Road West, Oakville, ON, L6M 0H4, CA

**SECURED PARTY:**

Royal Bank of Canada, as Admnistrative Agent          36 York Mills Road, Toronto, ON, M2P 0A4, CA

| FILE NUMBER | TYPE | DATE/TIME FILED | PAGE COUNT | LAPSE DATE |
|---|---|---|---|---|
| 202502133291322 | UCC Financing Statement | 02/13/2025 12:01:00 | 2 | 02/13/2030 |

The undersigned Filing Officer hereby certifies that the above certificate, within a reasonable degree of certainty, is a record of all presently effective UCC financing statements which include the requested IOVATE HEALTH SCIENCES INTERNATIONAL INC. and which were filed in this office through 02/23/2025.

*Diego Morales*

DIEGO MORALES,
Indiana Secretary of State



**UCC FINANCING STATEMENT**
State Form 50181 (R3 / 9-19)

| FILE #: | **202502133291322** |
| DATE FILED: | **13 FEBRUARY 2025 12:01 PM** |

*FOLLOW INSTRUCTIONS*

A. NAME & PHONE OF CONTACT AT FILER *(optional)*

B. E-MAIL CONTACT AT FILER *(optional)*

C. SEND ACKNOWLEDGMENT TO:  *(Name and Address)*

Milbank LLP
55 Hudson Yards
New York, NY 10001
Attn: AIP UCC Committee

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY.

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) *(Use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name.)*; if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form 1Ad).

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | ON | L6M 0H4 | CA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) *(Use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name.)*; if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad).

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY). Provide only one Secured Party name (3a or 3b).

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Royal Bank of Canada, as Administrative Agent | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 36 York Mills Road | Toronto | ON | M2P 0A4 | CA |

4. COLLATERAL: This financing statement covers the following collateral:
All assets.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: | |
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien   ☐ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor | | | |
| 8. OPTIONAL FILER REFERENCE DATA: To be filed with the Indiana Secretary of State | | | |

UCC FINANCING STATEMENT (Form UCC1)



194 Washington Ave.
Suite 310
Albany, NY 12210
P: 800-828-0938
F: 866-621-3526

**cogencyglobal.com**

2/26/2025

James T. Gaskill
Milbank LLP

Reference:  36930.09300

We have conducted Post Filing Search regarding the following:

**Debtor**: IOVATE HEALTH SCIENCES INTERNATIONAL INC.

**Filing Office**: Secretary of State, KY

**Thru Date**: 2/12/2024 thru 2/17/2025

**Results**: 1 Financing Statement

**Total Copies**: 1

Prepared by:  jczajkowski        Email:  jczajkowski@cogencyglobal.com

Reasonable care is exercised in the completion of service requests. Please confirm the accuracy of the name(s) noted above. The categorization of filings is provided for your convenience and should not be relied upon as legal service. Cogency Global Inc. ("We") assumes no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, accuracy, completeness, legal effect or priority of any matter shown herein. We make no representation, warranty or guarantee as to the information contained in public records. This report reflects information we received from public records in response to your request. Responsibility for the accuracy and completeness of any public record rests with the filing officer.

**2025-3350850-63.01**
Michael G. Adams
**Kentucky Secretary of State**
File Date      2/12/2025 3:01 PM
Status        Active
Fee           $10.00
Filer         Mmullins

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Milbank LLP
55 Hudson Yards
New York, NY 10001
Attn: AIP UCC Committee

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | ON | L6M 0H4 | CA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Royal Bank of Canada, as Administrative Agent | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 36 York Mills Road | Toronto | ON | M2P 0A4 | CA |

4. COLLATERAL: This financing statement covers the following collateral:
All assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)     ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:                              6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility     ☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
To be filed with the Kentucky Secretary of State



194 Washington Ave.
Suite 310
Albany, NY 12210
P: 800-828-0938
F: 866-621-3526

**cogencyglobal.com**

2/26/2025

James T. Gaskill
Milbank LLP

Reference: 36930.09300

We have conducted Post Filing Search regarding the following:

**Debtor**: IOVATE HEALTH SCIENCES INTERNATIONAL INC.

**Filing Office**: Secretary of State, NV

**Thru Date**: 2/12/2024 thru 2/18/2025

**Results**: 1 Financing Statement
          No Federal Tax Liens

**Total Copies**: 1

Prepared by:  jczajkowski        Email:  jczajkowski@cogencyglobal.com

Reasonable care is exercised in the completion of service requests. Please confirm the accuracy of the name(s) noted above. The categorization of filings is provided for your convenience and should not be relied upon as legal service. Cogency Global Inc. ("We") assumes no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, accuracy, completeness, legal effect or priority of any matter shown herein. We make no representation, warranty or guarantee as to the information contained in public records. This report reflects information we received from public records in response to your request. Responsibility for the accuracy and completeness of any public record rests with the filing officer.

*FRANCISCO V. AGUILAR*
Secretary of State

**RUBEN J. RODRIGUEZ**
Deputy Secretary for Southern Nevada

2250 Las Vegas Blvd North, Suite 400
North Las Vegas, NV 89030
Telephone (702) 486-2880
Fax (702) 486-2452

# STATE OF NEVADA



**OFFICE OF THE**
## SECRETARY OF STATE

*GABRIEL DI CHIARA*
Chief Deputy Secretary of State

**DEANNA L. REYNOLDS**
Deputy Secretary for Commercial Recordings

401 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775) 684-7141

## UCC Search Report

The Nevada Secretary of State hereby certifies that the attached list is a true and exact list of all financing statements or federal tax liens and related subsequent documentation for the debtor below as filed with the Secretary of State's office, Uniform Commercial Code Division, as of the Through Date below.

**Date Searched:** 2/19/2025 10:40:35 AM    **Search Criteria:**
**Searched by:** Shannon Foley
**Filing Chains:** 1

**Good Through Filing Date:** 02/18/2025

**Date Range:** All Available Filings
**Include Filings Outside Range?:** All Available Filings

**Filing Status:** ALL(Lapsed and Unlapsed)
**Include Records:** N/A

**Organization:** IOVATE HEALTH SCIENCES INTERNATIONAL INC.

**Cities:**

---

**Filing Chain#:** 1
**Original File#:** 2025454919-6

**Lapse Date:** 02/12/2030
**Lien Type:** UCC Lien

---

**Filing #:** 2025454919-6    **Filing Date:** 02/12/2025    **Filing Type:** Initial    **Page Count:** 1
11:12 AM    Financing Statement UCC-1

**Debtors**
| Name | Type | Address |
|---|---|---|
| IOVATE HEALTH SCIENCES INTERNATIONAL INC. | Organization | 381 NORTH SERVICE ROAD WEST OAKVILLE, ON L6M0H-4, CA |

**Secured Parties**
| Name | Type | Address |
|---|---|---|
| ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | Organization | 36 YORK MILLS ROAD TORONTO, ON M2P0A-4, CA |

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional) | **Filed in the Office of** / **Initial Filing Number** |
| | **2025454919-6** |
| B. E-MAIL CONTACT AT FILER (optional) | **Filed On** |
| | **February 12, 2025 11:12 AM** |
| C. SEND ACKNOWLEDGMENT TO:  (Name and Address) | **Number of Pages** |
| | Secretary of State — **1** |
| ⌐ Milbank LLP ¬ | State Of Nevada |
| 55 Hudson Yards | |
| New York, NY 10001 | |
| Attn: AIP UCC Committee ⌐ | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Iovate Health Sciences International Inc.** | | | | |
| OR  1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **381 North Service Road West** | **Oakville** | **ON** | **L6M 0H4** | **CA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR  2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Royal Bank of Canada, as Administrative Agent** | | | | |
| OR  3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **36 York Mills Road** | **Toronto** | **ON** | **M2P 0A4** | **CA** |

4. COLLATERAL: This financing statement covers the following collateral:
**All assets.**

| | |
|---|---|
| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor | |
| 8. OPTIONAL FILER REFERENCE DATA: **To be filed with the Nevada Secretary of State** | |

**CAPITOL SERVICES**

| | |
|---|---|
| | 12/23/2024 |
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 12/16/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Department of Treasury, NJ |
| **Index Searched:** | Certified UCC |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/19/2016 | 51998394 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, NA |
| 12/19/2016 | 51998394 | Additional Secured Party on Record | |
| 06/28/2021 | 51998394 | Continuation | |
| 04/24/2024 | 51998394 | Amendment | |

SEE ATTACHED CERTIFIED OR OTHER SEARCH PERFORMED BY FILING OFFICE.

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090257V

```
                    DEPARTMENT OF THE TREASURY
                      DIVISION OF REVENUE
  12/16/2024     UNIFORM COMMERCIAL CODE SECTION              PAGE 001
                         PO BOX 303
                      TRENTON, NJ 08646


  SEARCH CERTIFICATE #    50341286
  SEARCH CRITERIA:    IOVATE HEALTH SCIENCES INTERNATIONAL INC.


                   ** DEBTOR **                   6042631
                IOVATE HEALTH SCIENCES INTERNATIONAL INC.
                     381 NORTH SERVICE ROAD WEST
                        OAKVILLE, NA L6MOH-4


  Secured Party:         HSBC BANK CANADA, AS ADMINISTRATIVE AGENT
                         70 YORK STREET
                         TORONTO, NA M5J1S-9
                         ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT
                         36 YORK MILLS ROAD
                         TORONTO, ON, NA M2P0A-4
  Filing Number:         51998394
  Filing Date:           12/19/2016
  Maturity Date:         12/19/2026
  Filing History:    12/19/2016        UCC1
                      06/28/2021        UCC3          Continuation
                      04/24/2024        UCC3          Amendment
```

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF
ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS WHICH NAME THE ABOVE DEBTOR AND WHICH ARE
ON FILE IN MY OFFICE AS OF 12/16/2024. THIS CERTIFICATE ISSUED ON 12/18/2024 9:07:51
AM.

Elizabeth Maher Muoio
State Treasurer

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
|---|---|
| CSC-DXE | 8009279801 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| debbie.neisler@cscglobal.com |

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

> CSC-DXE
> 801 Adlai Stevenson Drive
> Springfield, IL 62703
> US

State of New Jersey
Department of the Treasury
Division of Revenue & Enterprise Services
UCC Section
Filed

Filing Number:51998394

12/19/16 9:06:03

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | NA | L6M OH4 | CA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 70 York Street | Toronto | NA | M5J 1S9 | CA |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.
The collateral described herein is within the scope of New Jersey Statute, Title 12A, Chapter 9, pursuant to 12A:9-102 and 12A:9-109.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: | |
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien  ☐ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer | | ☐ Bailee/Bailor  ☐ Licensee/Licensor | |

8. OPTIONAL FILER REFERENCE DATA:
Filed with: NJ - Department of Treasury/Commercial Recording   F#550872 A#766279

UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>CSC                                                    2175445900 | State of New Jersey<br>Department of the Treasury<br>Division of Revenue & Enterprise Services<br>UCC Section<br>Filed |
| B. E-MAIL CONTACT AT FILER (optional)<br>Logan.Hixon@cscglobal.com | |
| C. SEND ACKNOWLEDGMENT TO:  (Name and Address)<br><br>┌ CSC<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703<br>US ┘ | Filing Number:51998394<br><br>06/28/21 11:43:13 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER<br>51998394 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]<br>(or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:               AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record      ☐ CHANGE name and/or address: Complete    ☐ ADD name: Complete item    ☐ DELETE name: Give record name
                                        item 6a or 6b; and item 7a or 7b and item 7c.    7a or 7b, and item 7c.         to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☐ **COLLATERAL CHANGE:**  Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME<br>HSBC Bank Canada, as Administrative Agent | | | |
|---|---|---|---|
| OR  9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with NJ SOS          Debtor: Iovate Health Sciences International Inc.

UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
|---|---|
| Capitol Services | 8003454647 |

**B. E-MAIL CONTACT AT FILER** (optional)
emcaliney@capitolservices.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Capitol Services
1501 S MoPac Expy Ste 220
Austin, TX 78746
US

State of New Jersey
Department of the Treasury
Division of Revenue & Enterprise Services
UCC Section
Filed

Filing Number:51998394

04/24/24 10:30:22

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| 51998394 | (or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☒ PARTY INFORMATION CHANGE:

Check one of these two boxes: AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☒ Secured Party of record

☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c.   ☐ ADD name: Complete item 7a or 7b, and item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 36 YORK MILLS ROAD | TORONTO, ON | NA | M2P 0A4 | CA |

**8.** ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

**10. OPTIONAL FILER REFERENCE DATA:**
Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - NJ - STATE

UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)



| | 12/23/2024 |
|---|---|
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 12/06/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Department of State, NY |
| **Index Searched:** | UCC/Federal Lien |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/19/2016 | 201612190598446 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 06/28/2021 | 202106280232552 | Continuation | |
| 04/24/2024 | 202404245597666 | Amendment | |

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.**  ★ PO Box 1831  ★ Austin, TX 78767  ★ (800) 345-4647



9-15090256U

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

224447                DEC

A. NAME & PHONE OF CONTACT AT FILER [optional]
Diana Felipe            (212) 530-5000

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY  10005-1413          CSC 50 WN

dfelipe@milbank.com          DRAW DO

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | | ON | L6M OH4 | CAN |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION Ontario | 1g. ORGANIZATIONAL ID #, if any | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 70 York Street | Toronto | | ON | M5J 1S9 | CAN |

4. This FINANCING STATEMENT covers the following collateral:

All Assets.

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA
Filed with: NY - Secretary of State

F#550867
A#766274

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

09244          2021 JUN 28

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

CSC 50 DRAWDOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 201612190598446 filed with NY SOS on 12/19/2016 | |

**2** TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3** CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor **or** ☐ Secured Party of record. Check only **one** of these two boxes.

Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address; Please refer to the detailed instructions in regards to changing the name/address of a party.　☐ DELETE name: Give record name to be deleted in item 6a or 6b.　☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only **one** box.

Describe collateral ☐ deleted  or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 10. OPTIONAL FILER REFERENCE DATA | 882391-8 |
|---|---|
| File with NY SOS    Debtor: Iovate Health Sciences International Inc. | |

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**FILING NUMBER: 202106280232552**

**0760088**    **2024 Apr 24 AM09:53**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Capitol Services, Inc. 800-345-4647

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Capitol Services, Inc.
P.O. Box 1831
Austin, TX 78767, USA
ucc@capitolservices.com

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE #  201612190598446 Filedate: 19-DEC-16 | 1b. □ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|

2. □ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. □ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. □ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects □ Debtor  or [X] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[X] CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    □ DELETE name: Give record name to be deleted in item 6a or 6b.    □ ADD name: Complete item 7a or 7b, and also item 7c, also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME  HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME  ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS 36 YORK MILLS ROAD | CITY TORONTO ON | STATE  POSTAL CODE M2P 0A4 | COUNTRY CAN |
| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any    □ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral □ deleted or □ added, or give entire □ restated collateral description, or describe collateral □ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here □ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME  HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA DEBTOR: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - NY - STATE

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**Filing Number-202404245597666**

**CAPITOL SERVICES**

12/23/2024
**Reference:** 00022043/000960
**Copies Requested:** All Copies Excluding Lapsed Filings
**Copy Cost Limit:** $100.00

| | |
|---|---|
| **Searched Through:** | 12/06/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES U.S.A. INC. |
| **Jurisdiction:** | Department of State, NY |
| **Index Searched:** | UCC/Federal Lien |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/19/2016 | 201612190598460 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 06/29/2021 | 202106290234748 | Continuation | |
| 04/24/2024 | 202404245597616 | Amendment | |

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090254S

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
DIANA FELIPE        (212) 530-5000

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Milbank, Tweed, Hadley & McCloy LLP

28 Liberty Street
New York, NY 10005-1413    CSC 50
                          DRAW DOWN

dfelipe@milbank.com

224448    2016 DEC 19 ·· 9: 30

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Iovate Health Sciences U.S.A. Inc. | | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
|---|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 381 North Service Road West | Oakville | ON | L6M OH4 | CAN |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION Delaware | 1g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
|---|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
|---|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 70 York Street | Toronto | ON | M5J 1S9 | CAN |

4. This FINANCING STATEMENT covers the following collateral:
All Assets.

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS    Attach Addendum [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]    ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
Filed with: NY - Secretary of State

F#S50911
A#766322

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV 05/22/02)

**FILING NUMBER: 201612190598460**

CSC - 50 DRAWDOWN

093

2021 JUN 29 PM 4:30

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 201612190598460 filed with NY SOS on 12/19/2016 | |

2. TERMINATION: ------ ess of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7

☐ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable)

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

File with NY SOS     Debtor: Iovate Health Sciences U.S.A. Inc.     882905-2

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## FILING NUMBER: 202106290234748

**0760083** **2024 Apr 24 AM09:52**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Capitol Services, Inc. 800-345-4647

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Capitol Services, Inc.
P.O. Box 1831
Austin, TX 78767, USA
ucc@capitolservices.com

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE # 201612190598460 Filedate: 19-DEC-16

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor _or_ ☒ Secured Party of record. Check only _one_ of these two boxes.
Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c, also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS 36 YORK MILLS ROAD | CITY TORONTO ON | STATE | POSTAL CODE M2P 0A4 | COUNTRY CAN |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only _one_ box.
Describe collateral ☐ deleted _or_ ☐ added, _or_ give entire ☐ restated collateral description, _or_ describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA DEBTOR: IOVATE HEALTH SCIENCES U.S.A. INC. - NY - STATE

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## Filing Number-202404245597616

**CAPITOL SERVICES**

| | |
|---|---|
| | 12/23/2024 |
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 12/12/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Secretary of State, OH |
| **Index Searched:** | Certified UCC |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/19/2016 | OH00206725913 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 12/19/2016 | OH00206725913 | Additional Secured Party on Record | |
| 06/28/2021 | SR728855 | Continuation | |
| 04/24/2024 | SR1245816 | Amendment | |

SEE ATTACHED CERTIFIED OR OTHER SEARCH PERFORMED BY FILING OFFICE.

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090261Q

Page: 1 of 1



| | |
|---|---|
| Processing Date: | 12/18/2024 09:25:47 |
| Customer Order Number: | IN42992 |
| Document Number: | BC1514134 |

---

**INFORMATION OPTIONS SELECTED**

---

**Information Request with Copies**
**All Records (including filings that have lapsed)**

---

**DEBTOR NAME SEARCH CRITERIA**

---

ORGANIZATION'S NAME : IOVATE HEALTH SCIENCES INTERNATIONAL INC.

---

**SEARCH RESULT**

---

| | |
|---|---|
| **Number of Filings:** | **1** |
| **Number of Copied Documents:** | **1** |
| **Number of Copy Pages:** | **4** |

---

**The search results from the records of the office of the Secretary of State based upon the search information you submitted as described in the search criteria section above.**

UNIFORM COMMERCIAL CODE
OFFICE OF THE SECRETARY OF STATE
SIGNATURE OF FILING OFFICER



Ohio Secretary of State
Central Ohio:        (614) 466-3910
Toll Free:            1-877-SOS-FILE (1-877-767-3453)

# UCC11 INFORMATION LISTING

Processing Date:  12/18/2024          Customer Order Number:  IN42992          Document Number:  BC1514134

| Financing Statement | Date/Time | Transaction Code |
|---|---|---|
| OH00206725913 | 12/19/2016 9:00:00 AM | Original |

| Ucc3 List | | |
|---|---|---|
| SR1245816 | 4/24/2024 11:42:00 AM | Party Amendment |
| SR728855 | 6/28/2021 11:53:25 AM | Continuation |

**Debtor List**

IOVATE HEALTH SCIENCES INTERNATIONAL INC.

381 NORTH SERVICE ROAD WEST

OAKVILLE, CD, United States

**Secured Party List**

HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

70 YORK STREET

TORONTO, CD, United States

ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT

36 YORK MILLS ROAD

TORONTO, ON, Canada

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
DIANA FELIPE                    (212) 530-5000

B. E-MAIL CONTACT AT FILER (optional)
dfelipe@milbank.com

C.

CORPORATION SERVICE COMPANY      P
50 West Broad Street, Suite 1330
Columbus, Ohio 43215

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | ON | L6M 0H4 | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 70 York Street | Toronto | ON | M5J 1S9 | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: OH - Secretary of State

F#550884
A#766291

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

**Frank LaRose**
*Ohio Secretary of State*

| | |
|---|---|
| File No: | SR1245816 |
| FS Number: | OH00206725913 |
| Date Filed: | 24 April 2024 11:42:01 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

| | |
|---|---|
| **NAME OF CONTACT AT FILER:** | Capitol Services |
| **PHONE NUMBER:** | 800-345-4647 |
| **EMAIL CONTACT AT FILER:** | emcaliney@capitolservices.com |
| **SEND ACKNOWLEDGEMENT TO:** | Capitol Services PO BOX 1831 Austin TEXAS 78767 United States |

## PARTY INFORMATION CHANGE

**INITIAL FINANCING STATEMENT FILE NUMBER:**

OH00206725913

| | |
|---|---|
| **This Change affects:** | Secured Party |
| | CHANGE name and/or address |

## CURRENT RECORD INFORMATION or NAME TO BE DELETED

| | |
|---|---|
| **ORGANIZATION'S NAME:** | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT |
| **MAILING ADDRESS:** | 70 YORK STREET |

| **CITY:** TORONTO | **STATE:** CD | **POSTAL CODE:** M5J IS9 | **COUNTRY:** United States |
|---|---|---|---|

## CHANGED or ADDED INFORMATION

| | |
|---|---|
| **ORGANIZATION'S NAME:** | ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT |
| **MAILING ADDRESS:** | 36 YORK MILLS ROAD |

| **CITY:** TORONTO | **STATE:** ON | **POSTAL CODE:** M2P 0A4 | **COUNTRY:** Canada |
|---|---|---|---|

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

**Name**                    HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

**MAILING ADDRESS:**        70 YORK STREET

**CITY:**  TORONTO      **STATE:** CD          **POSTAL** M5J IS9      **COUNTRY:** United States
                                                **CODE:**

## PACKET NUMBER

1458762.019

## OPTIONAL FILER REFERENCE DATA:

Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - OH - STATE

**Frank LaRose**
*Ohio Secretary of State*

| | |
|---|---|
| File No: | SR728855 |
| FS Number: | OH00206725913 |
| Date Filed: | 28 June 2021 11:53:26 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

| | |
|---|---|
| **NAME OF CONTACT AT FILER:** | LHB CSC |
| **PHONE NUMBER:** | 217-544-5900 |
| **EMAIL CONTACT AT FILER:** | logan.hixon@cscglobal.com |
| **SEND ACKNOWLEDGEMENT TO:** | CSC 801 Adlai Stevenson Drive Springfield ILLINOIS 62703 United States |

## CONTINUATION

**INITIAL FINANCING STATEMENT FILE NUMBER:**

OH00206725913

**CONTINUATION Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.**

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

| **Name** | | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | |
|---|---|---|---|---|
| **MAILING ADDRESS:** | | 70 YORK STREET | | |
| **CITY:** TORONTO | **STATE:** CD | | **POSTAL CODE:** M5J IS9 | **COUNTRY:** United States |

## PACKET NUMBER

882391-5

## OPTIONAL FILER REFERENCE DATA:

File with OH SOS Debtor: Iovate Health Sciences International Inc.

**CAPITOL SERVICES**

| | |
|---|---|
| | 12/23/2024 |
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 12/16/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Department of State, PA |
| **Index Searched:** | UCC |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/19/2016 | 2016121901234 | Financing Statement | HSBC BANK CANADA AS ADMINISTRATIVE AGENT TORONTO, ON |
| 12/19/2016 | 2016121901234 | Additional Secured Party on Record | |
| 06/28/2021 | 2021062901450 | Continuation | |
| 04/24/2024 | 20240425085803 | Amendment | |

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090258W

Filing# : 2016121901234
Date Filed : 12/19/2016
Pedro A. Cortés
Secretary of the Commonwealth



## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
DIANA FELIPE                                    (212) 530-5000

B. E-MAIL CONTACT AT FILER (optional)
dfelipe@milbank.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

⌐                                    DXE                          ⌐

TCO161219JM1365

Corporation Service Company
Account # 30067

L                                                              ⌐

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | | |

| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 381 North Service Road West | Oakville | ON | L6M OH4 | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|

| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | | |

| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 70 York Street | Toronto | ON | M5J 1S9 | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:

☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: PA - Secretary of the Commonwealth                426469 001  DXE

F#5508877
A#766284

International Association of Commercial Administrators (IACA)

Filing# : 2021062901450
Date Filed : 06/28/2021
Pennsylvania Department of State

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | | |
|---|---|---|
| | 882391 007 | |
| B. E-MAIL CONTACT AT FILER (optional) LSCPa@cscglobal.com | LHB | |

TCO210629DP1605

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

CSC
Account # 30067

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2016121901234 filed with PA on 12/19/2016

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☐ **COLLATERAL CHANGE:**  Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME HSBC Bank Canada, as Administrative Agent | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
File with PA          Debtor: Iovate Health Sciences International Inc.

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**Pennsylvania Department of State**

## -FILED-

Amendment #: 20240425085803
Date Filed: 4/24/2024

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)    **FNS**

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

Registered Agent Solutions, Inc.
Counter Pick-Up

1458762

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

## PA DEPT OF STATE

APR 2 4 2024

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
201612901234 Filed On 12/19/2016

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party(ies) authorizing this Termination Statement

3. ☐ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9, check ASSIGN Collateral box in item 8 and describe the affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                    **AND**  Check one of these three boxes to:
This Change affects ☐ Debtor or ☒ Secured Party of record    ☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME  **HSBC BANK CANADA, AS ADMINISTRATIVE AGENT**

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME  **ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT**

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

7c. MAILING ADDRESS  **36 YORK MILLS ROAD** | CITY **TORONTO, ON** | STATE | POSTAL CODE **M2P 0A4** | COUNTRY **CAN**

8. **COLLATERAL CHANGE:**  Check only one box:    ☐ ADD collateral    ☐ DELETE collateral    ☐ RESTATE covered collateral    ☐ ASSIGN* collateral
Indicate collateral:    *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME  **HSBC BANK CANADA, AS ADMINISTRATIVE AGENT**

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - PA - STATE

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)

88678-5282 04/24/2024 8:41 AM Received by Pennsylvania Department of State



| Date: | 12/16/2024 | Reference: | 00022043/000960 |
|---|---|---|---|
| Organization: | IOVATE HEALTH SCIENCES INTERNATIONAL INC. | | |
| Jurisdiction: | Secretary of State, TX | | |
| Index Searched: | UCC/Federal Lien | Searched Through: | 12/02/2024 |
| Copies Requested: | All Copies Excluding Lapsed Filings | | |
| Copy Cost Limit: | $100.00 | | |

THE UNIFORM COMMERCIAL CODE INDEX MAINTAINED BY THE TEXAS SECRETARY OF STATE REFLECTS THE FOLLOWING EFFECTIVE FILINGS THROUGH 12/02/2024:

Financing Statement Number: 16-0040877568 filed on December 19, 2016 at 5:00 PM

DEBTOR:    IOVATE HEALTH SCIENCES INTERNATIONAL INC., 381 NORTH SERVICE ROAD WEST, Oakville ON
L6M OH4 CAN
SECURED PARTY:    ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT, 36 YORK MILLS ROAD,
TORONTO, ON  M2P 0A4 CAN
SECURED PARTY:    HSBC BANK CANADA, AS ADMINISTRATIVE AGENT, 70 YORK STREET, TORONTO ON M5J
1S9 CAN
CONTINUATION Number: 21-00273649 filed on June 29, 2021 at 08:00 AM

PARTY INFORMATION CHANGE Number:  24-00287231 filed on April 24, 2024 at 08:52 AM


Total Number of Filings:  1

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★   PO Box 1831 ★   Austin, TX 78767 ★   (800) 345-4647



9-15090262R

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
DIANA FELIPE                                   (212) 530-5000

**B. E-MAIL CONTACT AT FILER (optional)**      426469 001
dfelipe@milbank.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

    CORPORATION SERVICE COMPANY
    801 ADLAI STEVENSON DRIVE
    SPRINGFIELD, ILLINOIS 62703

**16-0040877568**

**12/19/2016 05:00 PM**

**FILED**
TEXAS
SECRETARY OF STATE
SOS

705116590002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |  |  |  |  |  |
|---|---|---|---|---|---|
| Iovate Health Sciences International Inc. |  |  |  |  |  |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 381 North Service Road West | Oakville | ON | L6M OH4 | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |  |  |  |  |  |
|---|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |  |  |  |  |  |
|---|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent |  |  |  |  |  |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 70 York Street | Toronto | ON | M5J 1S9 | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:                                    6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility      ☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: TX - Secretary of State

F#550885
A#766292

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11) .

International Association of Commercial Administrators (IACA)

CSC TRANS01          6/28/2021 5:16:59 PM  PAGE   3/009   Fax Server

RECEIVED
JUN 29 2021

21-00273649
06/29/2021 08:00 AM
FILED
TEXAS
SECRETARY OF STATE
SOS

1062694250002

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Corporation Service Company
211 E. 7th Street
Suite 620
Austin, TX 78701

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER<br>16-0040877568 filed with TX SOS on 12/19/2016 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]<br>(or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:                AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record   ☐ CHANGE name and/or address: Complete   ☐ ADD name: Complete item   ☐ DELETE name: Give record name
item 6a or 6b; and item 7a or 7b and item 7c   7a or 7b; and item 7c   to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
   6a. ORGANIZATION'S NAME

OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name)
   7a. ORGANIZATION'S NAME

OR   7b. INDIVIDUAL'S SURNAME

   INDIVIDUAL'S FIRST PERSONAL NAME

   INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                                         SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
   9a. ORGANIZATION'S NAME
   HSBC Bank Canada, as Administrative Agent

OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with TX SOS      Debtor: Iovate Health Sciences International Inc.                      882391 004

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Capitol Services, Inc.
P.O. Box 1831
Austin, TX 78767
USA
SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**FILING NUMBER:** 24-00287231
**FILING DATE:** 04/24/2024    08:52 AM
**DOCUMENT NUMBER:** 1357867090001
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**16-0040877568**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.
Filer attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial) Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and also name of Assignor in item 9.
For partial assignment complete item 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes. This Change affects ☐ Debtor or ☑ Secured Party of record. AND Check one of these three boxes to:

☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME
**HSBC BANK CANADA, AS ADMINISTRATIVE AGENT**

OR
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
**ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT**

OR
| 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **36 YORK MILLS ROAD** | **TORONTO, ON** | | **M2P 0A4** | **CAN** |

8. **COLLATERAL CHANGE:** Check only one box: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME
**HSBC BANK CANADA, AS ADMINISTRATIVE AGENT**

OR
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

10. OPTIONAL FILER REFERENCE DATA:
**Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - TX - STATE**

FILING OFFICE COPY



**CAPITOL SERVICES**

| | |
|---|---|
| | 12/23/2024 |
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 12/16/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Department of Financial Institutions, WI |
| **Index Searched:** | UCC/Federal Lien |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/19/2016 | 160016350217 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 12/19/2016 | 160016350217 | Additional Secured Party on Record | |
| 06/28/2021 | 20210629000736-4 | Continuation | |
| 04/25/2024 | 20240425000416-6 | Amendment | |

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090263S

801 $20

16927

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**Filing # - 160016350217**

**Filed - 12/19/2016 11:15 AM**

**Page 1 of 1**

A. NAME & PHONE OF CONTACT AT FILER (optional)
DIANA FELIPE                    (212) 530-5000

B. E-MAIL CONTACT AT FILER (optional)
dfelipe@milbank.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Corporation Service Company
301 S. Bedford St. Suite 1
Madison, WI. 53703

**Wisconsin Department of
Financial Institutions**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| Iovate Health Sciences International Inc. |  |  |  |  |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | ON | L6M OH4 | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent |  |  |  |  |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 70 York Street | Toronto | ON | M5J 1S9 | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: WI - Department of Financial Institutions

F#550887
A#766294

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

Wisconsin Department of Financial Institutions - Uniform
Commercial Code

## UCC FINANCING STATEMENT **AMENDMENT**
FOLLOW INSTRUCTIONS

**Filing Number: 20210629000736-4**

Filing Date and Time: 06/28/2021 03:30 PM

Total Number of Pages: 1

*(This document was filed electronically.)*

| A. NAME & PHONE OF CONTACT AT FILER (optional) | | |
|---|---|---|
| | 882391 003 | |
| B. E-MAIL CONTACT AT FILER (optional) | LHB | |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Corporation Service Company
301 S. Bedford St. Suite 1
Madison, WI 53703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| 160016350217 filed with Dept of Financial Institutions on 12/19/2016 | (or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                    AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record     ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c     ☐ ADD name: Complete item 7a or 7b, and item 7c     ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with WI Dept. of Financial Institutions     Debtor: Iovate Health Sciences International Inc.

International Association of Commercial Administrators (IACA)
**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Wisconsin Department of Financial Institutions - Uniform Commercial Code

**Filing Number: 20240425000416-6**

Filing Date and Time: 04/25/2024 10:45 AM

Total Number of Pages: 1

*(This document was filed electronically.)*

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)    1458762

> DANE COUNTY TITLE COMPANY
> CORPORATE SERVICES DEPARTMENT
> UCC@danecountytitle.com

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER 160016350217 Filed On 12/19/2016 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13. |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party(y)(ies) authorizing this Termination Statement

3. ☐ ASSIGNMENT: Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in item 8 and describe the affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. PARTY INFORMATION CHANGE:

Check one of these two boxes:                    AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☒ Secured Party of record    ☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS 36 YORK MILLS ROAD | CITY TORONTO, ON | STATE | POSTAL CODE M2P 0A4 | COUNTRY CAN |

8. COLLATERAL CHANGE: Check only one box: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN* collateral
Indicate collateral:                    *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | | |
|---|---|---|---|
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - WI - STATE

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)

# Exhibit D



**ALEXANDER B. LEES**

*Partner*

55 Hudson Yards | New York, NY 10001-2163

T: 212.530.5161

alees@milbank.com | milbank.com

May 1, 2025

**By Email**

Mark Bettilyon
Peter M. de Jonge
Jed H. Hansen
Thorpe North & Western LLP
8180 South 700 East, Suite 350
Sandy, UT 84070
dejonge@tnw.com
mark.bettilyon@tnw.com
hansen@tnw.com

Daniel S. Silverman
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
dssilverman@venable.com

> Re: Iovate Health Sciences International Inc. and Iovate Health Sciences International
> U.S.A. Inc.

Counsel:

We write as counsel to Royal Bank of Canada, in its capacity as administrative agent (the "**Agent**") under an Amended and Restated Credit Agreement dated June 30, 2021 (as amended, supplemented, amended and restated, or otherwise modified from time to time, the "**Credit Agreement**"), between, among others, Iovate Health Sciences International Inc. ("**Iovate**") as borrower and the lenders party thereto (the "**Lenders**"). The Agent has become aware that Orgain, Inc. ("**Orgain**") has obtained a judgment against Iovate in the action captioned *Orgain, Inc. v. Iovate Health Sciences International, Inc.* in the United States District Court of the Central District of California, and that it has sought to enforce the judgment by sending notices of levy to account debtors of Iovate, such as Walmart Inc., GNC, and the Franchise Group, and Iovate's subsidiaries, including Iovate Health Sciences International U.S.A. Inc. The Agent understands that as a result of an April 29, 2025, court order, such notices of levy have been vacated and quashed.

The Agent hereby demands that Orgain immediately cease all judgment enforcement efforts that interfere with the Agent's and the Lenders' rights with respect to Iovate, its subsidiaries, and their assets. The Agent, on behalf of the Lenders, holds a prior perfected lien on substantially all of Iovate's, and its material subsidiaries', assets (the "**Collateral**") to secure approximately U.S. $147 million in principal amount of loans under the Credit Agreement.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

The Collateral includes, without limitation, accounts receivable and their proceeds, including amounts owed to Iovate or its subsidiaries by Walmart Inc. and others. The Agent's and the Lenders' rights with respect to the Collateral are therefore senior to any rights Orgain may have as a later-in-time judgment creditor. By seeking to redirect payments from Iovate's and its subsidiaries' account debtors to itself, Orgain is attempting to improperly interfere with the Agent's and the Lenders' rights under the Credit Agreement and to the Collateral. Orgain has no entitlement to any payment out of the Collateral until the obligations under the Credit Agreement and the related loan documents have been satisfied in full.

If Orgain comes into possession of any portion of the Collateral, whether as a result of future notices of levy or otherwise, the Agent hereby demands that Orgain immediately turn that property over to the Agent, in accordance with its superior rights. If Orgain does not do so, or if it otherwise causes unjustified injury to any of Iovate's senior creditors, or to Iovate or its subsidiaries, then the Agent may be left with no choice but to bring legal action, including claims sounding in conversion.

The Agent reserves all rights. Please be governed accordingly.

Sincerely,

*/s/ Alexander B. Lees*
Alexander B. Lees

cc:
Iovate Health Sciences International, Inc.
Iovate Health Sciences International U.S.A. Inc.

c/o Stanley Panikowski
stanley.panikowski@us.dlapiper.com
DLA Piper
4365 Executive Drive Suite 1100
San Diego, CA 92121

c/o Timothy Blackford
tim@behmerblackford.com
Behmer and Blackford LLP
12526 High Bluff Drive Suite 300
San Diego, CA 92130

c/o Eric Friedman
eric.friedman@mcmillan.ca
McMillan LLP
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario

**IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
CIVIL DIVISION**

**ORGAIN, INC.**                                                                    **PLAINTIFF**

**VS.**                                       **CASE NO. 04CV-25-1607**

**IOVATE HEALTH SCIENCES INTERNATIONAL,
INC. AND IOVATE HEALTH SCIENCES INTERNATIONAL
U.S.A., INC.**                                                                      **DEFENDANTS**

**ROYAL BANK OF CANADA'S OBJECTION AND
MOTION TO QUASH WRIT OF GARNISHMENT**

Intervenor Royal Bank of Canada ("<u>RBC</u>" or the "<u>Agent</u>") seeks to quash the

writ of garnishment filed by Orgain, Inc. ("<u>Orgain</u>") in respect of payments owed by

Walmart, Inc. ("<u>Walmart</u>") to Iovate Health Sciences International Inc. and Iovate

Health Sciences International U.S.A. Inc. (together with their affiliates, subsidiaries,

successors, and assigns "<u>Iovate</u>"). In support of this objection and motion to quash

writ of garnishment, RBC states as follows:

1.      On November 17, 2024, Orgain obtained a judgment against Iovate in

the action captioned *Orgain, Inc. v. Iovate Health Sciences International, Inc.*, 8:18-

cv-01253-JLS-ADS, in the United States District Court of the Central District of

California (the "<u>California Action</u>"). Orgain then sought to enforce that judgment by

sending notices of levy to some of Iovate's wholesale customers—each an account

debtor of Iovate. Iovate successfully moved to quash the notices of levy in California

for the same or similar reasons that will be articulated in this case.

**EXHIBIT 2**

2.     On April 29, 2025, Orgain filed this case in order to register the judgment against Iovate in Arkansas.

3.     On June 27, 2025, a writ of garnishment directed to Walmart was issued by the clerk of this Court.

4.     RBC is an administrative agent for a group of lenders of Iovate, and in that capacity, RBC holds a prior perfected lien on all of Iovate's assets. Walmart is a client to Iovate. RBC seeks intervention in this case to prevent Orgain, a junior creditor of Iovate, from interfering with RBC's superior rights in the accounts receivable from Walmart.

5.     Orgain seeks to attach a garnishment lien to Iovate's accounts receivable and to collect Orgain's judgment through execution on the writ of garnishment lien. The problem is Orgain's garnishment lien is junior and inferior to RBC's lien on Iovate's accounts receivable. For that reason and others, the Court should quash the writ of garnishment to Walmart or, in the alternative, direct the garnished funds to be segregated by Orgain and then paid to RBC.

6.     This motion is supported by the declaration attached as Exhibit 1 and by a contemporaneously filed brief in support.

WHEREFORE, Royal Bank of Canada requests that the Court grant its objection and motion to quash the writ of garnishment and award all other relief to which it is entitled.

2

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: abaker@wlj.com; jfair@wlj.com

By  /s/ Jacob P. Fair
   Adrienne L. Baker (2007159)
   Jacob P. Fair (2015167)

*Attorneys for Royal Bank of Canada*

### CERTIFICATE OF SERVICE

I hereby certify that on August _____, 2025, I electronically filed the foregoing

with the Clerk of the Court using the Arkansas Judiciary Electronic Filing System,

which shall send notification of such filing to the attorneys of record in this case.


/s/ Jacob P. Fair
Jacob P. Fair

**IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
CIVIL DIVISION**

**ORGAIN, INC.**                    **PLAINTIFF**
**VS.**            **CASE NO. 04CV-25-1607**

**IOVATE HEALTH SCIENCES**        **DEFENDANTS**
**INTERNATIONAL, INC. and**
**IOVATE HEALTH SCIENCES**
**INTERNATIONAL U.S.A., INC.**

## DECLARATION OF ANDREW O'COIN

I, Andrew O'Coin, hereby declare as follows:

1.  I make this declaration in support Royal Bank of Canada's Motion to Intervene and in support of Royal Bank Of Canada's Objection and Motion to Quash Writ of Garnishment, filed concurrently with this declaration.

2.  I am the Senior Director of Special Loans & Advisory Services of the Royal Bank of Canada ("RBC").

3.  On November 22, 2016, Iovate Health Sciences International Inc. and Iovate Health Sciences International U.S.A. Inc. (together with their affiliates, subsidiaries, successors, and assigns "Iovate") entered into a Credit Agreement ("Credit Agreement").

4.  From time to time, the Credit Agreement was amended.

5.  On February 28, 2025, RBC entered into the Amending Agreement No. 10 of the Credit Agreement ("Operative Amending Agreement") as the administrative agent for the lenders (the "Lenders") to the Credit Agreement.

6.  Attached hereto as Exhibit A is a true and correct copy of the Operative Amending Agreement.

7.  On December 21, 2016, HSBC Bank Canada as the predecessor administrative agent, along with the Lenders and Iovate under the Credit Agreement, entered into the General Security Agreement ("Security Agreement").

8.  Attached hereto as Exhibit B is a true and correct copy of the Security Agreement.

9.  In accordance with the Security Agreement, the administrative agent was granted a security interest in substantially all of Iovate's assets (the "Collateral").

10. The administrative agent caused UCC-1 financing statements to be filed in several jurisdictions on or about December 19, 2016, designating that "All assets" of Iovate were secured. Such UCC-1 financing statements were filed in, among other places, New York, Pennsylvania, Texas, California, Florida, New Jersey, Ohio, Delaware, Wisconsin, and the District of Columbia.

11. Each of the foregoing identified UCC-1 financing statements was continued in June 2021.

12. Attached hereto as Exhibit C are true and correct copies of the foregoing identified UCC-1 financing statements.

13. On March 28, 2024, HSBC Holdings sold HSBC Bank Canada to RBC, such that RBC and HSBC Bank Canada amalgamated.

14.   As a result of the amalgamation consummated on March 28, 2024, RBC
      became the administrative agent to the Lenders under the Credit Agreement
      and Security Agreement, succeeding HSBC Bank Canada.

15.   Each of the administrative agent's UCC-1 financing statements referred to
      above were amended in April 2024 to reflect the change in the administrative
      agent's name, following the HSBC amalgamation with RBC, to ensure that the
      correct entity is recorded as the registered holder of the security interest in the
      Collateral as administrative agent.

16.   No later than July 8, 2024, Iovate defaulted under the terms of the Credit
      Agreement, having failed to comply with at least three provisions therein.

17.   On May 1, 2025, counsel for RBC sent a letter notifying Orgain of its
      perfected lien on Iovate's assets.

18.   Attached hereto as Exhibit D is a true and correct copy of the correspondence
      from counsel to RBC sent to counsel to Orgain on May 1, 2025.

I declare under penalty of perjury under the laws of the United States of America
that the foregoing is true and correct to the best of my knowledge, information, and
belief.

      Dated: August 12, 2025
      Toronto, Ontario

                                        /s/ Andrew O'Coin
                                            Andrew O'Coin

# Exhibit A

Execution Version

## **AMENDING AGREEMENT NO. 10**

**THIS AMENDING AGREEMENT NO. 10** (this "**Amending Agreement**") is made as of February 28, 2025 between the parties to the Credit Agreement (as hereinafter defined).

**WHEREAS:**

A.      Reference is made to the amended and restated credit agreement dated as of June 30, 2021 between, *inter alios*, Iovate Health Sciences International Inc., as borrower (the "**Borrower**"), HSBC Bank Canada, as administrative agent (the "**Administrative Agent**"), and the financial institutions party thereto, as lenders, as amended by amending agreement no.1 dated as of March 31, 2022, by amending agreement no. 2 dated as of April 14, 2022, by amending agreement no. 3 dated as of December 30, 2022 , amending agreement no.4 dated as of March 7, 2024, amending agreement no. 5 dated as of March 28, 2024, amending agreement no. 6 dated April 30, 2024, the Forbearance Agreement (as hereinafter defined), amending agreement no. 7 dated November 14, 2024, amending agreement no. 8 dated December 24, 2024 and amending agreement no. 9 dated January 31, 2025 (collectively, the "**Credit Agreement**").

B.      Further reference is made to the forbearance agreement dated as of September 24, 2024 between, inter alios, the Borrower, the Administrative Agent, and the financial institutions party thereto as, as lenders, as amended by amending agreement no. 7 dated November 14, 2024, as amended by amending agreement no 8. dated December 24, 2024 and amended by amending agreement no 9. dated January 31, 2025 (collectively, the "**Forbearance Agreement**").

C.      In respect of the Orgain Judgement, a writ of execution was filed on February 6, 2025 with the United States Court for the Central District of California in violation of Section 7.1(s) (the "**New Event of Default**").

D.      The Borrower has requested certain amendments to the Forbearance Agreement, and the Credit Agreement and the Lenders have agreed to same in accordance with the terms and conditions hereof.

**NOW THEREFORE THIS AGREEMENT WITNESSES** that, in consideration of the mutual covenants and agreements contained in this Amending Agreement and for other good and valuable consideration, the receipt and sufficiency of which are acknowledged, the parties hereto agree as follows:

### **ARTICLE 1**
### **INTERPRETATION**

**1.1      One Amending Agreement**. This Amending Agreement amends the Credit Agreement and the Forbearance Agreement. This Amending Agreement and the Credit Agreement shall be read, interpreted, construed and have effect as, and shall constitute, one agreement with the same effect as if the amendments made by this Amending Agreement had been contained in the Credit Agreement as of the date of this Amending Agreement.  This Amending Agreement and the Forbearance Agreement shall be read, interpreted, construed and have effect as, and shall constitute, one agreement with the same effect as if the amendments made by this Amending

Agreement had been contained in the Forbearance Agreement as of the date of this Amending Agreement.

**1.2     Defined Terms**. In this Amending Agreement, unless something in the subject matter or context is inconsistent:

(a)     terms defined in the description of the parties or in the recitals have the respective meanings given to them in the description or recitals, as applicable; and

(b)     all other capitalized terms have the respective meanings given to them in the Credit Agreement as amended by Article 2 of this Amending Agreement (collectively, the "**Amended Credit Agreement**").

**1.3     Headings**. The headings of the Articles and Sections of this Amending Agreement are inserted for convenience of reference only and shall not affect the construction or interpretation of this Amending Agreement.

**1.4     References**. All references to Articles, Sections, Exhibits and Schedules, unless otherwise specified, are to Articles, Sections, Exhibits and Schedules of the Credit Agreement.

## ARTICLE 2
## AMENDMENTS TO THE CREDIT AGREEMENT

**2.1     Consolidated Credit Agreement.**  Subject to the terms and conditions contained in this Amending Agreement, the Credit Agreement is amended to delete the stricken text (indicated textually in the same manner as the following example: ~~stricken text~~) and to add the underlined text (indicated textually in the same manner as in the following example: <u>underlined text</u>) as set forth on the pages of the Credit Agreement and all schedules thereto, attached to this Amending Agreement as Annex A.

## ARTICLE 3
## AMENDMENTS TO THE FORBEARANCE AGREEMENT

**3.1     Existing Events of Default**.  The definition of "Existing Events of Default" shall be amended to include the New Event of Default.

**3.2     Forbearance Period**.  Recital C of the Forbearance Agreement is amended by replacing "February 14, 2025" with "January 2, 2026".

**3.3     Consent to Subject Payments**. Section 2.16 of the Forbearance Agreement is amended by deleting (i) "; and" at the end of clause (b), and (ii) clause (c) in its entirety.

## ARTICLE 4
## REPRESENTATIONS AND WARRANTIES

**4.1     Confirmation of Representations**. The Borrower represents and warrants that, as at the date of this Amending Agreement and assuming that the amendments made to the Credit Agreement and the Forbearance Agreement by this Amending Agreement have become effective:

(a)     this Amending Agreement and the Confirmation appended hereto has been duly authorized, executed and delivered by each of the signatory Credit Parties;

(b)     each of the Credit Agreement and the Forbearance Agreement, each as amended hereby, constitutes a legal, valid and binding obligation of the Borrower, enforceable against it in accordance with its terms, subject to applicable bankruptcy, insolvency, reorganization, moratorium or other laws affecting creditor's rights generally and subject to general principles of equity, regardless of whether considered in a proceeding in equity or at law;

(c)     no Termination Event (as defined in the Forbearance Agreement, as amended by Article 3 of this Amending Agreement (collectively, the "**Amended Forbearance Agreement**")) has occurred;

(d)     notwithstanding that Sections 5.1(12)(a) and 5.1(12)(c) (as such Sections existed on September 24, 2024) have been amended, the Existing Events of Default (as defined in the Amended Forbearance Agreement) other than that described in clause (iii) of recital B to the Forbearance Agreement have occurred and are continuing; and

(e)     the representations and warranties contained in Article 4 (other than those that are made with respect to a specific date) are true and correct as if made on the date hereof.

## ARTICLE 5
## CONDITIONS

**5.1     Conditions Precedent**. The amendments set out in Article 2 and Article 3 shall become effective if and only if there is receipt by the Administrative Agent of:

(a)     a counterpart of this Amending Agreement executed by the Borrower, the Administrative Agent and the Lenders;

(b)     a counterpart of the Confirmation appended to this Amending Agreement, executed by each Guarantor;

(c)     authorizing resolutions of the board of directors of the Borrower approving this Amending Agreement, together with an officer's certificate from a senior officer of the Borrower;

(d)     a favourable written opinion of counsel to the Borrower acceptable to the Administrative Agent with respect to the Borrower and this Amending Agreement, together with supporting materials consistent with those previously delivered under the Credit Agreement;

(e)     the Perfection Certificate (as defined in the Amended Credit Agreement) with respect to each Credit Party;

(f)     updated financial forecast for the Fiscal Year ending December 31, 2025 for Holdco on a Consolidated basis (setting out all assumptions and including an income statement, balance sheet and cash flow statement) evidencing compliance with the financial covenants set out in Sections 5.1(12) and 5.1(14) as at such date, in form satisfactory to the Lenders;

(g)     payment of an amendment fee to the Administrative Agent (for the pro rata account of each Lender) equal to ▮▮▮ basis points upon the aggregate Commitments of the Lenders as of the date hereof (the "**Amendment Fee**"); and

(h)     payment (or the arrangement for payment satisfactory to the payee) of all reasonable and documented legal fees of the Administrative Agent invoiced to date by its counsel (the "**Legal Fees**" and, together with the Amendment Fee, the "**Fees**").

If such conditions precedent are met, then the effective date of the amendments set out in Article 2 will be as of the date of this Amending Agreement.

**5.2     Payment.** The Administrative Agent may debit any U.S. Dollar (or in the case of the Legal Fees, Canadian Dollar) operating account maintained by the Administrative Agent in the name of the Borrower in an aggregate amount equal to the sum of the Fees in order to effect the payment thereof; provided that the Borrowers shall have been provided the invoice related to the Fees no less than two Business Days (or such shorter time period as agreed by the Borrower) prior to such debiting and a Responsible Officer of the Borrower has consented in writing to such debiting (which written consent may be by electronic communication).

**ARTICLE 6**
**GENERAL**

**6.1     Confirmation**. Except as specifically stated herein, the Credit Agreement, the Forbearance Agreement and the other Loan Documents shall continue in full force and effect in accordance with the provisions thereof. In particular, but without limitation:

(a)     the Security Documents and the Liens granted thereunder continue in full force and effect in accordance with their terms notwithstanding this Amending Agreement and the amendments to the Credit Agreement and the Forbearance Agreement effected hereby; and

(b)     the secured liabilities described in the Security Documents include indebtedness, liabilities and obligations arising under or in relation to the Amended Credit Agreement and the Amended Forbearance Agreement, and the Liens granted thereunder extend thereto.

All Secured Liabilities under the Credit Agreement shall be continuing with only the terms thereof being modified as provided in this Amending Agreement, and this Amending Agreement shall not evidence or result in a novation of such Secured Liabilities.

**6.2     Reservation of Rights**.  Except as expressly set forth herein, this Amending Agreement shall not by implication or otherwise limit, impair, constitute a waiver of, or otherwise affect the rights and remedies of Lenders or Administrative Agent under the Credit Agreement, the Forbearance Agreement or any other Loan Document.  Nothing herein shall be deemed to entitle any Credit Party to a consent to, or a waiver, amendment, modification or other change of, any of the terms, conditions, obligations, covenants or agreements contained in the Credit Agreement, the Forbearance Agreement or any other Loan Document in similar or different circumstances.  For the avoidance of doubt, nothing herein shall constitute a consent to, or waiver of, the Existing Events of Default.

**6.3     Interpretation**. All references to the "this Agreement", the "Forbearance Agreement" or the "Credit Agreement" and all similar references in any of the other Loan Documents shall hereafter include, mean and be a reference to the Amended Forbearance Agreement or Amended Credit Agreement, as applicable, without any requirement to amend such Loan Documents. This Amending Agreement shall constitute a "Loan Document" under, and as defined in, the Credit Agreement.

**6.4     Binding Nature**. This Amending Agreement shall enure to the benefit of and be binding upon the Borrower, the Administrative Agent and the Lenders and their respective successors and permitted assigns.

**6.5     Severability**.   Any provision of this Amending Agreement which is prohibited or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective to the extent of such prohibition or unenforceability and shall be severed from the balance of this Amending Agreement, all without affecting the remaining provisions of this Amending Agreement or affecting the validity or enforceability of such provision in any other jurisdiction.

**6.6     Conflicts**. If, after the date of this Amending Agreement, any provision of this Amending Agreement is inconsistent with any provision of the Credit Agreement or the Forbearance Agreement, the relevant provision of this Amending Agreement shall prevail.

**6.7     Governing Law**. This Amending Agreement will be governed by and construed in accordance with the laws of the Province of Ontario and the federal laws of Canada applicable therein.

**6.8     Counterpart and Facsimile**. This Amending Agreement may be executed in any number of counterparts and by different parties hereto in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same instrument.  Delivery of an executed counterpart of a signature page of this Amending Agreement by telecopy, emailed pdf. or any other electronic means that reproduces an image of the actual executed signature page shall be effective as delivery of a manually executed counterpart of this Amending Agreement.

[signatures on the following pages]

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**ROYAL BANK OF CANADA**, as
Administrative Agent

By: _____
Name: Sabrina Wang
Title: Deal Manager


By: _____
Name:
Title:

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**ROYAL BANK OF CANADA**, as Lender

By: _Andrew O'Coin_____

Name: Andrew O'Coin
Title:  Senior Director

By: _____
Name:
Title:

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**THE TORONTO-DOMINION BANK**, as
Lender

By: _____

Name: Daryl Coelho
Title: Director

By: *Fola Akinsanya*

Name: Fola Akinsanya
Title: Associate Director

S-4

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**BANK OF CHINA (CANADA)**, as Lender

By: _____

Name:  XU YANG

Title:  Head of Corporation Banking Department

By: _____

Name:

Title:

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**BANK OF MONTREAL**, as Lender

By: _____

Name:  Shehryar Syed
Title:   Director, SAMU National Accounts

By: _____
Name:
Title:

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**NATIONAL BANK OF CANADA**, as
Lender

By: _Sonia de Lorenzi_
Name: Sonia de Lorenzi
Title: Senior Manager

By: _____
Name: Caroline Podsiadlo
Title: Senior Director

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**CANADIAN WESTERN BANK**, as
Lender

By: _Sonia de Lorenzi_
Name: C48... Sonia de Lorenzi
Title:        Senior Manager

By: _____
Name: 1248... Caroline Podsiadlo
Title:        Senior Director

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**THE BANK OF NOVA SCOTIA**, as
Lender

By: _____

Name: Nick Stewart
Title: Director, Special Accounts Management

By: _____ *Neel Chopra* _____

Name: Neel Chopra
Title: Director, Special Accounts Management

S-9

**IN WITNESS WHEREOF** the undersigned has caused this Amending Agreement to be duly executed as of the date set out on the first page.

**IOVATE HEALTH SCIENCES INTERNATIONAL INC.**

By: _____
Name: Qi Wang
Title: Director

By: _____
Name: Xiyao Michael Liu
Title: Director

## CONFIRMATION

Each undersigned Guarantor acknowledges and irrevocably consents to the terms of the Amending Agreement. Each undersigned Guarantor further represents, warrants, and confirms to the Administrative Agent for the benefit of each Secured Party that:

(a)     guarantees and indemnities granted under the Loan Documents continue in full force and effect in accordance with their terms notwithstanding the Amending Agreement and the amendments to the Credit Agreement and the Forbearance Agreement effected thereby;

(b)     such guarantees and indemnities extend to the indebtedness, liabilities and obligations of the Borrower under the Amended Credit Agreement and the Amended Forbearance Agreement;

(c)     the Security Documents and the Liens granted thereunder continue in full force and effect in accordance with their terms notwithstanding the Amending Agreement and the amendments to the Credit Agreement and the Forbearance Agreement effected thereby;

(d)     the secured liabilities described in the Security Documents include indebtedness, liabilities and obligations arising under or in relation to the Amended Credit Agreement and the Amended Forbearance Agreement, and the Liens granted thereunder extend thereto; and

(e)     all references to the "this Agreement", the "Forbearance Agreement" or the "Credit Agreement" and all similar references in any of the other Loan Documents shall hereafter mean and be a reference to the Amended Forbearance Agreement or the Amended Credit Agreement, as applicable, without any requirement to amend such Loan Documents.

[signatures on the next following pages]

*Iovate Amending Agreement No. 10*

**IN WITNESS WHEREOF** the undersigned has caused this Confirmation to be duly executed as of the date set out on the first page of the Amending Agreement.

XIWANG IOVATE HOLDINGS COMPANY LIMITED

By: _____

Name: Di Wang
Title: Director

By: _____

Name: Xiyao Michael Liu
Title: Director

**IN WITNESS WHEREOF** the undersigned has caused this Confirmation to be duly executed as of the date set out on the first page of the Amending Agreement.

**IOVATE HEALTH SCIENCES INTERNATIONAL INC.**

By: _____
Name: Di Wang
Title: Director

By: _____
Name: Xiyao Michael Liu
Title: Director

**IN WITNESS WHEREOF** the undersigned has caused this Confirmation to be duly executed as of the date set out on the first page of the Amending Agreement.

**IOVATE HEALTH SCIENCES U.S.A. INC.**

By: _____

Name: Di Wang
Title: Director


By: _____

Name: Xiyao Michael Liu
Title: Director

IN WITNESS WHEREOF the undersigned has caused this Confirmation to be duly executed as of the date set out on the first page of the Amending Agreement.

NORTHERN INNOVATIONS HOLDING CORP.

By: _____
    Name: Di Wang
    Title: Director

By: _____
    Name: Xiyao Michael Liu
    Title: Director

**IN WITNESS WHEREOF** the undersigned has caused this Confirmation to be duly executed as of the date set out on the first page of the Amending Agreement.

**IOVATE HEALTH SCIENCES AUSTRALIA PTY LTD**

By: _____

Name: Xiyao Michael Liu
Title: Director

By: _____

Name: Tanya Mistry
Title: Director

# Exhibit B

*Execution Version*

### GENERAL SECURITY AGREEMENT

This General Security Agreement is made as of December 21, 2016.

**TO**:    Name:          HSBC BANK CANADA, as administrative agent
Address:       70 York Street, Toronto, ON M5J 1S9
Attention:     Agency Administrator
Facsimile:     647-788-2185
E-mail:        cacmbagency2@hsbc.ca

**RECITALS:**

A.    Xiwang Iovate Health Science International Inc. and Iovate Health Sciences International Inc., as borrowers, the financial institutions and other parties thereto from time to time, as lenders, HSBC Bank Canada, as administrative agent, and HSBC Bank Canada and The Toronto-Dominion Bank, as joint lead arrangers and joint bookrunners, are *inter alios* party to a credit agreement dated as of November 22, 2016 (as amended, supplemented, restated or replaced from time to time, the "**Credit Agreement**").

B.    To secure the payment and performance of its Secured Liabilities, each Debtor has agreed to grant to the Agent (for its own benefit and for the benefit of the other Secured Parties) the Security Interests with respect to its Collateral in accordance with the terms of this Agreement.

For good and valuable consideration, the receipt and adequacy of which are acknowledged by each Debtor, each Debtor severally (and not jointly or jointly and severally) agrees with and in favour of the Agent (for its own benefit and for the benefit of the other Secured Parties) as follows:

1.    **Definitions**.  In this Agreement capitalized terms used but not otherwise defined in this Agreement shall have the meanings given to them in the Credit Agreement, and the following terms have the following meanings:

"**Accessions**", "**Account**", "**Chattel Paper**", "**Certificated Security**", "**Consumer Goods**", "**Document of Title**", "**Equipment**", "**Futures Account**", "**Futures Contract**", "**Futures Intermediary**", "**Goods**", "**Instrument**", "**Intangible**", "**Inventory**", "**Investment Property**", "**Money**", "**Proceeds**", "**Securities Account**", "**Securities Intermediary**" "**Security**", "**Security Certificate**", "**Security Entitlement**", and "**Uncertificated Security**" have the meanings given to them in the PPSA.

"**Agent**" means HSBC Bank Canada, in its capacity as administrative agent for the lenders under the Credit Agreement, or any successor administrative agent appointed pursuant to the Credit Agreement.

"**Agreement**" means this agreement, including the exhibits and recitals to this agreement, the Supplements and the Schedules, as it or they may be amended, supplemented, restated or replaced from time to time, and the expressions "hereof", "herein", "hereto", "hereunder", "hereby" and similar expressions refer to this Agreement and not to any particular section or other portion of this Agreement.

*Iovate GSA*

"**Books and Records**" means, with respect to any Debtor, all books, records, files, papers, disks, documents and other repositories of data recording in any form or medium, evidencing or relating to the Personal Property of such Debtor which are at any time owned by such Debtor or to which such Debtor (or any Person on such Debtor's behalf) has access.

"**Collateral**" means, with respect to any Debtor, all of the present and future:

      (a)     undertaking;

      (b)     Personal Property (other than Excluded CFC Securities but including any Personal Property that may be described in any Schedule to this Agreement or any schedules, documents or listings that such Debtor may from time to time provide to the Agent in connection with this Agreement); and

      (c)     real property (including any real property that may be described in any Schedule to this Agreement or any schedules, documents or listings that such Debtor may from time to time provide to the Agent in connection with this Agreement and including all fixtures, improvements, buildings and other structures placed, installed or erected from time to time on any such real property),

of such Debtor, including Books and Records, Contracts, Intellectual Property Rights and Permits, and including all such property in which such Debtor now or in the future has any right, title or interest whatsoever, whether owned, leased, licensed, possessed or otherwise held by such Debtor, and all Proceeds of any of the foregoing, wherever located.

"**Contracts**" means, with respect to any Debtor, all contracts and agreements to which such Debtor is at any time a party or pursuant to which such Debtor has at any time acquired rights, and includes (i) all rights of such Debtor to receive money due and to become due to it in connection with a contract or agreement, (ii) all rights of such Debtor to damages arising out of, or for breach or default with respect to, a contract or agreement, and (iii) all rights of such Debtor to perform and exercise all remedies in connection with a contract or agreement.

"**Control Person**" means a "control person", as such term is defined under applicable Canadian securities laws.

"**Credit Agreement**" has the meaning set out in the recitals hereto.

"**Debtors**" means the Persons delivering a signature page to this Agreement and any other Person which hereafter delivers a Supplement, and "**Debtor**" means any one of them.

"**Excluded CFC Securities**" means, at any time with respect to any Pledged CFC Issuer, those Issuer Voting Securities of such Pledged CFC Issuer representing in excess of 65% of the total combined voting power of each class of its Issuer Voting Securities at such time.

"**Event of Default**" means any "Event of Default" as defined in the Credit Agreement.

"**Exhibits**" means the exhibits to this Agreement.

*Iovate GSA*

"**Intellectual Property Rights**" means, with respect to any Debtor, all industrial and intellectual property rights of such Debtor or in which such Debtor has any right, title or interest, including copyrights, patents, inventions (whether or not patented), trade-marks, get-up and trade dress, industrial designs, integrated circuit topographies, plant breeders' rights, know how and trade secrets, registrations and applications for registration for any such industrial and intellectual property rights, and all Contracts related to any such industrial and intellectual property rights.

"**Issuer**" has the meaning given to that term in the STA.

"**Issuer Voting Securities**" means, at any time, Securities or Securities Entitlements of an Issuer entitled, at such time, to vote for the election of directors of such Issuer.

"**Organizational Documents**" means, with respect to any Person, such Person's articles or other charter documents, by-laws, unanimous shareholder agreement, partnership agreement or trust agreement, as applicable, and any and all other similar agreements, documents and instruments relative to such Person.

"**Permits**" means, with respect to any Debtor, all permits, licences, waivers, exemptions, consents, certificates, authorizations, approvals, franchises, rights-of-way, easements and entitlements that such Debtor has, requires or is required to have, to own, possess or operate any of its property or to operate and carry on any part of its business.

"**Personal Property**" means personal property and includes Accounts, Chattel Paper, Documents of Title, Equipment, Goods, Instruments, Intangibles, Inventory, Investment Property and Money.

"**Pledged Certificated Securities**" means, with respect to any Debtor, any and all Collateral of such Debtor that is a Certificated Security.

"**Pledged CFC Issuer**" means, at any time, any Pledged Issuer with respect to any Debtor which is at such time a CFC or a CFC Holdco of such Debtor.

"**Pledged Futures Contracts**" means, with respect to any Debtor, any and all Collateral of such Debtor that is a Futures Contract.

"**Pledged Futures Accounts**" means, with respect to any Debtor, any and all Collateral of such Debtor that is a Futures Account.

"**Pledged Futures Intermediary**" means, at any time, any Person which is at such time is a Futures Intermediary at which a Pledged Futures Account is maintained.

"**Pledged Futures Intermediary's Jurisdiction**" means, with respect to any Pledged Futures Intermediary, its jurisdiction as determined under section 7.1(4) of the PPSA.

"**Pledged Issuer**" means, with respect to any Debtor at any time, any Person which is an Issuer of, or with respect to, any Pledged Shares of such Debtor at such time.

"**Pledged Issuer's Jurisdiction**" means, with respect to any Pledged Issuer, its jurisdiction as determined under section 44 of the STA.

"**Pledged Securities**" means, with respect to any Debtor, any and all Collateral of such Debtor that is a Security.

"**Pledged Securities Accounts**" means, with respect to any Debtor, any and all Collateral of such Debtor that is a Securities Account.

"**Pledged Securities Intermediary**" means, at any time, any Person which is at such time a Securities Intermediary at which a Pledged Securities Account is maintained.

"**Pledged Securities Intermediary's Jurisdiction**" means, with respect to any Pledged Securities Intermediary, its jurisdiction as determined under section 45(2) of the STA.

"**Pledged Security Certificates**" means, with respect to any Debtor, any and all Security Certificates of such Debtor representing the Pledged Certificated Securities.

"**Pledged Security Entitlements**" means, with respect to any Debtor, any and all Collateral of such Debtor that is a Security Entitlement.

"**Pledged Shares**" means, with respect to any Debtor, all Pledged Securities and Pledged Security Entitlements of such Debtor.

"**Pledged Uncertificated Securities**" means, with respect to any Debtor, any and all Collateral of such Debtor that is an Uncertificated Security.

"**PPSA**" means the *Personal Property Security Act* of the Province referred to in the "Governing Law" section of this Agreement, as such legislation may be amended, renamed or replaced from time to time, and includes all regulations from time to time made under such legislation.

"**Receiver**" means an interim receiver, a receiver, a manager or a receiver and manager.

"**Reporting Pledged Issuer**" means a Pledged Issuer that is a "reporting issuer", as such term is defined under applicable Canadian securities laws.

"**Secured Liabilities**" means, with respect to any Debtor, all present and future indebtedness, liabilities and obligations of any and every kind, nature and description (whether direct or indirect, joint or several, absolute or contingent, matured or unmatured) of such Debtor to the Secured Parties (or any of them) under, in connection with or with respect to the Transaction Documents (including Secured Cash Management Obligations and Secured Hedge Obligations), and any unpaid balance thereof. Notwithstanding the foregoing or anything else in any Transaction Document, Excluded Swap Obligations of a Guarantor shall not constitute Secured Liabilities for the purposes of this Agreement with respect to such Guarantor.

"**Secured Parties**" means, collectively, the Agent, the Secured Cash Management Provider, the Secured Hedge Counterparties, and the Lenders, and "**Secured Party**" means any one of them.

*Iovate GSA*

"**Schedules**" means the schedules to this Agreement.

"**Security Interests**" means, with respect to any Debtor, the Liens created by such Debtor in favour of the Agent (for its own benefit and for the benefit of the other Secured Parties) under this Agreement.

"**STA**" means the *Securities Transfer Act* of the Province referred to in the "Governing Law" section of this Agreement, as such legislation may be amended, renamed or replaced from time to time, and includes all regulations from time to time made under such legislation.

"**Subsidiary**" means, with respect to any Person (the "**parent**") at any date, any other Person (a) of which securities or other ownership interests representing more than 50% of the equity or more than 50% of the ordinary voting power or, in the case of a partnership, more than 50% of the general partnership interests are, as of such date, owned, controlled or held, or (b) that is, as of such date, otherwise Controlled, by the parent or one or more Subsidiaries of the parent or by the parent and one or more Subsidiaries of the parent.

"**Supplement**" has the meaning given to that term in Section 35.

"**ULC**" means an Issuer that is an unlimited company, unlimited liability corporation or unlimited liability company.

"**ULC Laws**" means the *Companies Act* (Nova Scotia), the *Business Corporations Act* (Alberta), the *Business Corporations Act* (British Columbia) and any other present or future Laws governing ULCs.

"**ULC Shares**" means shares or other equity interests in the capital stock of a ULC.

"**Voting or Equity Securities**" means (a) any "security" (as defined under applicable Canadian securities laws), other than a bond, debenture, note or similar instrument representing indebtedness (whether secured or unsecured), of an issuer carrying a voting right either under all circumstances or under some circumstances that have occurred and are continuing or (b) a security of an issuer that carries a residual right to participate in the earnings of the issuer and, on liquidation or winding up of the issuer, in its assets.

2.      **Grant of Security Interests**.   As general and continuing collateral security for the due payment and performance of its Secured Liabilities, each Debtor pledges, mortgages, charges and assigns (by way of security) to the Agent (for its own benefit and for the benefit of the other Secured Parties), and grants to the Agent (for its own benefit and for the benefit of the other Secured Parties) a security interest in, the Collateral of such Debtor.

3.      **Limitations on Grant of Security Interests**.   If the grant of the Security Interests (i) with respect to any Contract, Intellectual Property Right or Permit under Section 2 would result in the termination or breach of or requires any consent not obtained under such Contract, Intellectual Property Right or Permit, or is otherwise prohibited or ineffective (whether by the terms thereof or under applicable Law), or (ii) with respect to any United States "intent-to-use" trademark applications for which the grant of the Security Interest would impair the validity or

*Iovate GSA*

enforceability of such "intent-to-use" trademark application, then such Contract, Intellectual Property Right, or Permit or trademark application shall not be subject to the Security Interests but shall be held in trust by the applicable Debtor for the benefit of the Agent (for its own benefit and for the benefit of the other Secured Parties) and, on the exercise by the Agent of any of its rights or remedies under this Agreement following an Event of Default shall be assigned by such Debtor as directed by the Agent; provided that: (a) the Security Interests of such Debtor shall attach to such Contract, Intellectual Property Right or Permit, or applicable portion thereof, immediately at such time as the condition causing such termination or breach is remedied, and (b) if a term in a Contract that prohibits or restricts the grant of the Security Interests in the whole of an Account or Chattel Paper forming part of the Collateral is unenforceable against the Agent under applicable Law, then the exclusion from the Security Interests set out above shall not apply to such Account or Chattel Paper. In addition, the Security Interests do not attach to Consumer Goods or extend to the last day of the term of any lease or agreement for lease of real property. Such last day shall be held by the applicable Debtor in trust for the Agent (for its own benefit and for the benefit of the other Secured Parties) and, on the exercise by the Agent of any of its rights or remedies under this Agreement following an Event of Default, shall be assigned by such Debtor as directed by the Agent. For greater certainty, no Intellectual Property Right in any trade-mark, get-up or trade dress is presently assigned to the Agent by sole virtue of the grant of the Security Interests contained in Section 2.

4.    **Attachment; No Obligation to Advance**.  Each Debtor confirms that value has been given by the Secured Parties to such Debtor, that such Debtor has rights in its Collateral existing at the date of this Agreement or the date of any Supplement, as applicable, and that such Debtor and the Agent have not agreed to postpone the time for attachment of the Security Interests to any of the Collateral of such Debtor.  The Security Interests with respect to the Collateral of each Debtor created by this Agreement shall have effect and be deemed to be effective whether or not the Secured Liabilities of such Debtor or any part thereof are owing or in existence before or after or upon the date of this Agreement or the date of any Supplement, as applicable.  Neither the execution and delivery of this Agreement or any Supplement nor the provision of any financial accommodation by any Secured Party shall oblige any Secured Party to make any financial accommodation or further financial accommodation available to any Debtor or any other Person.

5.    **Representations and Warranties**.  Each Debtor represents and warrants to the Agent (for its own benefit and for the benefit of the other Secured Parties) that, as of the date of this Agreement or the date of any Supplement, as applicable:

  (a)    <u>Debtor Information</u>.    All of the information set out in the Schedules and Supplements, as applicable, with respect to such Debtor is accurate and complete.

  (b)    <u>Consents and Transfer Restrictions</u>.

      (i)    Except for any consent that has been obtained and is in full force and effect, no consent of any Person (including any counterparty with respect to any Contract, any account debtor with respect to any Account, or any Governmental Authority with respect to any Permit) is required, or is

purported to be required, for the execution, delivery, performance and enforcement of this Agreement (this representation being given without reference to the exclusions contained in Section 3).  For the purposes of complying with any transfer restrictions contained in the Organizational Documents of any Pledged Issuer, such Debtor hereby irrevocably consents to any transfer of such Debtor's Pledged Securities of such Pledged Issuer.

(ii)     (A) No order ceasing or suspending trading in, or prohibiting the transfer of the Pledged Shares has been issued and no proceedings for this purpose have been instituted, nor does such Debtor have any reason to believe that any such proceedings are pending, contemplated or threatened and (B) the Pledged Shares are not subject to any escrow or other agreement, arrangement, commitment or understanding, prohibiting the transfer of the Pledged Shares, including pursuant to applicable Canadian securities laws or the rules, regulations or policies of any marketplace on which the Pledged Shares are listed, posted or traded.

(c)     <u>No Consumer Goods</u>.  Such Debtor does not own any Consumer Goods which are material in value or which are material to the business, operations, property, condition or prospects (financial or otherwise) of such Debtor.

(d)     <u>Intellectual Property Rights</u>.  All registrations and applications for registration pertaining to any Intellectual Property Rights of owned by such Debtor, all other material Intellectual Property Rights of such Debtor, and the nature of such Debtor's right, title or interest therein, are described in the Schedules and Supplements as applicable, with respect to such Debtor.  Each material registration or application of Intellectual Property Rights owned by such Debtor is valid, subsisting, unexpired, enforceable, and has not been abandoned, and to such Debtor's knowledge, is valid and enforceable.  In the case of copyright works of such Debtor, such Debtor has obtained full and irrevocable waivers of all moral rights or similar rights pertaining to such works.  Except as set out in the Schedules and Supplements, as applicable, none of the Intellectual Property Rights owned by such Debtor have been licensed or franchised by such Debtor to any Person on an exclusive basis or, to the best of such Debtor's knowledge, infringed or otherwise misused by any Person in any material respect.  Except as set out in the Schedules and Supplements, as applicable, to such Debtor's knowledge, the exercise of any Intellectual Property Right of such Debtor, or any licensee or franchisee thereof, has not infringed or otherwise misused any intellectual property right of any other Person in any material respect, and such Debtor has not received and is not aware of any written claim of such infringement or other misuse that has not since been resolved.

(e)     <u>Partnerships, Limited Liability Companies</u>.  The terms of any interest in a partnership or limited liability company that is Collateral of such Debtor expressly provide that such interest is a "security" for the purposes of the STA.

(f)     Due Authorization.   The Pledged Securities of such Debtor have been duly authorized and validly issued and are fully paid and non-assessable.

(g)     Warrants, Options, etc.   There are no outstanding warrants, options or other rights to purchase, or other agreements outstanding with respect to, or property that is now or hereafter convertible into, or that requires the issuance or sale of, any Pledged Shares of such Debtor.

(h)     No Required Disposition.   There is no existing agreement, option, right or privilege capable of becoming an agreement or option pursuant to which such Debtor would be required to sell, redeem or otherwise dispose of any Pledged Shares of such Debtor or under which any Pledged Issuer has any obligation to issue any Securities of such Pledged Issuer to any Person.

(i)     Securities Laws.   Such Debtor is not a Control Person with respect to any Pledged Issuer and the Pledged Shares issued by a Reporting Pledged Issuer do not comprise Voting or Equity Securities of any class (or securities convertible into Voting or Equity Securities of any class) constituting ten per cent or more of the outstanding securities of that class.

6.      **Survival of Representations and Warranties**.   All representations and warranties made by each Debtor in this Agreement (a) are material, (b) shall be considered to have been relied on by the Secured Parties, and (c) shall survive the execution and delivery of this Agreement and any Supplement or any investigation made at any time by or on behalf of any Secured Party and any disposition or payment of the Secured Liabilities until the Lender Termination Date.

7.      **Covenants**.   Each Debtor covenants and agrees with the Agent (for its own benefit and for the benefit of the other Secured Parties) that:

(a)     Further Documentation.   Such Debtor shall from time to time, at the expense of such Debtor, promptly and duly authorize, execute and deliver such further instruments and documents, and take such further action, as the Agent may request, acting reasonably, for the purpose of obtaining or preserving the full benefits of, and the rights and powers granted by, this Agreement (including the filing of any financing statements or financing change statements under any applicable legislation with respect to the Security Interests).   Such Debtor acknowledges that this Agreement has been prepared based on the existing Laws in the Province referred to in the "Governing Law" section of this Agreement and that a change in such Laws, or the Laws of other jurisdictions, may require the execution and delivery of different forms of security documentation. Accordingly, such Debtor agrees that the Agent shall have the right to require that this Agreement be amended, supplemented, restated or replaced, and that such Debtor shall immediately on request by the Agent authorize, execute and deliver any such amendment, supplement, restatement or replacement (i) to reflect any changes in such Laws, whether arising as a result of statutory amendments, court decisions or otherwise, (ii) to facilitate the creation and registration of appropriate

security in all appropriate jurisdictions, or (iii) if such Debtor merges or amalgamates with any other Person or enters into any corporate reorganization, in each case in order to confer on the Agent Liens similar to, and having the same effect as, the Security Interests.

(b)     Maintenance of Records.  Such Debtor shall keep and maintain accurate and complete records of the Collateral of such Debtor, including a record of all payments received and all credits granted with respect to the Accounts and Contracts of such Debtor.  At the written request of the Agent, such Debtor shall mark any Collateral of such Debtor specified by the Agent to evidence the existence of the Security Interests.

(c)     Further Identification of Collateral.  Such Debtor shall promptly furnish to the Agent such statements and schedules further identifying and describing the Collateral of such Debtor, and such other reports in connection with the Collateral of such Debtor, as the Agent may from time to time reasonably request, including an updated list of any motor vehicles or other "serial number" goods owned by such Debtor and classified as Equipment, including vehicle identification numbers, having a Fair Market Value exceeding U.S.$100,000.

(d)     Instruments; Documents of Title; Chattel Paper.  Promptly upon request from time to time by the Agent, such Debtor shall deliver to the Agent, endorsed and/or accompanied by such instruments of assignment and transfer in such form and substance as the Agent may reasonably request, any and all Instruments, Documents of Title and Chattel Paper of such Debtor having a Fair Market Value exceeding U.S. $1,000,000 included in or relating to the Collateral of such Debtor as the Agent may specify in its request.

(e)     Pledged Certificated Securities.  Such Debtor shall deliver to the Agent any and all Pledged Security Certificates of such Debtor and other materials as may be required from time to time to provide the Agent with control over all Pledged Certificated Securities of such Debtor in the manner provided under section 23 of the STA.  At the request of the Agent, such Debtor shall cause all Pledged Security Certificates of such Debtor to be registered in the name of the Agent or its nominee.

(f)     Pledged Uncertificated Securities.  Such Debtor shall deliver to the Agent any and all such documents, agreements and other materials as may be required from time to time to provide the Agent with control over all Pledged Uncertificated Securities of such Debtor in the manner provided under section 24 of the STA. For the purposes of section 27(1) of the STA, this Agreement shall constitute the Debtor's irrevocable consent to entry by a Pledged Issuer into an agreement of the kind referred to in clause 24(1)(b) of the STA.

(g)     Pledged Security Entitlements.  Such Debtor shall deliver to the Agent any and all such documents, agreements and other materials as may be required from time to

time to provide the Agent with control over all Pledged Security Entitlements of such Debtor in the manner provided under section 25 or 26 of the STA.

(h)   Pledged Futures Contracts.   Such Debtor shall deliver to the Agent any and all such documents, agreements and other materials as may be required from time to time to provide the Agent with control over all Pledged Futures Contracts of such Debtor in the manner provided under subsection 1(2) of the PPSA.

(i)   Partnerships, Limited Liability Companies.   Such Debtor shall ensure that the terms of any interest in a partnership or limited liability company that is Collateral of such Debtor shall expressly provide that such interest is a "security" for the purposes of the STA.

(j)   Transfer Restrictions.   If the constating documents of any Pledged Issuer (other than a ULC) restrict the transfer of the Securities of such Pledged Issuer, then such Debtor shall deliver to the Agent a certified copy of a resolution of the directors, shareholders, unitholders or partners of such Pledged Issuer, as applicable, consenting to the transfer(s) contemplated by this Agreement, including any prospective transfer of the Collateral of such Debtor by the Agent upon a realization on the Security Interests.

(k)   Notices.   Such Debtor shall advise the Agent promptly, in reasonable detail, of:

   (i)   (upon knowledge by such Debtor thereof) any change to a Pledged Securities Intermediary's Jurisdiction, Pledged Issuer's Jurisdiction or Pledged Future Intermediary's Jurisdiction;

   (ii)   any change in the location of the jurisdiction of incorporation or amalgamation, chief executive office or domicile of such Debtor;

   (iii)   any change in the name of such Debtor;

   (iv)   any additional jurisdiction in which such Debtor has tangible Personal Property;

   (v)   any acquisition of any Intellectual Property Rights which are the subject of a registration or application with any governmental intellectual property or other governing body or registry, or which are material to such Debtor's business (it being understood that such notification shall be concurrent with the delivery of the next Compliance Certificate after the acquisition of such Intellectual Property);

   (vi)   any acquisition of any Instrument, Document of Title or Chattel Paper having a Fair Market Value exceeding U.S. $1,000,000;

*Iovate GSA*

(vii)   the Debtor becoming (or if the Debtor could reasonably be determined to have become) a Control Person with respect to any Reporting Pledged Issuer;

(viii)   the issuance of any order ceasing or suspending trading in, or prohibiting the transfer of any Pledged Shares or the institution of proceedings for such purpose, or if such Debtor has any reason to believe that any such proceedings are pending, contemplated or threatened; or

(ix)   any occurrence of any event, claim or occurrence that could reasonably be expected to have a material adverse effect on the value of the Collateral of such Debtor or on the Security Interests.

Such Debtor shall not effect or permit any of the changes referred to in clauses (ii) through (viii) above unless all filings have been made and all other actions taken that are required in order for the Agent to continue at all times following such change to have a valid and perfected first priority Security Interest with respect to all of the Collateral of such Debtor.

8.   **Voting Rights**.  Unless an Event of Default has occurred and is continuing, each Debtor shall be entitled to exercise all voting power from time to time exercisable with respect to the Pledged Shares of such Debtor and give consents, waivers and ratifications with respect thereto; provided, however, that no vote shall be cast or consent, waiver or ratification given or action taken which would be, or would have a reasonable likelihood of being, prejudicial to the interests of the Secured Parties or which would have the effect of reducing the value of the Collateral of such Debtor as security for the Secured Liabilities of such Debtor or imposing any restriction on the transferability of any of the Collateral of such Debtor.  Unless an Event of Default has occurred and is continuing, the Agent shall, from time to time at the request and expense of the applicable Debtor, execute or cause to be executed, with respect to all Pledged Securities of such Debtor that are registered in the name of the Agent or its nominee, valid proxies appointing such Debtor as its (or its nominee's) proxy to attend, vote and act for and on behalf of the Agent or such nominee, as the case may be, at any and all meetings of the applicable Pledged Issuer's shareholders or debt holders, all Pledged Securities that are registered in the name of the Agent or such nominee, as the case may be, and to execute and deliver, consent to or approve or disapprove of or withhold consent to any resolutions in writing of shareholders or debt holders of the applicable Pledged Issuer for and on behalf of the Agent or such nominee, as the case may be.  Immediately upon the occurrence and during the continuance of any Event of Default, all such rights of the applicable Debtor to vote and give consents, waivers and ratifications shall cease and the Agent or its nominee shall be entitled to exercise all such voting rights and to give all such consents, waivers and ratifications.

9.   **Dividends; Interest**.  Unless an Event of Default has occurred and is continuing, each Debtor shall be entitled to receive any and all cash dividends, interest, principal payments and other forms of cash distribution on the Pledged Shares of such Debtor which it is otherwise entitled to receive, but any and all stock and/or liquidating dividends, distributions of property, returns of capital or other distributions made on or with respect to the Pledged Shares of such Debtor, whether resulting from a subdivision, combination or reclassification of the outstanding

capital stock of any Pledged Issuer of such Debtor or received in exchange for such Pledged Shares or any part thereof or as a result of any amalgamation, merger, consolidation, acquisition or other exchange of property to which any Pledged Issuer of such Debtor may be a party or otherwise, and any and all cash and other property received in exchange for any Pledged Shares of such Debtor shall be and become part of the Collateral of such Debtor subject to the Security Interests and with respect to any Security Certificates, if received by such Debtor, shall forthwith be delivered to the Agent or its nominee (accompanied, if appropriate, by proper instruments of assignment and/or stock powers of attorney executed by such Debtor in accordance with the Agent's instructions) to be held subject to the terms of this Agreement; and if any of the Pledged Security Certificates have been registered in the name of the Agent or its nominee, the Agent shall execute and deliver (or cause to be executed and delivered) to such Debtor all such dividend orders and other instruments as such Debtor may request for the purpose of enabling such Debtor to receive the dividends, distributions or other payments which such Debtor is authorized to receive and retain pursuant to this Section. If an Event of Default has occurred and is continuing, all rights of such Debtor pursuant to this Section shall cease and the Agent shall have the sole and exclusive right and authority to receive and retain the cash dividends, interest, principal payments and other forms of cash distribution which such Debtor would otherwise be authorized to retain pursuant to this Section. Any money and other property paid over to or received by the Agent pursuant to the provisions of this Section shall be retained by the Agent as additional Collateral hereunder and be applied in accordance with the provisions of this Agreement.

10.     **Rights on Event of Default**. If an Event of Default has occurred and is continuing, then and in every such case the Security Interests of each Debtor shall become enforceable and the Agent, in addition to any rights now or hereafter existing under applicable Law may, personally or by agent, at such time or times as the Agent in its discretion may determine, do any one or more of the following:

(a)     <u>Rights under PPSA, etc</u>. Exercise against any or all Debtors all of the rights and remedies granted to secured parties under the PPSA and any other applicable statute, or otherwise available to the Agent by contract, at law or in equity.

(b)     <u>Demand Possession</u>. Demand possession of any or all of the Collateral of any or all Debtors, in which event each such Debtor shall, at the expense of such Debtor, immediately cause the Collateral of such Debtor designated by the Agent to be assembled and made available and/or delivered to the Agent at any place designated by the Agent.

(c)     <u>Take Possession</u>. Enter on any premises where any Collateral of any or all Debtors is located and take possession of, disable or remove such Collateral.

(d)     <u>Deal with Collateral</u>. Hold, store and keep idle, or operate, lease or otherwise use or permit the use of, any or all of the Collateral of any or all Debtors for such time and on such terms as the Agent may determine, and demand, collect and retain all earnings and other sums due or to become due from any Person with respect to any of the Collateral of any or all Debtors.

*Iovate GSA*

(e)     Carry on Business.  Carry on, or concur in the carrying on of, any or all of the business or undertaking of any or all Debtors and enter on, occupy and use (without charge by such Debtor) any of the premises, buildings, plant and undertaking of, or occupied or used by, any or all Debtors.

(f)     Enforce Collateral.  Seize, collect, receive, enforce or otherwise deal with any Collateral of any or all Debtors in such manner, on such terms and conditions and at such times as the Agent deems advisable.

(g)     Dispose of Collateral.  Realize on any or all of the Collateral of any or all Debtors and sell, lease, assign, give options to purchase, or otherwise dispose of and deliver any or all of the Collateral of any or all Debtors (or contract to do any of the above), in one or more parcels at any public or private sale, at any exchange, broker's board or office of the Agent or elsewhere, with or without advertising or other formality, except as required by applicable Law, on such terms and conditions as the Agent may deem advisable and at such prices as it may deem best, for cash or on credit or for future delivery.

(h)     Court-Approved Disposition of Collateral.  Obtain from any court of competent jurisdiction an order for the sale or foreclosure of any or all of the Collateral of any or all Debtors.

(i)     Purchase by Agent.  At any public sale, and to the extent permitted by Law on any private sale, bid for and purchase any or all of the Collateral of any or all Debtors offered for sale and, upon compliance with the terms of such sale, hold, retain, sell or otherwise dispose of such Collateral without any further accountability to any Debtor or any other Person with respect to such holding, retention, sale or other disposition, except as required by Law.  In any such sale to the Agent, the Agent may, for the purpose of making payment for all or any part of the Collateral of any Debtor so purchased, use any claim for any or all of the Secured Liabilities of such Debtor then due and payable to it as a credit against the purchase price.

(j)     Collect Accounts.  Notify (whether in its own name or in the name of any Debtor) the account debtors under any Accounts of any or all Debtors of the assignment of such Accounts to the Agent and direct such account debtors to make payment of all amounts due or to become due to any or all Debtors with respect to such Accounts directly to the Agent and, upon such notification and at the expense of any such Debtor, enforce collection of any such Accounts, and adjust, settle or compromise the amount or payment of such Accounts, in such manner and to such extent as the Agent deems appropriate in the circumstances.

(k)     Transfer of Collateral.  Transfer any Collateral of any or all Debtors that is Pledged Shares into the name of the Agent or its nominee.

(l)     Voting.  Vote any or all of the Pledged Shares of any or all Debtors (whether or not transferred to the Agent or its nominee) and give or withhold all consents,

waivers and ratifications with respect thereto and otherwise act with respect thereto as though it were the outright owner thereof.

(m)     Exercise Other Rights.  Exercise any and all rights, privileges, entitlements and options pertaining to any Collateral of any or all Debtors that is Pledged Shares as if the Agent were the absolute owner of such Pledged Shares.

(n)     Dealing with Contracts and Permits.  Deal with any and all Contracts and Permits of any or all Debtors to the same extent as any such Debtor might (including the enforcement, realization, sale, assignment, transfer, and requirement for continued performance), all on such terms and conditions and at such time or times as may seem advisable to the Agent.

(o)     Payment of Liabilities.   Pay any liability secured by any Lien against any Collateral of any or all Debtors.  Each such Debtor shall immediately on demand reimburse the Agent for all such payments and, until paid, any such reimbursement obligation shall form part of the Secured Liabilities of such Debtor and shall be secured by the Security Interests of such Debtor.

(p)     Borrow and Grant Liens.  Borrow money for the maintenance, preservation or protection of any Collateral of any or all Debtors or for carrying on any of the business or undertaking of any or all Debtors and grant Liens on any Collateral of any or all Debtors (in priority to the Security Interests of any or all Debtors or otherwise) as security for the money so borrowed.  Each such Debtor shall immediately on demand reimburse the Agent for all such borrowings and, until paid, any such reimbursement obligations shall form part of the Secured Liabilities of such Debtor and shall be secured by the Security Interests of such Debtor.

(q)     Appoint Receiver.  Appoint by instrument in writing one or more Receivers of any or all Debtors or any or all of the Collateral of any or all Debtors with such rights, powers and authority (including any or all of the rights, powers and authority of the Agent under this Agreement) as may be provided for in the instrument of appointment or any supplemental instrument, and remove and replace any such Receiver from time to time.   To the extent permitted by applicable Law, any Receiver appointed by the Agent shall (for purposes relating to responsibility for the Receiver's acts or omissions) be considered to be the agent of any such Debtor and not of the Agent or any of the other Secured Parties.

(r)     Court-Appointed Receiver.  Obtain from any court of competent jurisdiction an order for the appointment of a Receiver of any or all Debtors or of any or all of the Collateral of any or all Debtors.

(s)     Consultants.  Require any or all Debtors to engage a consultant of the Agent's choice, or engage a consultant on its own behalf, such consultant to receive the full cooperation and support of each such Debtor and its agents and employees,

*Iovate GSA*

including unrestricted access to the premises of each such Debtor and the Books and Records of each such Debtor; all reasonable fees and expenses of such consultant shall be for the account of each such Debtor and each such Debtor hereby authorizes any such consultant to report directly to the Agent and to disclose to the Agent any and all information obtained in the course of such consultant's employment.

The Agent may exercise any or all of the foregoing rights and remedies without demand of performance or other demand, presentment, protest, advertisement or notice of any kind (except as required by applicable Law) to or on any Debtor or any other Person, and each Debtor hereby waives each such demand, presentment, protest, advertisement and notice to the extent permitted by applicable Law.  None of the above rights or remedies shall be exclusive of or dependent on or merge in any other right or remedy, and one or more of such rights and remedies may be exercised independently or in combination from time to time.  Each Debtor acknowledges and agrees that any action taken by the Agent hereunder following the occurrence and during the continuance of an Event of Default shall not be rendered invalid or ineffective as a result of the curing of the Event of Default on which such action was based.

11.    **Realization Standards**.  To the extent that applicable Law imposes duties on the Agent to exercise remedies in a commercially reasonable manner and without prejudice to the ability of the Agent to dispose of the Collateral in any such manner, each Debtor acknowledges and agrees that it is not commercially unreasonable for the Agent to (or not to) (a) incur expenses reasonably deemed significant by the Agent to prepare the Collateral of such Debtor for disposition or otherwise to complete raw material or work in process into finished goods or other finished products for disposition, (b) fail to obtain third party consents for access to the Collateral of such Debtor to be disposed of, (c) fail to exercise collection remedies against account debtors or other Persons obligated on the Collateral of such Debtor or to remove Liens against the Collateral of such Debtor, (d) exercise collection remedies against account debtors and other Persons obligated on the Collateral of such Debtor directly or through the use of collection agencies and other collection specialists, (e) dispose of Collateral of such Debtor by way of public auction, public tender or private contract, with or without advertising and without any other formality, (f) contact other Persons, whether or not in the same business of such Debtor, for expressions of interest in acquiring all or any portion of the Collateral of such Debtor, (g) hire one or more professional auctioneers to assist in the disposition of the Collateral of such Debtor, whether or not such Collateral is of a specialized nature or an upset or reserve bid or price is established, (h) dispose of the Collateral of such Debtor by utilizing internet sites that provide for the auction of assets of the types included in such Collateral or that have the reasonable capacity of doing so, or that match buyers and sellers of assets, (i) dispose of assets in wholesale rather than retail markets, (j) disclaim disposition warranties, such as title, possession or quiet enjoyment, (k) purchase insurance or credit enhancements to insure the Agent against risks of loss, collection or disposition of the Collateral of such Debtor or to provide to the Agent a guaranteed return from the collection or disposition of such Collateral, (l) to the extent deemed appropriate by the Agent, obtain the services of other brokers, investment bankers, consultants and other professionals to assist the Agent in the collection or disposition of any of the Collateral of such Debtor, (m) dispose of Collateral of such Debtor in whole or in part, and (n) dispose of

*Iovate GSA*

Collateral of such Debtor to a customer of the Agent, and (o) establish an upset or reserve bid price with respect to Collateral of such Debtor.

12.     **Grant of Licence**.   For the purpose of enabling the Agent to exercise its rights and remedies under this Agreement when the Agent is entitled to exercise such rights and remedies, and at no other time and for no other purpose, each Debtor grants to the Agent an irrevocable (for clarity, only during the time the Agent is entitled to exercise its rights and remedies under this Agreement), non-exclusive licence (exercisable without payment of royalty or other compensation to such Debtor) to use, license or sublicence any or all of the Intellectual Property Rights of such Debtor, including in such licence reasonable access to all media in which any of the licensed items may be recorded or stored and to all computer programs used for the compilation or printout of the same, in each case, subject to any Grantor's security policies and obligations of confidentiality; provided, however, that nothing in this Section 12 shall require a Debtor to grant any license that is prohibited by any applicable Law, statute or regulation or is prohibited by, or constitutes a breach or default under or results in the termination of or gives rise to any right of acceleration, modification or cancellation under any contract, license, agreement, instrument or other document evidencing, giving rise to a right to use or therefore granted with respect to such property.  For any trade-marks, get up and trade dress and other business indicia, such licence includes an obligation on the part of the Agent to maintain the standards of quality maintained by such Debtor.  For copyright works, such licence shall include the benefit of any waivers of moral rights and similar rights available to such Debtor.

13.     **Securities Laws**.   The Agent is authorized, in connection with any offer or sale of any Pledged Shares of any Debtor, to comply with any limitation or restriction as it may be advised by counsel is necessary to comply with applicable Law, including compliance with procedures that may restrict the number of prospective bidders and purchasers, requiring that prospective bidders and purchasers have certain qualifications, and restricting prospective bidders and purchasers to Persons who will represent and agree that they are purchasing for their own account or investment and not with a view to the distribution or resale of such Securities.  In addition to and without limiting Section 11, each Debtor further agrees that compliance with any such limitation or restriction shall not result in a sale being considered or deemed not to have been made in a commercially reasonable manner, and the Agent shall not be liable or accountable to such Debtor for any discount allowed by reason of the fact that such Pledged Shares are sold in compliance with any such limitation or restriction.  If the Agent chooses to exercise its right to sell any or all Pledged Shares of any Debtor, upon written request, such Debtor shall cause each applicable Pledged Issuer to furnish to the Agent all such information as the Agent may request in order to determine the number of shares and other instruments included in the Collateral of such Debtor which may be sold by the Agent in exempt transactions under any Laws governing securities, and the rules and regulations of any applicable securities regulatory body thereunder, as the same are from time to time in effect.

14.     **ULC Shares**.   Each Debtor acknowledges that certain of the Collateral of such Debtor may now or in the future consist of ULC Shares, and that it is the intention of the Agent and each Debtor that neither the Agent nor any other Secured Party should under any circumstances prior to realization thereon be held to be a "member" or a "shareholder", as applicable, of a ULC for the purposes of any ULC Laws.  Therefore, notwithstanding any provisions to the contrary

contained in this Agreement, the Credit Agreement or any other Transaction Document, where a Debtor is the registered owner of ULC Shares which are Collateral of such Debtor, such Debtor shall remain the sole registered owner of such ULC Shares until such time as such ULC Shares are effectively transferred into the name of the Agent, any other Secured Party, or any other Person on the books and records of the applicable ULC. Accordingly, each Debtor shall be entitled to receive and retain for its own account any dividend on or other distribution, if any, with respect to such ULC Shares (except for any dividend or distribution comprised of Pledged Security Certificates of such Debtor, which shall be delivered to the Agent to hold hereunder) and shall have the right to vote such ULC Shares and to control the direction, management and policies of the applicable ULC to the same extent as such Debtor would if such ULC Shares were not pledged to the Agent pursuant hereto. Nothing in this Agreement, the Credit Agreement or any other Transaction Document is intended to, and nothing in this Agreement, the Credit Agreement or any other Transaction Document shall, constitute the Agent, any other Secured Party, or any other Person other than the applicable Debtor, a member or shareholder of a ULC for the purposes of any ULC Laws (whether listed or unlisted, registered or beneficial), until such time as notice is given to such Debtor and further steps are taken pursuant hereto or thereto so as to register the Agent, any other Secured Party, or such other Person, as specified in such notice, as the holder of the ULC Shares. To the extent any provision hereof would have the effect of constituting the Agent or any other Secured Party as a member or a shareholder, as applicable, of any ULC prior to such time, such provision shall be severed herefrom and shall be ineffective with respect to ULC Shares which are Collateral of any Debtor without otherwise invalidating or rendering unenforceable this Agreement or invalidating or rendering unenforceable such provision insofar as it relates to Collateral of any Debtor which is not ULC Shares. Except upon the exercise of rights of the Agent to sell, transfer or otherwise dispose of ULC Shares in accordance with this Agreement, each Debtor shall not cause or permit, or enable a Pledged Issuer that is a ULC to cause or permit, the Agent or any other Secured Party to: (a) be registered as a shareholder or member of such Pledged Issuer; (b) have any notation entered in their favour in the share register of such Pledged Issuer; (c) be held out as shareholders or members of such Pledged Issuer; (d) receive, directly or indirectly, any dividends, property or other distributions from such Pledged Issuer by reason of the Agent holding the Security Interests over the ULC Shares; or (e) act as a shareholder of such Pledged Issuer, or exercise any rights of a shareholder including the right to attend a meeting of shareholders of such Pledged Issuer or to vote its ULC Shares.

15.   **Application of Proceeds**.   All Proceeds of Collateral of any Debtor received by the Agent or a Receiver shall be applied as set out in the Credit Agreement.

16.   **Continuing Liability of Debtor**.   Each Debtor shall remain liable for any Secured Liabilities of such Debtor that are outstanding following realization of all or any part of the Collateral of such Debtor and the application of the Proceeds thereof.

17.   **Agent's Appointment as Attorney-in-Fact**.   Effective upon the occurrence and during the continuance of an Event of Default, each Debtor constitutes and appoints the Agent and any officer or agent of the Agent, with full power of substitution, as such Debtor's true and lawful attorney-in-fact with full power and authority in the place of such Debtor and in the name of such Debtor or in its own name, from time to time in the Agent's discretion, to take any and all

appropriate action and to execute any and all documents and instruments as, in the opinion of such attorney, may be necessary or desirable to accomplish the purposes of this Agreement. Without limiting the effect of this Section, each Debtor grants the Agent an irrevocable proxy to vote the Pledged Shares of such Debtor and to exercise all other rights, powers, privileges and remedies to which a holder thereof would be entitled (including giving or withholding written consents of shareholders, calling special meetings of shareholders and voting at such meetings), which proxy shall be effective, automatically and without the necessity of any action (including any transfer of any Pledged Shares of such Debtor on the books and records of a Pledged Issuer or Pledged Securities Intermediary, as applicable), upon the occurrence of an Event of Default. These powers are coupled with an interest and are irrevocable until the Lender Termination Date. Nothing in this Section affects the right of the Agent as secured party or any other Person on the Agent's behalf, to sign and file or deliver (as applicable) all such financing statements, financing change statements, notices, verification statements and other documents relating to the Collateral and this Agreement as the Agent or such other Person considers appropriate. Each Debtor hereby ratifies and confirms, and agrees to ratify and confirm, whatever lawful acts the Agent or any of the Agent's sub-agents, nominees or attorneys do or purport to do in exercise of the power of attorney granted to the Agent pursuant to this Section.

18.     **Performance by Agent of Debtor's Obligations**.  If any Debtor fails to perform or comply with any of the obligations of such Debtor under this Agreement, the Agent may, but need not, perform or otherwise cause the performance or compliance of such obligation, provided that such performance or compliance shall not constitute a waiver, remedy or satisfaction of such failure.  The expenses of the Agent incurred in connection with any such performance or compliance shall be payable by such Debtor to the Agent immediately on demand, and until paid, any such expenses shall form part of the Secured Liabilities of such Debtor and shall be secured by the Security Interests of such Debtor.

19.     **Severability**.  Any provision of this Agreement that is prohibited or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective to the extent of such prohibition or unenforceability and shall be severed from the balance of this Agreement, all without affecting the remaining provisions of this Agreement or affecting the validity or enforceability of such provision in any other jurisdiction.

20.     **Rights of Agent; Limitations on Agent's Obligations**.

(a)     Limitations on Liability of Secured Parties.  Neither the Agent nor any other Secured Party shall be liable to any Debtor or any other Person for any failure or delay in exercising any of the rights of such Debtor under this Agreement (including any failure to take possession of, collect, sell, lease or otherwise dispose of any Collateral of such Debtor, or to preserve rights against prior parties).  Neither the Agent, any other Secured Party, a Receiver, nor any agent thereof (including, in Alberta or British Columbia, any sheriff) is required to take, or shall have any liability for any failure to take or delay in taking, any steps necessary or advisable to preserve rights against other Persons under any Collateral of any Debtor in its possession.  Neither the Agent, any other Secured Party, any Receiver, nor any agent thereof shall be liable for any, and each Debtor

*Iovate GSA*

shall bear the full risk of all, loss or damage to any and all of the Collateral of such Debtor (including any Collateral of such Debtor in the possession of the Agent, any other Secured Party, any Receiver, or any agent thereof) caused for any reason other than the gross negligence or wilful misconduct of the Agent, such other Secured Party, such Receiver or such agent thereof (or their respective officers, employees or representatives).

(b)     Debtors Remain Liable under Accounts and Contracts.  Notwithstanding any provision of this Agreement, each Debtor shall remain liable under each of the documents giving rise to the Accounts of such Debtor and under each of the Contracts of such Debtor to observe and perform all the conditions and obligations to be observed and performed by such Debtor thereunder, all in accordance with the terms of each such document and Contract.  Neither the Agent nor any other Secured Party shall have any obligation or liability under any Account of any Debtor (or any document giving rise thereto) or Contract of any Debtor by reason of or arising out of this Agreement or the receipt by the Agent of any payment relating to such Account or Contract pursuant hereto, and in particular (but without limitation), neither the Agent nor any other Secured Party shall be obligated in any manner to perform any of the obligations of any Debtor under or pursuant to any Account of such Debtor (or any document giving rise thereto) or under or pursuant to any Contract of such Debtor, to make any payment, to make any inquiry as to the nature or the sufficiency of any payment received by it or as to the sufficiency of any performance by any party under any Account of such Debtor (or any document giving rise thereto) or under any Contract of such Debtor, to present or file any claim, to take any action to enforce any performance or to collect the payment of any amounts which may have been assigned to it or to which it may be entitled at any time.

(c)     Collections on Accounts and Contracts.  Each Debtor shall be authorized to, at any time that an Event of Default is not continuing, collect the Accounts of such Debtor and payments under the Contracts of such Debtor in the normal course of the business of such Debtor and for the purpose of carrying on the same.  If required by the Agent at any time, any payments of Accounts of such Debtor or under Contracts of such Debtor, when collected by such Debtor, shall be forthwith (and, in any event, within two Business Days) deposited by such Debtor in the exact form received, duly endorsed by such Debtor to the Agent if required, in a special collateral account maintained by the Agent, and until so deposited, will be held by such Debtor in trust for the Agent, segregated from the other funds of such Debtor.  All such amounts while held by the Agent (or by such Debtor in trust for the Agent) and all income with respect thereto shall continue to be collateral security for the Secured Liabilities and shall not constitute payment thereof until applied as hereinafter provided.  If an Event of Default has occurred and is continuing, the Agent may apply all or any part of the amounts on deposit with respect to such Debtor in said special collateral account on account of the Secured Liabilities of such Debtor in such order as the Agent may elect.  At the Agent's request, such Debtor shall deliver to the Agent any documents evidencing

and relating to the agreements and transactions which gave rise to the Accounts and the Contracts of such Debtor, including all original orders, invoices and shipping receipts.

(d)     Use of Agents.   The Agent may perform any of its rights or duties under this Agreement by or through agents and is entitled to retain counsel and to act in reliance on the advice of such counsel concerning all matters pertaining to its rights and duties under this Agreement.

21.     **Dealings by Agent**.   The Agent shall not be obliged to exhaust its recourse against any Debtor or any other Person or against any other security it may hold with respect to the Secured Liabilities of such Debtor or any part thereof before realizing upon or otherwise dealing with the Collateral of such Debtor in such manner as the Agent may consider desirable.  The Agent and the other Secured Parties may grant extensions of time and other indulgences, take and give up security, accept compositions, grant releases and discharges and otherwise deal with any Debtor and any other Person, and with any or all of the Collateral of any Debtor, and with other security and sureties, as they may see fit, all without prejudice to the Secured Liabilities of any Debtor or to the rights and remedies of the Agent under this Agreement.  The powers conferred on the Agent under this Agreement are solely to protect the interests of the Agent in the Collateral of each Debtor and shall not impose any duty upon the Agent to exercise any such powers.

22.     **Communication**.   Any notice or other communication required or permitted to be given under this Agreement shall be made in accordance with the terms of the Credit Agreement.

23.     **Release of Information**.   Each Debtor authorizes the Agent to provide a copy of this Agreement and such other information as may be requested of the Agent (i) to the extent necessary to enforce the Agent's rights, remedies and entitlements under this Agreement, (ii) to any assignee or prospective assignee of all or any part of its Secured Liabilities, and (iii) as required by applicable Law.

24.     **Expenses; Indemnity; Waiver**.

(a)     The Debtors shall pay (i) all reasonable and documented out-of-pocket expenses incurred by the Secured Parties, including the reasonable and documented fees, charges and disbursements of one primary counsel for the Secured Parties and all applicable taxes, in connection with the preparation and administration of this Agreement, (ii) all reasonable and documented out-of-pocket expenses incurred by the Secured Parties, including the reasonable and documented fees, charges and disbursements of one primary counsel for the Secured Parties and applicable taxes, in connection with any amendments, modifications or waivers of the provisions hereof, and (iii) all out-of-pocket expenses incurred by the Secured Parties, including the fees, charges and disbursements of any counsel for the Secured Parties and all applicable taxes, in connection with the assessment, enforcement or protection of their rights in connection with this Agreement, including its rights under this Section, including all such out-of-pocket expenses incurred during any workout, restructuring or negotiations with respect to the

Loans of such Debtor, in each case to the extent the Borrowers would be required to do so pursuant to Section 9.3(1) of the Credit Agreement.

(b)     Each Debtor shall indemnify, in to the extent the Borrowers would be required to do so pursuant to Section 9.3(1) of the Credit Agreement, the Secured Parties against, and hold the Secured Parties harmless from, any and all losses, claims, cost recovery actions, damages, expenses and liabilities of whatsoever nature or kind and all reasonable out-of-pocket expenses and all applicable taxes to which any Secured Party may become subject arising out of or in connection with (i) the execution or delivery of this Agreement and the performance by such Debtor of its obligations hereunder, (ii) any actual or prospective claim, litigation, investigation or proceeding relating to this Agreement or the Secured Liabilities of such Debtor, whether based on contract, tort or any other theory and regardless of whether any Secured Party is a party thereto, (iii) any other aspect of this Agreement, or (iv) the enforcement of the Secured Parties' rights hereunder and any related investigation, defence, preparation of defence, litigation and enquiries; provided that such indemnity shall not, as to any Secured Party, be available to the extent such losses, claims, damages, liabilities or related expenses (x) are determined by a court of competent jurisdiction by final and nonappealable judgment to have resulted from the gross negligence (it being acknowledged that ordinary negligence does not necessarily constitute gross negligence) or wilful misconduct of or material breach of this Agreement by such Secured Party, (y) result from a claim brought by any Group Party for a material breach of such Secured Party's obligations under this Agreement if such Group Party has obtained a final and nonappealable judgment by a court of competent jurisdiction in such Group Party's favor on such claim or (z) result from a proceeding that does not involve an act or omission by a Borrower or any of its Affiliates and that is brought by a Secured Party (or a Related Party thereto) against any other Secured Party (or a Related Party thereto) (other than a proceeding that is brought against the Agent or an Arranger in its capacity as such).

(c)     No claim may be made by any Debtor, any Secured Party or any other Person against any party hereto on any theory of liability, for special, indirect, consequential or punitive damages (as opposed to direct or actual damages) arising out of, or in connection with, or as a result of, this Agreement, or any act, omission or event occurring in connection applicable law all such claims, whether or not accrued and whether or not known or suspected to exist in its favour.

(d)     All amounts due under this Section shall be payable to the Agent for the benefit of the applicable Secured Parties not later than 10 Business Days after written demand therefor.

(e)     The indemnifications set out in this Section shall survive the Lender Termination Date and the release or extinguishment of the Security Interests.

*Iovate GSA*

25.     **Release of Debtor**.  On the Lender Termination Date, each Debtor shall be released from the Liens created hereunder, and this Agreement and all obligations of the Debtors under this Agreement shall terminate, all without delivery of any instrument or performance of any act by any Person. Upon the written request of any Debtor given at any time on or after the Lender Termination Date, or as permitted pursuant to the Credit Agreement, the Agent shall at the expense of such Debtor, execute and deliver to such Debtor such releases and discharges as such Debtor may reasonably request.

26.     **Additional Security**.  This Agreement is in addition to, and not in substitution of, any and all other security previously or concurrently delivered by any Debtor or any other Person to any Secured Party, all of which other security shall remain in full force and effect.

27.     **Alteration or Waiver**.  None of the terms or provisions of this Agreement may be waived, amended, supplemented or otherwise modified except by a written instrument executed by the Agent.  The Secured Parties shall not, by any act or delay, be deemed to have waived any right or remedy hereunder or to have acquiesced in any Event of Default or in any breach of any of the terms and conditions hereof.  No failure to exercise, nor any delay in exercising, on the part of any Secured Party, any right, power or privilege hereunder shall operate as a waiver thereof.  No single or partial exercise of any right, power or privilege hereunder shall preclude any other or further exercise thereof or the exercise of any other right, power or privilege.  A waiver by any Secured Party of any right or remedy hereunder on any one occasion shall not be construed as a bar to any right or remedy which the Agent would otherwise have on any future occasion.  Neither the taking of any judgment nor the exercise of any power of seizure or sale shall extinguish the liability of any Debtor to pay the Secured Liabilities of such Debtor, nor shall the same operate as a merger of any covenant contained in this Agreement or of any other liability, nor shall the acceptance of any payment or other security constitute or create any novation.

28.     **Environmental Indemnity**.  Each Debtor shall indemnify the Secured Parties and hold the Secured Parties harmless against and from all losses, costs, damages and expenses which any Secured Party may sustain, incur or be or become liable at any time whatsoever for by reason of or arising in connection with any Environmental Liability to the extent the Borrowers would be required to do so pursuant to Section 9.3(2) of the Credit Agreement.  This indemnification shall survive the Lender Termination Date.

29.     **Amalgamation**.  If any Debtor is a corporation, such Debtor acknowledges that if it amalgamates or merges with any other corporation or corporations, then (i) the Collateral and the Security Interests of such Debtor shall extend to and include all the property and assets of the amalgamated corporation and to any property or assets of the amalgamated corporation thereafter owned or acquired, (ii) the term "Debtor", where used in this Agreement, shall extend to and include the amalgamated corporation, and (iii) the term "Secured Liabilities", where used in this Agreement, shall extend to and include the Secured Liabilities of the amalgamated corporation.

30.     **Governing Law; Attornment**.  This Agreement shall be governed by and construed in accordance with the Laws of the Province of Ontario.  Without prejudice to the ability of the Agent to enforce this Agreement in any other proper jurisdiction, each Debtor irrevocably

submits and attorns to the non-exclusive jurisdiction of the courts of such province. To the extent permitted by applicable Law, each Debtor irrevocably waives any objection (including any claim of inconvenient forum) that it may now or hereafter have to the venue of any legal proceeding arising out of or relating to this Agreement in the courts of such Province.

31.     **Interpretation**.  The definitions of terms herein shall apply equally to the singular and plural forms of the terms defined.  Whenever the context may require, any pronoun shall include the corresponding masculine, feminine and neuter forms.  The words "include", "includes" and "including" shall be deemed to be followed by the phrase "without limitation".  The word "or" is disjunctive; the word "and" is conjunctive.  The word "shall" is mandatory; the word "may" is permissive.  Unless the context requires otherwise (a) any definition of or reference to any agreement, instrument or other document herein shall be construed as referring to such agreement, instrument or other document as from time to time amended, supplemented or otherwise modified (subject to any restrictions on such amendments, supplements or modifications set out herein), (b) any reference herein to any statute or any section thereof shall, unless otherwise expressly stated, be deemed to be a reference to such statute or section as amended, restated or re-enacted from time to time, (c) any reference herein to any Person shall be construed to include such Person's successors and permitted assigns, (d) the words "herein", "hereof" and "hereunder", and words of similar import, shall be construed to refer to this Agreement in its entirety and not to any particular provision hereof, and (e) all references herein to Sections and Schedules shall be construed to refer to Sections and Schedules to, this Agreement, Section headings are for convenience of reference only, are not part of this Agreement and shall not affect the construction of, or be taken into consideration in interpreting, this Agreement.  Any reference in this Agreement to a Permitted Lien is not intended to subordinate or postpone, and shall not be interpreted as subordinating or postponing, or as any agreement to subordinate or postpone, any Security Interest to any Permitted Lien.    In accordance with the *Property Law Act* (British Columbia), the doctrine of consolidation applies to this Agreement.

32.     **Paramountcy.**  In the event of any conflict or inconsistency between the provisions of this Agreement and the provisions of the Credit Agreement then, notwithstanding anything contained in this Agreement, the provisions contained in the Credit Agreement shall prevail to the extent of such conflict or inconsistency and the provisions of this Agreement shall be deemed to be amended to the extent necessary to eliminate such conflict or inconsistency, it being understood that the purpose of this Agreement is to add to, and not detract from, the rights granted to the Agent (for its own benefit and for the benefit of the other Secured Parties) under the Credit Agreement. If any act or omission of any or all Debtors is expressly permitted under the Credit Agreement but is expressly prohibited under this Agreement, such act or omission shall be permitted. If any act or omission is expressly prohibited under this Agreement, but the Credit Agreement does not expressly permit such act or omission, or if any act is expressly required to be performed under this Agreement but the Credit Agreement does not expressly relieve any or all Debtors from such performance, such circumstance shall not constitute a conflict or inconsistency between the applicable provisions of this Agreement and the provisions of the Credit Agreement.

*Iovate GSA*

33.   **Successors and Assigns**.   This Agreement shall enure to the benefit of, and be binding on, each Debtor and its successors and permitted assigns, and shall enure to the benefit of, and be binding on, the Agent and its successors and assigns.   No Debtor may assign this Agreement, or any of its rights or obligations under this Agreement.   The Agent may assign this Agreement and any of its rights and obligations hereunder to any Person that replaces it in its capacity as such. If any Debtor or the Agent is an individual, then the term "Debtor" or "Agent", as applicable, shall also include his or her heirs, administrators and executors.

34.   **Additional Debtors**.   Additional Persons may from time to time after the date of this Agreement become Debtors under this Agreement by executing and delivering to the Agent a supplemental agreement (together with all schedules thereto, a "**Supplement**") to this Agreement, in substantially the form attached hereto as Exhibit A.   Effective from and after the date of the execution and delivery by any Person to the Agent of a Supplement:

(a)      such Person shall be, and shall be deemed for all purposes to be, a Debtor under this Agreement with the same force and effect, and subject to the same agreements, representations, indemnities, liabilities, obligations and Security Interests, as if such Person had been an original signatory to this Agreement as a Debtor; and

(b)      all Collateral of such Person shall be subject to the Security Interest from such Person as security for the due payment and performance of the "Liabilities" of such Person in accordance with the provisions of this Agreement.

The execution and delivery of a Supplement by any additional Person shall not require the consent of any Debtor and all of the Secured Liabilities of each Debtor and the Security Interests granted thereby shall remain in full force and effect, notwithstanding the addition of any new Debtor to this Agreement.

35.   **Acknowledgment of Receipt/Waiver**.   Each Debtor acknowledges receipt of an executed copy of this Agreement and, to the extent permitted by applicable Law, waives the right to receive a copy of any financing statement or financing change statement registered in connection with this Agreement or any verification statement issued with respect to any such financing statement or financing change statement.

36.   **Enforcement by Agent**.   This Agreement and the Security Interests may be enforced only by the action of the Agent acting on behalf of the Secured Parties and no other Secured Party shall have any rights individually to enforce or seek to enforce this Agreement or any of the Security Interests, it being understood and agreed that such rights and remedies may be exercised by the Agent for the benefit of the Secured Parties upon the terms of this Agreement.

37.   **Electronic Signature and Counterparts**.   Delivery of an executed signature page to this Agreement by any Debtor by facsimile or other electronic form of transmission shall be as effective as delivery by such Debtor of a manually executed copy of this Agreement by such Debtor.   This Agreement may be executed in counterparts (and by different parties hereto on

different counterparts), each of which shall constitute an original, but all of which when taken together shall constitute a single contract.

*[signatures on the next following pages]*

S-1

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

> **XIWANG IOVATE HEALTH SCIENCE INTERNATIONAL INC.**
>
> By: _____
>
> Name: Di Wang
> Title:   Director

S-2

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

**IOVATE HEALTH SCIENCES INTERNATIONAL INC.**

By: _____

Name:  Norm Vanderee
Title:    Chief Financial Officer

S-3

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

**KERR INVESTMENT HOLDING CORP.**

By: _____

Name:  Norm Vanderee

Title:   Chief Financial Officer

S-4

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

**OLD IOVATE INTERNATIONAL INC.**

By: _____

Name:    Norm Vanderee
Title:     Chief Financial Officer

S-5

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

**IOVATE HEALTH SCIENCES U.S.A. INC.**

By: _____

Name:  Norm Vanderee

Title:    Chief Financial Officer

S-6

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

**OLD NORTHERN INNOVATIONS CORP.**

By: _____

Name:    Norm Vanderee
Title:    Chief Financial Officer

S-7

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

> **LAKESIDE INNOVATIONS HOLDING CORP.**
>
> By: _____
>
> Name:  Norm Vanderee
> Title:  Chief Financial Officer

S-8

**IN WITNESS WHEREOF** the undersigned has caused this Agreement to be duly executed as of the date first written above.

NORTHERN INNOVATIONS HOLDING CORP.

By: _____

Name: Norm Vanderee
Title: Chief Financial Officer

# Exhibit C

## CAPITOL SERVICES

| | |
|---|---|
| **Date:** | 12/23/2024 |
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 12/10/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Secretary of State, CA |
| **Index Searched:** | Certified UCC/Federal & State Liens/Judgment Lien |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/16/2016 | 167561893197 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 06/28/2021 | U210061381323 | Continuation | |
| 04/24/2024 | U240035957838 | Amendment | |

SEE ATTACHED CERTIFIED OR OTHER SEARCH PERFORMED BY FILING OFFICE.

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090260P

Page: 1 of 1



# Secretary of State

**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

NO SUBMITTER
NO CITY

Request Date:      12/18/2024 6:34 AM
Information
Request No.:        U240096663030
Certification No.:        276244534

## LIEN SEARCH CERTIFICATE

The search results herein reflect only the specific information requested. The results of this Debtor search will not reflect variances of this name. If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted. The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

### Search Criteria:

Debtor Organization: IOVATE HEALTH SCIENCES INTERNATIONAL INC.
Request Type: Lien Information Request (UCC 11)
All Records On File (Lapsed and Unlapsed), List Only

| Lien Listing |
|---|

| **Lien File No.: 167561893197** | **Filed: 12/16/2016 03:15 PM** | **Lapse: 12/16/2026 11:59 PM** |
|---|---|---|
| Lien Type:      Financing Statement | | |

Debtor(s):      IOVATE HEALTH SCIENCES INTERNATIONAL INC., 381 NORTH SERVICE ROAD WEST
CAN

Secured Party(s):  HSBC BANK CANADA, AS ADMINISTRATIVE AGENT, 70 YORK STREET CAN
ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT, 36 YORK MILLS ROAD
TORONTO, ON, M2P 0A4 CANADA

***Amendment - Continuation***

Amendment No.: U210061381323          Filed: 06/28/2021 05:00 PM
***Amendment - Change Secured Party (1)***
Amendment No.: U240035957838          Filed: 04/24/2024 06:53 AM

Certification No.: 276244534
Page Count: 2

I, Shirley N. Weber, Ph.D., Secretary of State, do hereby certify that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgment liens, including any change documents relating to them, which name the referenced debtor, subject to any above-stated search qualifiers and are on file in my office as of **12/10/2024 11:59 PM.**



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California on December 18, 2024.

**Secretary of State**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

**16-7561893197**

**12/16/2016 15:15**

FILED
CALIFORNIA
SECRETARY OF STATE

SOS

58800280004    UCC 1 FILING

A. NAME & PHONE OF CONTACT AT FILER (optional)
DIANA FELIPE                                    (212) 530-5000

B. E-MAIL CONTACT AT FILER (optional)
dfelipe@milbank.com

C. SEND ACKNOWLEDGEMENT TO:    (Name and Address)

***PLEASE RETURN TO***

CSC
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833
Acct. #10011306

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | ON | L6M OH4 | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 70 York Street | Toronto | ON | M5J 1S9 | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:    6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):    ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: CA - Secretary of State                    426469 001 orz

F#550883
A#766290

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

B0406-2722 06/28/2021 5:00 PM Received by California Secretary of State

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210061381323 |
| Date Filed: 6/28/2021 |

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

***PLEASE RETURN TO***
*CSC*
*2710 Gateway Oaks Drive, Suite 150N*
*Sacramento, CA 95833*
*Acct. #10011306*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
16-7561893197 filed with CA SOS on 12/16/2016

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE**:
Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME

OR | 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME
HSBC Bank Canada, as Administrative Agent

OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
File with CA SOS          Debtor: Iovate Health Sciences International Inc.          882391-5 kpf

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

U240035957838

B2683-5268  04/24/2024  6:54 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: U240035957838
Date Filed: 4/24/2024

Submitter Information:

| | |
|---|---|
| Contact Name | KEYLA CORTINAS |
| Organization Name | CAPITOL SERVICES, INC. |
| Phone Number | 800-345-4647 |
| Email Address | kcortinas@capitolservices.com |
| Address | PO BOX 1831 AUSTIN, TX 78767 |

Amendment Action Information:

| | |
|---|---|
| Initial Financing Statement File Number | 167561893197 |
| Date Filed | 12/16/2016 |
| Amendment Action | Secured Party Amendment |
| Secured Party Action | Edit Secured Party |

Edit Secured Party:

| Secured Party Name | Mailing Address |
|---|---|
| Changed From:<br>HSBC BANK CANADA, AS ADMINISTRATIVE AGENT<br>Changed To:<br>ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | Changed From:<br>CAN<br>70 YORK STREET<br>TORONTO, ON M5J1S9<br><br>Changed To:<br>CANADA<br>36 YORK MILLS ROAD<br>TORONTO, ON, M2P 0A4<br>, |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name        HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

Optional Filer Reference Information:
Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - CA - STATE

**CAPITOL SERVICES**

| | |
|---|---|
| | 12/23/2024 |
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 11/22/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES U.S.A. INC. |
| **Jurisdiction:** | Secretary of State, DE |
| **Index Searched:** | Certified UCC/Federal Lien |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/16/2016 | 20167832585 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON CA |
| 06/28/2021 | 20215018867 | Continuation | |
| 04/24/2024 | 20242713582 | Amendment | |

SEE ATTACHED CERTIFIED OR OTHER SEARCH PERFORMED BY FILING OFFICE.

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090253R



# Delaware

*Page 1*

### The First State

*CERTIFICATE*

SEARCHED DECEMBER 16, 2024 AT 1:16 P.M.
FOR DEBTOR, IOVATE HEALTH SCIENCES U.S.A. INC.

1 OF 1          *FINANCING STATEMENT*                    20167832585

EXPIRATION DATE: 12/16/2026
*DEBTOR:*      IOVATE HEALTH SCIENCES U.S.A. INC.

381 NORTH SERVICE ROAD WEST          ADDED    12-16-16

OAKVILLE, ON CA L6MOH4

*SECURED:*    HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

70 YORK STREET                        ADDED    12-16-16

TORONTO, ON CA M5J1S9                 REMOVED 04-24-24

*SECURED:*    ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT

36 YORK MILLS ROAD                    ADDED    04-24-24

TORONTO, ON,  CA M2P0A4

## F I L I N G   H I S T O R Y

20167832585    FILED 12-16-16    AT 5:40 P.M.    FINANCING STATEMENT

20215018867    FILED 06-28-21    AT 1:44 P.M.    CONTINUATION

20242713582    FILED 04-24-24    AT 9:52 A.M.    AMENDMENT



Jeffrey W. Bullock, Secretary of State

20259875386-UCC11
SR# 20244503086

Authentication: 205142207
Date: 12-16-24

You may verify this certificate online at corp.delaware.gov/authver.shtml



# Delaware

## The First State

*Page 2*

*E N D   O F   F I L I N G   H I S T O R Y*

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, IOVATE HEALTH SCIENCES U.S.A. INC. AS OF NOVEMBER 22, 2024 AT 11:59 P.M.*



Jeffrey W. Bullock, Secretary of State

20259875386-UCC11
SR# 20244503086

Authentication: 205142207
Date: 12-16-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
DIANA FELIPE                    (212) 530-5000

**B. E-MAIL CONTACT AT FILER (optional)**
dfelipe@milbank.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY  10005-1413

Delaware Department of State
U.C.C. Filing Section
Filed: 05:40 PM 12/16/2016
U.C.C. Initial Filing No: 2016 7832585

Service Request No: 20167131053

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME**  Iovate Health Sciences U.S.A. Inc. | | | | | |
| **OR** **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **1c. MAILING ADDRESS**  381 North Service Road West | CITY Oakville | STATE ON | POSTAL CODE L6M OH4 | | COUNTRY CAN |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | | |
| **OR** **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME**  HSBC Bank Canada, as Administrative Agent | | | | | |
| **OR** **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **3c. MAILING ADDRESS**  70 York Street | CITY Toronto | STATE ON | POSTAL CODE M5J 1S9 | | COUNTRY CAN |

4. **COLLATERAL:** This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: DE - Secretary of State

F#550910
A#766321

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 01:44 PM 06/28/2021**
**U.C.C. Initial Filing No: 2016 7832585**
**Amendment No: 2021 5018867**
**Service Request No:  20212566759**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
20167832585 filed with DE SOS on 12/16/2019

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:     AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | HSBC Bank Canada, as Administrative Agent | | | |
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with NY SOS          Debtor: Iovate Health Sciences U.S.A. Inc.

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
KEYLA CORTINAS 800-345-4647

**B. E-MAIL CONTACT AT FILER (optional)**
KCORTINAS@CAPITOLSERVICES.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

CAPITOL SERVICES, INC.

PO BOX 1831

AUSTIN, TX 78767

US

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 09:52 AM 04/24/2024**
**U.C.C. Initial Filing No: 2016 7832585**
**Amendment No: 2024 2713582**
**Service Request No:  20241617015**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| 20167832585 | |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:     AND  Check one of these three boxes to:

This Change affects ☐ Debtor or ☑ Secured Party of record  |  ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c  |  ☐ ADD name: Complete item 7a or 7b, and item 7c  |  ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 36 YORK MILLS ROAD | TORONTO, ON | | M2P 0A4 | CA |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a **DEBTOR**, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
DEBTOR: IOVATE HEALTH SCIENCES U.S.A. INC. - DE - STATE

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**CAPITOL SERVICES**

| | |
|---|---|
| | 12/23/2024 |
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 12/18/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Recorder of Deeds, DC |
| **Index Searched:** | UCC/UCCFixture/Federal & State Liens/Judgment Lien |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/19/2016 | 2016131317 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 06/28/2021 | 2021087272 | Continuation | |
| 04/24/2024 | 2024037825 | Amendment | |

FILINGS THAT MAY AMEND, TERMINATE, OR OTHERWISE AFFECT A FIXTURE FILING BUT THAT ARE NOT ON THE STANDARD UCC FINANCING STATEMENT FORM OR CLEARLY INDEXED AS A FIXTURE FILING MAY NOT BE INCLUDED IN THIS REPORT. A MORTGAGE, DEED OF TRUST, OR OTHER REAL ESTATE DOCUMENT THAT MAY BE EFFECTIVE AS A FIXTURE FILING, WHETHER OR NOT IT CONTAINS A FINANCING STATEMENT, MAY NOT BE INCLUDED IN THIS REPORT, UNLESS SUCH FILING IS INDEXED SOLELY OR INDEPENDENTLY AS A FIXTURE.

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090255T

**Doc #: 2016131317**
12/19/2016 12:26 PM

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
DIANA FELIPE            (212) 530-5000

B. E-MAIL CONTACT AT FILER (optional)
dfelipe@milbank.com      426469 001C

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

NDG
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, ILLINOIS 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
Iovate Health Sciences International Inc.

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | ON | L6M OH4 | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
HSBC Bank Canada, as Administrative Agent

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 70 York Street | Toronto | ON | M5J 1S9 | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:   6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility   ☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:           F#550907
Filed with: DC - District of Columbia       A#766318

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)

```
Doc #: 2016131317
Filed & Recorded
12/19/2016 12:26 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES        $25.00
   SURCHARGE             $6.50
TOTAL:                   $31.50
```

Doc #: 2021087272
06/28/2021 12:58 PM

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

882391 009

B. E-MAIL CONTACT AT FILER (optional)

LHB

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| 2016131317 filed with DC Recorder of Deeds on 12/19/2016 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial):  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ CONTINUATION:  Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:        AND  Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☐ COLLATERAL CHANGE:  Also check one of these four boxes:  ☐ ADD collateral    ☐ DELETE collateral    ☐ RESTATE covered collateral    ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with DC Recorder of Deeds    Debtor: Iovate Health Sciences International Inc.

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Doc #: 2021087272
Filed & Recorded
06/28/2021 12:58 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES          $25.00
    SURCHARGE              $6.50
TOTAL:                    $31.50

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

1458762

Return Acknowledgement to:

Capitol Services, Inc.
PO Box 1831
Austin, TX 78767
800.345.4647

**CAPITOL SERVICES**

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2016131317 Filed On 12/19/2016

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Part(y)(ies) authorizing this Termination Statement

3. ☐ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in item 8 and describe the affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. **PARTY INFORMATION CHANGE:**
Check one of these two boxes: This Change affects ☐ Debtor or ☒ Secured Party of record
AND Check one of these three boxes to:
☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME **HSBC BANK CANADA, AS ADMINISTRATIVE AGENT**
6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. **CHANGED OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME **ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT**
7b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX

7c. MAILING ADDRESS **36 YORK MILLS ROAD** | CITY **TORONTO, ON** | STATE | POSTAL CODE **M2P 0A4** | COUNTRY **CAN**

8. **COLLATERAL CHANGE:** Check only one box: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN* collateral

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:**
9a. ORGANIZATION'S NAME **HSBC BANK CANADA, AS ADMINISTRATIVE AGENT**
9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC.  - DC - District of Columbia

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)

**Doc #: 2024037825**
**Filed & Recorded**
**04/24/2024 10:48 AM**
**IDA WILLIAMS**
**RECORDER OF DEEDS**
**WASH DC RECORDER OF DEEDS**
  **RECORDING FEES**          $25.00
    **SURCHARGE**              $6.50
**TOTAL:**                     $31.50



| | 12/23/2024 |
|---|---|
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 12/13/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Secured Transaction Registry, FL |
| **Index Searched:** | UCC |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/19/2016 | 201609728694 | Financing Statement | ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 06/28/2021 | 20210755917X | Continuation | |
| 04/24/2024 | 202401096416 | Amendment | |

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090259X

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
DIANA FELIPE                    (212) 530-5000

B. E-MAIL CONTACT AT FILER (optional)
dfelipe@milbank.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY  10005-1413

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
**2016 Dec 19 10:56 AM**

****** **201609728694** ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 381 North Service Road West | Oakville | ON | L6M OH4 | | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | · | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 70 York Street | Toronto | ON | M5J 1S9 | | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

Florida Documentary Stamp Tax is not required.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:    6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: FL - Central Filing Office                     426469-1                    F#550878
                                                                                       A#766285

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)       International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT **AMENDMENT**

**FOLLOW INSTRUCTIONS**

FLORIDA SECURED TRANSACTION REGISTRY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

FILED

2021 Jun 28 04:30 PM

****** 20210755917X ******

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
201609728694 filed with FL Central Filing Office on 12/19/2016

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

**AND** Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | |
| OR  9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
File with FL Central Filing Office          Debtor: Iovate Health Sciences International Inc.          882391 002

International Association of Commercial Administrators (IACA)
**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)**

## UCC FINANCING STATEMENT **AMENDMENT**
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT SUBMITTER (optional) | FLORIDA SECURED TRANSACTION REGISTRY |
|---|---|
| B. E-MAIL CONTACT AT SUBMITTER (optional) | **FILED** |
| C. SEND ACKNOWLEDGMENT TO:  (Name and Address)   1458762 | 2024 Apr 24 02:49 PM |

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)    1458762

Return Acknowledgement to:
Capitol Services, Inc.
PO Box 1831
Austin, TX  78767
800-345-4647

CAPITOL SERVICES

***** 202401096416 *****

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**201609728694  Filed On 12/19/2016**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party(ies) authorizing this Termination Statement

3. ☐ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in item 8 and describe the affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☐ Debtor or ☒ Secured Party of record

AND Check one of these three boxes to:

☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c

☐ ADD name: Complete item 7a or 7b, and item 7c

☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME  **HSBC BANK CANADA, AS ADMINISTRATIVE AGENT** | | | |
|---|---|---|---|
| OR  6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME  **ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT** | | | |
|---|---|---|---|
| OR  7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS  **36 YORK MILLS ROAD** | CITY  **TORONTO, ON** | STATE | POSTAL CODE  **M2P 0A4** | COUNTRY  **CAN** |
|---|---|---|---|---|

8. **COLLATERAL CHANGE:**  Check only one box:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN* collateral

Indicate collateral:

*Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME  **HSBC BANK CANADA, AS ADMINISTRATIVE AGENT** | | | |
|---|---|---|---|
| OR  9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - FL - STATE**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)



194 Washington Ave.
Suite 310
Albany, NY 12210
P: 800-828-0938
F: 866-621-3526

**cogencyglobal.com**

2/26/2025

James T. Gaskill
Milbank LLP

Reference:  36930.09300

We have conducted Post Filing Search regarding the following:

**Debtor**: IOVATE HEALTH SCIENCES INTERNATIONAL INC.

**Filing Office**: Secretary of State, IL

**Thru Date**: 2/12/2024 thru 2/20/2025

**Results**: 1 Financing Statement

**Total Copies**: 1

Prepared by:  jczajkowski        Email:  jczajkowski@cogencyglobal.com

Reasonable care is exercised in the completion of service requests. Please confirm the accuracy of the name(s) noted above. The categorization of filings is provided for your convenience and should not be relied upon as legal service. Cogency Global Inc. ("We") assumes no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, accuracy, completeness, legal effect or priority of any matter shown herein. We make no representation, warranty or guarantee as to the information contained in public records. This report reflects information we received from public records in response to your request. Responsibility for the accuracy and completeness of any public record rests with the filing officer.

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

2025 FEB 13  PM 3: 15

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT SUBMITTER (optional) | |
| B. E-MAIL CONTACT AT SUBMITTER (optional) | |
| C. SEND ACKNOWLEDGMENT TO:  (Name and Address) | |

┌ ┐
Milbank LLP, 55 Hudson Yards
New York, NY 10001/Attn: AIP UCC Committee
└ ┘

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

31514770

**FILED**

FEB 1 3 2025

ALEXI GIANNOULIAS
SECRETARY OF STATE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 381 North Service Road West | Oakville | AO | L6M 0H4 | CA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Royal Bank of Canada, as Administrative Agent | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 36 York Mills Road | Toronto | AO | M2P 0A4 | CA |

4. COLLATERAL: This financing statement covers the following collateral:

All assets.

5. Check only if applicable and check only one box:  Collateral is  ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
To be filed with the Illinois Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)



194 Washington Ave.
Suite 310
Albany, NY 12210
P: 800-828-0938
F: 866-621-3526

**cogencyglobal.com**

2/26/2025

James T. Gaskill
Milbank LLP

Reference:  36930.09300

We have conducted Post Filing Search regarding the following:

**Debtor**: IOVATE HEALTH SCIENCES INTERNATIONAL INC.

**Filing Office**: Secretary of State, IN

**Thru Date**: 2/12/2024 thru 2/23/2025

**Results**: 1 Financing Statement

**Total Copies**: 1

Prepared by:  jczajkowski        Email:  jczajkowski@cogencyglobal.com

Reasonable care is exercised in the completion of service requests. Please confirm the accuracy of the name(s) noted above. The categorization of filings is provided for your convenience and should not be relied upon as legal service. Cogency Global Inc. ("We") assumes no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, accuracy, completeness, legal effect or priority of any matter shown herein. We make no representation, warranty or guarantee as to the information contained in public records. This report reflects information we received from public records in response to your request. Responsibility for the accuracy and completeness of any public record rests with the filing officer.



Indiana Secretary of State

**PROCESSING DATE:** 02/26/2025
**ORDER NUMBER:** 202502263609575

# UCC SEARCH CERTIFICATE

## INFORMATION REQUEST OPTIONS

Search Certificate-Copies

Lapsed and Unlapsed Records

## COPY FILTER OPTIONS

Copies Limited By:

City and State: Not Requested
From Date: Not Requested
Secured Party: Not Requested

## DEBTOR SEARCH CRITERIA

**ORGANIZATION NAME:** IOVATE HEALTH SCIENCES INTERNATIONAL INC.

## SEARCH RESULTS

| | |
|---|---|
| Number of Liens: | 1 |
| Number of Pages in the Search Certificate: | 2 |
| Number of Images: | 2 |

## SEARCH RESULT BEGINS ON PAGE TWO (2).



Indiana Secretary of State

**PROCESSING DATE:**    02/26/2025
**ORDER NUMBER:**       202502263609575

### SEARCH RESULTS

**DEBTOR NAME:**

Iovate Health Sciences International Inc.    381 North Service Road West, Oakville, ON, L6M 0H4, CA

**SECURED PARTY:**

Royal Bank of Canada, as Admnistrative Agent    36 York Mills Road, Toronto, ON, M2P 0A4, CA

| FILE NUMBER | TYPE | DATE/TIME FILED | PAGE COUNT | LAPSE DATE |
|---|---|---|---|---|
| 202502133291322 | UCC Financing Statement | 02/13/2025 12:01:00 | 2 | 02/13/2030 |

The undersigned Filing Officer hereby certifies that the above certificate, within a reasonable degree of certainty, is a record of all presently effective UCC financing statements which include the requested IOVATE HEALTH SCIENCES INTERNATIONAL INC. and which were filed in this office through 02/23/2025.

*Diego Morales*

DIEGO MORALES,
Indiana Secretary of State



## UCC FINANCING STATEMENT
State Form 50181 (R3 / 9-19)

FILE #:          **202502133291322**
DATE FILED:  **13 FEBRUARY 2025 12:01 PM**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER *(optional)*

B. E-MAIL CONTACT AT FILER *(optional)*

C. SEND ACKNOWLEDGMENT TO:  *(Name and Address)*

Milbank LLP
55 Hudson Yards
New York, NY 10001
Attn: AIP UCC Committee

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY.

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) *(Use exact, full name: do not omit, modify, or abbreviate any part of the Debtor's name.)*; if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form 1Ad).

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | ON | L6M 0H4 | CA |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) *(Use exact, full name: do not omit, modify, or abbreviate any part of the Debtor's name.)*; if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad).

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY).  Provide only <u>one</u> Secured Party name (3a or 3b).

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Royal Bank of Canada, as Administrative Agent | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 36 York Mills Road | Toronto | ON | M2P 0A4 | CA |

4. COLLATERAL:  This financing statement covers the following collateral
All assets.

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable). ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
To be filed with the Indiana Secretary of State

UCC FINANCING STATEMENT (Form UCC1)



194 Washington Ave.
Suite 310
Albany, NY 12210
P: 800-828-0938
F: 866-621-3526

**cogencyglobal.com**

2/26/2025

James T. Gaskill
Milbank LLP

Reference: 36930.09300

We have conducted Post Filing Search regarding the following:

**Debtor**: IOVATE HEALTH SCIENCES INTERNATIONAL INC.

**Filing Office**: Secretary of State, KY

**Thru Date**: 2/12/2024 thru 2/17/2025

**Results**: 1 Financing Statement

**Total Copies**: 1

Prepared by: jczajkowski          Email: jczajkowski@cogencyglobal.com

Reasonable care is exercised in the completion of service requests. Please confirm the accuracy of the name(s) noted above. The categorization of filings is provided for your convenience and should not be relied upon as legal service. Cogency Global Inc. ("We") assumes no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, accuracy, completeness, legal effect or priority of any matter shown herein. We make no representation, warranty or guarantee as to the information contained in public records. This report reflects information we received from public records in response to your request. Responsibility for the accuracy and completeness of any public record rests with the filing officer.

**2025-3350850-63.01**
Michael G. Adams
**Kentucky Secretary of State**
File Date    2/12/2025 3:01 PM
Status    Active
Fee    $10.00
Filer    Mmullins

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Milbank LLP
55 Hudson Yards
New York, NY 10001
Attn: AIP UCC Committee

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | ON | L6M 0H4 | CA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Royal Bank of Canada, as Administrative Agent | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 36 York Mills Road | Toronto | ON | M2P 0A4 | CA |

4. COLLATERAL: This financing statement covers the following collateral:
All assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:                 6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility     ☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
To be filed with the Kentucky Secretary of State



194 Washington Ave.
Suite 310
Albany, NY 12210
P: 800-828-0938
F: 866-621-3526

**cogencyglobal.com**

2/26/2025

James T. Gaskill
Milbank LLP

Reference:  36930.09300

We have conducted Post Filing Search regarding the following:

**Debtor**: IOVATE HEALTH SCIENCES INTERNATIONAL INC.

**Filing Office**: Secretary of State, NV

**Thru Date**: 2/12/2024 thru 2/18/2025

**Results**: 1 Financing Statement
            No Federal Tax Liens

**Total Copies**: 1

Prepared by:  jczajkowski        Email:  jczajkowski@cogencyglobal.com

Reasonable care is exercised in the completion of service requests. Please confirm the accuracy of the name(s) noted above. The categorization of filings is provided for your convenience and should not be relied upon as legal service. Cogency Global Inc. ("We") assumes no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, accuracy, completeness, legal effect or priority of any matter shown herein. We make no representation, warranty or guarantee as to the information contained in public records. This report reflects information we received from public records in response to your request. Responsibility for the accuracy and completeness of any public record rests with the filing officer.



**STATE OF NEVADA**

*FRANCISCO V. AGUILAR*
Secretary of State

**RUBEN J. RODRIGUEZ**
Deputy Secretary for Southern Nevada

2250 Las Vegas Blvd North, Suite 400
North Las Vegas, NV 89030
Telephone (702) 486-2880
Fax (702) 486-2452

**OFFICE OF THE
SECRETARY OF STATE**

*GABRIEL DI CHIARA*
Chief Deputy Secretary of State

**DEANNA L. REYNOLDS**
Deputy Secretary for Commercial Recordings

401 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775) 684-7141

# UCC Search Report

The Nevada Secretary of State hereby certifies that the attached list is a true and exact list of all financing statements or federal tax liens and related subsequent documentation for the debtor below as filed with the Secretary of State's office, Uniform Commercial Code Division, as of the Through Date below.

**Date Searched:** 2/19/2025 10:40:35 AM    **Search Criteria:**
**Searched by:** Shannon Foley
**Filing Chains:** 1

**Good Through Filing Date:** 02/18/2025

**Date Range:** All Available Filings
**Include Filings Outside Range?:** All Available Filings

**Filing Status:** ALL(Lapsed and Unlapsed)
**Include Records:** N/A

**Organization:** IOVATE HEALTH SCIENCES INTERNATIONAL INC.

**Cities:**

---

**Filing Chain#:** 1
**Original File#:** 2025454919-6

**Lapse Date:** 02/12/2030
**Lien Type:** UCC Lien

---

**Filing #:** 2025454919-6    **Filing Date:** 02/12/2025
11:12 AM

**Filing Type:** Initial    **Page Count:** 1
Financing Statement UCC-1

**Debtors**

| Name | Type | Address |
|---|---|---|
| IOVATE HEALTH SCIENCES INTERNATIONAL INC. | Organization | 381 NORTH SERVICE ROAD WEST OAKVILLE, ON L6M0H-4, CA |

**Secured Parties**

| Name | Type | Address |
|---|---|---|
| ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | Organization | 36 YORK MILLS ROAD TORONTO, ON M2P0A-4, CA |

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | Filed in the Office of | Initial Filing Number |
|---|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional) | F.H.Aguilar | **2025454919-6** |
| | | Filed On |
| B. E-MAIL CONTACT AT FILER (optional) | | **February 12, 2025 11:12 AM** |
| | | Number of Pages |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) | Secretary of State | **1** |
| | State Of Nevada | |

┌─
  **Milbank LLP**
  **55 Hudson Yards**
  **New York, NY 10001**
  **Attn: AIP UCC Committee**
                                        ─┘

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Iovate Health Sciences International Inc.** | | | | |
| OR  1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **381 North Service Road West** | **Oakville** | **ON** | **L6M 0H4** | **CA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR  2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Royal Bank of Canada, as Administrative Agent** | | | | |
| OR  3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **36 York Mills Road** | **Toronto** | **ON** | **M2P 0A4** | **CA** |

4. COLLATERAL: This financing statement covers the following collateral:
**All assets.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**To be filed with the Nevada Secretary of State**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

**CAPITOL SERVICES**

| | |
|---|---|
| | 12/23/2024 |
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 12/16/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Department of Treasury, NJ |
| **Index Searched:** | Certified UCC |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/19/2016 | 51998394 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, NA |
| 12/19/2016 | 51998394 | Additional Secured Party on Record | |
| 06/28/2021 | 51998394 | Continuation | |
| 04/24/2024 | 51998394 | Amendment | |

SEE ATTACHED CERTIFIED OR OTHER SEARCH PERFORMED BY FILING OFFICE.

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090257V

Page: 1 of 1

```
                    DEPARTMENT OF THE TREASURY
                    DIVISION OF REVENUE
12/16/2024    UNIFORM COMMERCIAL CODE SECTION              PAGE 001
                         PO BOX 303
                    TRENTON, NJ 08646


   SEARCH CERTIFICATE #   50341286
   SEARCH CRITERIA:   IOVATE HEALTH SCIENCES INTERNATIONAL INC.


                  ** DEBTOR **              6042631
              IOVATE HEALTH SCIENCES INTERNATIONAL INC.
                    381 NORTH SERVICE ROAD WEST
                       OAKVILLE, NA L6MOH-4


   Secured Party:         HSBC BANK CANADA, AS ADMINISTRATIVE AGENT
                          70 YORK STREET
                          TORONTO, NA M5J1S-9
                          ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT
                          36 YORK MILLS ROAD
                          TORONTO, ON, NA M2P0A-4
   Filing Number:       51998394
   Filing Date:         12/19/2016
   Maturity Date:       12/19/2026
   Filing History:   12/19/2016       UCC1
                      06/28/2021       UCC3         Continuation
                      04/24/2024       UCC3         Amendment


THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF
ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS WHICH NAME THE ABOVE DEBTOR AND WHICH ARE
ON FILE IN MY OFFICE AS OF 12/16/2024. THIS CERTIFICATE ISSUED ON 12/18/2024 9:07:51
AM.
```

Elizabeth Maher Muoio
State Treasurer

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>CSC-DXE                                      8009279801 | State of New Jersey<br>Department of the Treasury<br>Division of Revenue & Enterprise Services<br>UCC Section<br>Filed |
| B. E-MAIL CONTACT AT FILER (optional)<br>debbie.neisler@cscglobal.com | |
| C. SEND ACKNOWLEDGMENT TO:   (Name and Address)<br><br>┌ CSC-DXE<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703<br>US ┘ | Filing Number:51998394<br><br>12/19/16 9:06:03 |
| | THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |

1. DEBTOR'S NAME:  Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | NA | L6M OH4 | CA |

2. DEBTOR'S NAME:  Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 70 York Street | Toronto | NA | M5J 1S9 | CA |

4. COLLATERAL:  This financing statement covers the following collateral:
All Assets.
The collateral described herein is within the scope of New Jersey Statute, Title 12A, Chapter 9, pursuant to
12A:9-102 and 12A:9-109.

| 5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | | | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|---|---|
| 6a. Check <u>only</u> if applicable and check <u>only</u> one box: | | | 6b. Check <u>only</u> if applicable and check <u>only</u> one box: | |
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien   ☐ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor | ☐ Consignee/Consignor | ☐ Seller/Buyer | ☐ Bailee/Bailor | ☐ Licensee/Licensor |

8. OPTIONAL FILER REFERENCE DATA:
Filed with: NJ - Department of Treasury/Commercial Recording   F#550872 A#766279

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
|---|---|
| CSC | 2175445900 |

B. E-MAIL CONTACT AT FILER (optional)
Logan.Hixon@cscglobal.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

CSC
801 Adlai Stevenson Drive
Springfield, IL 62703
US

State of New Jersey
Department of the Treasury
Division of Revenue & Enterprise Services
UCC Section
Filed

Filing Number:51998394

06/28/21 11:43:13

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1a. INITIAL FINANCING STATEMENT FILE NUMBER
51998394

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes: **AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c.
☐ ADD name: Complete item 7a or 7b, and item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☐ COLLATERAL CHANGE:  Also check one of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | HSBC Bank Canada, as Administrative Agent | | | |
| OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with NJ SOS          Debtor: Iovate Health Sciences International Inc.

UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |
| Capitol Services                    8003454647 |

| B. E-MAIL CONTACT AT FILER (optional) |
| --- |
| emcaliney@capitolservices.com |

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Capitol Services
1501 S MoPac Expy Ste 220
Austin, TX 78746
US

State of New Jersey
Department of the Treasury
Division of Revenue & Enterprise Services
UCC Section
Filed

Filing Number:51998394

04/24/24 10:30:22

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
| --- | --- |
| 51998394 | Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☒ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:  AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☒ Secured Party of record    ☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c.    ☐ ADD name: Complete item 7a or 7b, and item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME |
| --- |
| HSBC BANK CANADA, AS ADMINISTRATIVE AGENT |

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| | | | |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME |
| --- |
| ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT |

| 7b. INDIVIDUAL'S SURNAME | | | |
| --- | --- | --- | --- |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 36 YORK MILLS ROAD | TORONTO, ON | NA | M2P 0A4 | CA |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment) If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME |
| --- |
| HSBC BANK CANADA, AS ADMINISTRATIVE AGENT |

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| | | | |

10. OPTIONAL FILER REFERENCE DATA:
Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - NJ - STATE

UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)



| | | |
|---|---|---|
| | Date: | 12/23/2024 |
| | **Reference:** | 00022043/000960 |
| | **Copies Requested:** | All Copies Excluding Lapsed Filings |
| | **Copy Cost Limit:** | $100.00 |

| | | |
|---|---|---|
| **Searched Through:** | 12/06/2024 | |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. | |
| **Jurisdiction:** | Department of State, NY | |
| **Index Searched:** | UCC/Federal Lien | |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/19/2016 | 201612190598446 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 06/28/2021 | 202106280232552 | Continuation | |
| 04/24/2024 | 202404245597666 | Amendment | |

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090256U

224447                    DEC

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Diana Felipe                    (212) 530-5000

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY  10005-1413          CSC 50 WN

dfelipe@milbank.com          DRAW DO

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | | ON | L6M OH4 | CAN |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION Ontario | 1g. ORGANIZATIONAL ID #, if any | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| | | | | | |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 70 York Street | Toronto | | ON | M5J 1S9 | CAN |

4. This FINANCING STATEMENT covers the following collateral:
All Assets.

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional] [ADDITIONAL FEE] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |
| Filed with: NY - Secretary of State | | | | F#550867 A#766274 | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

09244

2021 JUN 28

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CSC 50 DRAWDOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 201612190598446 filed with NY SOS on 12/19/2016 | |

2. TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address; Please refer to the detailed instructions in regards to changing the name/address of a party.    [ ] DELETE name: Give record name to be deleted in item 6a or 6b.    [ ] ADD name. Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any [ ] NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral [ ] deleted  or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 10. OPTIONAL FILER REFERENCE DATA | 882391-8 |
|---|---|
| File with NY SOS    Debtor: Iovate Health Sciences International Inc. | |

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**FILING NUMBER: 202106280232552**

**0760088**    **2024 Apr 24 AM09:53**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
Capitol Services, Inc. 800-345-4647

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Capitol Services, Inc.
P.O. Box 1831
Austin, TX 78767, USA
ucc@capitolservices.com

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # 201612190598446 Filedate: 19-DEC-16 | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c, also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS 36 YORK MILLS ROAD | CITY TORONTO ON | STATE | POSTAL CODE M2P 0A4 | COUNTRY CAN |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME HSBC BANK CANADA, AS ADMINISTRATIVE AGENT | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA DEBTOR: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - NY - STATE

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**Filing Number-202404245597666**



12/23/2024

**Reference:** 00022043/000960
**Copies Requested:** All Copies Excluding Lapsed Filings
**Copy Cost Limit:** $100.00

**Searched Through:** 12/06/2024
**Subject:** IOVATE HEALTH SCIENCES U.S.A. INC.
**Jurisdiction:** Department of State, NY
**Index Searched:** UCC/Federal Lien

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|-----------|--------|----------------|---------------|
| 12/19/2016 | 201612190598460 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 06/29/2021 | 202106290234748 | Continuation | |
| 04/24/2024 | 202404245597616 | Amendment | |

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090254S

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

224448                        2016 DEC 19    ... 9: 36

A. NAME & PHONE OF CONTACT AT FILER [optional]
DIANA FELIPE                    (212) 530-5000

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Milbank, Tweed, Hadley & McCloy LLP

28 Liberty Street
New York, NY  10005-1413    CSC 50
                            DRAW DOWN
dfelipe@milbank.com

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Iovate Health Sciences U.S.A. Inc. | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 381 North Service Road West | Oakville | ON | L6M OH4 | CAN |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION Delaware | 1g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 70 York Street | Toronto | ON | M5J 1S9 | CAN |

4. This FINANCING STATEMENT covers the following collateral:

All Assets.

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
Filed with: NY - Secretary of State                    F#S50911
                                                       A#766322

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (FORM UCC1) (REV 05/22/02)

**FILING NUMBER: 201612190598460**

███████
███████
███████
███████
███████

293 !                    2021 JUN 29  PM 4:30

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

CSC - 50 DRAWDOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 201612190598460 filed with NY SOS on 12/19/2016 | |

2. ☐ TERMINATION: ---- ess of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3 ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. ☐ ASSIGNMENT (full or partial)  Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor  or ☐ Secured Party of record. Check only one of these two boxes

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7

☐ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable)

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment6. If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 10. OPTIONAL FILER REFERENCE DATA | | |
|---|---|---|
| File with NY SOS    Debtor: Iovate Health Sciences U.S.A. Inc. | | 882905-2 |

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## FILING NUMBER: 202106290234748

**0760083**    **2024 Apr 24 AM09:52**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
**Capitol Services, Inc. 800-345-4647**

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Capitol Services, Inc.
P.O. Box 1831
Austin, TX 78767, USA
ucc@capitolservices.com

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # 201612190598460 Filedate: 19-DEC-16 | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME **HSBC BANK CANADA, AS ADMINISTRATIVE AGENT** | | | |
|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME **ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT** | | | |
|---|---|---|---|
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS **36 YORK MILLS ROAD** | CITY **TORONTO ON** | STATE | POSTAL CODE **M2P 0A4** | COUNTRY **CAN** |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME **HSBC BANK CANADA, AS ADMINISTRATIVE AGENT** | | | |
|---|---|---|---|
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA **DEBTOR: IOVATE HEALTH SCIENCES U.S.A. INC. - NY - STATE**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## Filing Number-202404245597616

**CAPITOL SERVICES**

|  |  |
|---|---|
| | 12/23/2024 |
| **Reference:** | 00022043/000960 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings |
| **Copy Cost Limit:** | $100.00 |

| | |
|---|---|
| **Searched Through:** | 12/12/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Secretary of State, OH |
| **Index Searched:** | Certified UCC |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/19/2016 | OH00206725913 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 12/19/2016 | OH00206725913 | Additional Secured Party on Record | |
| 06/28/2021 | SR728855 | Continuation | |
| 04/24/2024 | SR1245816 | Amendment | |

SEE ATTACHED CERTIFIED OR OTHER SEARCH PERFORMED BY FILING OFFICE.

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090261Q

Page: 1 of 1



| Processing Date: | 12/18/2024 09:25:47 |
| Customer Order Number: | IN42992 |
| Document Number: | BC1514134 |

---

**INFORMATION OPTIONS SELECTED**

---

**Information Request with Copies**
**All Records (including filings that have lapsed)**

---

**DEBTOR NAME SEARCH CRITERIA**

---

ORGANIZATION'S NAME : IOVATE HEALTH SCIENCES INTERNATIONAL INC.

---

**SEARCH RESULT**

---

| | |
|---|---|
| **Number of Filings:** | **1** |
| **Number of Copied Documents:** | **1** |
| **Number of Copy Pages:** | **4** |

---

**The search results from the records of the office of the Secretary of State based upon the search information you submitted as described in the search criteria section above.**



UNIFORM COMMERCIAL CODE
OFFICE OF THE SECRETARY OF STATE
SIGNATURE OF FILING OFFICER



Ohio Secretary of State

| Central Ohio: | (614) 466-3910 |
| Toll Free: | 1-877-SOS-FILE (1-877-767-3453) |

# UCC11 INFORMATION LISTING

Processing Date:  12/18/2024          Customer Order Number:  IN42992          Document Number:  BC1514134

| Financing Statement | Date/Time | Transaction Code |
|---|---|---|
| OH00206725913 | 12/19/2016 9:00:00 AM | Original |

| Ucc3 List | | |
|---|---|---|
| SR1245816 | 4/24/2024 11:42:00 AM | Party Amendment |
| SR728855 | 6/28/2021 11:53:25 AM | Continuation |

**Debtor List**

IOVATE HEALTH SCIENCES INTERNATIONAL INC.

381 NORTH SERVICE ROAD WEST

OAKVILLE, CD, United States

**Secured Party List**

HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

70 YORK STREET

TORONTO, CD, United States

ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT

36 YORK MILLS ROAD

TORONTO, ON, Canada

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
DIANA FELIPE          (212) 530-5000

B. E-MAIL CONTACT AT FILER (optional)
dfelipe@milbank.com

C.

CORPORATION SERVICE COMPANY          P
50 West Broad Street, Suite 1330
Columbus, Ohio 43215

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| Iovate Health Sciences International Inc. |  |  |  |  |
| **OR** 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | ON | L6M 0H4 | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| **OR** 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent |  |  |  |  |
| **OR** 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 70 York Street | Toronto | ON | M5J 1S9 | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: OH - Secretary of State

F#550884
A#766291

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)



**Frank LaRose**
*Ohio Secretary of State*

| | |
|---|---|
| File No: | SR1245816 |
| FS Number: | OH00206725913 |
| Date Filed: | 24 April 2024 11:42:01 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

| | |
|---|---|
| **NAME OF CONTACT AT FILER:** | Capitol Services |
| **PHONE NUMBER:** | 800-345-4647 |
| **EMAIL CONTACT AT FILER:** | emcaliney@capitolservices.com |
| **SEND ACKNOWLEDGEMENT TO:** | Capitol Services PO BOX 1831 Austin TEXAS 78767 United States |

## PARTY INFORMATION CHANGE

**INITIAL FINANCING STATEMENT FILE NUMBER:**

OH00206725913

| | |
|---|---|
| **This Change affects:** | Secured Party |
| | CHANGE name and/or address |

## CURRENT RECORD INFORMATION or NAME TO BE DELETED

| | |
|---|---|
| **ORGANIZATION'S NAME:** | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT |
| **MAILING ADDRESS:** | 70 YORK STREET |

**CITY:** TORONTO    **STATE:** CD    **POSTAL CODE:** M5J IS9    **COUNTRY:** United States

## CHANGED or ADDED INFORMATION

| | |
|---|---|
| **ORGANIZATION'S NAME:** | ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT |
| **MAILING ADDRESS:** | 36 YORK MILLS ROAD |

**CITY:** TORONTO    **STATE:** ON    **POSTAL CODE:** M2P 0A4    **COUNTRY:** Canada

**NAME OF THE PARTY AUTHORIZING THIS AMENDMENT**

Authorized By Existing Secured Party

**Name**                                  HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

**MAILING ADDRESS:**          70 YORK STREET

**CITY:**   TORONTO          **STATE:** CD          **POSTAL** M5J IS9          **COUNTRY:** United States
                                                                          **CODE:**

**PACKET NUMBER**

1458762.019

**OPTIONAL FILER REFERENCE DATA:**

Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - OH - STATE



**Frank LaRose**
*Ohio Secretary of State*

| File No: | SR728855 |
| FS Number: | OH00206725913 |
| Date Filed: | 28 June 2021 11:53:26 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

| **NAME OF CONTACT AT FILER:** | LHB CSC |
| **PHONE NUMBER:** | 217-544-5900 |
| **EMAIL CONTACT AT FILER:** | logan.hixon@cscglobal.com |
| **SEND ACKNOWLEDGEMENT TO:** | CSC<br>801 Adlai Stevenson Drive<br>Springfield<br>ILLINOIS<br>62703<br>United States |

## CONTINUATION

**INITIAL FINANCING STATEMENT FILE NUMBER:**

OH00206725913

**CONTINUATION Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.**

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

| **Name** | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT |
| **MAILING ADDRESS:** | 70 YORK STREET |

| **CITY:** TORONTO | **STATE:** CD | **POSTAL CODE:** M5J IS9 | **COUNTRY:** United States |

## PACKET NUMBER

882391-5

## OPTIONAL FILER REFERENCE DATA:

File with OH SOS Debtor: Iovate Health Sciences International Inc.



| | | |
|---|---|---|
| | 12/23/2024 | |
| **Reference:** | 00022043/000960 | |
| **Copies Requested:** | All Copies Excluding Lapsed Filings | |
| **Copy Cost Limit:** | $100.00 | |

| | |
|---|---|
| **Searched Through:** | 12/16/2024 |
| **Subject:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. |
| **Jurisdiction:** | Department of State, PA |
| **Index Searched:** | UCC |

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|---|---|---|---|
| 12/19/2016 | 2016121901234 | Financing Statement | HSBC BANK CANADA AS ADMINISTRATIVE AGENT TORONTO, ON |
| 12/19/2016 | 2016121901234 | Additional Secured Party on Record | |
| 06/28/2021 | 2021062901450 | Continuation | |
| 04/24/2024 | 20240425085803 | Amendment | |

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090258W



Filing# : 2016121901234
Date Filed : 12/19/2016
Pedro A. Cortés
Secretary of the Commonwealth

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
DIANA FELIPE                    (212) 530-5000

B. E-MAIL CONTACT AT FILER (optional)
dfelipe@milbank.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

⌐                              DXE                    ┐

Corporation Service Company
Account # 30067

L                                                      ┘

TCO161219JM1365

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 381 North Service Road West | Oakville | ON | L6M OH4 | | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 70 York Street | Toronto | ON | M5J 1S9 | | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:                                6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility   ☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:                                                                        F#5550877
Filed with: PA - Secretary of the Commonwealth                    426469 001  DXE                A#766284

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

Filing#: 2021062901450
Date Filed: 06/28/2021
Pennsylvania Department of State

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

882391 007    LHB

B. E-MAIL CONTACT AT FILER (optional)
cscpa@cscglobal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CSC
Account # 30067

TCO210629DP1605

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. | This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|---|
| 2016121901234 filed with PA on 12/19/2016 | | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes: AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with PA    Debtor: Iovate Health Sciences International Inc.

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS

**Pennsylvania Department of State**

**-FILED-**

Amendment #: 20240425085803
Date Filed: 4/24/2024

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)    **FNS**

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

Registered Agent Solutions, Inc.

Counter Pick-Up

1458762

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**PA DEPT OF STATE**

**APR 2 4 2024**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
201612190 1234 Filed On 12/19/2016

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party(ies) authorizing this Termination Statement

3. ☐ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9, check ASSIGN Collateral box in item 8 and describe the affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☐ Debtor or ☒ Secured Party of record

AND Check one of these three boxes to:
☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME  **HSBC BANK CANADA, AS ADMINISTRATIVE AGENT**

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME  **ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT**

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS  36 YORK MILLS ROAD | CITY  TORONTO, ON | STATE | POSTAL CODE  M2P 0A4 | COUNTRY  CAN

8. **COLLATERAL CHANGE:** Check only one box: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:
*Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME  **HSBC BANK CANADA, AS ADMINISTRATIVE AGENT**

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - PA - STATE

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)



| | | | |
|---|---|---|---|
| **Date:** | 12/16/2024 | **Reference:** | 00022043/000960 |
| **Organization:** | IOVATE HEALTH SCIENCES INTERNATIONAL INC. | | |
| **Jurisdiction:** | Secretary of State, TX | | |
| **Index Searched:** | UCC/Federal Lien | **Searched Through:** | 12/02/2024 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings | | |
| **Copy Cost Limit:** | $100.00 | | |

---

THE UNIFORM COMMERCIAL CODE INDEX MAINTAINED BY THE TEXAS SECRETARY OF STATE REFLECTS THE FOLLOWING EFFECTIVE FILINGS THROUGH 12/02/2024:

Financing Statement Number: 16-0040877568 filed on December 19, 2016 at 5:00 PM

DEBTOR:   IOVATE HEALTH SCIENCES INTERNATIONAL INC., 381 NORTH SERVICE ROAD WEST, Oakville ON
              L6M OH4 CAN
SECURED PARTY:   ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT, 36 YORK MILLS ROAD,
                        TORONTO, ON  M2P 0A4 CAN
SECURED PARTY:   HSBC BANK CANADA, AS ADMINISTRATIVE AGENT, 70 YORK STREET, TORONTO ON M5J
                        1S9 CAN
CONTINUATION Number: 21-00273649 filed on June 29, 2021 at 08:00 AM

PARTY INFORMATION CHANGE Number:  24-00287231 filed on April 24, 2024 at 08:52 AM


Total Number of Filings:  1

---

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★   PO Box 1831 ★   Austin, TX 78767 ★   (800) 345-4647



9-15090262R

Page: 1 of 1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>DIANA FELIPE | (212) 530-5000 |

B. E-MAIL CONTACT AT FILER (optional)    426469 001
dfelipe@milbank.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

```
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, ILLINOIS 62703
```

DXREC CEIVED
DEC 19 2016
CLK 18

16-0040877568
12/19/2016 05:00 PM

FILED
TEXAS
SECRETARY OF STATE
SOS

705116590002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Iovate Health Sciences International Inc. | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | | ON | L6M OH4 | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| | | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 70 York Street | Toronto | | ON | M5J 1S9 | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: TX - Secretary of State

F#550885
A#766292

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11) .

International Association of Commercial Administrators (IACA)

CSC TRANS01          6/28/2021 5:16:59 PM  PAGE   3/009   Fax Server

RECEIVED
JUN 29 2021

21-00273649
06/29/2021 08:00 AM

FILED

TEXAS
SECRETARY OF STATE
SOS

1062694250002

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Corporation Service Company
211 E. 7th Street
Suite 620
Austin, TX 78701

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER 16-0040877568 filed with TX SOS on 12/19/2016 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:          AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment) If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME HSBC Bank Canada, as Administrative Agent | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with TX SOS       Debtor: Iovate Health Sciences International Inc.          882391 004

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Capitol Services, Inc.
P.O. Box 1831
Austin, TX 78767
USA

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**FILING NUMBER: 24-00287231**
**FILING DATE: 04/24/2024      08:52 AM**
**DOCUMENT NUMBER: 1357867090001**
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**16-0040877568**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.
Filer attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9.
For partial assignment complete item 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes. This Change affects ☐ Debtor or ☑ Secured Party of record. AND Check one of these three boxes to:

☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME
**HSBC BANK CANADA, AS ADMINISTRATIVE AGENT**

OR  6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME
**ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT**

OR  7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **36 YORK MILLS ROAD** | **TORONTO, ON** | | **M2P 0A4** | **CAN** |

8. **COLLATERAL CHANGE:** Check only one box:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
**HSBC BANK CANADA, AS ADMINISTRATIVE AGENT**

OR  9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
**Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - TX - STATE**

FILING OFFICE COPY



**Reference:** 00022043/000960
**Copies Requested:** All Copies Excluding Lapsed Filings
**Copy Cost Limit:** $100.00

12/23/2024

**Searched Through:** 12/16/2024
**Subject:** IOVATE HEALTH SCIENCES INTERNATIONAL INC.
**Jurisdiction:** Department of Financial Institutions, WI
**Index Searched:** UCC/Federal Lien

| FILE DATE | FILE # | TYPE OF FILING | SECURED PARTY |
|-----------|--------|----------------|---------------|
| 12/19/2016 | 160016350217 | Financing Statement | HSBC BANK CANADA, AS ADMINISTRATIVE AGENT TORONTO, ON |
| 12/19/2016 | 160016350217 | Additional Secured Party on Record | |
| 06/28/2021 | 20210629000736-4 | Continuation | |
| 04/25/2024 | 20240425000416-6 | Amendment | |

*Capitol Services make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

**Capitol Services, LLC.** ★ PO Box 1831 ★ Austin, TX 78767 ★ (800) 345-4647



9-15090263S

801 $20

16927

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
DIANA FELIPE                                    (212) 530-5000

B. E-MAIL CONTACT AT FILER (optional)
dfelipe@milbank.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Corporation Service Company
301 S. Bedford St. Suite 1
Madison, WI. 53703

**Filing # - 160016350217**

**Filed - 12/19/2016 11:15 AM**

**Page 1 of 1**

**Wisconsin Department of
Financial Institutions**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| Iovate Health Sciences International Inc. |  |  |  |  |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME |  | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|  |  |  |  |  |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 381 North Service Road West | Oakville | ON | L6M OH4 | CAN |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME |  | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|  |  |  |  |  |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|  |  |  |  |  |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| HSBC Bank Canada, as Administrative Agent |  |  |  |  |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME |  | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|  |  |  |  |  |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 70 York Street | Toronto | ON | M5J 1S9 | CAN |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:                                6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):    ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: WI - Department of Financial Institutions                                F#550887
                                                                                    A#766294

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)          International Association of Commercial Administrators (IACA)

1867

Wisconsin Department of Financial Institutions - Uniform Commercial Code

**Filing Number: 20210629000736-4**

Filing Date and Time: 06/28/2021 03:30 PM

Total Number of Pages: 1

*(This document was filed electronically.)*

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | 882391 003 |
|---|---|
| B. E-MAIL CONTACT AT FILER (optional) | LHB |

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Corporation Service Company
301 S. Bedford St. Suite 1
Madison, WI 53703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
160016350217 filed with Dept of Financial Institutions on 12/19/2016

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☐ COLLATERAL CHANGE:  Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME HSBC Bank Canada, as Administrative Agent | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with WI Dept. of Financial Institutions    Debtor: Iovate Health Sciences International Inc.

International Association of Commercial Administrators (IACA)
**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Wisconsin Department of Financial Institutions - Uniform Commercial Code

## UCC FINANCING STATEMENT **AMENDMENT**
FOLLOW INSTRUCTIONS

**Filing Number: 20240425000416-6**

Filing Date and Time: 04/25/2024 10:45 AM

Total Number of Pages: 1

*(This document was filed electronically.)*

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

1458762

┌  DANE COUNTY TITLE COMPANY
   CORPORATE SERVICES DEPARTMENT
   UCC@danecountytitle.com           ┐

└                                    ┘

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
160016350217 Filed On 12/19/2016

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party(y)(ies) authorizing this Termination Statement

3. ☐ ASSIGNMENT: Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in item 8 and describe the affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. PARTY INFORMATION CHANGE:

Check one of these two boxes:          AND  Check one of these three boxes to:

This Change affects ☐ Debtor or ☒ Secured Party of record      ☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS 36 YORK MILLS ROAD | CITY TORONTO, ON | STATE | POSTAL CODE M2P 0A4 | COUNTRY CAN

8. COLLATERAL CHANGE: Check only one box: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN* collateral
Indicate collateral:                *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
HSBC BANK CANADA, AS ADMINISTRATIVE AGENT

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
Debtor: IOVATE HEALTH SCIENCES INTERNATIONAL INC. - WI - STATE

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)

# Exhibit D



# Milbank

**ALEXANDER B. LEES**

*Partner*

55 Hudson Yards | New York, NY 10001-2163
T: 212.530.5161
alees@milbank.com | milbank.com

May 1, 2025

**By Email**

Mark Bettilyon
Peter M. de Jonge
Jed H. Hansen
Thorpe North & Western LLP
8180 South 700 East, Suite 350
Sandy, UT 84070
dejonge@tnw.com
mark.bettilyon@tnw.com
hansen@tnw.com

Daniel S. Silverman
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
dssilverman@venable.com

> Re: Iovate Health Sciences International Inc. and Iovate Health Sciences International
> U.S.A. Inc.

Counsel:

We write as counsel to Royal Bank of Canada, in its capacity as administrative agent (the "**Agent**") under an Amended and Restated Credit Agreement dated June 30, 2021 (as amended, supplemented, amended and restated, or otherwise modified from time to time, the "**Credit Agreement**"), between, among others, Iovate Health Sciences International Inc. ("**Iovate**") as borrower and the lenders party thereto (the "**Lenders**"). The Agent has become aware that Orgain, Inc. ("**Orgain**") has obtained a judgment against Iovate in the action captioned *Orgain, Inc. v. Iovate Health Sciences International, Inc.* in the United States District Court of the Central District of California, and that it has sought to enforce the judgment by sending notices of levy to account debtors of Iovate, such as Walmart Inc., GNC, and the Franchise Group, and Iovate's subsidiaries, including Iovate Health Sciences International U.S.A. Inc. The Agent understands that as a result of an April 29, 2025, court order, such notices of levy have been vacated and quashed.

The Agent hereby demands that Orgain immediately cease all judgment enforcement efforts that interfere with the Agent's and the Lenders' rights with respect to Iovate, its subsidiaries, and their assets. The Agent, on behalf of the Lenders, holds a prior perfected lien on substantially all of Iovate's, and its material subsidiaries', assets (the "**Collateral**") to secure approximately U.S. $147 million in principal amount of loans under the Credit Agreement.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

The Collateral includes, without limitation, accounts receivable and their proceeds, including amounts owed to Iovate or its subsidiaries by Walmart Inc. and others. The Agent's and the Lenders' rights with respect to the Collateral are therefore senior to any rights Orgain may have as a later-in-time judgment creditor. By seeking to redirect payments from Iovate's and its subsidiaries' account debtors to itself, Orgain is attempting to improperly interfere with the Agent's and the Lenders' rights under the Credit Agreement and to the Collateral. Orgain has no entitlement to any payment out of the Collateral until the obligations under the Credit Agreement and the related loan documents have been satisfied in full.

If Orgain comes into possession of any portion of the Collateral, whether as a result of future notices of levy or otherwise, the Agent hereby demands that Orgain immediately turn that property over to the Agent, in accordance with its superior rights. If Orgain does not do so, or if it otherwise causes unjustified injury to any of Iovate's senior creditors, or to Iovate or its subsidiaries, then the Agent may be left with no choice but to bring legal action, including claims sounding in conversion.

The Agent reserves all rights. Please be governed accordingly.

Sincerely,

*/s/ Alexander B. Lees*
Alexander B. Lees

cc:
Iovate Health Sciences International, Inc.
Iovate Health Sciences International U.S.A. Inc.

c/o Stanley Panikowski
stanley.panikowski@us.dlapiper.com
DLA Piper
4365 Executive Drive Suite 1100
San Diego, CA 92121

c/o Timothy Blackford
tim@behmerblackford.com
Behmer and Blackford LLP
12526 High Bluff Drive Suite 300
San Diego, CA 92130

c/o Eric Friedman
eric.friedman@mcmillan.ca
McMillan LLP
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario

**IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS**
**CIVIL DIVISION**

**ORGAIN, INC.**                                                                 **PLAINTIFF**

**VS.**                              **CASE NO. 04CV-25-1607**

**IOVATE HEALTH SCIENCES INTERNATIONAL,**
**INC. AND IOVATE HEALTH SCIENCES INTERNATIONAL**
**U.S.A., INC.**                                                            **DEFENDANTS**

**BRIEF IN SUPPORT OF ROYAL BANK OF CANADA'S OBJECTION AND**
**MOTION TO QUASH WRIT OF GARNISHMENT**

## I.    INTRODUCTION

Royal Bank of Canada ("RBC" or the "Agent") is the administrative agent for a

group of lenders, who have loaned money to the defendants in this case, Iovate Health

Sciences International and Iovate Health Sciences Internal U.S.A., Inc. (collectively,

"Iovate"). Plaintiff Orgain, Inc. ("Orgain") has registered a foreign judgment in

Arkansas and now seeks to collect on that judgment by garnishing accounts

receivable owed to Iovate. The problem is that RBC holds a properly perfected prior

in time lien on the same accounts receivable upon which Orgain now seeks to collect

from Walmart.

Because RBC's lien is superior to the lien of Orgain created by the writ of

garnishment, the writ of garnishment should be quashed or, alternatively, any funds

garnished should be paid to RBC to apply to the debts owed to it. RBC seeks to

intervene in this case pursuant to Rule 24 of the Arkansas Rules of Civil Procedure in order to protect its rights to the accounts receivable, among other reasons.

## II.    FACTUAL BACKGROUND

On November 22, 2016, Iovate and its lenders (the "Lenders") entered into a credit agreement providing for about \$147 million in loans (as amended, supplemented, amended and restated, or otherwise modified from time to time, the "Credit Agreement"). In accordance with a contemporaneous security agreement (as amended, supplemented, amended and restated, or otherwise modified from time to time the "Security Agreement"), the Agent[1] acquired, for the benefit of the Lenders and to secure the loans, a first-priority lien on substantially all assets of Iovate (the "Collateral").[2] The Collateral includes, among other things, Iovate's accounts receivable and their proceeds, such as amounts owed to Iovate by customers like Walmart.

RBC's security interest in the Collateral was perfected as early as December 19, 2016, through UCC-1 financing statements filed in multiple jurisdictions, including New York, Pennsylvania, Texas, California, Florida, New Jersey, Ohio,

---

[1] The Credit Agreement and Security Agreement designated HSBC Bank Canada as the original administrative agent for the loans. In March 2024, HSBC Holdings sold HSBC Bank Canada to RBC. As a result, RBC became the administrative agent under the Credit Agreement (as successor to HSBC Bank Canada by way of the amalgamation among HSBC Bank Canada and Royal Bank of Canada). The Credit Agreement was most recently amended on February 28, 2025, through the execution of Amending Agreement No. 10, which is Exhibit A to the Andrew O'Coin Declaration submitted herewith.

[2] The Security Agreement is Exhibit B to the Andrew O'Coin Declaration submitted herewith.

Delaware, Wisconsin, and the District of Columbia.[3] Each UCC-1 designated that the collateral included "All Assets." Each of these UCC-1 financing statements was continued in June 2021 and amended as recently as April 2024. The Agent's first-priority security interest in all of Iovate's assets remains valid and perfected today.

No later than July 8, 2024, Iovate had violated at least three financial covenants in the Credit Agreement. These breaches constituted defaults under section 5.1(12) and section 6.1 of the Credit Agreement, and thus gave RBC an immediate right to possess the Collateral.

On November 17, 2024, Orgain obtained a judgment against Iovate in the action captioned *Orgain, Inc. v. Iovate Health Sciences International, Inc.*, 8:18-cv-01253-JLS-ADS, in the United States District Court of the Central District of California (the "California Action"). California Action, Dkt. 523. Orgain then sought to enforce that judgment by sending notices of levy to some of Iovate's wholesale customers—each an account debtor of Iovate. California Action, Dkt. 536. Iovate successfully moved to quash the notices of levy in California for the same or similar reasons that will be articulated in this case. California Action, Dkt. 543.

On May 1, 2025, counsel for RBC sent a letter notifying Orgain of its prior perfected lien on Iovate's assets.[4] RBC demanded that Orgain refrain from judgment enforcement efforts that could interfere with RBC's superior rights in the Collateral,

---

[3] These UCC-1 financing statements are Exhibit C to the Andrew O'Coin Declaration submitted herewith. Additional UCC-1 financing statements were filed in Illinois, Indiana, Kentucky, and Nevada in February 2025.

[4] The letter dated May 1, 2025, is Exhibit D to the Andrew O'Coin Declaration submitted herewith.

such as notices of levy that sought garnishment of Iovate's accounts receivable. Orgain never responded to that correspondence. Rather, in disregard of RBC's rights, Orgain commenced this action on April 29, 2025, seeking to register its California judgment in Arkansas, and then filed a writ of garnishment directed at Walmart on or about June 27, 2025.

## III.    ARGUMENT

### A.    The Court Should Quash the Writ of Garnishment to Walmart or, in the Alternative, Direct the Garnished Funds to Be Paid to RBC.

Orgain seeks to attach a garnishment lien to Iovate's accounts receivable and to collect Orgain's judgment through execution on the writ of garnishment lien. The problem is Orgain's garnishment lien is junior and inferior to RBC's lien on Iovate's accounts receivable. This is an issue of lien priority. As set out in RBC's Motion to Intervene submitted herewith, RBC seeks an order preventing Orgain from interfering with RBC's superior rights in the property that is the subject of the writ of garnishment. The Court should quash Orgain's writ of garnishment, thereby preserving RBC's rights in the Collateral and preventing Orgain from improperly diverting funds to itself to the detriment of Iovate's senior creditors.

*RBC holds an earlier in time, and thus senior right, in the property that Orgain seeks to garnish*. The "well established rule is that the priority of liens is generally determined by the maxim, first-in-time, first-in-right." *Searcy Farm Supply, LLC v. Merchants & Planters Bank*, 256 S.W.3d 496, 501 (Ark. 2007); *Niedermeier v. Cent. Prod. Credit Ass'n*, 777 S.W.2d 210, 211 (Ark. 1989) ("the first in time, first in right rule prevails" when determining the priority of conflicting

4

security interests). This concept is enshrined in Arkansas's version of the Uniform Commercial Code. *See* Ark. Code Ann. § 4-9-322 ("Conflicting perfected security interests . . . rank according to priority in time of filing or perfection."). A security interest in property is superior to a judgment lien that attached after the security interest was perfected. Ark. Code Ann. § 4-9-317(a)(2)(A); *Slodov v. United States*, 436 U.S. 238, 257 n.22 (1978) ("Under the UCC, a perfected security interest is superior to a judgment lien creditor's claim in the property[.]"); *Sperry Corp. v. Farm Implement, Inc.*, 760 F.2d 196, 198 (8th Cir. 1985) (applying Arkansas law, writing that "the holder of a perfected security interest takes priority over a subsequent lien creditor under the general code principle that gives priority to the earliest perfected security interest").

RBC's security interest in the accounts receivable attached in November 2016, upon execution of the Security Agreement. *See* UCC § 9-203(a) ("A security interest attaches to collateral when it becomes enforceable against the debtor with respect to the collateral."); *see also* Ark. Code Ann. § 4-9-203(a). RBC's security interest was perfected that same month, through the filing of UCC-1 financing statements. *See* UCC § 9-312(a) ("A security interest in chattel paper, negotiable documents, instruments, investment property, and virtual currencies may be perfected by filing.").

By stark contrast, Orgain's judgment against Iovate was not entered until November 2024, nearly eight years after RBC's lien attached and was perfected. Moreover, the writ of garnishment did not even issue until June 27, 2025. As a result,

5

as a matter of Arkansas law, RBC's rights in Iovate's assets—including with respect to payments due and owing from Walmart to Iovate—are senior to, and take priority over, Orgain's rights. Any lien created by the writ of garnishment is inferior to the lien of RBC. Therefore, any proceeds obtained pursuant to the writ of garnishment should be paid to RBC, as the senior lienholder.

*Allowing Orgain's writ of garnishment to survive will impair RBC's senior rights in the Collateral, improperly subverting the priorities of creditors established under the Uniform Commercial Code.* RBC's security interest is undoubtedly senior to Orgain's judgment lien, such that garnishment should be denied. As explained above, Orgain only became a judgment creditor in November 2024, several years after the security interest in the Collateral was perfected in 2016. Orgain thus took its interest in Iovate's assets subject to that earlier existing lien. Moreover, because of Iovate's several defaults under the Credit Agreement, which it has expressly acknowledged in writing, RBC presently has the right to take possession of its Collateral, including Iovate's accounts receivable and their proceeds. *See* UCC § 9-609(a) ("After default, a secured party . . . [m]ay take possession of the collateral[.]"). RBC should not be foreclosed from exercising its right to take possession of the subject accounts receivable by way of a junior judgment creditor's interest in collecting on a later-in-time judgment.

The Supreme Court of Arkansas has held that garnishment should be denied where a creditor has a superior interest in the property sought to be garnished. *See Gossett v. Merchs. & Planters* Bank, 361 S.W.2d 537, 538 (Ark. 1962). In *Gossett*, the

6

3434192-v1

Arkansas Supreme Court held that a savings account that had previously been pledged as security for prior-created promissory notes was "not subject to diversion by garnishment" because the garnishment lien arose after the pledged security interest in the account. *Id.* ("[a]ny possible lien in favor of [the garnishor] dated only from the time the Writ of Garnishment was served."). As in *Gossett*, Orgain's interest in Iovate's assets arose after RBC's security interest in the collateral arose. RBC's interest in substantially all of Iovate's assets, including accounts receivable, was perfected as early as 2016. By contrast, Orgain only became a judgment creditor in November 2024. Accordingly, "there can be no doubt that" Walmart's payments to Iovate are "restricted" and not subject to diversion by garnishment. *Id.*

This Court should follow *Gossett* and the weight of authority holding that garnishment should be quashed in order to prevent impairment of a senior creditor's interests in the property to be garnished. *See, e.g.*, *Fireman's Fund Ins. Co. v. Nw. Paving & Constr. Co.*, 891 P.2d 747, 750 (Wash. Ct. App. 1995) (affirming quash of writ of garnishment where creditor intervened in garnishment proceeding and provided evidence that it had "a superior interest in the funds"); *Wulco, Inc. v. O'Gara Grp., Inc.*, 228 N.E. 3d 167, 171–72 (Ohio Ct. App. 2023) (reversing trial court's grant of garnishment to plaintiff where the intervenor, an earlier secured creditor, had priority to the garnished funds).

If the writ of garnishment is not quashed, Orgain would obtain possession of assets in which RBC has an immediate superior interest. Here, Orgain only has a junior lien, and its interests in Iovate's accounts receivable are subject to RBC's

7

earlier perfected interest in substantially all of Iovate's assets. Under longstanding Arkansas law, a judgment lien attaches to only the property interest that the judgment debtor holds, and such "judgment lien is subject to existing equities of third parties" in the property. *See Snow Bros. Hardware Co. v. Ellis*, 21 S.W.2d 162, 163 (1929). Because Orgain holds a junior interest, it can only take subject to RBC's claims. *See Hardisty v. Jones*, No. 78-203, 1979 WL 774, at \*3 (Ark. Apr. 2, 1979) (holding that a garnishing creditor takes their interest subject to the existing claims of third persons, such that the garnishing creditor may only recover after prior liens are paid).

Finally, if the writ of garnishment is not quashed, judicial economy will be impaired. If Orgain improperly come into possession of Iovate's accounts receivable, to vindicate its senior rights, RBC would need to commence *another* action against Orgain for, among other possibilities, conversion of property. *See* UCC § 9-609 (cmt. § 5) ("Normally, a junior who refuses to relinquish possession of collateral upon the demand of a secured party having a superior possessory right to the collateral would be liable in conversion."). Consequently, RBC would then face credit and collection risk vis-à-vis Orgain. There is no justification for forcing this upon RBC, nor for the resulting waste of judicial resources. The proper outcome is to quash Orgain's writ of garnishment in deference to RBC's superior rights.

Accordingly, RBC respectfully requests that the Court quash the writ of garnishment. In the alternative, should the Court not grant the foregoing relief, RBC respectfully requests that the Court order Orgain to segregate any funds that it

3434192-v1

receives from Iovate and turn over such funds to RBC. This relief will preserve RBC's

senior interest in the Collateral and preserve judicial resources.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: abaker@wlj.com; jfair@wlj.com

By  /s/ Jacob P. Fair
    Adrienne L. Baker (2007159)
    Jacob P. Fair (2015167)

*Attorneys for Royal Bank of Canada*

## CERTIFICATE OF SERVICE

I hereby certify that on August ____, 2025, I electronically filed the foregoing

with the Clerk of the Court using the Arkansas Judiciary Electronic Filing System,

which shall send notification of such filing to the attorneys of record in this case.

/s/ Jacob P. Fair
Jacob P. Fair

9

3434192-v1