# **EXHIBIT E**

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Aug-27  11:22:36
04CV-25-1607
C19WD05 : 3 Pages

### IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
### CIVIL DIVISION

**ORGAIN, INC.**                                                                       **PLAINTIFF**

**vs.**                              **CASE NO. 04CV-25-1607**

**IOVATE HEALTH SCIENCES INTERNATIONAL, INC. and**
**IOVATE HEALTH SCIENCES INTERNATIONAL U.S.A., INC.**        **DEFENDANTS**

### RESPONSE TO ROYAL BANK OF CANADA'S MOTION TO INTERVENE

COMES NOW the Plaintiff, Orgain, Inc. (hereinafter, "Orgain"), by and through its undersigned counsel, NIXON, LIGHT & BUZBEE, PLLC, and for its Response to Royal Bank of Canada's Motion to Intervene states and responds as follows:

1. Orgain admits that it holds a properly registered foreign judgment against the Iovate Health Sciences International, Inc. and Iovate Health Sciences International, U.S.A., Inc. (hereinafter, collectively, "Iovate") in the amount of $12,500,00.00 and that it has sought to levy upon this judgment.

2. Orgain admits that it has properly registered the judgment in Arkansas.

3. Orgain admits the allegations contained in paragraph 3 of the Motion to Intervene.

4. Orgain is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Motion to Intervene and therefore denies the same.

5. Orgain denies the allegations contained in paragraph 5 of the Motion to Intervene. Pleading further, based upon the affidavits, briefs and other pleadings filed by both Iovate and the Bank it is clear that their interests are wholly aligned and therefore the Bank's interest is

adequately represented by Iovate.

6. Orgain denies the allegations contained in paragraph 6 of the Motion to Intervene.

7. Orgain is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Motion and therefore denies same.

8. The allegations contained in paragraph 8 of the Motion do not require a response by Orgain, nevertheless same is denied. Furthermore, Orgain denies any factual allegations contained in the referenced affidavits to the extent not supported by the record herein.

9. The allegations contained in paragraph 9 of the Motion do not require a response by Orgain.

10. Orgain denies each and every allegation contained in the motion to intervene and its attachments not specifically admitted herein.

WHEREFORE, Orgain, Inc., prays that the Motion to Intervene be denied and for all other just and proper relief to which it may be entitled.

Respectfully submitted,

NIXON, LIGHT & BUZBEE, PLLC
Attorneys at Law
10201 W. Markham, Suite 108
Little Rock, Arkansas 72205
501.376.3600 Telephone
501.225.6370 Facsimile
john@nixonandlight.com


/s/ John B. Buzbee
John B. Buzbee (Ark. Bar 08045)

ATTORNEY FOR ORGAIN, INC.

## CERTIFICATE OF SERVICE

I, John Buzbee, hereby certify that a true and correct copy of the foregoing Response was filed on this 27th day of August, 2025, providing electronic notice to all parties of record.

/s/ John B. Buzbee
John B. Buzbee (Ark. Bar 08045)