# **EXHIBIT J**

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Sep-03  12:06:22
04CV-25-1607
C19WD05 : 3 Pages

IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
FIFTH DIVISION

**ORGAIN, INC.**                                                                                            **PLAINTIFF**

vs.                                        **CASE NO. 04CV-25-1607**

**IOVATE HEALTH SCIENCES INTERNATIONAL, INC. and
IOVATE HEALTH SCIENCES INTERNATIONAL U.S.A., INC.**            **DEFENDANTS**

### ORDER DENYING DEFENDANTS' EMERGENCY MOTION TO QUASH THE WRIT OF GARNISHMENT DIRECTED TO WALMART INC.

Before the Court is the Defendants' Emergency Motion to Quash the Writ of Garnishment Directed to Walmart Inc. and the response thereto filed by the Plaintiff and based upon the pleadings, arguments of counsel and all other matters, the Court accordingly finds as follows:

1. The Defendants have failed to demonstrate the existence of an emergency justifying immediate relief.

2. The Plaintiff is seeking to enforce its legitimate judgment that has been duly registered in Benton County, Arkansas.

3. The writ of fieri facias pursuant to Ark. Code Ann. § 16-66-114 was futile and, in any event, any deficiency has been cured by the Plaintiff as of the date of the hearing.

4. Based upon these and all other factual findings and conclusions of law stated by the Court on the record, Defendants' Emergency Motion to Quash the Writ of Garnishment Directed to Walmart Inc. is hereby DENIED.

IT IS SO ORDERED.

                                                 [Electronically Signed By]
                                                 HON. XOLLIE DUNCAN
                                                 BENTON COUNTY CIRCUIT JUDGE

APPROVED AS TO FORM:

/s/ Peter Shults
Peter Shults (Ark. Bar 2019021)
SHULTS LAW FIRM LLP
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201
pshults@shultslaw.com


Prepared by:
John B. Buzbee (Ark. Bar 08045)
NIXON, LIGHT & BUZBEE, PLLC
10201 W. Markham, Suite 108
Little Rock, Arkansas 72205
john@nixonandlight.com



| | |
|---|---|
| **Case Title:** | ORGAIN INC V IOVATE HEALTH SCIENCES INTERNATIONAL |
| **Case Number:** | 04CV-25-1607 |
| **Type:** | ORDER MOTION DENIED |

So Ordered

*/s/ Xollie Duncan*

JUDGE XOLLIE DUNCAN

Electronically signed by XMDUNCAN on 2025-09-03     page 3 of 3