# **EXHIBIT K**

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Sep-05  14:51:56
04CV-25-1607
C19WD05 : 5 Pages

## IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
## CIVIL DIVISION

**ORGAIN, INC.**            **PLAINTIFF**

**v.**        **CASE NO. 04CV-25-1607**

**IOVATE HEALTH SCIENCES INTERNATION, INC. and**
**IOVATE HEALTH SCIENCES INTERNATIONAL U.S.A., INC.**    **DEFENDANT**

**WALMART, INC.**            **GARNISHEE**

### WALMART INC.'S ANSWER TO WRIT OF GARNISHMENT

Garnishee, Walmart Inc. ("Walmart"), by and through its attorneys, Kutak Rock LLP, and for its Answer to the Writ of Garnishment issued on June 27, 2025, and the duplicate Writ of Garnishment issued on August 22, 2025 (the "Writ"),[1] states the following:

1. With respect to the allegations contained in the "Notice to Garnishee" section of the Writ, Walmart admits that on November 17, 2024, a judgment was entered in favor of Plaintiff against Defendants in the amount of $12,500,000.00. Walmart lacks knowledge or information sufficient to admit or deny the allegation that the judgment remains unsatisfied.

2. With respect to the allegation that Walmart is indebted to Defendants or has in its possession goods, chattels, money, credits, or effects belonging to Defendants,

---

[1] The August 22, 2025 writ of garnishment was not served on Walmart.

1

Walmart states the following. Walmart owes Defendants $11,333,502.67 in connection to a vendor account (ID no. **2290) (the "Vendor Account").

3. Walmart further states that it located two marketplace accounts (ID nos. *******3246 and *******4326) (the "Marketplace Accounts") in connection to Defendants' use of Walmart's "Fulfillment Services," whereby Defendants send their goods to Walmart's distribution centers for storage pending customer purchases on the Marketplace online platform and Walmart's subsequent preparation and delivery of goods to customers. However, Walmart is not indebted to Defendants or in possession of any goods, chattels, money, credits, or effects belonging to Defendants in connection to Defendants' Marketplace Accounts. The Marketplace Accounts are no longer active, and Walmart does not currently house goods belonging to Defendants in Walmart's distribution centers.

4. Plaintiff served Walmart with Allegations and Interrogatories in connection to the Writ,[2] Walmart is filing Answers to the Allegations and Interrogatories contemporaneously with the filing of this Answer.

5. Walmart affirmatively states that it has placed a hold on Defendants' Vendor Account (ID no. **2290) as well as Defendants' Marketplace Accounts pending resolution of the Writ.

6. Walmart denies each and every material or relevant allegation or statement set forth in the Writ unless specifically admitted herein.

---

[2] Plaintiff filed identical Allegations and Interrogatories to Walmart on June 27, 2025, and August 22, 2025

2

WHEREFORE, Garnishee, Walmart Inc., respectfully requests that, based upon the responses herein and those in its Answers to Allegations and Interrogatories filed contemporaneously herewith, the Court enter an order of disposition of funds identified in response to the subject Writ of Garnishment and Answers to Allegations and Interrogatories, and discharge Walmart Inc. of any liability under the Writ of Garnishment, and for all other relief to which it lawfully may be entitled.

Respectfully Submitted,

**KUTAK ROCK LLP**

*/s/ Caleb S. Sugg*
Caleb S. Sugg, AR 2020069
1277 E. Joyce Blvd., Suite 300
Fayetteville, Arkansas 72703-5585
(479) 973-4200 Telephone
(479) 973-0007 Fax
Caleb.Sugg@KutakRock.com

*Attorneys for Garnishee, Walmart Inc.*

3

## VERIFICATION

STATE OF ARKANSAS           )
                                                )
COUNTY OF BENTON          )

The foregoing information is true and correct to the best of my knowledge and belief.

WALMART, INC.

By: _____ ɔɔ WALMART INC.
Leon Paz

SUBSCRIBED AND SWORN TO before me, a notary public, on this 4th day of September 2025.

_____
NOTARY PUBLIC

My commission expires:

03/26/2029

MYRANDA HOLLOWAY
Notary Public - Arkansas
Benton County
Commission #12707138
My Commission Exp. 03/26/2029

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2025, a true and correct copy of the foregoing was served by filing it via the Arkansas Judiciary's eFlex system, which shall send notification to all parties and/or counsel registered to receive such service.

                                                 */s/ Caleb S. Sugg*
                                                 Caleb S. Sugg