## EXHIBIT L

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Sep-05  14:51:56
04CV-25-1607
C19WD05 : 6 Pages

## IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
## CIVIL DIVISION

**ORGAIN, INC.**                                                            **PLAINTIFF**

**v.**                              **CASE NO. 04CV-25-1607**

**IOVATE HEALTH SCIENCES INTERNATION, INC. and**
**IOVATE HEALTH SCIENCES INTERNATIONAL U.S.A., INC.**          **DEFENDANT**

**WALMART, INC.**                                                    **GARNISHEE**

## WALMART INC.'S ANSWERS TO ALLEGATIONS AND INTERROGATORIES

Garnishee, Walmart Inc. ("Walmart"), by and through its attorneys, Kutak Rock

LLP, and for its Answers to Plaintiff's Allegations and Interrogatories filed on June 27,

2025, and the duplicate Allegations and Interrogatories filed on August 22, 2025, states

the following:

## ALLEGATIONS

1.      That the Defendants and Judgment Debtors herein supply the Garnishee,

Walmart, Inc. (hereinafter, "Garnishee"), with products to sell in its business operations.

As a result, Garnishee regularly remits sale proceeds from its business operations to

Defendants.

RESPONSE: Admitted.

2.      That the Garnishee, was, on and after the date of service of the Writ of

Garnishment herein, indebted to the Defendants, Iovate Health Sciences International,

Inc. and/or Iovate Health Sciences International U.S.A., Inc., in the sum of $12,500,000.00,

including attorney's fees, accrued court costs, the cost of this Writ and service of same.

RESPONSE: Walmart admits that it owes Defendants $11,333,502.67 in connection to a vendor account (ID no. **2290) (the "Vendor Account"). Walmart denies any remaining allegations contained in Allegation No. 2.

3.     That the Garnishee, on and after the date aforesaid, had in its hands and possession certain goods, chattels, monies, credits and effects belonging to the Defendants in the total amount of $12,500,000.00.

RESPONSE: Walmart admits that it owes Defendants $11,333,502.67 in connection to a vendor account (ID no. **2290) (the "Vendor Account"). Walmart denies any remaining allegations contained in Allegation No. 3.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Were you on or after the date of the service of the Writ of Garnishment herein, indebted to either of the Defendants? If so, how were you indebted and for what amount?

**RESPONSE:** Yes. Walmart owes Defendants $11,333,502.67 in connection to a vendor account (ID no. **2290) (the "Vendor Account"). Walmart further states that it located two marketplace accounts (ID nos. *******3246 and *******4326) (the "Marketplace Accounts") in connection to Defendants' use of Walmart's "Fulfillment Services," whereby Defendants send their goods to Walmart's distribution centers for storage pending customer purchases on the Marketplace online platform and Walmart's subsequent preparation and delivery of goods to customers. However, Walmart is not indebted to Defendants or in possession of any goods, chattels, money, credits, or effects belonging to Defendants in connection to Defendants' Marketplace Accounts. The

Marketplace Accounts are no longer active, and Walmart does not currently house goods belonging to Defendants in Walmart's distribution centers.

**INTERROGATORY NO. 2:** Had you in your hands and possession, on or after the date, any goods, chattels, monies, credits, and effects belonging to the Defendants? If so, what was the nature and value thereof?

**RESPONSE:** See Walmart's response to Interrogatory No. 1.

**INTERROGATORY NO. 3:** Are you presently withholding any funds belonging to the Defendant pursuant to a previous or pending Writ of Garnishment?

**RESPONSE:** No. To provide clarity, however, Walmart states that in connection to the matter styled, *Orgain, Inc. v. Northern Innovations Holding Corp. et al.*, Case No. 8:18-cv-01253-JLS-ADS (C.D. Cal.), Walmart initially placed a hold on Defendants' Vendor Account (ID no. **2290) as well as Defendants' Marketplace Accounts. Walmart has maintained the hold placed on Defendants' Vendor Account (ID no. **2290) as well as Defendants' Marketplace Accounts pending resolution of the Writ of Garnishment in this matter.

**INTERROGATORY NO. 4:** If so, please state the balance owed on said Judgment, the style of the case, the Case Number, the date upon which said garnishment was issued, and the Court from which said garnishment was issued, and the amount being withheld each pay period.

**RESPONSE:** See Walmart's response to Interrogatory No. 3.

Respectfully Submitted,

**KUTAK ROCK LLP**

*/s/ Caleb S. Sugg*
Caleb S. Sugg, AR 2020069
1277 E. Joyce Blvd., Suite 300
Fayetteville, Arkansas 72703-5585
(479) 973-4200 Telephone
(479) 973-0007 Fax
Caleb.Sugg@KutakRock.com

*Attorneys for Garnishee, Walmart Inc.*

## **VERIFICATION**

STATE OF ARKANSAS       )
                            )
COUNTY OF BENTON     )

      The foregoing information is true and correct to the best of my knowledge and belief.

                      WALMART, INC.

                      By: _____
                         Leon Paz

      SUBSCRIBED AND SWORN TO before me, a notary public, on this _____ day of September 2025.

                      _____
                      NOTARY PUBLIC

My commission expires:

03/26/2029

MYRANDA HOLLOWAY
Notary Public - Arkansas
Benton County
Commission #12707138
My Commission Exp. 03/26/2029

5

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 5, 2025, a true and correct copy of the foregoing was served by filing it via the Arkansas Judiciary's eFlex system, which shall send notification to all parties and/or counsel registered to receive such service.

*/s/ Caleb S. Sugg*
Caleb S. Sugg