# EXHIBIT M

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2025-Sep-25 10:29:36
04CV-25-1607
C19WD05 : 1 Page

# IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
## CIVIL DIVISION
## DIVISION V

| | |
|---|---|
| **ORGAIN, INC.** | **PLAINTIFF** |
| Vs.           CASE NO: 04CV-25-1607-5 | |
| **IOVATE HEALTH SCIENCES INTERNATIONAL, INC.** and **IOVATE HEALTH SCIENCES INTERNATIONAL U.S.A. INC.** | **DEFENDANTS** |
| **WALMART, INC.** | **GARNISHEE** |

## ORDER

Now on this 25th day of September, 2025, the above-styled cause came before the Court on the notice of Bankruptcy of the Defendants; the Court finds and orders that this matter is closed until the bankruptcy proceedings of the Defendants are resolved and a Motion to Reopen is filed by either party. Upon the filing of said Motion to Reopen upon the conclusion of the insolvency matter, no additional filing fee is required to be paid and notice may be had by regular mail to the attorneys of record or any *pro se* parties.

IT IS SO ORDERED.

_____
XOLLIE DUNCAN, Circuit Judge

cp