Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.* | Case No. 25-11958 (MG) |
| | (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |

**DECLARATION OF MICHAEL DE LELLIS**
**IN SUPPORT OF MOTION FOR (I) RECOGNITION OF FOREIGN**
**MAIN PROCEEDING, (II) RECOGNITION OF FOREIGN REPRESENTATIVE,**
**AND (III) RELATED RELIEF UNDER CHAPTER 15 OF THE BANKRUPTCY CODE**

I, Michael De Lellis, to the best of my information and belief, state as follows:

1. I am a partner of Osler, Hoskin & Harcourt LLP, Canadian counsel to KSV Restructuring Inc., in its capacity as proposal trustee (the "Proposal Trustee") in respect of that certain insolvency proceeding (the "Canadian Proceeding") concerning the above-captioned debtors (the "Debtors") commenced pursuant to section 50.4 of Canada's *Bankruptcy and Insolvency Act* (R.S.C. 1985, c. B-3) (the "BIA"), pending before the Ontario Superior Court of

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

Justice (Commercial List) (the "Canadian Court"), and as such, I am fully familiar with the facts and circumstances set forth herein.

2. I submit this declaration in support of the *Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [Docket No. 4] (the "Recognition Motion"). Capitalized terms used but not defined herein are intended to have the meanings ascribed to them in the *Supplemental Brief in Support of Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative and (III) Related Relief Under Chapter 15 of the Bankruptcy Code*, filed contemporaneously herewith.

3. Attached hereto as **Exhibit A** is a true and correct copy of emails exchanged between counsel to Orgain and counsel to Walmart dated September 17 and 18, 2025, which emails I received by copy.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Second Report submitted by the Proposal Trustee in the Canadian Proceeding.

5. Attached hereto as **Exhibit C** is a true and correct copy of the NOI Extension Order.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: October 7, 2025
      Toronto, Ontario
      Canada

                                                Michael De Lellis