**EXHIBIT C**

Court File No: BK-25-03268936-0031

## ONTARIO SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

| | | |
|---|---|---|
| THE HONOURABLE | ) | FRIDAY, THE 3RD DAY |
| | ) | |
| JUSTICE CONWAY | ) | OF OCTOBER, 2025 |

Court No.: 31-3268936
Estate No.: 31-3268936

**IN THE MATTER OF THE NOTICE OF INTENTION TO MAKE A PROPOSAL OF IOVATE HEALTH SCIENCES INTERNATIONAL INC.**

Court No.: 31-3268942
Estate No.: 31-3268942

**IN THE MATTER OF THE NOTICE OF INTENTION TO MAKE A PROPOSAL OF IOVATE HEALTH SCIENCES U.S.A. INC.**

Court No.: 31-3268971
Estate No.: 31-3268971

**IN THE MATTER OF THE NOTICE OF INTENTION TO MAKE A PROPOSAL OF NORTHERN INNOVATIONS HOLDING CORP.**

## ORDER

**THIS MOTION**, made by Iovate Health Sciences International Inc. ("**Iovate International**"), Iovate Health Sciences U.S.A. Inc. ("**Iovate USA**"), and Northern Innovations Holding Corp. ("**Northern Innovations**" and together with Iovate International and Iovate USA, the "**NOI Applicants**") for an Order, extending the time required for the NOI Applicants to file a proposal from October 5, 2025 to November 4, 2025, was heard this day at 330 University Avenue, Toronto, Ontario by videoconference.

**ON READING** the Motion Record of the NOI Applicants, including the Affidavit of Wesley Parris sworn September 29, 2025 and the exhibits thereto (the "**Second Parris Affidavit**"), the Second Report of the Proposal Trustee and on hearing the submissions of

- 2 -

counsel for the NOI Applicants, the Proposal Trustee and Royal Bank of Canada as agent for a syndicate of lenders (the "**Administrative Agent**"), and other such parties shown on the Participant Information Form filed with the Court:

**SERVICE AND DEFINITIONS**

1.    **THIS COURT ORDERS** that the time for service and filing of the Notice of Motion and the Motion Record is hereby abridged and validated so that this Motion is properly returnable today and hereby dispenses with further service thereof.

2.    **THIS COURT ORDERS** that that capitalized terms used in this Order and not otherwise defined herein shall have the meanings ascribed to them in the Second Parris Affidavit.

**EXTENSION OF TIME TO FILE A PROPOSAL**

3.    **THIS COURT ORDERS** that pursuant to Section 50.4(9) of the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c. B-3, as amended, the time for the NOI Applicants to file a proposal is hereby extended to and including November 4, 2025.

**GENERAL**

4.    **THIS COURT ORDERS** that this Order shall have full force and effect in all provinces and territories in Canada.

5.    **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada or in the United States, to give effect to this Order and to assist the NOI Applicants, the Proposal Trustee and their respective agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and provide such assistance to the NOI Applicants and to the Proposal Trustee, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant foreign representative status to Iovate International in any foreign proceeding, or to assist the NOI Applicants and the Proposal Trustee and their respective agents in carrying out the terms of this Order.

6. **THIS COURT ORDERS** that Iovate International be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, including in the United States, for the recognition of this Order and the NOI Proceedings for assistance in carrying out the terms of this Order, and Iovate International is authorized and empowered to act as a foreign representative in respect of the NOI Proceedings for the purpose of having the NOI Proceedings recognized in a jurisdiction outside of Canada.

7. **THIS COURT ORDERS** that Iovate International is authorized and empowered, as foreign representative of the NOI Applicants and the NOI Proceedings, to apply to the United States Bankruptcy Court for relief pursuant to Chapter 15 of the *United States Bankruptcy Code*, and any other provisions of the *United States Bankruptcy Code*.

8. **THIS COURT ORDERS** that any interested party may apply to this Court to vary or amend this Order on not less than seven (7) days' notice to the NOI Applicants, the Proposal Trustee, the Administrative Agent and to any other party likely to be affected by the order sought or upon such other notice, if any, as this Court may order.

9. **THIS COURT ORDERS** that this Order is effective from today's date and it is made and enforceable without the need for entry or filing.

_____
Conway J.

DOC#15309614v4

**IN THE MATTER OF THE NOTICE OF INTENTION TO MAKE A PROPOSAL OF IOVATE HEALTH SCIENCES INTERNATIONAL INC.**

Court No.: 31-3268936

Estate No.: 31-3268936

**IN THE MATTER OF THE NOTICE OF INTENTION TO MAKE A PROPOSAL OF IOVATE HEALTH SCIENCES U.S.A. INC.**

Court No.: 31-3268942

Estate No.: 31-3268942

**IN THE MATTER OF THE NOTICE OF INTENTION TO MAKE A PROPOSAL OF NORTHERN INNOVATIONS HOLDING CORP.**

Court No.: 31-3268971
Estate No.: 31-3268971

Court File No: BK-25-03268936-0031

*ONTARIO* **SUPERIOR COURT OF JUSTICE (COMMERCIAL LIST)**

PROCEEDING COMMENCED AT TORONTO

**ORDER**
(**Extension of Time to File a Proposal**)

**CHAITONS LLP**
Barristers and Solicitors 5000 Yonge Street, 10th Floor
Toronto, ON  M2N 7E9

**Harvey Chaiton (LSO No. 21592F)**
Tel:     (416) 218-1129
E-mail: harvey@chaitons.com

**Danish Afroz (LSO No. 65786B)**
Tel:     (416) 218-1137
E-mail: dafroz@chaitons.com

Lawyers for Iovate Health Sciences International Inc., Iovate Health Sciences U.S.A. Inc. and Northern Innovations Holding Corp.

DOC#15309614v4