**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 15 |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.* | Case No. 25-11958 (MG) |
|  | (Jointly Administered) |
| Debtors in a Foreign Proceeding |  |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, ATLE T. SATERBAK, request admission, *pro hac vice*, before The Honorable Martin Glenn, to represent Milk Specialties Company d/b/a Actus Nutrition ("Milk Specialties") in the above-referenced cases.

*I certify that I am a member in good standing* of the bar in the State of Minnesota.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Minneapolis, Minnesota
October 1, 2025

**WINTHROP & WEINSTINE, P.A.**

By: */s/ Atle T. Saterbak*
Atle T. Saterbak (MN #0504648)
225 South Sixth Street, Suite 3500
Minneapolis, MN
Tel: (612) 604-6400
Email: ASaterbak@winthrop.com

*Attorneys for Milk Specialties Company d/b/a Actus Nutrition*

40717891v1

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 15 |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.* | ) ) ) | Case No. 25-11958 (MG) |
|  | ) | (Jointly Administered) |
| Debtors in a Foreign Proceeding | ) ) |  |

**ORDER GRANTING ADMISSION TO**
**PRACTICE *PRO HAC VICE* OF ATLE SATERBAK**

Upon the motion of Atle T. Saterbak of Winthrop & Weinstine, P.A., to be admitted, *pro hac vice*, to represent Milk Specialties Company d/b/a Actus Nutrition ("Milk Specialties") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the he bar in the State of Minnesota, it is hereby

**ORDERED**, that Atle T. Saterbak, Esquire is admitted to practice, *pro hac vice*, in the above referenced cases to represent Milk Specialties, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
　　　October __, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE MARTIN GLENN**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**

40717966v1

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).