**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 15 |
| ) | |
| IOVATE HEALTH SCIENCES ) | Case No. 25-11958 (MG) |
| INTERNATIONAL INC.,[1] *et al.* ) | |
| ) | (Jointly Administered) |
| ) | |
| Debtors in a Foreign Proceeding ) | |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, WILLIAM J. SCHUMACHER, request admission, *pro hac vice*, before The Honorable Martin Glenn, to represent Milk Specialties Company d/b/a Actus Nutrition ("Milk Specialties") in the above-referenced cases.

I certify that I am a member in good standing before the bars of the State of Minnesota, the State of California, the U.S. District Court for the District of Minnesota, the U.S. District Court for the Central District of California, the U.S. District Court for the Southern District of California, the U.S. District Court for the Northern District of California, the U.S. District Court for the Eastern District of Texas, the U.S. District Court for the District of Colorado, and the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated: Minneapolis, Minnesota<br>October 1, 2025 | **WINTHROP & WEINSTINE, P.A.**<br><br>By: */s/ William J. Schumacher*<br>William J. Schumacher (MN #0397267)<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN |

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

Tel: (612) 604-6400
Email: wschumacher@winthrop.com

*Attorneys for Milk Specialties Company d/b/a Actus Nutrition*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al*. | ) ) ) | Case No. 25-11958 (MG) |
| | ) | (Jointly Administered) |
| Debtors in a Foreign Proceeding | ) | |

**ORDER GRANTING ADMISSION TO**
**PRACTICE *PRO HAC VICE* OF WILLIAM SCHUMACHER**

Upon the motion of William J. Schumacher of Winthrop & Weinstine, P.A., to be admitted, *pro hac vice*, to represent Milk Specialties Company d/b/a Actus Nutrition ("Milk Specialties") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Minnesota, the State of California, the U.S. District Court for the District of Minnesota, the U.S. District Court for the Central District of California, the U.S. District Court for the Southern District of California, the U.S. District Court for the Northern District of California, the U.S. District Court for the Eastern District of Texas, the U.S. District Court for the District of Colorado, and the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that William J. Schumacher, Esquire is admitted to practice, *pro hac vice*, in the above referenced cases to represent Milk Specialties, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
         October __, 2025

                                                                    **HONORABLE MARTIN GLENN**

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).