UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.* | Case No. 25-11958 (MG) |
| | (Jointly Administered) |
| Debtors in a Foreign Proceeding | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE* OF ATLE SATERBAK

Upon the motion of Atle T. Saterbak of Winthrop & Weinstine, P.A., to be admitted, *pro hac vice*, to represent Milk Specialties Company d/b/a Actus Nutrition ("Milk Specialties") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the he bar in the State of Minnesota, it is hereby

**ORDERED**, that Atle T. Saterbak, Esquire is admitted to practice, *pro hac vice*, in the above referenced cases to represent Milk Specialties, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
October 8, 2025

/s/Martin Glenn
**HONORABLE MARTIN GLENN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).