**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 15 |
| | ) | |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.* | ) | Case No. 25-11958 (MG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors in a Foreign Proceeding | ) | |

### ORDER GRANTING ADMISSION TO
### PRACTICE *PRO HAC VICE* OF WILLIAM SCHUMACHER

Upon the motion of William J. Schumacher of Winthrop & Weinstine, P.A., to be admitted, *pro hac vice*, to represent Milk Specialties Company d/b/a Actus Nutrition ("Milk Specialties") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Minnesota, the State of California, the U.S. District Court for the District of Minnesota, the U.S. District Court for the Central District of California, the U.S. District Court for the Southern District of California, the U.S. District Court for the Northern District of California, the U.S. District Court for the Eastern District of Texas, the U.S. District Court for the District of Colorado, and the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that William J. Schumacher, Esquire is admitted to practice, *pro hac vice*, in the above referenced cases to represent Milk Specialties, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
     October 8, 2025

/s/Martin Glenn
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).