Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES<br>INTERNATIONAL INC.,[1] *et al.*<br><br>      Debtors in a Foreign<br>      Proceeding. | Chapter 15<br><br>Case No. 25-11958 (MG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Steven W. Golden, hereby certify that I caused a copy of the following documents[2] to be served via (i) email on the service lists attached hereto as **Exhibit 1** on the 7th day of October, 2025, and (ii) first class mail on the 7th day of October 2025 on the service list attached as **Exhibit 2**.

> **Supplemental Brief in Support of Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Dkt. No. 44]**
>
> **Declaration of Steven W. Golden in Support of Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Dkt. No. 45]**
>
> **Third Declaration of Wesley Parris in Support of Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Dkt. No. 46]**

---

[1]    The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

[2]    All references to "Dkt. No" refer to docket numbers in case no. 25-11958 unless otherwise specified.

**Declaration of Michael De Lellis in Support of Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Dkt. No. 47]**

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the First Day Filings via electronic service.

Dated: October 9, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*

Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone:  212-561-7700
Facsimile:   212-561-7777

*Counsel to Foreign Representative*

## **EXHIBIT 1**

**<u>EXHIBIT 2</u>**

| Company | Address | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Airline Plastics Co. | 2860 Bath Pike | | | Nazareth | PA | 18064 | USA |
| ANYBILL FINANCE SERVICES, INC | P O BOX 34781 | | | BETHESDA | MD | 20827-0781 | USA |
| BALCHEM CORPORATION | 52 Sunrise Park Road | | | New Hampton | NY | 10958 | USA |
| Bio-Cat, Inc. | 9117 Three Notch Road | | | Troy | VA | 22974 | USA |
| CANADA REVENUE AGENCY | 4695 Shawinigan-Sud Boulevard | | | Shawinigan | QC | G9P 5H9 | Canada |
| CH ROBINSON WORLDWIDE, INC. | P O BOX 9121 | | | MINNEAPOLIS | MN | 55480-9121 | USA |
| Christine Aguilar | 3207 Club Rancho Dr | | | Palmdale | CA | 93551 | USA |
| Circana LLC | 203 N. LaSalle St. | Suite 1500 | | Chicago | IL | 60601 | USA |
| COMPASS LOGISTICS INTERNATIONAL INC | 265 WEST COMMERCIAL AVENUE | | | MOONACHIE | NJ | 07004 | USA |
| CURRENT TECHNOLOGIES LLC DBA PATTERN CREATORS | 1441 WEST INNOVATION WAY SUITE 500 | | | LEHI | UT | 84043 | USA |
| DSV AIR & SEA INC | 1300 NORTH ARLINGTON HEIGHTS ROAD | SUITE 150 | | ITASCA | IL | 60143 | USA |
| ESKO GRAPHICS INC | 8535 Gander Creek Dr | | | Miamisburg | OH | 45342 | USA |
| EUROFINS BOTANICAL TESTING US INC | 6304 RONALD REAGAN AVENUE | | | MADIASON | WI | 53704 | USA |
| EVER.AG INSIGHTS | 2810 CROSSROADS DRIVE SUITE 3900 | | | MADISON | WI | 53718 | USA |
| FEDERAL TRADE COMMISSION | 600 Pennsylvania Avenue, NW | | | Washington | DC | 20580 | USA |
| FOOD AND DRUG ADMINISTRATION | 10903 New Hampshire Ave | | | Silver Spring | MD | 20993 | USA |
| Giancarlo Stanton | 10900 Wilshire Blvd, Suite 1200 | | | Los Angeles | CA | 90024 | USA |
| GLEN LAKE ENTERPRISES INC DBA SNELLER CREATIVE PROMOTIONS | 5014 BRITTANY DOWNS DRIVE | | | SAINT CHARLES | MO | 63304 | USA |
| GOLDEN BRIDGE INTERNATIONAL INC | 733 9TH AVENUE | | | CITY OF INDUSTRY | CA | 91745 | USA |
| HIGHRADIUS CORPORATION | 2107 CityWest Blvd. | | | Houston | TX | 77042 | USA |
| INCRENOVO LLC | 730 EAST CARLISLE AVENUE | | | WHITEFISH BAY | WI | 53217 | USA |
| International Paper Company | 6400 Poplar Avenue | | | Memphis | TN | 38197 | USA |
| Iovate Health Sciences International Inc. and Iovate Health Sciences U.S.A. Inc, | 381 North Service Road West | | | Oakville | ON | L6M 0H4 | Canada |
| J BECKER SOLUTIONS INC DBA JBS INC | 610 CHADDS FORD DRIVE SUITE M23 | | | CHADDS FORD | PA | 19317 | USA |
| KPMG, LLP | 333 BAY STREET SUITE 4600 | | | TORONTO | ON | M5H 2S5 | Canada |
| LINA M LOPEZ | 2 CHELSEA AVENUE APARTMENT 204 | | | LONG BRANCH | NJ | 07740 | USA |
| MNTNS MARKETING INC | 136 GEARY AVENUE | UNIT 109 | | TORONTO | ON | M6H 4H1 | Canada |
| National Polymers LLC | 9 Guttman Avenue | | | Charleroi | PA | 15022 | USA |
| Netrition, Inc. | 25 Corporate Circle, Suite 118 | | | Albany | NY | 12203 | USA |
| Northern Innovations Holding Corp. | 381 North Service Road West | | | Oakville | ON | L6M 0H4 | Canada |
| ORGAIN, INC. | C/O THORPE NORTH & WESTERN LLP | 8180 South 700 East, Suite 350 | | Sandy | UT | 84070 | USA |
| ORGAIN, INC. | Venable LLP | 2049 Century Park East, Suite 2300 | | Los Angeles | CA | 90067 | USA |
| ORGAIN, INC. | Venable LLP | 2049 Century Park East, Suite 2300 | | Los Angeles | CA | 90067 | USA |
| ORGAIN, INC. | c/o Nixon, Light & Breeze, PLLC | 10201 W. Markham, Suite 108 | | Little Rock | AR | 72205 | USA |
| ORGAIN, INC. | C/O Davies Ward Phillips & Vineberg LLP | 155 Wellington Street West | | TORONTO | ON | M5V 3J7 | Canada |
| ORGAIN, INC. | c/o Faegre Drinker Biddle and Reath LLP | 222 Delaware Ave., Suite 1410 | | Wilmington | DE | 19801 | USA |
| PERATON INC | 12975 WORLDGATE DRIVE | | | HERNDON | VA | 20170 | USA |
| PERPETUA LABS INC | 1801 PORTER STREET SUITE 300 | | | BALTIMORE | MD | 21230 | USA |
| RBC | 335 8TH AVENUE SOUTHWEST, 5TH FLOOR | | | CALGARY | AB | T2P 1C9 | Canada |
| Rieke Packaging | 1200 Valley House Drive, Suite 100 | | | Rohnert Park | CA | 94928 | USA |
| THE BEANSTALK GROUP LLC | 1285 Avenue of the Americas | 5th Floor | | New Yok | NY | 10019 | USA |
| USA Sports LLC. (aka Muscle Foods USA aka Eurpac Service Incorporated | 40 Danbury Road, Suite 7 | | | Wilton | CT | 06897 | USA |
| USDA AMS DAIRY | 1400 INDEPENDENCE AVENUE SOUTHWEST ACCOUNT 3030396 | | | WASHINGTON | DC | 20250 | USA |
| VEJO SERVICES LLC | 3009 FOX GLEN COURT | | | ST CHARLES | IL | 60174 | USA |
| VMI Nutrition, Inc. (aka Genysis) | 391 S. Orange Street | | | Salt Lake City | UT | 84116 | USA |
| Walgreens-Antuit | 200 Wilmot Road | | | DEERFIELD | IL | 60015 | USA |