**MILBANK LLP**
Alexander B. Lees
Michael T. Frieda
55 Hudson Yards
New York, NY 10001-2163
Phone: (212) 530-5000
Fax: (212) 530-5219
Email: alees@milbank.com
       mfrieda@milbank.com

*Counsel to Royal Bank of Canada*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC., *et al.*, | Case No. 25-11958 (MG) |
| | (Jointly Administered) |
| Debtors in a Foreign Proceeding.[1] | |

## CERTIFICATE OF SERVICE

    I, Michael T. Frieda, hereby certify that I caused a copy of ***Royal Bank of Canada's Statement in Support of Motion for Recognition and Related Relief*** (Dkt. No. 50) to be electronically filed with the Court, using the Court's electronic filing system, and served via the court's CM/ECF system on the parties that have consented to electronic service of all filings, on October 8, 2025.

    Further, I hereby certify that I caused "Chambers Copies" of the foregoing document to be hand delivered to the chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 523, New York, New York 10004-1408 on October 9, 2025.

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtors' United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A., Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909) (collectively, the "Debtors").

1

<div style="display:flex">
<div>
Dated: October 10, 2025<br>
New York, New York
</div>
<div>

**MILBANK LLP**

<u>/s/   Alexander B. Lees</u>
Alexander B. Lees
Michael T. Frieda
55 Hudson Yards
New York, NY 10001-2163
Phone: (212) 530-5000
Fax: (212) 530-5219
Email: alees@milbank.com
mfrieda@milbank.com

*Counsel to Royal Bank of Canada*
</div>
</div>

- 2 -