Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-11958 (MG)<br><br>(Jointly Administered) |

**SECOND DECLARATION OF HARVEY G. CHAITON IN SUPPORT OF FOREIGN REPRESENTATIVE'S MOTION FOR AN (I) RECOGNITION OF FOREIGN MAIN PROCEEDING, (II) RECOGNITION OF FOREIGN REPRESENTATIVE AND (III) RELATED RELIEF UNDER CHAPTER 15 OF THE BANKRUPTCY CODE**

I, Harvey G. Chaiton, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury of the laws of the United States of America that the following is true and correct:

1.      I am over the age of 18, a citizen of Canada, and, if called upon, could testify to all matters set forth in this declaration, except as otherwise provided herein. I hereby submit this declaration in support *Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of*

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

*Foreign Representative and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [Docket No. 4] (the "Recognition Motion").

2. I am a partner of Chaitons LLP and have practiced exclusively in the area of bankruptcy, insolvency, and restructuring law, including cross-border insolvency proceedings, for more than 40 years. I am Canadian counsel to the Debtors in the Canadian Proceeding. Capitalized terms used but not defined herein are intended to have the meanings ascribed to them in the *Reply in Support of Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative and (III) Related Relief Under Chapter 15 of the Bankruptcy Code*, filed concurrently herewith.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Canadian Stay Relief Motion filed by Orgain.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Iovate Aide Memoire.

5. Attached hereto as **Exhibit C-1** is a true and correct copy of the Orgain Aide Memoire.

6. Attached hereto as **Exhibit C-2** is a true and correct copy of the Morgan Letter.

7. Attached hereto as **Exhibit D** is a true and correct copy of the Endorsement of Mr. Justice Black.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: October 23, 2025
      Toronto, Ontario, Canada

*/s/ Harvey G. Chaiton*
Harvey G. Chaiton