**MILBANK LLP**
Alexander B. Lees
Michael T. Frieda
55 Hudson Yards
New York, NY 10001-2163
Phone: (212) 530-5000
Fax: (212) 530-5219
Email: alees@milbank.com
        mfrieda@milbank.com

*Counsel to Royal Bank of Canada*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC., *et al.*,<br><br>Debtors in a Foreign Proceeding.[1] | Chapter 15<br><br>Case No. 25-11958 (MG)<br><br>(Jointly Administered) |

**ROYAL BANK OF CANADA'S REPLY IN FURTHER SUPPORT
OF MOTION FOR RECOGNITION AND RELATED RELIEF**

RBC submits this reply in further support of the Recognition Motion and in response to the limited objection filed by Orgain. Capitalized terms not defined herein have the same meanings as in RBC's opening statement in support (Dkt. 50), the Foreign Representative's supplemental brief (Dkt. 44), and the Foreign Representative's reply brief (Dkt. 62). In support hereof, RBC respectfully states as follows.

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtors' United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A., Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909) (collectively, the "Debtors").

1

## ARGUMENT

1. In its limited objection to the Recognition Motion and Amended Proposed Order, Orgain did not present any evidence, or provide any legal support, for the notion that the Walmart Receivable belongs to Orgain rather than Iovate. Nor could it. As demonstrated in the Debtors' and the Agent's opening briefs, the most that occurred before the petition date was that Orgain obtained a lien on the Walmart Receivable that was later in time than, and subordinate to, the Agent's security interest. *See* Dkt. No. 44 at 16–17; Dkt. No. 50 at 7–8. The Arkansas court never ruled that Orgain could take title to, or obtain possession of, the funds. These facts are undisputed.

2. Perhaps recognizing that any substantive objection would fail on the merits, Orgain attempted a procedural gambit to try to sow uncertainty and delay – and thus further its primary objective of starving Iovate, its competitor, of liquidity. Orgain's only objection to the Amended Proposed Order was that Orgain had brought a motion in the Canadian Court to lift the stay and allow litigation about the Walmart Receivable to continue in Arkansas, and that this Court should not grant relief that moots the lift-stay motion. *See* Dkt. No. 58 at 2–3. ("Through this Limited Objection, Orgain respectfully requests that this Court refrain from entering an order, . . . [that] would essentially moot the Canadian Stay Relief Motion before the Canadian Court has the opportunity to consider it."). Through its Endorsement, however, the Canadian Court rejected Orgain's procedural maneuver, concluding on October 20 that it was not the proper forum to consider any request to lift the stay applicable in the United States.

3. Meanwhile, the October 21 deadline for Orgain to raise a substantive objection to the Amended Proposed Order came and went, and Orgain neither moved for stay relief in this Court nor attempted to demonstrate, through proper evidence and legal arguments, that the Walmart Receivable somehow falls outside Iovate's estate. After the Canadian Court ruled and rendered moot Orgain's limited objection to the Amended Proposed Order, Orgain had a full day to pivot

and try to raise these issues here. Instead, Orgain sat on its hands.

4. Orgain's procedural objection to the Amended Proposed Order has thus been mooted and no other objection to the Amended Proposed Order remains. The Court therefore should enter that order, including the provision requiring that the full amount of the Walmart Receivable be entrusted to the Foreign Representative.

## CONCLUSION

For the reasons set forth above, in RBC's statement in support, and in the foreign representative's submissions, RBC respectfully requests that the Court enter the Amended Proposed Order.

Dated: October 23, 2025
New York, New York

**MILBANK LLP**

/s/ *Alexander B. Lees*
Alexander B. Lees
Michael T. Frieda
55 Hudson Yards
New York, NY 10001-2163
Phone: (212) 530-5000
Fax: (212) 530-5219
Email: alees@milbank.com
mfrieda@milbank.com

*Counsel to Royal Bank of Canada*