Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-11958 (MG)<br><br>(Jointly Administered) |

## AMENDED[2] AGENDA FOR OCTOBER 28, 2025 RECOGNITION HEARING

| | |
|---|---|
| Date and Time of Hearing: | **October 28, 2025 at 10:00 a.m. (Eastern Time)** (the "Hearing") before the Honorable Martin Glenn, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, Courtroom 523, One Bowling Green, New York, New York 10004. |
| Location of Hearing: | The Hearing will be conducted **in person**. Parties in interest, their attorneys, and witnesses must appear in person in the Courtroom, see Judge Glenn's chambers page on the Court website for information on how to make an appearance and the link to do so: https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. You can also go to: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Participants are required to register |

---

[1]  The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

[2]  **Amended items in bold.**

their appearance through the "eCourtAppearances" tab on the Court's by **4:00 p.m. (ET) one business day before the Hearing**.

## **MATTERS GOING FORWARD**

1. Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 4].

    Response Deadline: October 21, 2025 at 4:00 p.m. (prevailing Eastern Time)

    Response Received:

    A. Limited Objection of Orgain, Inc. to the Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 58].

    B. Declaration of Brian P. Morgan in Support of Limited Objection of Orgain, Inc. to the Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 59].

    **C. Supplemental Limited Objection of Orgain, Inc. to the Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 70].**

    Related Filings:

    A. Amended Declaration of Wesley Parris in Support of (I) Verified Chapter 15 Petitions, (II) Foreign Representative's Motions for Orders Granting Provisional and Final Relief in Aid of Canadian Proceeding, and (III) Certain Related Relief [Docket No. 25].

    B. Declaration of Harvey G. Chaiton in Support of (I) Verified Chapter 15 Petitions, (II) Foreign Representative's Motions for Orders Granting Provisional and Final Relief in Aid of Canadian Proceeding, and (III) Certain Related Relief [Docket No. 6].

    C. Foreign Representative's Motion for Order Scheduling Recognition Hearing and Specifying the Form and Manner of Service of Notice Docket No. 8].

D. Supplemental Declaration of Wesley Parris in Support of (I) Verified Chapter 15 Petitions, (II) Foreign Representative's Motions for Orders Granting Provisional and Final Relief in Aid of Canadian Proceeding, and (III) Certain Related Relief [Docket No. 16].

E. Certificate of Service [Docket No. 17].

F. Order Scheduling Recognition Hearing and Specifying the Form and Manner of Service of Notice [Docket No. 21].

G. Notice of Recognition Hearing on Foreign Recognition Proceedings [Docket No. 22].

H. Certificate of Service [Docket No. 27].

I. Supplemental Brief in Support of Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 44].

J. Declaration of Steven W. Golden in Support of Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 45].

K. Third Declaration of Wesley Parris in Support of Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 46].

L. Declaration of Michael De Lellis in Support of Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 47].

M. Royal Bank of Canada's Statement in Support of Motion for Recognition and Related Relief [Docket No. 50].

N. Reply in Support of the Foreign Representative's Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 62].

O. Second Declaration of Harvey G. Chaiton in Support of Foreign Representative's Motion for (I) Recognition of Foreign Main Proceeding,

                (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 63].

P.     Request for Judicial Notice in Support Foreign Representative's Motion for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 64].

Q.     Royal Bank of Canada's Reply in Further Support of Motion for Recognition and Related Relief [Docket No. 66].

Status: The parties are working on a revised form of order to resolve the objection.

Copies of the above-referenced documents and all other documents filed in this case can be accessed from the Court's website, http://ecf.nysb.uscourts.gov (a PACER login and password are required to retrieve documents) or free of charge at https://www.ksvadvisory.com/experience/case/iovate.

Dated: October 27, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Steven W. Golden*
Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Counsel to the Foreign Representative*