# **EXHIBIT A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.* | Case No. 25- 11958 (MG) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

**ORDER GRANTING FOREIGN REPRESENTATIVE'S *EX PARTE*
MOTION FOR ENTRY OF ORDER SHORTENING THE NOTICE PERIODS FOR
HEARING ON MOTION OF FOREIGN REPRESENTATIVE'S (I) MOTION TO (A)
AMEND ORDER RECOGNIZING FOREIGN MAIN PROCEEDING PURSUANT
TO 11 U.S.C. §§ 1517(D) AND 1522(C), AND (B) RECOGNIZE AND ENFORCE THE
INITIAL CCAA ORDER; AND (II) NOTICE OF SUBSTANTIAL CHANGE IN
STATUS OF FOREIGN MAIN PROCEEDING PURSUANT TO 11 U.S.C. § 1518**

Upon consideration of the motion (the "Motion to Shorten")[2] of Iovate Health Sciences International Inc. as the authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), seeking entry of an order (this "Order") shortening notice for an emergency hearing (the "Emergency Hearing") on the (a) *Foreign Representative's (I) Motion to (A) Amend Order Recognizing Foreign Main Proceeding Pursuant to 11 U.S.C. §§ 1517(d) and 1522(c), and (B) Recognize and Enforce the Initial CCAA Order; and (II) Notice of Substantial Change in Status of Foreign Main Proceeding Pursuant to 11 U.S.C. § 1518* (the "Motion to Amend"); and upon this Court's review and consideration of the Motion to Shorten, Motion to Amend, and declarations in support thereof; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and this Court having determined that the legal and factual bases set forth in this Motion to Shorten establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion to Shorten is in the best interests of the Debtors and their creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted.

2. A hearing (the "Hearing") on the Motions shall be held at **4:00 p.m. (E.T.) on November 12, 2025** before the Honorable Judge Martin Glenn by Zoom for Government.

3. Responses or Objections to the Motion to Amend must be filed and served on or prior to **November 10, 2025 at 5:00 p.m. (E.T.)**.

4. The Foreign Representative shall serve notice of this Order by email or United States or Canadian mail where no e-mail is available on (i) the Office of the United States Trustee for the Southern District of New York, (ii) counsel for Royal Bank of Canada, (iii) counsel to Orgain, (iv) counsel to Walmart, (v) counsel to Amazon, and (vi) all parties who have requested notice pursuant to Federal Rule of Bankruptcy Procedure 2002.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Shorten.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: November ____, 2025

_____
UNITED STATES BANKRUPTCY JUDGE