Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark ( admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-11958 (MG) |

**NOTICE OF FILING OF CANADIAN ORDERS**

**PLEASE TAKE NOTICE** that Iovate Health Sciences International Inc., in its capacity as the authorized foreign representative of the above-captioned foreign debtors in respect of proceedings pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court") herby files the *Amended and Restated Initial Order* (the "ARIO") and *SISP Approval Order* (the "SISP Order") entered by the Canadian Court on November 28, 2025. True and correct copies of the ARIO and SISP Order are attached hereto as **Exhibits A** and **B**,

1 The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

respectively.

Dated: December 1, 2025

PACHULSKI STANG ZIEHL & JONES LLP

By: *_/s/ Steven W. Golden_*

Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Counsel to the Foreign Representative*