Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (admitted *pro hac vice*)
Victoria A. Newmark (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.* | Case No. 25-11958 (MG) |
| | (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |

## FOREIGN REPRESENTATIVE'S NOTICE PURSUANT TO 11 U.S.C. § 1518

Iovate Health Sciences International Inc., in its capacity as the authorized foreign representative (the "Foreign Representative") of the above-captioned foreign debtors in respect of proceedings under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "CCAA"), pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court"), by and through its undersigned counsel, hereby gives notice that on December 12, 2025, the Canadian Court granted the *Order (Enhanced Monitor's Powers)* (the "Enhanced Powers Order") and entered the *Endorsement of Justice J. Dietrich* (the "Endorsement"). A true

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

4902-0597-2354.1 42848.00001

and correct copy of the Enhanced Powers Order is attached hereto as **Exhibit A**. A true and correct copy of the Endorsement is attached hereto as **Exhibit B**.

| | |
|---|---|
| Dated: December 15, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
| | By: */s/ Steven W. Golden* |
| | Steven W. Golden |
| | Jeffrey M. Dine |
| | Mary F. Caloway (admitted *pro hac vice*) |
| | Victoria A. Newmark (admitted *pro hac vice*) |
| | 1700 Broadway, 36th Floor |
| | New York, New York 10019 |
| | Telephone: 212-561-7700 |
| | Facsimile: 212-561-7777 |
| | |
| | *Counsel to the Foreign Representative* |