Steven W. Golden
Mary F. Caloway (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 15 |
| IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.* | Case No. 25- 11958 (MG) |
|  | (Jointly Administered) |
| Debtors in a Foreign Proceeding. |  |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, on September 9, 2025, Iovate Health Sciences International Inc., in its capacity as the authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Chapter 15 Debtors") in respect of that certain insolvency proceeding (together with any successor proceeding, the "Canadian Proceeding") pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court"), filed, among other things, petitions for recognition (the "Petitions") under chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Foreign Representative filed the *Foreign Representative's Motion for Entry of an Order: (I) Recognizing and Enforcing the Approval and Reverse Vesting Order; (II) Approving the Transfer of the Debtors' Excluded Property; and (III) Granting Related Relief* [Docket No. 91] (the "Motion").

PLEASE TAKE FURTHER NOTICE that the Court will consider the Motion at a hearing on **May 6, 2026 at 10:00 a.m. (ET)** (the "Hearing"). The hearing will be hybrid, which means the parties that are arguing the motion and witnesses must appear before the Honorable Martin Glenn of the United States Bankruptcy Court for the Southern District of New York in Courtroom 523.

---

[1]   The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

4935-5482-7937.1 42848.00001                                    1

Participants, non-case participants, and members of the press may appear via zoom and are required to register their appearance through the "eCourtAppearances" tab on the Court's website by **4:00 p.m. (ET) one business day before the Hearing**. The Court will circulate by email a Zoom link to those parties who previously registered for the Hearing through the "eCourtAppearances" tab on the Court's website. See Judge Glenn's chambers page on the Court website for information on how to make an eCourtAppearance and the link to do so: https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. You can also go to: https://www.nysb.uscourts.gov/ecourt-appearances. This change in practice regarding Remote Access to Proceedings became effective on September 22, 2023.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be (a) filed with the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004, and (b) served upon the following counsel to the Foreign Representative, **so as to be received on or prior to April 29, 2025 at 5:00 p.m.**: Pachulski Stang Ziehl & Jones LLP, 1700 Broadway, 36th Floor, New York, New York 10019, Attn: Steven Golden (sgolden@pszjlaw.com), and Mary Caloway (mcaloway@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and other documents filed by the Foreign Representative may be obtained by visiting the Court's website at https://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Foreign Representative's United States counsel, Pachulski Stang Ziehl & Jones 1700 Broadway, 36th Floor, New York, New York 10019, by email to Brooke Wilson (bwilson@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the Foreign Representative, or if you want the Court to consider your views on any matter requested at the Hearing, then you or your attorney must attend such hearing. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the Foreign Representative and may enter an order granting the relief requested.

Dated: April 16, 2025
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Steven W. Golden*
Steven W. Golden
Mary F. Caloway
1700 Broadway, 36th Floor
New York, New York 10019
Telephone:  212-561-7700
Facsimile:  212-561-7777

*Counsel to Foreign Representative*