Steven W. Golden
Mary F. Caloway (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-11958 (MG)<br><br>(Jointly Administered) |

## NOTICE OF FILING OF FOURTH REPORT OF THE MONITOR

PLEASE TAKE NOTICE that Iovate Health Sciences International Inc., in its capacity as the authorized foreign representative (the "Foreign Representative") of the above-captioned foreign debtors in respect of proceedings under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "CCAA"), pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court"), by and through its undersigned counsel, hereby files the *Fourth Report of the Monitor* (the "Fourth Report") filed in the Canadian Proceeding on April 9, 2026.  A true and correct copy of the Fourth Report without attachments is attached hereto as **Exhibit A**.

---

[1]     The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

4934-5806-4801.2 42848.00001

Dated: April 16, 2026                           PACHULSKI STANG ZIEHL & JONES LLP


                                                _/s/ Steven W. Golden_____
                                                Steven W. Golden
                                                Mary F. Caloway (admitted *pro hac vice*)
                                                1700 Broadway, 36th Floor
                                                New York, New York 10019
                                                Telephone: 212-561-7700
                                                Facsimile:  212-561-7777

                                                *Counsel to the Foreign Representative*

4934-5806-4801.2 42848.00001