Steven W. Golden
Jeffrey M. Dine
Mary F. Caloway (*pro hac vice* pending)
Victoria A. Newmark (*pro hac vice* pending)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES<br>INTERNATIONAL INC.,[1] *et al.*<br><br>     Debtors in a Foreign<br>     Proceeding. | Chapter 15<br><br>Case No. 25-11958 (MG) |

## NOTICE OF FILING OF CANADIAN ORDERS

**PLEASE TAKE NOTICE** that Iovate Health Sciences International Inc., in its capacity

as the authorized foreign representative of the above-captioned foreign debtors in respect of

proceedings pending before the Ontario Superior Court of Justice (Commercial List) (the

"Canadian Court") herby files the *Approval and Reverse Vesting Order* (the "Reverse Vesting

Order"), *Distribution, Stay Extension and Ancillary Relief Order* (the "Ancillary Order"), and

*Endorsement* (the "Endorsement"), each entered by the Canadian Court on April 16, 2026.  True

---

[1]  The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's
United States Tax Identification Number or Canadian Business Number, as applicable, are
as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences
U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

4898-8675-4978.1 42848.00001

and correct copies of the Reverse Vesting Order, Ancillary Order, and Endorsement are attached

hereto as **Exhibits A**, **B**, and **C** respectively.

Dated: April 17, 2026                         PACHULSKI STANG ZIEHL & JONES LLP


By:  _/s/ Steven W. Golden_____
       Steven W. Golden
       Jeffrey M. Dine
       Mary F. Caloway (admitted *pro hac vice*)
       Victoria A. Newmark (admitted *pro hac vice*)
       1700 Broadway, 36th Floor
       New York, New York 10019
       Telephone: 212-561-7700
       Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

4898-8675-4978.1 42848.00001