Sam J. Alberts (*pro hac vice* pending)
**DENTONS US LLP**
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 408-7004
Email: sam.alberts@dentons.com

David K. Shim
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 398-4866
Email: david.shim@dentons.com

*Counsel to TSI Group Co., Ltd*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES<br>INTERNATIONAL INC., *et al.*[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-11958 (MG)<br><br>(Jointly Administered)<br><br>**RE: Docket No. 91** |

**LIMITED OBJECTION, RESERVATION OF**
**RIGHTS, AND REQUEST FOR RELATED RELIEF**

TSI Group Co., Ltd. and certain related affiliates, including TSI USA Inc. and Metabolic Technologies, Inc. (collectively, "TSI"), by and through its undersigned counsel, hereby files a limited objection and reservation of rights (collectively, the "Response") to the *Foreign Representative's Motion for Entry of an Order: (I) Recognizing and Enforcing the Approval and Reverse Vesting Order; (II) Approving the Transfer of the Debtors' Excluded Property; and (III) Granting Related Relief*, filed on April 15, 2026 [Docket No. 91] (the "Motion"), and states as follows:

---

[1] The Chapter 15 Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International, Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

## PRELIMINARY STATEMENT

1.      TSI provides products and materials to and for the benefit of Iovate Health Sciences International, Inc., including Softgel capsules, FZZR effervescent microbeads, and unfinished ingredients (as described in more detail below). Softgels, which account for the majority of the product, are produced and distributed to Iovate pursuant to an exclusive license and supply agreement. Because Softgels are produced overseas in China, TSI incurs costs and risks until these products are finished and picked up by Iovate in California.

2.      Based upon information and belief, Iovate desires to do business with TSI after the proposed RVO (Reverse Vesting Order) and related sale transaction closes. To date, however, Iovate has not confirmed that it will assume the contractual agreements with TSI or pay the cure amount owed to TSI. And, under the proposed RVO, contract designation is not required until two days prior to the proposed closing of the RVO transaction. This proposed process puts TSI at undue risk.

3.      Further, despite being known to the Debtors and the Monitor, neither TSI nor its legal counsel was served with the RVO motion filed in Canada and was not otherwise informed of the RVO transaction until after the RVO motion was granted in Canada, when it was served with the current Motion. As such, TSI did not have an opportunity to raise concerns or be heard with respect to the RVO before that motion was addressed in Canada. A copy of the service list with respect to the RVO motion filed in Canada is attached hereto as **Exhibit 1**.

4.      At bottom, TSI is amenable to continuation of the business relationship. However, as currently structured, the RVO and contractual assumption process are procedurally inadequate and put TSI at undue risk. Softgels require production lead time and advance financial outlay from TSI. Iovate has approximately US$800,000 in postpetition orders in production for delivery this

2

summer. In addition, there is US$733,095 in unpaid prepetition obligations for Softgels and another product called FZZR (as described in more detail below).

5.      To address these issues, Iovate should confirm contract assumption (or rejection) and the amount and payment of cure owing to TSI prior to the current May 6, 2026 hearing date. If such confirmation does not occur by that date, TSI requests that the Bankruptcy Court permit TSI leave to conduct expedited limited discovery and delay approval of the Motion until a date after such discovery can be completed.

## BACKGROUND

6.      On September 5, 2025, Iovate Health Sciences International Inc. ("Iovate International," and, in its capacity as the authorized foreign representative, the "Foreign Representative"), Iovate Health Sciences U.S.A. Inc. ("Iovate US"), and Northern Innovations Holding Corp. ("Northern Innovations," and together with Iovate International and Iovate US, the "Debtors") commenced proceedings under section 50.4 of the BIA (the "NOI Proceeding") by filing a Notice of Intention to Make a Proposal (an "NOI") pursuant to section 50.4 of Canada's *Bankruptcy and Insolvency Act* (R.S.C. 1985, c. B-3) (as amended, the "BIA") in the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court"). The Debtors represent that KSV Restructuring Inc. ("KSV") consented to serve as the Debtors' proposal trustee (in such capacity, the "Proposal Trustee"). Motion, ¶ 3. The Canadian Court file number for the NOI was BK-25-03268936-0031.

7.      On September 9, 2025, the Canadian Court granted an order (the "Foreign Representative Order") approving various requested relief, including authorizing the Foreign Representative to seek relief under Chapter 15 of the United States Bankruptcy Code (the "Bankruptcy Code"). Thereafter, on that same date, the Foreign Representative commenced the

3

above-captioned cases under chapter 15 of the Bankruptcy Code for each of the above-named Debtors, seeking recognition of the NOI Proceeding as a foreign main proceeding under section 1517 of the Bankruptcy Code. After granting provisional relief, the Court entered a formal order granting recognition on October 28, 2025 [Docket No. 74].

8.     On September 25, 2025, undersigned counsel to TSI sent a reclamation notice to Iovate, KSV, and their Canadian and U.S. counsel stating the prepetition obligations then owing of US$949,247, exclusive of interest, fees, and expenses. A copy is attached hereto as **Exhibit 2**. Prior to and after that date, TSI remained in direct communication with Iovate and its counsel (principally counsel in Canada). Those discussions have resulted in a reduction of the prepetition amounts owing from Iovate to TSI from US$949,247 to US$733,095.

9.     On October 29, 2025, the Debtors, along with Iovate Holdings and Iovate Health Sciences Australia Pty Ltd., filed a *Notice of Motion* in the NOI Proceeding seeking to continue the case under the Canadian CCAA process. Two days later, on October 31, 2025, the Canadian Court heard and approved the conversion of the NOI Proceeding to a CCAA proceeding (the "CCAA Proceeding").

10.    On November 5, 2025, the Foreign Representative filed a motion to amend recognition of the NOI Proceeding to the CCAA Proceeding, which was granted on November 11, 2025.

11.    Thereafter, the Foreign Representative sought and obtained approval of a sale process which ultimately resulted in the RVO.

12.    Prior to, and throughout, the Canadian and US Chapter 15 insolvency process, TSI has provided valuable product to Iovate. These products include:

4

a. **Softgels (HMB-Acid)**, which contain HMB-acid. The Softgels are protected by patents owned by TSI. The Softgels are provided to Iovate under a written exclusive licensing agreement and a terms and conditions agreement. Under this arrangement, TSI sells Softgels exclusively to Iovate, and Iovate purchases Softgels exclusively from TSI.[2] Iovate uses the Softgels in connection with products it sells and distributes.

b. **FZZR Delivery System (Effervescent Microbeads)**. The second category of product is TSI's FZZR delivery system, which consists of effervescent microbeads that carry nutritional ingredients. TSI provides these products to Iovate pursuant to written terms and conditions.

c. **Unfinished Ingredients (Sold to Contract Manufacturers)**. The third category of product is unfinished ingredients, which TSI provides directly to Iovate's contract manufacturers. These shipments are also governed by the terms and conditions agreement. At least some of these sales fall under license agreements between TSI and Iovate that require Iovate to oversee its contract manufacturers and obligate those contract manufacturers to purchase the unfinished ingredients from TSI. This arrangement is also governed by separate license agreements between TSI and the contract manufacturers.

## **ARGUMENT**

13. TSI files this Response out of an abundance of caution, as it understands that Iovate wishes to continue doing business with it and knows that, to do so, Iovate must assume and cure

---

[2] A copy of the license agreements may be provided if necessary, under appropriate protections. However, as their existence and terms should not be in controversy, and due to their business sensitivity, they are not attached herewith.

all contracts and amounts. However, due to the production risks and the exclusive licensing rights at issue, TSI is entitled to greater process and protections than have been provided or are proposed in the RVO.

14.     TSI avers that there are at least two US cases instructive on the present matter. The first is *In re Nexgenesis Holdings Ltda.*, 662 B.R. 406 (Bankr. S.D. Fla. 2024), where a Brazilian court had issued an *ex parte* order freezing assets of individuals and entities that did not have sufficient contacts with Brazil. The US court found that enforcing the order in the US would be manifestly contrary to US public policy because it violated fundamental procedural fairness and jurisdictional principles. The second case is *In re Toft*, 453 B.R. 186 (Bankr. S.D.N.Y. 2011), where the US court refused to enforce a German mail interception order. The German court had authorized the foreign representative to intercept the debtor's emails without providing notice to the debtor. The US court concluded that enforcing this order in the United States would violate fundamental privacy protections and procedural fairness.

15.     As noted, TSI believes that this matter can be rectified if Iovate simply designates TSI's contracts and cure amount prior to the May 6, 2026 scheduled hearing date. If not, TSI believes discovery can and should be authorized so that TSI can determine Iovate's (and the purchaser's) actual intentions. For example, in *In re Golden Sphinx, Ltd.*, 2023 WL 2823391, at *3 (Bankr. C.D. Cal. Mar. 31, 2023), the Court found that Rule 2004 applies in Chapter 15 cases and that limited discovery may be available to parties other than the foreign representative in certain circumstances. Here, discovery need not be so formal, provided that responses are provided with appropriate representation of veracity and completeness.

16.     Further, while RVOs are permitted under Canadian law, Canadian courts have expressed concern regarding the adequacy of notice provided to contractual counterparties at

approval and vesting order hearings (*see Re PaySlate Inc.*, 2023 BCSC 608 at paras. 64, 71 and 75; 2022177 *Ontario Inc. v. Toronto Hanna Properties Ltd.*, 2005 CanLII 39320 (ON CA) at para. 53; *Barafield Realty Ltd. v. Just Energy (B.C.) Limited Partnership*, 2014 BCSC 945 at para. 88). Moreover, this issue may be considered consistent with the general principles underlying section 11 of the Companies' Creditors Arrangement Act (Canada), including the requirement that any order made further the remedial objectives of the CCAA. Other relevant provisions of Canadian law include Section 36(3) of the CCAA (which sets out the factors for the court to consider, including, among other things, the extent to which the creditors were consulted); subrule 37.07(1) of the Rules of Civil Procedure, R.R.O. 1990, Reg. 194, as amended (the "CA Rules") (which states that a notice of motion shall be served on any party or other person who will be affected by the order sought, unless these rules provide otherwise); and subrule 37.07(5) of the CA Rules (which permits a court to "adjourn a motion and direct that the notice of motion be served" on any person who ought to have been served).  As a known counterparty with continued postpetition dealings, the Debtors ought to have served TSI with notice of the proposed RVO.

WHEREFORE, for the reasons stated above, the Court should grant TSI the relief it has

requested and such other and further relief as the Court deems just and proper under law and equity.

Dated: April 29, 2026                                     Respectfully submitted,
       New York, New York

                                                          **DENTONS US LLP**

                                                          */s/ David K. Shim*
                                                          David K. Shim
                                                          1221 Avenue of the Americas
                                                          New York, NY 10020
                                                          Telephone: (212) 398-4866
                                                          Email: david.shim@dentons.com

                                                          Sam J. Alberts (*pro hac vice* pending)
                                                          1900 K Street, NW
                                                          Washington, DC 20006
                                                          Telephone:  (202) 408-7004
                                                          Email: sam.alberts@dentons.com

                                                          *Counsel to TSI Group Co., Ltd*

## CERTIFICATE OF SERVICE

I, David K. Shim, hereby certify that on April 29, 2026, I caused to be served copies of the

foregoing documents to all parties consenting to service through the Court's CM/ECF system.

Dated: April 29, 2026                             **DENTONS US LLP**
      New York, New York

                                                  */s/ David K. Shim*
                                                  David K. Shim
                                                  1221 Avenue of the Americas
                                                  New York, NY 10020
                                                  Telephone: (212) 398-4866
                                                  Email: david.shim@dentons.com

## <u>Exhibit 1</u>

(Service List With Respect To

RVO Motion Filed In Canada)

**Court File No. BK-25-03268936-0031**

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**COMMERCIAL LIST**

**IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C.**
**1985, C. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**XIWANG IOVATE HOLDINGS COMPANY LIMITED, IOVATE HEALTH SCIENCES**
**INTERNATIONAL INC., IOVATE HEALTH SCIENCES U.S.A. INC., IOVATE**
**HEALTH SCIENCES AUSTRALIA PTY LTD, AND NORTHERN INNOVATIONS**
**HOLDING CORP.**

Applicants

**SERVICE LIST**
**(as at April 16, 2026)**

| | |
|---|---|
| **CHAITONS LLP**<br>5000 Yonge Street, 10th Floor<br>Toronto, ON  M2N 7E9<br><br>**Harvey Chaiton**<br>Tel:   (416) 218-1129<br>Email: harvey@chaitons.com<br><br>**Danish Afroz**<br>Tel :   (416) 218-1137<br>Email: dafroz@chaitons.com<br><br>**Maleeha Anwar**<br>Tel:  (416) 218-1128<br>Email:  manwar@chaitons.com<br><br>*Lawyers for the Applicants* | **PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br><br>**Steven W. Golden**<br>Tel:   (301) 706-7520<br>Email: sgolden@pszjlaw.com<br><br>**Jeffrey Dine**<br>Tel:   (212) 561-7700<br>Email: jdine@pszjlaw.com<br><br>**Mary Caloway**<br>Tel:   (302) 652-4100<br>Email: mcaloway@pszjlaw.com<br><br>*U.S. Lawyers for the Applicants* |

LEGAL_1:104099243.17

| | |
|---|---|
| **BENNETT JONES LLP**<br>1 First Canadian Place<br>100 King Street West, Suite 3400<br>Toronto, ON, M5X 1A4<br><br>**Sean Zweig**<br>Tel:   (416) 777-6254<br>Email: zweigs@bennettjones.com<br><br>**Andrew Froh**<br>Tel : (416) 218-1137<br>Email: froha@bennettjones.com<br><br>*Lawyers for the Majority Shareholder of the Applicants* | **KPMG INC.**<br>Bay Adelaide Centre<br>333 Bay Street, Suite 4600<br>Toronto, ON M5H 2S5<br><br>**Tim Montgomery**<br>Tel: (416) 777-8615<br>Email: timmontgomery@kpmg.ca<br><br>**Anamika Gadia**<br>Tel: (416) 777-3842<br>Email: agadia@kpmg.ca<br><br>*Financial Advisor to the Applicants* |
| **KSV RESTRUCTURING INC.**<br>220 Bay St., Suite 1300<br>Toronto, ON M5J 2W4<br><br>**Noah Goldstein**<br>Tel:   (416) 844-4842<br>Email: ngoldstein@ksvadvisory.com<br><br>**Murtaza Tallat**<br>Tel:   (416) 932-6031<br>Email: mtallat@ksvadvisory.com<br><br>*Monitor* | **OSLER, HOSKIN & HARCOURT LLP**<br>1 First Canadian Place<br>100 King Street West, Suite 6200<br>Toronto ON M5X 1B8<br><br>**Marc Wasserman**<br>Tel:  (416) 862-4908<br>Email: mwasserman@osler.com<br><br>**Michael De Lellis**<br>Tel:  (416) 862-5997<br>Email: mdelellis@osler.com<br><br>**Laura Culleton**<br>Tel:  (416) 862-4264<br>Email: lculleton@osler.com<br><br>*Lawyers for the Monitor* |

| | |
|---|---|
| **ROYAL BANK OF CANADA**<br>20 King Street West<br>Toronto, ON M5H 1C4<br><br>**Andrew O'Coin**<br>Tel: (905) 251-9394<br>Email: andrew.ocoin@rbc.com<br><br>**Matthew Sheppard**<br>Email: matthew.sheppard@rbc.com<br><br>*Administrative Agent for Applicants' Lenders* | **BLAKE, CASSELS & GRAYDON LLP**<br>199 Bay Street<br>Commerce Court West, Suite 4000<br>Toronto, ON   M5L 1A9<br><br>**Chris Burr**<br>Tel:   (416) 863-3261<br>Email: chris.burr@blakes.com<br><br>**Jules Monteyne**<br>Tel: (416) 863-2513<br>Email: jules.monteyne@blakes.com<br><br>*Lawyers for Royal Bank of Canada as Administrative Agent* |
| **FTI CONSULTING**<br>79 Wellington St. W., Suite 2010<br>P.O. Box 104<br>Toronto, ON   M5K 1G8<br><br>**Jodi Porepa**<br>Tel:  (437) 332-5743<br>Email:  jodi.porepa@fticonsulting.com<br><br>**Adam Gasch**<br>Email:  Adam.Gasch@fticonsulting.com<br><br>*Financial Advisors to the Lenders* | **DAVIES WARD PHILLIPS & VINEBERG LLP**<br>155 Wellington St W, 40th Floor<br>Toronto, ON M5V 3J7<br><br>**Chenyang Li**<br>Tel: (416) 367-7623<br>Email: cli@dwpv.com<br><br>**Natasha MacParland**<br>Tel: (416) 863-5567<br>Email: nmacparland@dwpv.com<br><br>*Lawyers for Orgain, Inc.* |
| **WALMART INC.**<br><br>Email: vendorgarnTPS@walmart.com | **KUTAK ROCK LLP**<br>1277 E. Joyce Blvd., Suite 300<br>Fayetteville, AR 72703<br><br>**Caleb Sugg**<br>Tel:  (479) 695-1967<br>Email: Caleb.Sugg@KutakRock.com<br><br>*Lawyers for Walmart Inc.* |

| | |
|---|---|
| **CANADA REVENUE AGENCY**<br>c/o Department of Justice<br>Tax Law Services Division<br>120 Adelaide Street West, Suite 400<br>Toronto, Ontario M5H 1T1<br><br>**Tessania Lawrence**<br>Email:  tessania.lawrence@justice.gc.ca;<br>AGC-PGC.Toronto-Tax-Fiscal@justice.gc.ca;<br>Edward.Park@justice.gc.ca | **HIS MAJESTY THE KING IN RIGHT OF THE PROVINCE OF ONTARIO AS REPRESENTED BY THE MINISTER OF FINANCE**<br>Insolvency Unit<br>33 King Street West, 6th floor<br>Oshawa, Ontario L1H 8H5<br><br>**Steven Groeneveld**<br>Tel:  (905) 431-8380<br>Email: steven.groeneveld@ontario.ca;<br>insolvency.unit@ontario.ca |
| **OFFICE OF THE SUPERINTENDENT OF BANKRUPTCY**<br>25 St. Clair Avenue – East (6th Floor)<br>Toronto, ON M4T 1M2<br><br>Email: osbservice-bsfservice@ised-isde.gc.ca | **HEALTH CANADA - NATURAL AND NON-PRESCRIPTION HEALTH PRODUCTS DIRECTORATE**<br>2 Constellation Drive<br>Ottawa, ON K2G 5J9<br><br>Email: nnhpd-dpsnso@hc-sc.gc.ca |
| **FOOD AND DRUG ADMINISTRATION (FDA)**<br>Office of Dietary Supplement Programs, HFS-810<br>Food and Drug Administration<br>5001 Campus Dr<br>College Park, MD 20740<br><br>Email: ODSP@fda.hhs.gov | **COMMAND NUTRITIONALS**<br>10 Washington Avenue<br>Fairfield NJ, 07004<br><br>**Scott Biedron**<br>Email: sbiedron@commandnutritionals.com<br><br>*Creditor* |

LEGAL_1:104099243.17

| | |
|---|---|
| **LOWENSTEIN SANDLER LLP**<br>1 Lowenstein Drive<br>Roseland, New Jersey 07068<br><br>**Jeffery D. Prol**<br>Email: jprol@lowenstein.com<br><br>*Lawyers for Command Nutritionals* | **CASSELS BROCK & BLACKWELL LLP**<br>Suite 3200, Bay Adelaide Centre – North Tower<br>40 Temperance Street<br>Toronto, ON M5H 0B4<br><br>**Natalie Levine**<br>Tel: (416) 860-2976<br>Email: nlevine@cassels.com<br><br>**Eva Hyderman**<br>Tel: (416) 860-2920<br>Email: ehyderman@cassels.com<br><br>*Lawyers for Valentine Enterprises, Inc. and Actus Nutrition* |
| **LOOPSTRA NIXON LLP**<br>130 Adelaide St West – Suite 2800<br>Toronto, ON M5H 3P5<br><br>**Graham Phoenix**<br>Tel: (416) 746-4710<br>Email: gphoenix@LN.law<br><br>**Shahrzad Hamraz**<br>Tel: (416) 748-5116<br>Email: shamraz@LN.law<br><br>*Lawyers for Radius Packaging Inc.* | **LOOPSTRA NIXON LLP**<br>130 Adelaide St West – Suite 2800<br>Toronto, ON M5H 3P5<br><br>**Graham Phoenix**<br>Tel: (416) 746-4710<br>Email: gphoenix@LN.law<br><br>*Lawyers for Wesley Parris* |

| | |
|---|---|
| **THORNTON GROUT FINNIGAN LLP**<br>100 Wellington St W #3200<br>Toronto, ON M5K 1K7<br><br>**Leanne Williams**<br>Tel: (416) 304-0060<br>Email: lwilliams@tgf.ca<br><br>*Lawyers for Kenco Logistic Services, LLC* | **AIRD & BERLIS LLP**<br>Brookfield Place<br>181 Bay Street, Suite 1800<br>Toronto, ON  M5J 2T9<br><br>**Kyle Plunkett** – LSO No. 61044N<br>Email: kplunkett@airdberlis.com<br>Tel: (416) 865-3406<br><br>**Mark van Zandvoort** – LSO No. 59120U<br>Email: mvanzandvoort@airdberlis.com<br>Tel: (416) 865-4742<br><br>**Kieran Moloney** – LSO No. 92686W<br>Email: kmoloney@airdberlis.com<br>Tel: (416) 865-3422<br><br>*Lawyers for Chunhua Jingxi (Tianjin) Investment Centre (Limited Partnership)* |
| **NORTON ROSE FULBRIGHT LLP**<br>222 Bay St. Suite 3000<br>Toronto, ON  M5K 1E7<br><br>**Evan Cobb**<br>Tel:    (416) 216-1929<br>Email: evan.cobb@nortonrosefulbright.com<br><br>*Lawyers for the Board of Directors of Xiwang Iovate Holdings Company Limited* | **DENTONS CANADA LLP**<br>1 Place Ville Marie, 39th Floor<br>Montréal, Quebec  H3B 4M7<br><br>**Eric Stachecki**<br>Tel:    (514) 878-8880<br>Email: eric.stachecki@dentons.com<br><br>**Antoine Sigouin** (Paralegal)<br>Email: antoine.sigouin@dentons.com<br><br>*Lawyers for Amazon Advertising LLC* |

LEGAL_1:104099243.17

| | |
|---|---|
| **DENTONS CANADA LLP**<br>77 King Street West, Suite 400<br>Toronto, ON, M5K 0A1<br><br>**Kenneth Kraft**<br>Tel:    (416) 863-4374<br>Email: kenneth.kraft@dentons.com<br><br>**Linda Fraser-Richardson**<br>Tel:    (416) 863-4499<br>Email: l.fraser-richardson@dentons.com<br><br>*Lawyers for Cherry Pick Talent SEZC* | **BC MINISTRY OF ATTORNEY GENERAL**<br>2nd floor – 1001 Douglas Street<br>Victoria, BC V8W 2C5<br><br>**Aaron Welch**<br>Tel:    (250) 356-8589<br>Email: aaron.welch@gov.bc.ca;<br>AGLSBRevTaxInsolvency@gov.bc.ca |

## EMAIL ADDRESSES:

harvey@chaitons.com; dafroz@chaitons.com; manwar@chaitons.com; sgolden@pszjlaw.com; jdine@pszjlaw.com; mcaloway@pszjlaw.com; zweigs@bennettjones.com; froha@bennettjones.com; timmontgomery@kpmg.ca; agadia@kpmg.ca; ngoldstein@ksvadvisory.com; mtallat@ksvadvisory.com; mwasserman@osler.com; mdelellis@osler.com; lculleton@osler.com; andrew.ocoin@rbc.com; matthew.sheppard@rbc.com; chris.burr@blakes.com; jules.monteyne@blakes.com; jodi.porepa@fticonsulting.com; Adam.Gasch@fticonsulting.com; cli@dwpv.com; nmacparland@dwpv.com; vendorgarnTPS@walmart.com; Caleb.Sugg@KutakRock.com; tessania.lawrence@justice.gc.ca; AGC-PGC.Toronto-Tax-Fiscal@justice.gc.ca; Edward.Park@justice.gc.ca; steven.groeneveld@ontario.ca; insolvency.unit@ontario.ca; osbservice-bsfservice@ised-isde.gc.ca; ODSP@fda.hhs.gov; nnhpd-dpsnso@hc-sc.gc.ca; sbiedron@commandnutritionals.com; jprol@lowenstein.com; nlevine@cassels.com; ehyderman@cassels.com; gphoenix@LN.law; shamraz@LN.law; lwilliams@tgf.ca; kplunkett@airdberlis.com; mvanzandvoort@airdberlis.com; kmoloney@airdberlis.com ; evan.cobb@nortonrosefulbright.com ; eric.stachecki@dentons.com ; antoine.sigouin@dentons.com ; kenneth.kraft@dentons.com ; l.fraser-richardson@dentons.com; aaron.welch@gov.bc.ca; AGLSBRevTaxInsolvency@gov.bc.ca;

## **Exhibit 2**

(September 25, 2025, Reclamation Notice)



**Sam J. Alberts**
Partner

sam.alberts@dentons.com
D   +1 202-408-7004

Dentons US LLP
1900 K Street, NW
Washington, DC  20006
United States

dentons.com

*September 25, 2025*

*VIA EMAIL AND US MAIL*

Pachulski Stang Ziehl & Jones LLP
1700 Broadway, 36th Floor
New York, NY 10019S
Steven W. Golden, Esq. (sgolden@pszjlaw.com)
Jeffrey M. Dine, Esq. (jdine@pszjlaw.com)
Mary F. Caloway, Esq. (mcaloway@pszyj.com)
Attorneys for Foreign Representative
 and Iovate

*VIA EMAIL AND US MAIL*

KSV Restructuring Inc.
1 First Canadian Place
Noah Goldstein, Managing Director
(ngoldstein@ksvadvisory.com)
Murtaza Tallat, Director
(mtallat@ksvadvisory.com)
KSV Advisory
220 Bay Street, 13th Floor,
PO Box 20
Toronto, Ontario M5J2W4
Licensed Insolvency Trustee

*VIA EMAIL AND US MAIL*

Osler, Hoskin &Harcourt LLP
100 King Street West, Suite 6200
Toronto ON M5X1B8
Marc Wasserman (mwasserman@osler.com)
Michael De Lellis (mdelellis@osler.com)
Laura Culleton (lculleton@osler.com)
Attorneys for Licensed Insolvency Trustee

*VIA US MAIL*

Wesley Parris, CEO of Iovate
 and of Foreign Representative
381 North Service Road
West Oakville, ON
Canada L6MOH

*VIA EMAIL AND US*

Harvey G. Chaiton (harvey@chaitons.com)
Danish Afroz (dafroz@chaitons.com)
Chaitons LLP
5000 Yonge Street, 10th Floor
Toronto, ON Canada  M2N 739
Lawyers for the Iovate Entities

**Re:**   *In re Iovate Health Sciences International Inc., et al.,* Chapter  15 No. 25-11958
United States Bankruptcy Court for the Southern District of New York (the "Chapter 15
Cases"); and the Matter of the Proposal of Iovate Health Sciences International Inc., *et al.*
Bankruptcy and Insolvency Act, R.S.C. 1985, c. B-3, Superior Court of Justice, Ontario,
Canada, Court and Estate No. 31-3268936, Court and Estate No. 31-3268942, and Court

US_ACTIVE\130678898\V-1



and Estate Number 31-3268936 (the "BIA").

**Demand for Reclamation of Goods Pursuant to 11 U.S.C. § 546(c) and U.C.C. § 2-702 and to the extent applicable, the laws of Canada, on behalf of TMI Group Co., Ltd., *et al.***

Dear Sirs and Madam:

I am writing with respect to the above-referenced, jointly administered Chapter 15 Cases that are currently pending in the United States Bankruptcy Court for the Southern District of New York, United States of America and to the extent applicable, the above referenced BIA, pending in the Superior Court of Justice, Ontario, Canada.

Pursuant to Section 546(c) of the United States Bankruptcy Code and Section 2-702 of the Uniform Commercial Code and other applicable law, TMI and its subsidiaries and affiliates (collectively, the "Reclaiming Party") hereby makes demand to reclaim all goods delivered to or possessed by you and your affiliates (the "Receiving Party") within the applicable reclamation window, including, without limitation, the goods reflected on the attached Excel spread sheet and invoices.  Pursuant to applicable law, the Reclaiming Party understands that the reclamation period began 45 days prior to the September 5, 2025 commencement date in Toronto and, to the extent applicable, September 9, 2025 which was the filing of the petition for recognition in the Chapter 15 Case.

The Reclaiming Party further demands that you segregate all goods within the scope of this demand, determine which of those goods are on hand as of the date of this demand and account for and segregate any proceeds received from such goods despite this demand.  The Reclaiming Party further demands that the Receiving Party identify the location of the goods within the scope of the demand and unless restricted by any automatic stay which may be in place, assemble the goods and make them available for immediate pickup by the Reclaiming Party or its agent.

The Reclaiming Party avers that value of the good subject to this demand total approximately US$949,247.00, exclusive of interest, fees and expenses.


INTENTIONALLY LEFT BLANK



September 25, 2025
Page 3

The Reclaiming Party reserves all rights with respect to the goods reflected in the invoices, including without limitation, the right to formally file an administrative expense claim under 11 U.S.C. § 503(b)(9).  The Reclaiming Party also reserves its right to supplement this demand in the future.

Very truly yours,

Dentons US LLP

Sam J. Alberts
Partner


Enclosures

cc:

Larry Kolb (lob@tsiinc.com)
TSI USA Inc.
135 W. Main Suite B
Missoula, MT, USA 59802

Emily Harris (harris@mti-hmb.com)
Head of Global Intellectual Property
TSI Group Co. Ltd.
2711 South Loop Drive, Suite 4400
Ames, IA, USA 50010

Raza Bashir (contract.management@iovate.com)
381 North Service Road West
Oakville, ON, Canada L6M0H4

Kenneth Kraft (kenneth.kraft@dentons.com)
77 King Street West Suite 400
Toronto, ON Canada MSK0A1

Iovate Open Orders + Oustanding AP - September 25, 2025

**CURRENT AR**

| TSI China Invoice # | Customer Invoice # | Product code | Quantity | Price | Total |
|---|---|---|---|---|---|
| | 21706 | B010036 | 896 | $ 140.00 | $ 125,496.00 |
| | 21644 | B010036 | 2,106 | $ 140.00 | $ 294,840.00 |
| | 21644 | B010036 | | | $ 36,000.00 |
| 80006094 | 21746 | A040461PO1 | 5,299 | $ 6.25 | $ 33,118.75 |
| 80006094 | 21749 | A040450PO1 | 72 | $ 6.25 | $ 450.00 |
| 80006094 | 21751 | A010503PO1 | 72 | $ 11.60 | $ 835.20 |
| 80006094 | 21753 | A140235PO1 | 99 | $ 6.50 | $ 643.50 |
| 80006094 | 21745 | A040461PO1 | 72 | $ 6.25 | $ 450.00 |
| 80006094 | 21747 | A010494PO1 | 72 | $ 11.60 | $ 835.20 |
| 80006096 | 21754 | A140222PO1 | 105 | $ 12.00 | $ 1,260.00 |
| 80006096 | 21755 | A140233PO1 | 77 | $ 12.00 | $ 924.00 |
| 80006094 | 21756 | A14022APO1 | 72 | $ 8.05 | $ 579.60 |
| 80006096 | 21757 | A140234PO1 | 86 | $ 8.05 | $ 692.30 |
| 80006096 | 21762 | A140235PO1 | 5,112 | $ 6.50 | $ 33,228.00 |
| 80006096 | 21761 | A140222PO1 | 4,788 | $ 12.00 | $ 57,456.00 |
| 80006096 | 21760 | A140233PO1 | 5,220 | $ 12.00 | $ 62,640.00 |
| 80006094 | 21748 | A010494PO1 | 5,315 | $ 11.60 | $ 61,654.00 |
| 80006096 | 21758 | A140234PO1 | 5,292 | $ 8.05 | $ 42,600.60 |
| 80006094 | 21750 | A040450PO1 | 5,125 | $ 6.25 | $ 32,031.25 |
| 80006094 | 21752 | A010503PO1 | 5,301 | $ 11.60 | $ 61,491.60 |
| 80006096 | 21759 | A140221PO1 | 5,220 | $ 8.05 | $ 42,021.00 |
| **80006096** | | | | | **$ 33,333.60** |
| **80006094** | | | | | **$ 26,666.40** |
| | | | | TOTAL AR | $ 949,247.00 |

| Pick Up Date ("Delivery") | Invoice Due Date | Notes | |
|---|---|---|---|
| 7/29/2025 | 8/29/2025 | | |
| 7/22/2025 | 8/22/2025 | | |
| | | air freight | |
| 7/25/2025 | 8/25/2025 | Hydrate | |
| 7/25/2025 | 8/25/2025 | Hydrate | |
| 7/25/2025 | 8/25/2025 | Cut | |
| 7/31/2025 | 8/31/2025 | Creatine | |
| 7/25/2025 | 8/25/2025 | Hydrate | |
| 7/25/2025 | 8/25/2025 | Cut | |
| 7/31/2025 | 8/31/2025 | Muscle | |
| 7/31/2025 | 8/31/2025 | Muscle | |
| 7/31/2025 | 8/31/2025 | Energy | |
| 7/31/2025 | 8/31/2025 | Energy | |
| 7/31/2025 | 8/31/2025 | Creatine | |
| 7/31/2025 | 8/31/2025 | Muscle | |
| 7/31/2025 | 8/31/2025 | Muscle | |
| 7/25/2025 | 8/25/2025 | Cut | |
| 7/31/2025 | 8/31/2025 | Energy | |
| 7/25/2025 | 8/25/2025 | Hydrate | |
| 7/25/2025 | 8/25/2025 | Cut | |
| 7/31/2025 | 8/31/2025 | Energy | |
| **7/31/2025** | | **air freight** | **not yet invoiced to lovate** |
| **7/25/2025** | | **air freight** | **not yet invoiced to lovate** |